Jointly Administered Cases # 09-6082

Slayton SW Assisted Living, LLC

dba Lakeside Assisted Living Community                    Invoice Number: 1048

PO Box 3006

Salem, OR   97302-0006

**Statement of Professional Services Rendered Through**      6/12/2009

**Summary:**

**Total Professional Services**

| | | |
|---|---|---|
| Professional services provided to all homes | INV # 1048 | $3,303.75 |
| Medallion Assisted Living | INV # 1048-1 | $5,062.50 |
| Champlin, LLC | INV # 1048-2 | $5,437.50 |
| Seward Senior Living, LLC | INV # 1048-3 | $4,887.50 |
| Wayne Senior Living, LLC | INV # 1048-4 | $2,337.50 |
| Vegas Assisted Living | INV # 1048-5 | $5,725.00 |
| **Total charges** | | **$26,753.75** |

**Total Expenses**

| | | |
|---|---|---|
| Medallion Assisted Living | INV # 1048-1 | $1,900.39 |
| Champlin, LLC | INV # 1048-2 | $785.81 |
| Seward Senior Living, LLC | INV # 1048-3 | $496.11 |
| Wayne Senior Living, LLC | INV # 1048-4 | $505.66 |
| Vegas Assisted Living | INV # 1048-5 | $1,704.02 |
| **Total charges** | | **$5,391.99** |

| | |
|---|---|
| Total Professional Services | $26,753.75 |
| Total Expenses | $5,391.99 |
| **Total Current Charges** | **$32,145.74** |

Jointly Administered Cases # 09-6082

Slayton SW Assisted Living, LLC

dba Lakeside Assisted Living Community

PO Box 3006

Salem, OR   97302-0006

Invoice Number: 1048

**Statement of Professional Services Rendered Through**      5/31/2009

**Summary:**

|    |                                               | Hours | Rate   | Amount     |
|----|-----------------------------------------------|-------|--------|------------|
| SK | Koenig, Suzanne - Patient Care Ombudsman      | 7.60  | 350.00 | 2,660.00   |
| JC | Ciyou, Joyce -  RN                            | 1.00  | 300.00 | 300.00     |
| EA | Allee, Elizabeth - RN                         | 1.25  | 275.00 | 343.75     |
|    |                                               | **9.85** |     | **$3,303.75** |

### Task Code Summary

|    |                     | Hours | Amount   |
|----|---------------------|-------|----------|
| CA | Case Administration | 4.82  | 1,687.00 |
| DA | Data Analysis       | 2.43  | 706.75   |
| CH | Court Hearings      | 2.60  | 910.00   |
|    |                     | **9.85** | **3,303.75** |

**Total current charges**                                        $3,303.75

## Statement of Professional Services Rendered Through    5/31/2009
### Koenig, Suzanne - Patient Care Ombudsman

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Case Administration | | | | |
| 1/14/2009 | SK | Emails to C McClurg to start conflicts search of lists of debtor's retention application and debtor's affiliates in the Stayton dba Lakeside chapter 11 cases pending in the District of Oregon | 0.04 | 350.00 | 14.00 |
| 1/14/2009 | SK | Conflicts search of debtor affiliates and secured and unsecured creditors in the Stayton dba Lakeside chapter 11 cases pending in the District of Oregon. Discussed with PCO counsel list of creditors | 0.14 | 350.00 | 49.00 |
| 1/15/2009 | SK | Discussed Creditors with PCO counsel, Ethan Ostrow and their relationship to SAK entities, not SAK | 0.08 | 350.00 | 28.00 |
| 1/16/2009 | SK | Reviewed the draft affidavit of the patient care ombudsman order in the Stayton dba Lakeside chapter 11 cases pending in the District of Oregon and made revisions to the order with PCO Counsel | 0.06 | 350.00 | 21.00 |
| 1/16/2009 | SK | Reviewed the verified statement and made revisions as well as signing of the document in support of the appointment as patient care ombudsman in the Stayton dba Lakeside chapter 11 cases pending in the District of Oregon | 0.12 | 350.00 | 42.00 |
| 1/21/2009 | SK | Reviewed the new comments from the UST regarding the draft order and had a discussion on these items with PCO Counsel and UST in the Stayton dba Lakeside chapter 11 cases pending in the District of Oregon | 0.14 | 350.00 | 49.00 |
| 2/2/2009 | SK | Reviewed verified statements for jointly administered cases in support of the appointment as patient care ombudsman, verified and signed them. | 0.16 | 350.00 | 56.00 |
| 2/4/2009 | SK | Reviewed case appointing the patient care ombudsman by UST Carla McClurg | 0.15 | 350.00 | 52.50 |
| 2/6/2009 | SK | Drafted a proposed budget to submit for fees of the PCO in the case | 0.20 | 350.00 | 70.00 |
| 2/11/2009 | SK | Reviewed the list of the debtors' addresses | 0.08 | 350.00 | 28.00 |

