GreenbergTraurig

Invoice No. : 2442713
File No.   : 102171.010400
Bill Date   : June 15, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

# INVOICE

Re: Jointly Administered Cases

<u>Legal Services through May 31, 2009</u>:

|  | Total Fees: | $ | 23,574.50 |
|---|---|---|---|

<u>Expenses</u>:

| | | |
|---|---|---|
| Federal Express Charges | 1.10 | |
| Messenger/Courier Services | 42.39 | |
| Off-site Printing and Copying Charges | 1,729.45 | |
| Photocopy Charges | 213.94 | |
| Postage | 273.93 | |
| Telephone Expenses - Long Distance | 1.03 | |
| Information and Research | 132.57 | |
| Total Expenses: | $ | 2,394.41 |
| **Current Invoice:** | **$** | **25,968.91** |

KXS:JD
Tax ID: 13-3613083


GreenbergTraurig

Invoice No.:  2442713
File No.    :  102171.010400

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                  CITIBANK, F.S.B.
ABA #:               266086554
INTERNATIONAL
SWIFT:               CITIUS33
CREDIT TO:           GREENBERG TRAURIG ACCOUNT
ACCOUNT #:           3200175071

PLEASE
REFERENCE:       **CLIENT NAME:**      **SUZANNE KOENIG, AS PATIENT CARE
                                       OMBUDSMAN**
                 **FILE NUMBER:**      **102171.010400**
                 **INVOICE NUMBER:**   **2442713***
                 **BILLING
                 PROFESSIONAL:**       **Keith J. Shapiro**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:JD
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE:        804          CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/16/09 | Kerry E. Carlson | Research certain issues related to Stayton PCO appointments (.20); exchange emails with E. Ostrow re the same (.10). | 0.30 | 67.50 |
| 01/23/09 | Nancy A. Peterman | Telephone conference with UST re ombudsman appointment, process and next steps (0.4). | 0.40 | 284.00 |
| 02/05/09 | Ethan F. Ostrow | Drafted motion to limit notice of ombudsman's reports (0.5). | 0.50 | 162.50 |
| 02/09/09 | Ethan F. Ostrow | Revised motion to limit notice of ombudsman reports (0.3). Drafted order (0.2). Reviewed order and notice appointing ombudsman (0.1). Reviewed and revised SAK retention application (0.3). Conferred with Kerry Carlson re: revisions (0.1). | 1.00 | 325.00 |
| 02/10/09 | Nancy A. Peterman | Telephone conference with S. Koenig re appointment, fees and other matters (.20); telephone conference with E. Ostrow re same (.10). | 0.30 | 213.00 |
| 02/11/09 | Kerry E. Carlson | Research debtors mailing and street addresses (0.2); compile list of the same (0.2). | 0.40 | 90.00 |
| 02/12/09 | Ethan F. Ostrow | Reviewed correspondence re: New York real estate only entities (0.1). | 0.10 | 32.50 |
| 02/13/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: local counsel (0.1). | 0.10 | 32.50 |
| 02/18/09 | Ethan F. Ostrow | Researched section 331 and monthly fee applications in the District of Oregon (0.5). Conferred with Nancy Peterman re: secured lender's counsel (0.3). | 0.80 | 260.00 |
| 02/19/09 | Ethan F. Ostrow | Reviewed ombudsman appointment notice and conferred with Suzanne Koenig re: debtors that are not health care businesses (0.3). Conferred with Nancy Peterman re: review of pleadings and hiring local counsel (0.4). Conferred with Kerry Carlson re: ombudsman's report deadlines (0.3). | 1.00 | 325.00 |
| 02/25/09 | Kerry E. Carlson | Calculate due dates for ombudsman reports and notice deadlines for the next year; update list of facility locations (0.2). | 0.20 | 45.00 |
| 02/26/09 | Kerry E. Carlson | Docket and calendar deadlines for Ombudsman reports and notices (0.2) | 0.20 | 45.00 |
| 02/27/09 | Ethan F. Ostrow | Conferred with Doug Pahl re: local counsel (0.5). | 0.50 | 162.50 |
| 02/27/09 | Nancy A. Peterman | Telephone call with Debtors' counsel re | 0.20 | 142.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | PCO appointment (0.2). | | |
| 02/27/09 | Nancy A. Peterman | Telephone call to Column's counsel re PCO appointment, cash collateral order/budget (0.1). | 0.10 | 71.00 |
| 03/02/09 | Ethan F. Ostrow | Revised SAK retention application (1.2). Prepared signature pages to retention application and affidavit (0.3). Reviewed debtors' motion to establish monthly compensation procedures and conferred with Nancy Peterman and Suzanne Koenig re: same (0.6). Conferred with Doug Pahl and Casey Mills re: local counsel (0.4). Reviewed conflicts (4.2). | 6.70 | 2,177.50 |
| 03/02/09 | Nancy A. Peterman | Telephone conference with S. Koenig re case generally (0.2). | 0.20 | 142.00 |
| 03/03/09 | Nancy A. Peterman | Conference with E. Ostrow re next steps (0.1). | 0.10 | 71.00 |
| 03/03/09 | Nancy A. Peterman | Telephone conference with S. Koenig re next steps (0.2). | 0.20 | 142.00 |
| 03/04/09 | Ethan F. Ostrow | Reviewed docket and summarized significant pleadings and upcoming critical dates (0.8). Conferred with Nancy Peterman and Suzanne Koenig re: same (0.2). Reviewed local counsel retainer letter and conferred with Gary Scharff re: terms (0.4). Conferred with Nancy Peterman and Suzanne Koenig re: same (0.1). | 1.50 | 487.50 |
| 03/06/09 | Nancy A. Peterman | Telephone conference with local counsel and E. Ostrow re case generally, PCO issues, retention issues and upcoming hearings. | 0.30 | 213.00 |
| 03/09/09 | Kerry E. Carlson | Exchange emails with E. Ostrow and local counsel to coordinate details of filing and service of the procedures and retention motions (0.3). | 0.30 | 67.50 |
| 03/09/09 | Ethan F. Ostrow | Revised motion to limit notice of ombudsman's reports (0.2). Reviewed correspondence from Gary Scharff re: hearings and status report (0.1). Reviewed monthly operating reports and conferred with Suzanne Koenig re: same (0.2). | 0.50 | 162.50 |