| 2/27/2009 | SK | Multiple e-mail exchange with Carla McClurg, UST, regarding visiting the facility and settling the carve-out issues | 0.08 | 350.00 | 28.00 |
|-----------|----|--------------------------------------------------------------------------------------------------------------------------|------|--------|-------|
| 2/28/2009 | SK | Multiple discussions with PCO Counsel on filing the application to retain SAK and retain local counsel and ask for a retainer equal to two months of estimated fees/expenses to hold until end of case (along with request for monthly payment), because of a lack in response from creditors and lenders | 0.10 | 350.00 | 35.00 |
| 3/2/2009 | SK | Multiple e-mail conversations with Carla McClurg, UST, to discuss visiting the facility without approval from the creditors and lenders | 0.06 | 350.00 | 21.00 |
| 3/2/2009 | SK | Reviewed and signed SAK retention application and the affidavit in support thereof ifor jointly administered cases. | 0.16 | 350.00 | 56.00 |
| 3/2/2009 | SK | Reviewed the debtors' motion and proposed order in the jointly administered SunWest cases to establish monthly compensation procedures for professionals in the chapter 11 cases | 0.60 | 350.00 | 210.00 |
| 3/3/2009 | SK | Reviewed with PCO Counsel the retention of local counsel and motion to retain SAK and SK as PCO in case | 0.12 | 350.00 | 42.00 |
| 3/5/2009 | SK | Reviewed and signed the Retainer letter for local Counsel for the PCO and made some revisions to the letter. Discussed with Ethan Ostrow, PCO Counsel | 0.12 | 350.00 | 42.00 |
| 3/9/2009 | SK | Reviewed and signed the Affidavit of support for SAK's retention | 0.08 | 350.00 | 28.00 |
| 3/13/2009 | SK | Reviewed notice for expedited hearing on 3/18/09 for facility | 0.06 | 350.00 | 21.00 |
| 3/13/2009 | SK | Received e-mail update from Gary Scharff on the filings of Application for retention and employment of SAK regarding casesand the including my affidavits and approved professional forms and the notices regarding the PCO reports | 0.12 | 350.00 | 42.00 |
| 3/14/2009 | SK | Reviewed e-mail update regarding notice of filings | 0.06 | 350.00 | 21.00 |
| 3/17/2009 | SK | Reviewed objections for jointly administered cases | 0.14 | 350.00 | 49.00 |
| 3/17/2009 | SK | Telephone Conference with Gary Scharff concerning visits to facility within timeline | 0.08 | 350.00 | 28.00 |
| 3/18/2009 | SK | Reviewed objections in jointly administered cases | 0.50 | 350.00 | 175.00 |