| 03/11/09 | Kerry E. Carlson | Worked on service list (0.3) researched local rules related to service (0.1); exchanged emails with Debtors' counsel regarding current service list (0.2). | 0.60 | 135.00 |
| 03/12/09 | Kerry E. Carlson | Prepared motion to establish and limit notice procedures for ombudsman reports for filing with the court (0.2); prepare certificate of service regarding the same (0.1); coordinate service of motion (0.1). | 0.40 | 90.00 |
| 03/12/09 | Ethan F. Ostrow | Revised motion to limit notice of ombudsman's reports (0.3). Conferred with | 0.50 | 162.50 |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/09 | Ethan F. Ostrow | Gary Scharff re: same (0.2). Reviewed correspondence from Gary Scharff re: notice of appointment in Briarwood case (0.1). Conferred with Kerry Carlson re: service of Koenig verified statement in support of appointment as patient care ombudsman (0.1). | 0.20 | 65.00 |
| 04/01/09 | Nancy A. Peterman | Draft scope of PCO engagement/workplan. | 1.50 | 1,065.00 |
| 04/13/09 | Ethan F. Ostrow | Reviewed correspondence from Carla McClurg and Gary Scharff re: scope of duties statement (0.1). | 0.10 | 32.50 |
| 04/17/09 | Kerry E. Carlson | Review order discharging ombudsman in the Portland Senior case (.1); coordinate mail service of order on all parties in interest (.8); research name of secured lender in each case and forward list to E. Ostrow (.2); exchange emails with E. Ostrow regarding status of appointment and timing of upcoming events (.4). | 1.50 | 337.50 |
| 04/24/09 | Ethan F. Ostrow | Conferred with Gary Scharff and Nancy Peterman re: status of SAK retention (0.3). Reviewed correspondence from Gary Scharff re: retention order (0.2). Conferred with Nancy Peterman re: motion to extend deadline to file ombudsman's reports (0.1). | 0.60 | 195.00 |
| 04/26/09 | Ethan F. Ostrow | Drafted motion to extend deadline for ombudsman to file first report by 30 days, through and including June 5, 2009 (2.2). Conferred with Gary Scharff re: same (0.1). | 2.30 | 747.50 |
| 04/27/09 | Ethan F. Ostrow | Drafted order extending deadline to file first ombudsman's report (0.3). Conferred with Gary Scharff and Kerry Carlson re: filing and service of same (0.1). Reviewed draft SAK retention order and conferred with Nancy Peterman re: same (0.3). | 0.70 | 227.50 |
| 04/28/09 | Ethan F. Ostrow | Reviewed certificates of service for motion to extend deadline to file first ombudsman's report and conferred with Kerry Carlson re: same (0.2). Reviewed correspondence from Gary Scharff re: abatement of cases (0.1). | 0.30 | 97.50 |
| 04/29/09 | Ethan F. Ostrow | Reviewed message from Carla McClurg re: withdrawal of reference by district court (0.1). | 0.10 | 32.50 |
| 04/30/09 | Kerry E. Carlson | Research district court motion to withdraw reference and order related to same (.4); prepare memo to E. Ostrow regarding status of order (.2). | 0.80 | 180.00 |
| 04/30/09 | Ethan F. Ostrow | Reviewed order withdrawing the reference (0.1). | 0.10 | 32.50 |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/09 | Kerry E. Carlson | Retrieve and review District Court order granting receiver's motion to withdraw reference in each of the jointly and separately administered cases (.2); route to N. Peterman and E. Ostrow (.1). | 0.30 | 67.50 |
| 05/04/09 | Ethan F. Ostrow | Reviewed correspondence from Suzanne Koenig and Nancy Peterman re: retention orders and visiting facilities (0.1). | 0.10 | 32.50 |
| 05/05/09 | Ethan F. Ostrow | Conferred with Suzanne Koenig re: visiting facilities and deadline to file first ombudsman's report (0.2). | 0.20 | 65.00 |
| 05/06/09 | Ethan F. Ostrow | Conferred with Suzanne Koenig and Gary Scharff re: funds for airfare to visit facilities (0.3). | 0.30 | 97.50 |
| 05/08/09 | Ethan F. Ostrow | Conferred with Gary Scharff and Suzanne Koenig re: statement of airfare expenses (0.1). | 0.10 | 32.50 |
| 05/11/09 | Ethan F. Ostrow | Reviewed correspondence from Suzanne Koenig and Nancy Peterman re: airfare expenses (0.3). | 0.30 | 97.50 |
| 05/12/09 | Ethan F. Ostrow | Reviewed documentation of airfare expenses (0.2). | 0.20 | 65.00 |
| 05/15/09 | Ethan F. Ostrow | Conference call with Nancy Peterman and Suzie Koenig re: status of SAK retention, fees, site visits and ombudsman's reports (0.7). Conferred with Gary Scharff re: status of cases (0.3). | 1.00 | 325.00 |
| 05/15/09 | Nancy A. Peterman | Telephone conference with S. Koenig and J. Ciyou re retention, fee and report issues in all cases. | 0.70 | 497.00 |
| 05/16/09 | Ethan F. Ostrow | Reviewed correspondence from Gary Scharff re: status of cases and withdrawal of reference (0.2). | 0.20 | 65.00 |
| 05/17/09 | Ethan F. Ostrow | Reviewed correspondence from Nancy Peterman and Suzie Koenig re: status of cases and withdrawal of reference (0.2). | 0.20 | 65.00 |
| 05/17/09 | Nancy A. Peterman | Draft email to UST re status. | 0.10 | 71.00 |
| 05/17/09 | Nancy A. Peterman | Draft email to E. Ostrow re case status/withdrawal of reference. | 0.10 | 71.00 |
| 05/19/09 | Ethan F. Ostrow | Conferred with Carla McClurg re: status of cases, withdrawal of reference and ombudsman's visits to facilities (0.4). Conferred with Nancy Peterman, Gary Scharff and Kerry Carlson re: same (0.5). | 0.90 | 292.50 |
| 05/20/09 | Kerry E. Carlson | [Applies to all cases] Further research regarding effects of district court order withdrawing reference and filing procedures in light of entry of order, including telephone calls with the clerk and exchange with E. Ostrow and C. McClurg at the UST office. | 0.80 | 180.00 |
| 05/21/09 | Kerry E. Carlson | Prepare email service lists for all Sunwest cases (1.0); exchange emails with E. | 1.20 | 270.00 |