| 3/18/2009 | SK | | 0.16 | 350.00 | 56.00 |
|---|---|---|---|---|---|
| | | Reviewed omnibus response to the objections and discussed with Ethan Ostrow, PCO counsel, and appearance at hearing | | | |
| 3/18/2009 | SK | Discussion with Gary on the status of the court hearing | 0.12 | 350.00 | 42.00 |
| 3/21/2009 | SK | Reviewed the Knudsen order that did not include SAK | 0.50 | 350.00 | 175.00 |
| 4/3/2009 | SK | Reviewed draft statement of PCO Scope of Services, revised and approved revisions from Gary Scharff | 0.16 | 350.00 | 56.00 |
| 4/6/2009 | SK | Reviewed objections regarding scope of duties from parties | 0.04 | 350.00 | 14.00 |
| 4/13/2009 | SK | Reviewed e-mail from Carla McClur that outlines the duties for SAK to include in the scope of the order that was acceptable to the UST | 0.03 | 350.00 | 10.50 |
| 4/15/2009 | SK | Reviewed e-mail from Gary Scharff waiting on the form of order from Tim Conway relating to the scope of duties/retention of SAK in pending case | 0.05 | 350.00 | 17.50 |
| 4/23/2009 | SK | Reviewed Carla McClurg's UST e-mail and concerns about the PCO not being able to carry out her fiduciary duties because of disagreement between counsel | 0.05 | 350.00 | 17.50 |
| 4/24/2009 | SK | Multplie discussions with Counsel and review of Gary Scharff's e-mails to all parties for scoope of ombudsman's access to records and disclosure thereof | 0.13 | 350.00 | 45.50 |
| 4/28/2009 | SK | Multiple discussions on Motions to extend the report filing deadline with PCO Counsel | 0.13 | 350.00 | 45.50 |
| | | **Task Code Total** | **4.82** | | **1,687.00** |

**Data Analysis**

| 5/21/2009 | SK | Contacted facility to review contact information to notify all parties that the PCO began visiting facilities pursuant to the Patient Care Ombudsman's duties under section 333 of the Bankruptcy Code. | 0.18 | 350.00 | 63.00 |
|---|---|---|---|---|---|
| | | **Task Code Total** | **0.18** | | **63.00** |

**Court Hearings**

| 3/18/2009 | SK | Court Hearing regarding SAK employment, objections, carve out, Knudsen orders and first report date | 2.60 | 350.00 | 910.00 |
|-----------|-----|-----|------|--------|--------|
|           |     | **Task Code Total** | **2.60** | | **910.00** |

## Task Code Summary

|     |                     | Hours | Amount |
|-----|---------------------|-------|--------|
| CA  | Case Administration | 4.82  | 1,687.00 |
| DA  | Data Analysis       | 0.18  | 63.00 |
| CH  | Court Hearings      | 2.60  | 910.00 |
|     |                     | **7.60** | **2,660.00** |

**Statement of Professional Services Rendered Through**     5/31/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Data Analysis** | | | | |
| 5/1/2009 | JC | Drafted the report format and guidelines for facility visit and coordinates with scope. Created forms to be used that brought focus to scope of assignment | 1.00 | 300.00 | 300.00 |
| | | | 1.00 | | 300.00 |
| | **Task Code Total** | | | | |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 1.00 | 300.00 |
| | | 1.00 | **300.00** |

**Statement of Professional Services Rendered Through**     5/31/2009
Allee, Elizabeth RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Data Analysis** | | | | |
| 5/2/2009 | EA | Investigated and located assisted living regulations for the state. Created a visit dossier for the facility that directed the review of the facility in relation to patient care. Calculated travel costs and time ivnvolved. Internet research regarding facility, survey information and competion information. | 1.25 | 275.00 | 343.75 |
| | | | 1.25 | | 343.75 |
| | **Task Code Total** | | | | |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 1.25 | 343.75 |
| | | 1.25 | 343.75 |

Medallion Assisted Living Limited Partnership

DBA Medallion Senior Living

12400 Preston Rd

Dallas, TX 75230

Invoice Number: 1048-1

## Statement of Professional Services Rendered Through    5/31/2009
## Summary:

|     |                      | Hours | Rate   | Amount     |
|-----|----------------------|-------|--------|------------|
| JC  | Ciyou, Joyce -  RN   | 8.90  | 300.00 | 2,670.00   |
| EA  | Allee, Elizabeth - RN| 8.70  | 275.00 | 2,392.50   |
|     |                      | 17.60 |        | $5,062.50  |

### Task Code Summary

|     |                    | Hours | Amount   |
|-----|--------------------|-------|----------|
| DA  | Data Analysis      | 12.70 | 3,642.50 |
| RP  | Report Preparation | 4.90  | 1,420.00 |
|     |                    | 17.60 | 5,062.50 |

|                              |            |
|------------------------------|------------|
| Total Professional Services  | $5,062.50  |
| Total Expenses               | $1,900.39  |
| **Total current charges**    | **$6,962.89** |