Description of Professional Services Rendered

|          |                   |                                                                                                                                                                                                              |       |          |
|----------|-------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|          |                   | Ostrow regarding the same (.2).                                                                                                                                                                               |       |          |
| 05/21/09 | Ethan F. Ostrow   | Prepared and sent correspondence to parties in interest re: ombudsman's visits to facilities (0.6).  Conferred with Kerry Carlson re: distribution list (0.1).                                                | 0.70  | 227.50   |
| 05/22/09 | Kerry E. Carlson  | Research local district court rules regarding admission and ECF access (.5); prepare draft pro hac motion for N. Peterman (.4); review dockets transferred to District Court (.4).                             | 1.30  | 292.50   |
| 05/22/09 | Ethan F. Ostrow   | Reviewed correspondence from Nancy Peterman and Suzie Koenig re: visits to facilities and posting notices of ombudsman's reports (0.1).                                                                        | 0.10  | 32.50    |
| 05/27/09 | Ethan F. Ostrow   | Conferred with Kerry Carlson re: chart of report and fee application deadlines (0.2).                                                                                                                         | 0.20  | 65.00    |
| 05/28/09 | Kerry E. Carlson  | Prepare summary chart of all Ombudsman cases pending on Oregon.                                                                                                                                               | 1.80  | 405.00   |

Total Hours:    36.40

Total Amount:    $ 12,437.00

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name   | Hours Billed | Rate   |    | Total $ Amount |
|-------------------|--------------|--------|----|----------------|
| Nancy A. Peterman | 4.20         | 710.00 |    | 2,982.00       |
| Ethan F. Ostrow   | 22.10        | 325.00 |    | 7,182.50       |
| Kerry E. Carlson  | 10.10        | 225.00 |    | 2,272.50       |
| Totals:           | 36.40        | 341.68 | $  | 12,437.00      |