**Statement of Professional Services Rendered Through**     5/31/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/8/2009 | JC | | 6.00 | 300.00 | 1,800.00 |
| | | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed mediation administration and reviewed facility information. Observed resident meals, life safety and physical plant issues and interdepartmental areas as they relate to Resident care | | | |
| | | **Task Code Total** | 6.00 | | 1,800.00 |
| | | | | | |
| **Report Preparation** | | | | | |
| 5/12/2009 | JC | Report preparation of administrative overview including dietary, common areas, resident rooms and resident interviews regarding care received and life safety issues. | 1.90 | 300.00 | 570.00 |
| 5/15/2009 | JC | Report preparation for clinical issues relating to resident ssues, supply issues and equipment as it relates to Resident care and family concerns | 1.00 | 300.00 | 300.00 |
| | | | 2.90 | | 870.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.00 | 1,800.00 |
| RP | Report Preparation | 2.90 | 870.00 |
| | | 8.90 | 2,670.00 |

**Statement of Professional Services Rendered Through**     5/31/2009
Allee, Elizabeth RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/8/2009 | EA | Site visit to interview staff, residents and families. Observe medication pass, interviewed clinical staff and reviewed medical records related to resident complaints. Reviewed Activity programming and discussed adequacy of supplies with all staff and residents. | 6.00 | 275.00 | 1,650.00 |
| 5/12/2009 | EA | Reviewed previous survey history and applied it to current resident care issues | 0.70 | 275.00 | 192.50 |
| | | | 6.70 | | 1,842.50 |
| | | **Task Code Total** | | | |
| **Report Preparation** | | | | | |
| 5/13/2009 | EA | Report preparation to cover clinical observations, follow-up on Resident and Family concerns, Memory Care unit and the residents care in the unit, adequacy of supplies, dietary and activity issues | 2.00 | 275.00 | 550.00 |
| | | | 2.00 | | 550.00 |
| | | **Task Code Total** | | | |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.70 | 1,842.50 |
| RP | Report Preparation | 2.00 | 550.00 |
| | | **8.70** | **2,392.50** |

## Statement of Expenses Incurred Through 05/31/09

| | |
|---|---:|
| Travel Planner | 1,717.15 |
| Car Rental Fees | 42.63 |
| Meals | 100.61 |
| Parking | 40 |
| **Total Expenses** | **1900.39** |

| Date | Description | Amount |
|---|---|---:|
| 5/7/2009 | VENDOR: Expedia  CONFIRMATION# 127552170403 DATE: 05/7/09<br>Airline Ticket for Joyce Ciyou | $601.20 |
| 5/7/2009 | VENDOR: Expedia  CONFIRMATION# 127552171929 DATE: 05/7/09<br>Airline Ticket, Hotel & Car Rental for Elizabeth Allee | $1,115.95 |
| 5/7/2009 | VENDOR: Thrifty Car Rental CHECK# UP043974-0  DATE: 05/07/09<br>Car Rental Fees:  Joyce Ciyou & Elizabeth Allee | $33.63 |
| 5/7/2009 | VENDOR: Phi Restaurant  CHECK# 1604  DATE: 05/07/09<br>Dinner:  Joyce Ciyou & Elizabeth Allee | $28.25 |
| 5/7/2009 | VENDOR: Indigo Hotel Parking - Valet  CHECK: 54293  DATE: 05/09/09<br>Parking:  Joyce Ciyou & Elizabeth Allee | $20.00 |
| 5/8/2009 | VENDOR: Indigo Hotel Parking - Valet  CHECK: 54293  DATE: 05/09/09<br>Parking:  Joyce Ciyou & Elizabeth Allee | $20.00 |
| 5/9/2009 | VENDOR: Chevron  CHECK# 1019404  DATE: 05/09/09<br>Gas:  Joyce Ciyou & Elizabeth Allee | $9.00 |
| 5/8/2009 | VENDOR:  Texas de Brazil  CHECK# 1710  DATE: 05/09/09<br>Dinner:  Joyce Ciyou & Elizabeth Allee | $67.00 |
| 5/8/2009 | VENDOR: Hotel Indigo  CHECK# 1677  DATE: 05/08/09<br>Tea & Water:  Joyce Ciyou & Elizabeth Allee | $5.36 |