Description of Professional Services Rendered


ACTION CODE:     813         FEE/EMPLOYMENT APPLICATIONS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/14/09 | Kerry E. Carlson | Research new assisted living facility filing in Portland (.40); prepare list of creditors, lenders, debtors and debtor affiliates (.20); telephone calls with S. Koenig and N. Peterman (.10). | 0.70 | 157.50 |
| 01/15/09 | Ethan F. Ostrow | Drafted Suzanne Koenig's verified statement in support of appointment as patient care ombudsman (0.7). Conferred with Nancy Peterman and Suzanne Koenig re: same (0.1). Reviewed connections to consolidated top 20 creditors, and conferred with Abbie Graham re: same (0.1). Reviewed list of debtors' equity holders and affiliates, and conferred with Kerry Carlson re: same (0.1). Drafted exhibits to verified statement (0.2). Reviewed docket and U.S. Trustee's notice of intent to appoint patient care ombudsman (0.1). | 0.10 | 32.50 |
| 01/16/09 | Ethan F. Ostrow | Revised Koenig verified statement (0.2). Conferred with Nancy Peterman re: same (0.1). | 0.30 | 97.50 |
| 01/29/09 | Ethan F. Ostrow | Revised Koenig verified statement in support of appointment as patient care ombudsman (0.4); conferred with Nancy Peterman and Suzanne Koenig re: review and signature of same (0.3). | 1.50 | 487.50 |
| 01/30/09 | Ethan F. Ostrow | Reviewed parties in interest and conferred with Nancy Peterman and Carla Greenberg re: conflicts (0.2). | 0.20 | 65.00 |
| 02/02/09 | Ethan F. Ostrow | Conferred with Suzanne Koenig, Nancy Peterman and Carla Greenberg re: signatures to verified statement (0.2). | 0.20 | 65.00 |
| 02/03/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: retention (0.1) | 0.10 | 32.50 |
| 02/04/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: SAK retention application, compensation procedures, fees and ombudsman reports (0.2). Conferred with Kerry Carlson re: same (0.2). | 0.10 | 32.50 |
| 02/05/09 | Kerry E. Carlson | Research docket, status and background of Stayton Senior Living and related cases (0.3); review order directing PCO appointment and notice appointing S. Koenig (0.1); begin drafting SAK retention papers (0.3); exchange emails with E. | 0.80 | 180.00 |