$1,900.39

Champlin LLC
aka Champlin Shores a Senior Living Community
119 East Hayden Lake Road
Champlin, MN 55316

Invoice Number: 1048-2

## Statement of Professional Services Rendered Through    5/31/2009
## Summary:

|  |  | Hours | Rate | Amount |
|----|----|----|----|----|
| JC | Ciyou, Joyce - RN | 8.50 | 300.00 | 2,550.00 |
| LK | Koenig, Leonard | 10.50 | 275.00 | 2,887.50 |
|  |  | 19.00 |  | $5,437.50 |

### Task Code Summary

|  |  | Hours | Amount |
|----|----|----|----|
| DA | Data Analysis | 13.00 | 3,737.50 |
| RP | Report Preparation | 6.00 | 1,700.00 |
|  |  | 19.00 | 5,437.50 |

| Total Professional Services | $5,437.50 |
|----|----|
| Total Expenses | $785.81 |
| **Total current charges** | **$6,223.31** |

**Statement of Professional Services Rendered Through**     5/31/2009
Ciyou, Joyce RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/21/2009 | JC | Site visit to Champlin, MN interviewed residents regarding their care. Interviewed clinical staff about resident issues and observed medication passes.  Observed staffing equipment and adequacy of supplies. | 6.50 | 300.00 | 1,950.00 |
| | | | 6.50 | | 1,950.00 |
| **Report Preparation** | | | | | |
| 5/23/2009 | JC | Report preparation for all resident interviews and clinical record review | 2.00 | 300.00 | 600.00 |
| | | Task Code Total | 2.00 | | 600.00 |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.50 | 1,950.00 |
| RP | Report Preparation | 2.00 | 600.00 |
| | | **8.50** | **2,550.00** |

**Statement of Professional Services Rendered Through**     5/31/2009
Koenig, Leonard

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/21/2009 | LK | Site visit to Champlin, MN to meet with Executive Director, Dietary Manager, Maintenance Director and Activity Director. Interviewed Residents and Support staff. Observed Resident care and noon meal. Toured facility for Life Safety issues and Resident care issues. | 6.50 | 275.00 | 1,787.50 |
| | | | 6.50 | | 1,787.50 |
| | | **Task Code Total** | | | |
| **Report Preparation** | | | | | |
| 5/22/2009 | LK | Report preparation | 4.00 | 275.00 | 1,100.00 |
| | | **Task Code Total** | **4.00** | | **1,100.00** |

---

### Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.50 | 1,787.50 |
| RP | Report Preparation | 4.00 | 1,100.00 |
| | | **10.50** | **2,887.50** |

## Statement of Expenses Incurred Through 05/31/09

| | | |
|---|---|---:|
| Airfare | | 646.42 |
| Car Rental | | 91.77 |
| Meals | | 47.62 |
| Parking | | |
| Total Expenses | | 785.81 |

| Date | Description | Amount |
|---|---|---:|
| 5/21/2009 | VENDOR: Orbitz CONFIRMATION# AP180101NZ7CSDBD DATE: 05/21/09<br>Airline Tickets for Joyce Ciyou & Suzanne Koenig | $646.42 |
| 5/21/2009 | VENDOR: Alamo Car Rental CHECK# 40018654983 DATE: 05/21/09<br>Car Rental: Leonard Koenig & Joyce Ciyou | $91.77 |
| 5/21/2009 | VENDOR: Pegasus on the Fly CHECK# 00078 DATE: 05/21/09<br>Breakfast: Leonard Koenig & Joyce Ciyou | $8.44 |
| 5/21/2009 | VENDOR: Chili's Too CHECK# 2035 DATE: 05/21/09<br>Dinner: Leonard Koenig & Joyce Ciyou | $39.18 |

**$785.81**

Seward Senior Living, LLC

aka Heartland Park Senior Living Community

500 Heartland Park Drive

Seward , NE 68434

Invoice Number: 1048-3

**Statement of Professional Services Rendered Through**      5/31/2009

**Summary:**

|    |                          | Hours | Rate   | Amount     |
|----|--------------------------|-------|--------|------------|
| JC | Ciyou, Joyce -  RN       | 8.50  | 300.00 | 2,550.00   |
| LK | Koenig, Leonard- LNHA    | 8.50  | 275.00 | 2,337.50   |
|    |                          | **17.00** |    | **$4,887.50** |