Description of Professional Services Rendered

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Ostrow and N. Peterman coordinating assignments (0.1). |  |  |
| 02/06/09 | Kerry E. Carlson | Draft PCO professional retention applications (1.1); research local rules regarding retention of professionals (0.2); research and review debtor's professional retention documents and related order (0.2). | 1.50 | 337.50 |
| 02/06/09 | Ethan F. Ostrow | Revised motion to limit notice of ombudsman's reports (0.3).  Revised SAK retention application (0.1).  Conferred with Nancy Peterman and Kerry Carlson re: fees and compensation procedures (0.1). | 0.50 | 162.50 |
| 02/10/09 | Kerry E. Carlson | Revise retention papers, including Application, Affidavit and Order (0.2). | 0.20 | 45.00 |
| 02/10/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: local counsel and debtors' addresses (0.3).  Conferred with Kerry Carlson re: compilation of debtors' addresses (0.3). | 0.60 | 195.00 |
| 02/11/09 | Ethan F. Ostrow | Reviewed and revised SAK retention application, affidavit and orders (0.3).  Conferred with Kerry Carlson and Suzanne Koenig re: compilation of debtors' addresses (0.1). | 0.40 | 130.00 |
| 02/20/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: carve out (0.2).  Conferred with Suzanne Koenig re: same (0.2). | 0.40 | 130.00 |
| 02/26/09 | Ethan F. Ostrow | Conferred with Nancy Peterman, debtors' and secured lender's counsel re: carve-out (0.2).  Conferred with Doug Pahl re: local counsel (0.1). | 0.30 | 97.50 |
| 02/28/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: terms of SAK retention and revision of retention papers (0.3). | 0.30 | 97.50 |
| 02/28/09 | Nancy A. Peterman | Telephone conference with E. Ostrow re retention papers for SAK (0.2). | 0.20 | 142.00 |
| 03/01/09 | Ethan F. Ostrow | Reviewed final cash collateral order (0.3).  Reviewed debtors' motion for monthly payment of compensation (0.4).  Reviewed case law re: monthly payment of compensation (0.4).  Revised SAK retention application (1.3). | 2.40 | 780.00 |
| 03/02/09 | Nancy A. Peterman | Telephone conference with D. Criswell re PCO fees and expenses (0.2). | 0.20 | 142.00 |
| 03/02/09 | Nancy A. Peterman | Draft email to D. Criswell re PCO fees and expenses (0.2). | 0.20 | 142.00 |
| 03/03/09 | Ethan F. Ostrow | Reviewed conflicts (0.6).  Conferred with various Portland attorneys re: local counsel (0.8).  Conferred with Nancy Peterman re: review of dockets (0.2).  Conferred with Gary Scharff re: ombudsman appointment, SAK retention and local counsel (0.4). | 2.00 | 650.00 |
| 03/04/09 | Nancy A. Peterman | Telephone conference with A. Hart (Sidley) | 0.10 | 71.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | re retainer for PCO (0.1). | | |
| 03/04/09 | Nancy A. Peterman | Prepare follow-up email to D. Criswell re retainer for PCO (0.1). | 0.10 | 71.00 |
| 03/05/09 | Kerry E. Carlson | Complete review of disclosure materials in support of retention of Greenberg Traurig as counsel to the Ombudsman (0.4). | 0.40 | 90.00 |
| 03/05/09 | Ethan F. Ostrow | Reviewed local counsel retainer letter (0.2). Conferred with Gary Scharff re: same (0.1). | 0.30 | 97.50 |
| 03/06/09 | Kerry E. Carlson | Completed updated conlfict and disclosure search for new Stayton and related nursing facilities (0.2); prepare summary of same for N. Peterman (0.1). | 0.30 | 67.50 |
| 03/06/09 | Ethan F. Ostrow | Reviewed SAKretention application (0.2). Conferred with Nancy Peterman re: same (0.2). Conferred with Suzanne Koenig re: local counsel retainer letter (0.1). Conferred with Gary Scharff and Nancy Peterman re: preparation of SAK retention application and affidavit (0.6). Conferred with Gary Scharff re: status of cases (0.1) | 1.20 | 390.00 |
| 03/06/09 | Nancy A. Peterman | Work on retention issues. | 0.30 | 213.00 |
| 03/08/09 | Ethan F. Ostrow | Revised SAK retention application and proposed order (1.1) | 1.10 | 357.50 |
| 03/09/09 | Ethan F. Ostrow | Conferred with Gary Scharff re: retention application and order (0.1). Revised Koenig affidavit in support of SAK retention (1.0). Conferred with Gary Scharff and Suzanne Koenig re: same (0.1). Reviewed local bankruptcy form of 2014 verified statement (0.2). Conferred with Suzanne Koenig and Gary Scharff re: same (0.1). | 1.50 | 487.50 |
| 03/10/09 | Kerry E. Carlson | Working on 2014 disclosures and retention related documents pursuant to local form. | 0.30 | 67.50 |
| 03/10/09 | Ethan F. Ostrow | Revised SAK retention application and affidavit (0.5). Conferred with Kerry Carlson re: local bankruptcy form of 2014 verified statement (0.3). Reviewed docket (0.2). Conferred with Gary Scharff re: revisions to retention papers (0.2). | 1.20 | 390.00 |
| 03/11/09 | Ethan F. Ostrow | Conferred with Gary Scharff re: revisions to SAK retention papers and filing of same (0.2). Conferred with Kerry Carlson re: service of papers and disclosures (0.2). Revised retention application, affidavit and order (0.5). | 0.90 | 292.50 |
| 03/12/09 | Kerry E. Carlson | Prepared retention application, affidavit in support, local rule 2o14 disclosures and proposed order (0.4); prepare for filing by local counsel (0.1); coordinate email and US mail service of the same (0.1); draft certificate of service regarding the same | 0.80 | 180.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | (0.2) | | |
| 03/12/09 | Ethan F. Ostrow | Reviewed disclosures and certificates of service (0.1). Conferred with Kerry Carlson re: same (0.1). | 0.20 | 65.00 |
| 03/13/09 | Kerry E. Carlson | Effect service of application to employ SAK (0.2); draft certificate of service regarding the same (0.2); update service list (0.1); exchange emails regarding Court's decision to set expedited hearing (0.31); draft notices of hearing for each case (0.2); prepare and coordinate immediate fax delivery of notice of hearing on retention application (0.4) | 1.20 | 270.00 |
| 03/13/09 | Ethan F. Ostrow | Conferred with Gary Scharff re: service of notice of expedited hearing on SAK retention (0.1). Conferred with Kerry Carlson re: same (0.1). Drafted notice (0.3). Reviewed correspondence from Garf Scharff, Carla McClurg and David Criswell re: retainer request and fee procedures (0.1). | 0.60 | 195.00 |
| 03/14/09 | Ethan F. Ostrow | Conferred with Kerry Carlson re: service of notice of expedited hearing on SAK retention (0.1). | 0.10 | 32.50 |
| 03/16/09 | Kerry E. Carlson | Effect fax service (0.2); prepare and file certificates of ECF and fax service of Notice of expedited hearing on PCO application to employ medical advisors (0.2). | 0.40 | 90.00 |
| 03/16/09 | Ethan F. Ostrow | Conferred with Kerry Carlson re: service of notice of expedited hearing on SAK retention (0.1). Conferred with Oregon Department of Environmental Quality re: notice (0.1). | 0.20 | 65.00 |
| 03/17/09 | Nancy A. Peterman | Conference with E. Ostrow re objections to SAK retention and PCO appointment (0.1). | 0.10 | 71.00 |
| 03/17/09 | Nancy A. Peterman | Conference with G. Scharf re objections to SAK retention and PCO appointment and court hearing re same (0.2). | 0.20 | 142.00 |
| 03/17/09 | Nancy A. Peterman | Telephone conference with S. Koenig re objections to SAK and PCO (0.1). | 0.10 | 71.00 |
| 03/17/09 | Nancy A. Peterman | Revise response to objections to SAK and PCO (0.2). | 0.20 | 142.00 |
| 03/19/09 | Kerry E. Carlson | Review local counsel's notes regarding retention and follow up on issues presented in Court (0.1). | 0.10 | 22.50 |
| 03/24/09 | Ethan F. Ostrow | Reviewed correspondence from Gary Scharff and Suzanne Koenig re: scope of duties statement, Knudsen order and SAK retention (0.2). | 0.20 | 65.00 |
| 03/27/09 | Ethan F. Ostrow | Reviewed correspondence from Gary Scharff re: Knudsen order in jointly administered cases (0.1). | 0.10 | 32.50 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 03/31/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: time entry and billing to comport with U.S. Trustee requirements (0.3). | 0.30 | 97.50 |
| 03/31/09 | Nancy A. Peterman | Telephone conference with G. Scharf re scope of services (0.1). | 0.10 | 71.00 |
| 04/01/09 | Kerry E. Carlson | Prepare service list and certificate of service related to PCO affidavit in support of appointment (1.0); review UST notice of appointment (.1); coordinate service of same (.3). | 1.40 | 315.00 |
| 04/01/09 | Ethan F. Ostrow | Conferred with Carla Greenberg re: debtors and opening new matters for timekeeping purposes (0.2). Conferred with Nancy Peterman re: scope of duties statement (0.2). | 0.40 | 130.00 |
| 04/10/09 | Ethan F. Ostrow | Reviewed time entries and prepared invoice for SAK (0.3). | 0.30 | 97.50 |
| 04/22/09 | Ethan F. Ostrow | Conferred with Gary Scharff re: retention order and extension of deadline to file ombudsman's reports (0.2). | 0.20 | 65.00 |
| 04/27/09 | Nancy A. Peterman | Review and comment on retention order. | 0.20 | 142.00 |
| 04/29/09 | Kerry E. Carlson | Working on ECF issues necessary for immediate entry of retention order, including telephone calls with clerk's office and judge's chambers (.8); revise retention order (.3); draft cover letter to judge requesting entry of same (.3); upload order and route to appropriate parties in interest (.3). | 1.70 | 382.50 |
| 04/29/09 | Ethan F. Ostrow | Reviewed SAK retention order and correspondence re: same (0.1). Conferred with Nancy Peterman, Suzanne Koenig and Kerry Carlson re: entry of order (0.2). | 0.30 | 97.50 |
| 05/06/09 | Ethan F. Ostrow | Reviewed prior time entries and revised GT invoice (0.7). | 0.70 | 227.50 |
| 05/15/09 | Ethan F. Ostrow | Reviewed Knudsen order and fee procedures (0.3). Conferred with Nancy Peterman re: same (0.1). | 0.40 | 130.00 |