### Task Code Summary

|    |                          | Hours | Amount   |
|----|--------------------------|-------|----------|
| DA | Data Analysis            | 13.00 | 3,737.50 |
| TT | Non-working Travel Time  | 2.00  | 550.00   |
| RP | Report Preparation       | 2.00  | 600.00   |
|    |                          | **17.00** | **4,887.50** |

| Total Professional Services |           | $4,887.50 |
|-----------------------------|-----------|-----------|
| Total Expenses              |           | $496.11   |
| **Total current charges**   |           | **$5,383.61** |

**Statement of Professional Services Rendered Through**    5/31/2009
Ciyou, Joyce - RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** |  |  |  |  |  |
| 5/13/2009 | JC | Site Visit to Seward Senior Living, LLC to observe clinical care issues related to Residents.  Interviewed Nursing staff and reviewed staffing levels.  Observed Medication pass and followed up on previous survey issues from Regulatory Authorities.  Interviewed Residents and families | 6.50 | 300.00 | 1,950.00 |
|  |  | **Task Code Total** | 6.50 |  | 1,950.00 |
| **Report Preparation** |  |  |  |  |  |
| 5/18/2009 | SK | Prepared report on clinical aspects of Resident care issues | 2.00 | 300.00 | 600.00 |
|  |  | **Task Code Total** | 2.00 |  | 600.00 |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.50 | 1,950.00 |
| RP | Report Preparation | 2.00 | 600.00 |
|  |  | 8.50 | 2,550.00 |

**Statement of Professional Services Rendered Through**     5/31/2009
Koenig, Leonard - LNHA

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/2/2009 | LK | Site Visit to Seward Senior Living to meet with Executive Director, Dietary Manager, Maintenance Director, Activity Director and Regional Representative who was presence at the facility. Interviewed Residents and Support Staff. Observed Resident care and noon meal service. Observed scheduled activities, toured facility for Life Safety issues and Resident care issues. Inspected mechanical rooms, Resident rooms and the common areas for safety issues and potential hazards. Exited with findings. | 6.50 | 275.00 | 1,787.50 |
| | | | 6.50 | | 1,787.50 |
| **Non-Working Travel Time** | | | | | |
| 6/2/2009 | LK | Travel time to facility | 2.00 | 275.00 | 550.00 |
| | | **Task Code Total** | 2.00 | | 550.00 |

## Task Code Summary

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| DA | Data Analysis | | 6.50 | | 1,787.50 |
| TT | Non-Working Travel Time | | 2.00 | | 550.00 |
| | | | 8.50 | | 2,337.50 |

## Statement of Expenses Incurred Through 06/30/09

| | | |
|---|---|---:|
| | Airfare | 361.70 |
| | Car Rental | 75.93 |
| | Meals | 7.48 |
| | Travel | 51 |
| | **Total Expenses** | **496.11** |

| Date | Description | Amount |
|---|---|---:|
| 6/2/2009 | VENDOR:  United Airlines   CONFIRMATION# PVBN3E DATE: 06/02/09<br>Airline Tickets for Joyce Ciyou | $361.70 |
| 6/2/2009 | VENDOR: Budget RESERVATION# 40448353US1  DATE: 06/03/09<br>Car Rental:  Leonard Koenig & Joyce Ciyou | $75.93 |
| 6/2/2009 | VENDOR:  Taxi Affiliation Service    DATE: 06/03/09<br>Taxi to OHare:  Leonard Koenig | $35.00 |
| 6/2/2009 | VENDOR:  Starbucks    DATE: 06/03/09<br>Lunch:  Joyce Ciyou | $7.48 |
| 6/3/2009 | VENDOR: S & S 66  INVoice# 163614  DATE: 06/03/09<br>Gas:  Leonard Koenig | $16.00 |

**$496.11**

Wayne Senior Living

aka The Oaks Senior Living Community

Invoice Number: 1048-4

1500 Vintage Hil Dr

Wayne, NE 68787

## Statement of Professional Services Rendered Through

5/31/2009

## Summary:

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| LK | Koenig, Leonard | 8.50 | 275.00 | 2,337.50 |
|  |  | 8.50 |  | **$2,337.50** |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.50 | 1,787.50 |
| TT | Non-working Travel Time | 2.00 | 550.00 |
|  |  | 8.50 | 2,337.50 |

| Total Professional Services | $2,337.50 |
|---|---|
| Total Expenses | $505.66 |
| **Total current charges** | **$2,843.16** |