Total Hours:      31.40

Total Amount:      $ 9,995.00

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

    FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Nancy A. Peterman | 2.00 | 710.00 | | 1,420.00 |
| Ethan F. Ostrow | 19.60 | 325.00 | | 6,370.00 |
| Kerry E. Carlson | 9.80 | 225.00 | | 2,205.00 |
| Totals: | 31.40 | 318.31 | $ | 9,995.00 |

Description of Professional Services Rendered

ACTION CODE:        814        FEE/EMPLOYMENT OBJECTIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/17/09 | Ethan F. Ostrow | Conferred with Nancy Peterman, Gary Scharff and Suzanne Koenig re: objections to SAK retention (0.3). Drafted and revised omnibus response to objections (1.5). Researched case law re: patient care ombudsman's retention of professionals (0.3). | 2.10 | 682.50 |
| 03/18/09 | Ethan F. Ostrow | Conferred with Suzanne Koenig re: omnibus response to objections and appearance at hearing (0.1). | 0.10 | 32.50 |

Total Hours:     2.20

Total Amount:     $ 715.00

TIMEKEEPER SUMMARY FOR ACTION CODE 814,

FEE/EMPLOYMENT OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ethan F. Ostrow | 2.20 | 325.00 | 715.00 |
| Totals: | 2.20 | 325.00 | $        715.00 |

Description of Professional Services Rendered

ACTION CODE:    824        PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/28/09 | Kerry E. Carlson | Prepare and serve motion and proposed order to extend the PCO reporting period (.4); prepare service list, including redacted members (.2); effect service of same (.9). | 1.50 | 337.50 |