**Statement of Professional Services Rendered Through**    5/31/2009
Koenig, Leonard

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/3/2009 | LK | | 6.50 | 275.00 | 1,787.50 |
| | | Site visit to Wayne Senior Living (Oaks) to meet with Executive Director, Maintenance Director, Activity Director and Support staff. Interviewed Resident Care Coordinator and observed Resident care and noon meal service. Observed Medication pass and interviewed charge nurses. Interviewed Residents and Family members. Toured the facility for Life Safety issues and inspected mechanical rooms, residents rooms, nursing medication rooms, and laundry rooms. Exited with findings. | | | |
| | | | **6.50** | | **1,787.50** |
| | | | | | |
| **Non-working Travel Time** | | | | | |
| 6/3/2009 | LK | Travel time | 2.00 | 275.00 | 550.00 |
| | | **Task Code Total** | **2.00** | | **550.00** |

### Task Code Summary

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| DA | Data Analysis | | **6.50** | **1,787.50** |
| TT | Non-Working Travel time | | **2.00** | **550.00** |
| | | | **8.50** | **2,337.50** |

## Statement of Expenses Incurred Through 06/30/09

| | Airfare | 361.70 |
|---|---|---|
| | Car Rental | 75.94 |
| | Meals | 11.02 |
| | Travel | 57 |
| | Total Expenses | **505.66** |

| Date | Description | Amount |
|---|---|---|
| 6/2/2009 | VENDOR:  United Airlines CONFIRMATION# PWTFBW DATE: 06/02/09<br>Airline Tickets for Leonard Koenig | $361.70 |
| 6/3/2009 | VENDOR:  Budget Car Rental RESERVATION# 40448353US1  DATE: 06/03/09<br>Car Rental:  Leonard Koenig & Joyce Ciyou | $75.94 |
| 6/3/2009 | VENDOR:  Taxi Affiliation Services    DATE: 06/02/09<br>Taxi to OHare:  Leonard Koenig | $36.00 |
| 6/3/2009 | VENDOR:  V P Fantasy  Check# 065723    DATE: 06/03/09<br>Gas:  Leonard Koenig | $21.00 |
| 6/3/2009 | VENDOR:  North & South Food Court  Check# 1583348    DATE: 06/03/09<br>Lunch:  Leonard Koenig | $3.11 |
| 6/3/2009 | VENDOR:  North & South Food Court  Check# 1583333    DATE: 06/03/09<br>Lunch:  Leonard Koenig | $7.91 |

**$505.66**

Vegas Assisted Living

aka Sun Mountain Community, aka Plaza at Sun Mountain          Invoice Number: 1048-5

6031 Cheyenne Avenue

Las Vegas, NV 89108


**Statement of Professional Services Rendered Through**          5/31/2009

**Summary:**

|    |                                | Hours | Rate   | Amount     |
|----|--------------------------------|-------|--------|------------|
| JC | Ciyou, Joyce -  RN             | 9.00  | 300.00 | 2,700.00   |
| JF | Fenton, June - MSW, LCSW       | 11.00 | 275.00 | 3,025.00   |
|    |                                | 20.00 |        | $5,725.00  |


### Task Code Summary

|    |                     | Hours | Amount    |
|----|---------------------|-------|-----------|
| DA | Data Analysis       | 14.00 | 4,025.00  |
| RP | Report Preparation  | 6.00  | 1,700.00  |
|    |                     | 20.00 | 5,725.00  |


| Total Professional Services |  | $5,725.00 |
|-----------------------------|--|-----------|
| Total Expenses              |  | $1,704.02 |
| **Total current charges**   |  | **$7,429.02** |