Total Hours:    1.50

Total Amount:    $ 337.50

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Kerry E. Carlson | 1.50 | 225.00 | 337.50 |
| Totals: | 1.50 | 225.00 | $ 337.50 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 6.20 | 710.00 | 4,402.00 |
| Ethan F. Ostrow | 43.90 | 325.00 | 14,267.50 |
| Kerry E. Carlson | 21.80 | 225.00 | 4,905.00 |
| Totals: | 71.90 | 327.88 | $ 23,574.50 |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/15/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;   Document Type: DOCKET REPORT | $ | 0.02 |
| 01/15/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;   Document Type: DOCKET REPORT | $ | 0.02 |
| 01/15/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;   Document Type: DOCKET REPORT | $ | 0.09 |
| 01/15/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;   Document Type: DOCKET REPORT | $ | 0.01 |
| 01/15/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;   Document Type: DOCKET REPORT | $ | 0.01 |
| 01/15/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;   Document Type: DOCKET REPORT | $ | 0.09 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.48 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.80 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 98-0;   Document Type: IMAGE98-0 | $ | 1.36 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 140-0;   Document Type: IMAGE140-0 | $ | 2.40 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.48 |
| 02/05/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.32 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.80 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 77-0;   Document Type: IMAGE77-0 | $ | 0.64 |
| 02/05/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 150-0;   Document Type: IMAGE150-0 | $ | 0.56 |
| 02/06/09 | Case Number: (None);   Search Criteria: 2:05-BK-50000-VZ FIL OR ENT: FILED FROM:;   Document Type: DOCKET REPORT | $ | 1.04 |
| 02/06/09 | Case Number: (None);   Search Criteria: 2:05-BK-50000-VZ DOCUMENT 59-0;   Document Type: IMAGE59-0 | $ | 2.40 |
| 02/06/09 | Case Number: (None);   Search Criteria: LNAME: UPLAND SURGICAL; Document Type: SEARCH | $ | 0.08 |
| 02/06/09 | Case Number: (None);   Search Criteria: 8:06-BK-11298-ES FIL OR ENT: FILED FROM:;   Document Type: DOCKET REPORT | $ | 0.88 |
| 02/06/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.48 |
| 02/06/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 92-0;   Document Type: IMAGE92-0 | $ | 0.24 |
| 02/06/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 9-0;   Document Type: IMAGE9-0 | $ | 2.40 |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 02/06/09 | Case Number: (None);   Search Criteria: 06-13050-SMB FIL OR ENT:  FILED FROM: 1/2;   Document Type: DOCKET REPORT | $ | 2.40 |
| 02/06/09 | Case Number: (None);   Search Criteria: 06-13050-SMB DOCUMENT 99-0;   Document Type: IMAGE99-0 | $ | 0.96 |
| 02/06/09 | Westlaw Research by CARLSON,KERRY. | $ | 4.33 |
| 02/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT:  FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.08 |
| 02/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 124-0;   Document Type: IMAGE124-0 | $ | 0.72 |
| 02/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT:  FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.08 |
| 02/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 147-0;   Document Type: IMAGE147-0 | $ | 0.40 |
| 02/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT:  FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.80 |
| 02/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 34-0;   Document Type: IMAGE34-0 | $ | 2.40 |
| 02/11/09 | VENDOR: FedEx INVOICE#: 909306776 DATE: 2/18/2009  Tracking #797332277388; From: Nancy A. Peterman, Greenberg Traurig Llp, 77 W Wacker Dr Ste 2500, Chicago, IL 60601;   To: Carla G. Mcclurgesq., Office Of The United States Tr, 620 Sw Main St Ste 213, Portland, OR 97205 | $ | 1.10 |
| 02/12/09 | Copy; 38 Page(s) by 007632 | $ | 0.76 |
| 02/13/09 | VENDOR: Advanced Messenger Service; INVOICE#: 186600; DATE:  2/13/2009  -  Chicago office messenger service through 02/12/09. | $ | 7.50 |
| 02/18/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 361989;  Document Type: PARTY LIST | $ | 0.40 |
| 02/18/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT:  FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.88 |
| 02/18/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 11-0;   Document Type: IMAGE11-0 | $ | 2.40 |
| 02/18/09 | Westlaw Research by OSTROW,ETHAN. | $ | 33.16 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT:  FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.08 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 143-0;   Document Type: IMAGE143-0 | $ | 2.40 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 140-0;   Document Type: IMAGE140-0 | $ | 2.40 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT:  FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.08 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 115-0;   Document Type: IMAGE115-0 | $ | 0.56 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT:  FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.96 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 170-0;   Document Type: IMAGE170-0 | $ | 2.40 |
| 03/01/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 98-0;   Document Type: IMAGE98-0 | $ | 1.36 |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 03/01/09 | Westlaw Research by OSTROW,ETHAN. | $ | 25.23 |
| 03/02/09 | Telephone; 15032245858 from Ext. 6611  PORTLAND OR | $ | 0.05 |
| 03/03/09 | Case Number: (None);   Search Criteria: 09-30675-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.40 |
| 03/03/09 | Case Number: (None);   Search Criteria: 09-30675-TMB11 DOCUMENT 57-0;   Document Type: IMAGE57-0 | $ | 0.96 |
| 03/03/09 | Case Number: (None);   Search Criteria: 09-30675-TMB11 DOCUMENT 30-0;   Document Type: IMAGE30-0 | $ | 0.48 |
| 03/03/09 | Case Number: (None);   Search Criteria: 09-30675-TMB11 DOCUMENT 10-0;   Document Type: IMAGE10-0 | $ | 0.96 |
| 03/03/09 | Telephone; 15032243092 from Ext. 6611  PORTLAND OR | $ | 0.05 |
| 03/03/09 | Telephone; 15037962913 from Ext. 6611  PORTLAND OR | $ | 0.10 |