**Statement of Professional Services Rendered Through**    5/31/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/22/2009 | JC | Site visit to facility to interview residents and families. Conducted key staff interviews. Toured the facility and observed resident care and medication administration. Reviewed facility information and all staffing levels. Observed resident meals, life safety and physical plant issues and interdepartmental areas as they relate to Resident care. | 7.00 | 300.00 | 2,100.00 |
| | | | 7.00 | | 2,100.00 |
| | | | | | |
| **Report Preparation** | | | | | |
| 5/24/2009 | JC | Report preparation | 2.00 | 300.00 | 600.00 |
| | | **Task Code Total** | 2.00 | | 600.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 7.00 | 2,100.00 |
| RP | Report Preparation | 2.00 | 600.00 |
| | | 9.00 | 2,700.00 |

**Statement of Professional Services Rendered Through**    5/31/2009
Fenton, June

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/21/2009 | JF | Site visit to meet the Executive Director, Maintenance Director, Activity Director and Support Staff. Interviewed the Resident Care Coordinator (DON) and observed Resident care and noon meal service. Observed medication pass, interviewed charge nurses. Interviewed residents and family members. Toured the facility for life safety issues and inspected mechanical rooms. resident rooms nursing medication rooms and laundry rooms. Exited with findings. | 7.00 | 275.00 | 1,925.00 |
| | | | 7.00 | | 1,925.00 |
| | | **Task Code Total** | | | |
| **Report Preparation** | | | | | |
| 5/23/2009 | JEFF | Report preparation | 4.00 | 275.00 | 1,100.00 |
| | | **Task Code Total** | 4.00 | | 1,100.00 |

---

## Task Code Summary

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| DA | Data Analysis | | 7.00 | | 1,925.00 |
| RP | Report Preparation | | 4.00 | | 1,100.00 |
| | | | **11.00** | | **3,025.00** |

# Statement of Expenses Incurred Through 05/31/09

| | Amount |
|---|---|
| Airfare | 1,475.56 |
| Travel | 16.1 |
| Meals | 128.36 |
| Parking | 84 |
| Total Expenses | 1704.02 |

| Date | Description | Amount |
|---|---|---|
| 5/22/2009 | VENDOR: Orbitz  CONFIRMATION# AP110101N7ECUJBD DATE: 05/22/09<br>Trip Planner (Airfare, Hotel and Car Rental) for Joyce Ciyou | $757.19 |
| 5/22/2009 | VENDOR: Orbitz  CONFIRMATION# AP11010137GA2SBD DATE: 05/22/09<br>Airline Tickets for June Fenton | $694.79 |
| 5/22/2009 | VENDOR: Luxor   CONFIRMATION# 399521173983 DATE: 05/22/09<br>Taxes for Hotel booking - Joyce Ciyou and June Fenton | $11.94 |
| 5/23/2009 | VENDOR: Alamo Car Rental CHECK# 25516851-US-3W  DATE: 05/22/09<br>Car Rental Gas:  Joyce Ciyou & June Fenton | $11.64 |
| 5/22/2009 | VENDOR:  Winchell's Pub & Grill  CHECK# 8506  DATE: 05/22/09<br>Breakfast:  June Fenton & Joyce Ciyou | $21.96 |
| 5/22/2009 | VENDOR: Noodle Shop  CHECK# 51522489  DATE: 05/22/09<br>Dinner:  June Fenton & Joyce Ciyou | $86.19 |
| 5/22/2009 | VENDOR: Skybridge  CHECK# 7117  DATE: 05/22/09<br>Breakfast:  Joyce Ciyou | $6.89 |
| 5/22/2009 | VENDOR: Starbucks  CHECK# 178  DATE: 05/22/09<br>Tea & Roll:  Joyce Ciyou | $6.23 |
| 5/22/2009 | VENDOR: Starbucks  CHECK# 178  DATE: 05/22/09<br>Coffee & Bagel:  June Fenton | $7.09 |
| 5/23/2009 | VENDOR:  Western Cab Co    DATE:  05/23/09<br>Cab fare to airport:  June Fenton | $16.10 |
| 5/23/2009 | VENDOR:  Ohare Parking Facility  CHECK # 601063667  DATE:  05/23/09<br>Parking:  Joyce Ciyou | $52.00 |
| 5/23/2009 | VENDOR:  Detroit Parking Facility    CHECK# 9426-000049-01 DATE:  05/23/09<br>Parking:  June Fenton | $32.00 |

**$1,704.02**