| 03/03/09 | Telephone; 15032271111 from Ext. 6611  PORTLAND OR | $ | 0.03 |
| 03/03/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.04 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.23 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 177-0;   Document Type: IMAGE177-0 | $ | 0.10 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 179-0;   Document Type: IMAGE179-0 | $ | 0.06 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 180-0;   Document Type: IMAGE180-0 | $ | 0.25 |
| 03/06/09 | VENDOR: Advanced Messenger Service; INVOICE#: 187235; DATE: 3/6/2009  -  Chicago messenger service through 3/5/09 | $ | 15.51 |
| 03/06/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.13 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.08 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 131-0;   Document Type: IMAGE131-0 | $ | 0.25 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 172-0;   Document Type: IMAGE172-0 | $ | 0.27 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.25 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 4-0;   Document Type: IMAGE4-0 | $ | 0.57 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 14-0;   Document Type: IMAGE14-0 | $ | 0.04 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 17-0;   Document Type: IMAGE17-0 | $ | 0.08 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 181-0;   Document Type: IMAGE181-0 | $ | 0.19 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 168-0;   Document Type: IMAGE168-0 | $ | 0.15 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.25 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 98-0;   Document Type: IMAGE98-0 | $ | 0.32 |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 150-0;   Document Type: IMAGE150-0 | $ | 0.13 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.25 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.25 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 148-0;   Document Type: IMAGE148-0 | $ | 0.57 |
| 03/11/09 | Telephone; 15038022027 from Ext. 8407  PORTLAND OR | $ | 0.01 |
| 03/12/09 | Copy; 174 Page(s) by 009876 | $ | 3.48 |
| 03/12/09 | Copy; 105 Page(s) by 007698 | $ | 2.10 |
| 03/12/09 | Copy; 24 Page(s) by 007698 | $ | 0.48 |
| 03/12/09 | Copy; 1302 Page(s) by 007608 | $ | 26.04 |
| 03/12/09 | Copy; 4 Page(s) by 007698 | $ | 0.08 |
| 03/12/09 | Postage by 007608  MAIL | $ | 7.06 |
| 03/12/09 | Postage by 007608  MAIL | $ | 220.45 |
| 03/12/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.02 |
| 03/13/09 | VENDOR: Ikon Office Solutions, Inc INVOICE#: L0509030159 DATE: 3/13/2009<br>Document Procurement Expense Req. by Kerry Carlson on 3/13/09 - File Ref: 102171.010400 | $ | 1,729.45 |
| 03/13/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.01 |
| 03/16/09 | Postage by 007611 | $ | 0.84 |
| 03/16/09 | Postage by 007611 | $ | 0.84 |
| 03/16/09 | Telephone; 15032295013 from Ext. 6611  PORTLAND OR | $ | 0.01 |
| 03/17/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.04 |
| 03/17/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.14 |
| 03/17/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.01 |
| 03/17/09 | Westlaw Research by OSTROW,ETHAN. | $ | 3.16 |
| 04/01/09 | Case Number: (None);   Search Criteria: 09-30711-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.96 |
| 04/01/09 | Case Number: (None);   Search Criteria: 09-30711-TMB11 DOCUMENT 141-0;   Document Type: IMAGE141-0 | $ | 0.48 |
| 04/02/09 | Postage by 007608  MAIL | $ | 28.14 |
| 04/17/09 | Case Number: (None);   Search Criteria: LNAME: STAYTON;   Document Type: SEARCH | $ | 0.08 |
| 04/17/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 1.60 |
| 04/17/09 | Copy; 61 Page(s) by 016807  KC | $ | 6.10 |
| 04/17/09 | Postage by 016807 MAIL | $ | 16.60 |
| 04/22/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.02 |
| 04/26/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 1.68 |
| 04/28/09 | Copy; 1738 Page(s) by 007504  4 CARLSON | $ | 173.80 |
| 04/28/09 | Copy; 11 Page(s) by 000031 | $ | 1.10 |
| 04/29/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.72 |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 04/29/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 1.68 |
| 04/29/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.48 |
| 04/29/09 | Case Number: (None);   Search Criteria: 09-30675-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.64 |
| 04/29/09 | Case Number: (None);   Search Criteria: 09-30711-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.96 |
| 04/29/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.72 |
| 04/29/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 1.76 |
| 04/29/09 | Case Number: (None);   Search Criteria: 08-36691-RLD7 FIL OR ENT: FILED  DOC FR;  Document Type: DOCKET REPORT | $ | 0.16 |
| 04/29/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.56 |
| 04/29/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 1.76 |
| 04/29/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.72 |
| 04/29/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.56 |
| 04/29/09 | Case Number: (None);   Search Criteria: 6:09-CV-06056-HO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 04/29/09 | Case Number: (None);   Search Criteria: 6:09-CV-06056-HO DOCUMENT 28-0;   Document Type: IMAGE 28-0 | $ | 1.92 |
| 04/29/09 | Case Number: (None);   Search Criteria: 6:09-MC-07011-HO;   Document Type: DOCKET REPORT | $ | 0.08 |
| 04/29/09 | Case Number: (None);   Search Criteria: 6:09-MC-07011-HO DOCUMENT 1-0;   Document Type: IMAGE 1-0 | $ | 0.72 |
| 04/29/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.03 |
| 04/30/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.80 |
| 04/30/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 158-0;   Document Type: IMAGE158-0 | $ | 0.40 |
| 04/30/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 134-0;   Document Type: IMAGE134-0 | $ | 0.40 |
| 05/01/09 | VENDOR: Advanced Messenger Service; INVOICE#: 188124; DATE: 5/1/2009  -  Chicago messenger service | $ | 19.38 |
| 05/15/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.03 |
| 05/19/09 | Telephone; 15033267659 from Ext. 6611  PORTLAND OR | $ | 0.02 |
| 05/19/09 | Telephone; 15033267659 from Ext. 6611  PORTLAND OR | $ | 0.29 |

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 2,394.41 |