

SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

Jointly Administered Cases # 09-6082

Stayton SW Assisted Living, LLC

dba Lakeside Assisted Living Community                    Invoice Number: 1065

PO Box 3006

Salem, OR   97302-0006

## Summary:

### Professional Services

| | | |
|---|---|---|
| Stayton SW Assisted Living, LLC | Inv # 1065-1 | $3,975.00 |
| Medallion Assisted Living | Inv # 1065-2 | $3,550.00 |
| Colonial Gardens | Inv # 1065-3 | $5,062.50 |
| Hendersonville Senior Living | Inv # 1065-4 | $3,425.00 |
| Wayne Senior Living | Inv # 1065-5 | $1,375.00 |
| Champlin, LLC | Inv # 1065-6 | $350.00 |
| W-E Specialized Care, LLC | Inv # 1065-9 | $5,125.00 |
| St. George Senior Living, LLC | Inv # 1065-12 | $4,975.00 |
| Vancouver Care, LLC | Inv # 1065-13 | $4,862.50 |
| Sanddollar Court memory Care, LLC | Inv # 1065-14 | $3,425.00 |
| Seward Senior Living, LLC | Inv # 1065-18 | $1,725.00 |
| Vegas Assisted Living | Inv # 1065-19 | $350.00 |
| **Total charges** | | **$38,200.00** |

### Expenses

| | | |
|---|---|---|
| Stayton SW Assisted Living, LLC | Inv # 1065-1 | $803.52 |
| Medallion Assisted Living | Inv # 1065-2 | $1,998.30 |
| Colonial Gardens | Inv # 1065-3 | $1,056.14 |
| Hendersonville Senior Living | Inv # 1065-4 | $673.85 |
| W-E Specialized Care, LLC | Inv # 1065-9 | $1,735.97 |
| St. George Senior Living, LLC | Inv # 1065-12 | 1,643.50 |
| Vancouver Care, LLC | Inv # 1065-13 | 1,049.12 |
| Sanddollar Court Memory Care, LLC | Inv # 1065-14 | $660.83 |
| **Total expenses** | | **9,621.23** |

| | |
|---|---|
| Total Professional Services | 38,200.00 |
| Total Expenses | 9,621.23 |
| **Total Current Charges** | **47,821.23** |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

Stayton SW Assisted Living, LLC
dba Lakeside Assisted Living Community
PO Box 3006
Salem, OR   97302-0006

**Invoice Number: 1065-1**

**Statement of Professional Services Rendered Through** 6/30/2009
**Summary:**

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| JC | Ciyou, Joyce - RN | 9.00 | 300.00 | 2,700.00 |
| EA | Allee, Elizabeth - RN | 1.00 | 275.00 | 275.00 |
| RC | Ciyou, Robert - Licensed Contractor | 5.00 | 200.00 | 1,000.00 |
|  |  | **15.00** |  | **$3,975.00** |

**Task Code Summary**

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 10.00 | 2,500.00 |
| RP | Report Preparation | 5.00 | 1,475.00 |
|  |  | **15.00** | **3,975.00** |

| Total professional services | 3,975.00 |
|---|---|
| Total expenses | $803.52 |
| **Total current charges** | **$4,778.52** |

**Statement of Professional Services Rendered Through**     6/30/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Data Analysis** | | | | |
| 6/16/2009 | JC | Site visit to meet with Administrator, Key staff and Support staff. Interviewed staff and observed Resident care and Observed Medication pass. Interviewed Residents and Family members. Toured the facility for Life Safety issues. Exited with findings. | 5.00 | 300.00 | 1,500.00 |
| | | **Task Code Total** | 5.00 | | 1,500.00 |
| | **Report Preparation** | | | | |
| 6/30/2009 | JC | Report Preparation regarding interdepartmental concerns and life safety issues | 4.00 | 300.00 | 1,200.00 |
| | | **Task Code Total** | 4.00 | | 1,200.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 5.00 | 1,500.00 |
| RP | Report Preparation | 4.00 | 1,200.00 |
| | | **9.00** | **2,700.00** |

**Statement of Professional Services Rendered Through**    6/30/2009
Allee, Elizabeth - RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Report Preparation** | | | | | |
| 6/29/2009 | EA | Report preparation regarding observations, follow-up on Resident and Family concerns, and residents care.  Adequacy of supplies, dietary and activity issues | 1.00 | 275.00 | 275.00 |
| | | **Task Code Total** | **1.00** | | **275.00** |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 275.00 |
| | | **1.00** | **275.00** |

**Statement of Professional Services Rendered Through**   6/30/2009
Ciyou, Robert - Licensed Contractor

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Data Analysis |  |  |  |  |  |
| 6/16/2009 | RC | Toured the facility for Life Safety issues. Inspected mechanical rooms, residents rooms, nursing medication rooms, laundry, building exterior | 5.00 | 200.00 | 1,000.00 |
|  |  |  | 5.00 |  | 1,000.00 |
|  |  | Task Code Total |  |  |  |

## Task Code Summary

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| DA | Data Analysis |  | 5.00 | 1,000.00 |
|  |  |  | 5.00 | 1,000.00 |

## Statement of Expenses Incurred Through 06/30/09

| | |
|---|---|
| Airfare | 498.07 |
| Car Rental | 89.32 |
| Accommodations | 156.38 |
| Meals | 31.00 |
| Travel | 28.75 |
| **Total Expenses** | **$803.52** |

| Date | Description | Amount |
|---|---|---|
| 6/15/2009 | VENDOR: United Airlines CONFIRMATION# VQZ2FS DATE: 06/15/09 Airline Tickets for Joyce Ciyou | $359.60 |
| 6/15/2009 | VENDOR: Expedia CONFIRMATION# 128085164095 DATE: 06/15/09 Airline Tickets for Robert Ciyou | $138.47 |
| 6/18/2009 | VENDOR: Dollar Rental RENTAL# 09080949 DATE: 06/18/09 Car Rental: Robert Ciyou & Joyce Ciyou | $89.32 |
| 6/18/2009 | VENDOR: Embassy Suites FOLIO# 588976 DATE: 06/18/09 Accommodations: Robert Ciyou & Joyce Ciyou | $156.38 |
| 6/16/2009 | VENDOR: Arco SALE# 261832 DATE: 06/16/09 GAS: Robert Ciyou | $28.75 |
| 6/16/2009 | VENDOR: Arco SALE# 261831 DATE: 06/16/09 Snack: Robert Ciyou & Joyce Ciyou | $5.46 |
| 6/16/2009 | VENDOR: McGrath Fish House SALE# 10096 DATE: 06/16/09 Dinner: Joyce Ciyou & Robert Ciyou | $17.67 |
| 6/16/2009 | VENDOR: McDonalds SALE# 243 DATE: 06/16/09 Lunch: Robert Ciyou | $7.87 |

$803.52



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Medallion Assisted Living Limited Partnership**

**DBA Medallion Senior Living**

**12400 Preston Rd**

**Dallas, TX 75230**

**Invoice Number: 1065-2**

## Statement of Professional Services Rendered Through   6/30/2009
## Summary:

|     |                                            | Hours | Rate   | Amount     |
|-----|--------------------------------------------|-------|--------|------------|
| SK  | Koenig, Suzanne - Patient Care Ombudsman   | 1.00  | 350.00 | 350.00     |
| JC  | Ciyou, Joyce - RN                          | 7.00  | 300.00 | 2,100.00   |
| KH  | Hufsey, Keith- LNHA                        | 4.00  | 275.00 | 1,100.00   |
|     |                                            | 12.00 |        | **$3,550.00** |

## Task Code Summary

|     |                    | Hours | Amount    |
|-----|--------------------|-------|-----------|
| DA  | Data Analysis      | 8.00  | 2,300.00  |
| RP  | Report Preparation | 4.00  | 1,250.00  |
|     |                    | 12.00 | 3,550.00  |

| Total Professional Services | $3,550.00 |
|-----------------------------|-----------|
| Total Expenses              | $1,998.30 |
| **Total current charges**   | **$5,548.30** |

**Statement of Professional Services Rendered Through**     6/30/2009
Kopenig, Suzanne

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Data Analysis** | | | | |
| 6/8/2009 | SK | Report review and finalization | 1.00 | 350.00 | 350.00 |
| | | | **1.00** | | **350.00** |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 350.00 |
| | | **1.00** | **350.00** |

## Statement of Professional Services Rendered Through 6/30/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/8/2009 | JC | Re-visit to facility. Interviewed new Administrator, residents, family and staff. Observed resident meal, life safety and interdepartmental areas as they relate to Resident care | 4.00 | 300.00 | 1,200.00 |
| | | **Task Code Total** | 4.00 | | 1,200.00 |
| | | | | | |
| | **Report Preparation** | | | | |
| 6/9/2009 | JC | Report preparation of overview including dietary, common areas, resident rooms and interviews regarding care received and life safety issues | 3.00 | 300.00 | 900.00 |
| | | | 3.00 | | 900.00 |

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 4.00 | 1,200.00 |
| RP | Report Preparation | 3.00 | 900.00 |
| | | 7.00 | 2,100.00 |

**Statement of Professional Services Rendered Through**     6/30/2009
Hufsey, Keith- LNHA

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/30/2009 | KH | Site visit to interview staff, residents and families. Reviewed Activity programming and discussed adequacy of supplies with staff and residents. | 4.00 | 275.00 | 1,100.00 |
| | | | 4.00 | | 1,100.00 |
| | | **Task Code Total** | | | |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | DA | Data Analysis | 4.00 | 1,100.00 |
| | | | 4.00 | 1,100.00 |

## Statement of Expenses Incurred Through 06/30/09

| | |
|---|---:|
| Travel Planner | 1,688.40 |
| Car Rental Fees | 140.29 |
| Meals | 67.61 |
| Parking | 102.00 |
| **Total Expenses** | **1,998.30** |

| Date | Description | Amount |
|---|---|---:|
| 5/9/2009 | VENDOR: Parking Solutions  INVOICE# 118198  DATE: 05/09/09<br>Parking:  Joyce Ciyou & Elizabeth Allee | $36.00 |
| 5/9/2009 | VENDOR: Indianapolis Airport Parking  TICKET# 024182  DATE: 05/09/09<br>Airport Parking:  Joyce Ciyou & Elizabeth Allee | $36.00 |
| 6/8/2009 | VENDOR:  American Airlines   CONFIRMATION#  PABMVZ  DATE: 06/08/09<br>Airline Ticket for Joyce Ciyou & Keith Hufsey | $1,688.40 |
| 6/8/2009 | VENDOR:  EX Rent A Car  RA# DFW-135287  DATE:  06/08/09<br>Rental Car for Keith Hufsey & Joyce Ciyou | $140.29 |
| 6/7/2009 | VENDOR: McDonalds    DATE:  06/07/09<br>Dinner: Keith Hufsey | $3.52 |
| 6/8/2009 | VENDOR:  McDonalds  ORDER# 97  DATE: 06/08/09<br>Breakfast:  Keith Hufsey | $5.41 |
| 6/8/2009 | VENDOR:  Auntie Anne's   ORDER# 48  DATE: 06/08/09<br>Dinner:  Keith Hufsey & Joyce Ciyou | $7.65 |
| 6/8/2009 | VENDOR:  Penne Pomodoro   ORDER# 192155  DATE:  06/08/09<br>Lunch:  Keith Hufsey & Joyce Ciyou | $33.18 |
| 6/8/2009 | VENDOR:  McDonalds   ORDER# 95  DATE:  06/08/09<br>Breakfast:  Keith Hufsey | $4.13 |
| 6/8/2009 | VENDOR:  Starbucks   ORDER# 8075  DATE:  06/08/09<br>Breakfast:  Joyce Ciyou | $6.32 |
| 6/8/2009 | VENDOR:  McDonalds    ORDER# 197  DATE:  06/07/09<br>Lunch: Keith Hufsey | $3.88 |

| 6/8/2009 | VENDOR: McDonalds ORDER# 422 DATE: 06/08/09 | $3.52 |
| | Sandwich: Keith Hufsey | |
| 6/8/2009 | VENDOR: O'Hare Parking Facility TRANS# 501080672 DATE: 06/08/09 | $30.00 |
| | Parking: Keith Hufsey | |
| | | $1,998.30 |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Colonial Gardens**

**aka Colonial Gardens Residential Care Community**

**1890 Newberg Highway**

**Woodburn, OR 97071**

Invoice Number: 1065-3

**Statement of Professional Services Rendered Through**     6/30/2009

**Summary:**

|     |                       | Hours | Rate   | Amount     |
|-----|-----------------------|-------|--------|------------|
| JC  | Ciyou, Joyce -  RN    | 6.00  | 300.00 | 1,800.00   |
| EA  | Allee, Elizabeth - RN | 8.00  | 275.00 | 2,200.00   |
|     |                       | 14.00 |        | $4,000.00  |

**Task Code Summary**

|     |                    | Hours | Amount   |
|-----|--------------------|-------|----------|
| DA  | Data Analysis      | 10.00 | 2,875.00 |
| RP  | Report Preparation | 4.00  | 1,125.00 |
|     |                    | 14.00 | 4,000.00 |

| Total Professional Services |  $5,062.50 |
|-----------------------------|-----------:|
| Total Expenses              |  $1,056.14 |
| **Total current charges**   | **$6,118.64** |

**Statement of Professional Services Rendered Through**    6/30/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/25/2009 | JC | | 5.00 | 300.00 | 1,500.00 |
| | | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed medication administration and reviewed facility information. Observed resident meal, life safety and physical plant issues and interdepartmental areas as they relate to Resident care | | | |
| | | **Task Code Total** | **5.00** | | **1,500.00** |
| | | | | | |
| **Report Preparation** | | | | | |
| 6/26/2009 | JC | Report preparation for clinical issues relating to resident ssues, supply issues and equipment as it relates to Resident care and family concerns | 1.00 | 300.00 | 300.00 |
| | | | **1.00** | | **300.00** |

---

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | DA | Data Analysis | 5.00 | 1,500.00 |
| | RP | Report Preparation | 1.00 | 300.00 |
| | | | **6.00** | **1,800.00** |

**Statement of Professional Services Rendered Through**     6/30/2009
Allee, Elizabeth RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** |  |  |  |  |  |
| 6/25/2008 | EA | Site visit to interview staff, residents and families.  Observe medication pass, interviewed clinical staff and reviewed medical records related to resident complaints.  Reviewed Activity programming and discussed adequacy of supplies with all staff and residents. | 5.00 | 275.00 | 1,375.00 |
|  |  |  | 5.00 |  | 1,375.00 |
|  |  | **Task Code Total** |  |  |  |
| **Report Preparation** |  |  |  |  |  |
| 6/26/2009 | EA | Report preparation to cover clinical observations, Resident and Family concerns and the residents care, adequacy of supplies, dietary and activity issues | 3.00 | 275.00 | 825.00 |
|  |  |  | 3.00 |  | 825.00 |
|  |  | **Task Code Total** |  |  |  |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 5.00 | 1,375.00 |
| RP | Report Preparation | 3.00 | 825.00 |
|  |  | **8.00** | **2,200.00** |

**Statement of Expenses Incurred Through 06/30/09**

| | | |
|---|---|---:|
| Airfare | | 689.32 |
| Car rental & Accommodations | | 202.88 |
| Meals | | 129.5 |
| Travel | | **20.00** |
| Misc | | **$14.44** |
| Total Expenses | | $1,056.14 |

| Date | Description | Amount |
|---|---|---:|
| 6/23/2009 | VENDOR: United Airlines   TICKET# 0162193544636 DATE: 06/23/09<br>Airline Ticket: Elizabeth Allee | $375.47 |
| 6/23/2009 | VENDOR: United Airlines   TICKET# AP110101OX8OJBE5 DATE: 06/23/09<br>Airline Ticket: Joyce Ciyou | $313.85 |
| 6/23/2009 | VENDOR: Orbitz Trip Planner   CONFIRMATION# 7H966H DATE: 06/23/09<br>Car Rental & Accommodations: Joyce Ciyou & Elizabeth Allee | $202.88 |
| 6/23/2009 | VENDOR: Hotel Modera   FOLIO# 22024 DATE: 06/23/09<br>Hotel Parking: Joyce Ciyou & Elizabeth Allee | $20.00 |
| 6/25/2009 | VENDOR: Nel Centro   ID# 0062607 DATE: 06/25/09<br>Breakfast: Joyce Ciyou & Elizabeth Allee | $29.50 |
| 6/24/2009 | VENDOR: Kinko's   RECEIPT# 214243 DATE: 06/24/09<br>Form Printing for Facilities: Joyce Ciyou & Elizabeth Allee | $14.44 |
| 6/25/2009 | VENDOR: Nel Centro   ID# 0062739 DATE: 06/25/09<br>Dinner: Joyce Ciyou & Elizabeth Allee | $100.00 |
| | | $1,056.14 |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000  Fax: 773.267.0111

**Hendersonville Senior Living, LLC**

**aka Terrace at Bluegrass**

**Invoice Number: 1065-4**

**674 East Main Street**

**Hendersonville, TN 37075**

**Statement of Professional Services Rendered Through**     6/30/2009

**Summary:**

|     |                                               | Hours | Rate   | Amount     |
|-----|-----------------------------------------------|-------|--------|------------|
| SK  | Koenig, Suzanne - Patient Care Ombudsman      | 1.00  | 350.00 | 350.00     |
| JC  | Ciyou, Joyce - RN                             | 5.00  | 300.00 | 1,500.00   |
| EA  | Allee, Elizabeth - RN                         | 7.00  | 275.00 | 1,925.00   |
|     |                                               | **13.00** |    | **$3,775.00** |

---

## Task Code Summary

|     |                     | Hours    | Amount     |
|-----|---------------------|----------|------------|
| DA  | Data Analysis       | 8.00     | 2,300.00   |
| RP  | Report Preparation  | 5.00     | 1,475.00   |
|     |                     | **13.00** | **3,775.00** |

| Total Professional Services |  | $3,425.00 |
|-----------------------------|--|-----------|
| Total Expenses              |  | $673.85   |
| **Total current charges**   |  | **$4,098.85** |

**Statement of Professional Services Rendered Through**  6/30/2009
Koenig, Suzanne - Patient Care Ombudsman

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Report Preparation** | | | | | |
| 6/25/2009 | SK | Report review and finalization | 1.00 | 350.00 | 350.00 |
| | | | **1.00** | | **350.00** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | RP | Report Preparation | 1.00 | 350.00 |
| | | | **1.00** | **350.00** |

**Statement of Professional Services Rendered Through**   6/30/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/11/2009 | JC | | 4.00 | 300.00 | 1,200.00 |
| | | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed medication administration and reviewed facility information. Observed resident meal, life safety and physical plant issues and interdepartmental areas as they relate to Resident care | | | |
| | | **Task Code Total** | **4.00** | | **1,200.00** |
| **Report Preparation** | | | | | |
| 6/25/2009 | JC | Report preparation for clinical issues relating to resident ssues, supply issues and equipment as it relates to Resident care and family concerns | 1.00 | 300.00 | 300.00 |
| | | | **1.00** | | **300.00** |

---

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| DA | Data Analysis | | 4.00 | 1,200.00 |
| RP | Report Preparation | | 1.00 | 300.00 |
| | | | **5.00** | **1,500.00** |

**Statement of Professional Services Rendered Through**    6/30/2009
Allee, Elizabeth RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/25/2008 | EA | Site visit to interview staff, residents and families. Observe medication pass, interviewed clinical staff and reviewed medical records related to resident complaints. Reviewed Activity programming and discussed adequacy of supplies with all staff and residents. | 4.00 | 275.00 | 1,100.00 |
| | | | 4.00 | | 1,100.00 |
| | | **Task Code Total** | | | |
| **Report Preparation** | | | | | |
| 6/26/2009 | EA | Report preparation to cover clinical observations, Resident and Family concerns and the residents care, adequacy of supplies, dietary and activity issues | 3.00 | 275.00 | 825.00 |
| | | | 3.00 | | 825.00 |
| | | **Task Code Total** | | | |

## Task Code Summary

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| | DA | Data Analysis | 4.00 | | 1,100.00 |
| | RP | Report Preparation | 3.00 | | 825.00 |
| | | | **7.00** | | **1,925.00** |

**Statement of Expenses Incurred Through 06/30/09**

| | | |
|---|---|---:|
| | Airfare | 356.10 |
| | Accommodations | 242.78 |
| | Meals | 74.97 |
| | **Total Expenses** | **$673.85** |

| Date | Description | Amount |
|---|---|---:|
| 6/9/2009 | VENDOR: United Airlines   CONFIRMATION# Z6BDMA DATE: 06/09/09<br>Airline Ticket for Joyce Ciyou | $356.10 |
| 6/10/2009 | VENDOR: Double Tree Inn   DATE: 06/10/09<br>Accommodations: Joyce Ciyou & Elizabeth Allee | $242.78 |
| 6/11/2009 | VENDOR: Ruby Tuesday   CONFIRMATION# 3232 DATE: 06/11/09<br>Lunch: Joyce Ciyou & Elizabeth Allee | $55.00 |
| 6/11/2009 | VENDOR: Cracker Barrel   CONFIRMATION# 2760 DATE: 06/11/09<br>Dinner: Joyce Ciyou & Elizabeth Allee | $14.19 |
| 6/11/2009 | VENDOR: Famiglia   CONFIRMATION# 315568 DATE: 06/11/09<br>Coffee: Joyce Ciyou & Elizabeth Allee | $5.78 |
| | | $673.85 |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Wayne Senior Living**

**aka The Oaks Senior Living Community**          **Invoice Number: 1065-5**

**1500 Vintage Hil Dr**

**Wayne, NE 68787**

**Statement of Professional Services Rendered Through**          6/30/2009

**Summary:**

|    |                  | Hours | Rate   | Amount     |
|----|------------------|-------|--------|------------|
| LK | Koenig, Leonard  | 5.00  | 275.00 | 1,375.00   |
|    |                  | 5.00  |        | $1,375.00  |

### Task Code Summary

|    |                    | Hours | Amount    |
|----|--------------------|-------|-----------|
| RP | Report Preparation | 5.00  | 1,375.00  |
|    |                    | 5.00  | 1,375.00  |

|                           |           |
|---------------------------|-----------|
| Total Professional Services | $1,375.00 |
| **Total current charges**   | **$1,375.00** |

**Statement of Professional Services Rendered Through**    6/30/2009
Koenig, Leonard

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Report Preparation** | | | | |
| 6/30/2009 | LK | Prepared report of site visit to Wayne Senior Living, reviewed resident care, activities, dining, supply needs. | 5.00 | 275.00 | 1,375.00 |
| | | | 5.00 | | 1,375.00 |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| RP | Report Preparation | | 5.00 | 1,375.00 |
| | | | 5.00 | 1,375.00 |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

Champlin LLC

aka Champlin Shores a Senior Living Community

**Invoice Number: 1065-6**

119 East Hayden Lake Road

Champlin, MN 55316

### Statement of Professional Services Rendered Through        6/30/2009
### Summary:

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| SK | Koenig, Suzanne | 1.00 | 350.00 | 350.00 |
|  |  | **1.00** |  | **$350.00** |

### Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 350.00 |
|  |  | **1.00** | **350.00** |

| Total Professional Services | $350.00 |
|---|---|
| **Total current charges** | **$350.00** |

**Statement of Professional Services Rendered Through**  6/30/2009
Koenig, Suzanne - Patient Care Ombudsman

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Report Preparation** | | | | |
| 6/22/2009 | SK | Report review and finalization | 1.00 | 350.00 | 350.00 |
| | | **Task Code Total** | **1.00** | | **350.00** |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 350.00 |
| | | **1.00** | **350.00** |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**W-E Specialized Care, LLC**

**dba Alpine Court Memory Care Community**                    **Invoice Number: 1065-9**

**3720 N Clarey St**

**Eugene, OR 97402**

### Statement of Professional Services Rendered Through    6/30/2009
### Summary:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| SK | Koenig, Suzanne - Patient Care Ombudsman | 5.00 | 350.00 | 1,750.00 |
| JC | Ciyou, Joyce - RN | 7.00 | 300.00 | 2,100.00 |
| EA | Allee, Elizabeth - RN | 1.00 | 275.00 | 275.00 |
| RC | Ciyou, Robert - Licensed Contractor | 5.00 | 200.00 | 1,000.00 |
| | | **18.00** | | **$5,125.00** |

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 15.00 | 4,250.00 |
| RP | Report Preparation | 3.00 | 875.00 |
| | | **18.00** | **5,125.00** |

| Total Professional Services | $5,125.00 |
|---|---|
| Total Expenses | $1,735.97 |
| **Total current charges** | **$6,860.97** |

**Statement of Professional Services Rendered Through**     6/30/2009
Koenig, Suzanne - Patient Care Ombudsman

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Data Analysis** | | | | |
| 6/15/2009 | SK | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed medication administration and reviewed facility information. | 5.00 | 350.00 | 1,750.00 |
| | | **Task Code Total** | **5.00** | | **1,750.00** |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 5.00 | 1,750.00 |
| | | **5.00** | **1,750.00** |

**Statement of Professional Services Rendered Through**    6/30/2009
Ciyou, Joyce RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/15/2009 | JC | | 5.00 | 300.00 | 1,500.00 |
|  |  | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed medication administration and reviewed facility information. | | | |
|  |  | **Task Code Total** | **5.00** | | **1,500.00** |
| **Report Preparation** | | | | | |
| 6/30/2009 | JC | Report preparation for clinical issues relating to resident ssues, supply issues and equipment as it relates to Resident care and family concerns | 2.00 | 300.00 | 600.00 |
|  |  |  | **2.00** | | **600.00** |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
|  |  | **Hours** | **Amount** |
| DA | Data Analysis | 5.00 | 1,500.00 |
| RP | Report Preparation | 2.00 | 600.00 |
|  |  | **7.00** | **2,100.00** |

**Statement of Professional Services Rendered Through**   6/30/2009
Allee, Elizabeth RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Report Preparation** | | | | | |
| 6/30/2009 | EA | Report preparation to cover clinical observations, Resident and Family concerns and the residents care, adequacy of supplies, dietary and activity issues | 1.00 | 275.00 | 275.00 |
| | | | 1.00 | | 275.00 |
| | | **Task Code Total** | | | |

## Task Code Summary

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | RP | Report Preparation | 1.00 | 275.00 |
| | | | 1.00 | 275.00 |

**Statement of Professional Services Rendered Through**    6/30/2009
Ciyou, Robert

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/15/2009 | RC | Site visit to review life safety and physical plant issues and interdepartmental areas as they relate to Resident care | 5.00 | 200.00 | 1,000.00 |
| | | | **5.00** | | **1,000.00** |
| | | **Task Code Total** | | | |

## Task Code Summary

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| DA | Data Analysis | | 5.00 | | 1,000.00 |
| | | | **5.00** | | **1,000.00** |

**Statement of Expenses Incurred Through 06/30/09**

| | | |
|---|---|---:|
| | Airfare | 1,457.27 |
| | Car Rental | 89.32 |
| | Accommodations | 156.38 |
| | Travel | $33.00 |
| | **Total Expenses** | **1735.97** |

| Date | Description | Amount |
|---|---|---:|
| 6/15/2009 | VENDOR: United Airlines  CONFIRMATION# VQZ2FS DATE: 06/15/09<br>Airline Tickets for Joyce Ciyou | $359.60 |
| 6/15/2009 | VENDOR: Expedia  CONFIRMATION# 128085164095 DATE: 06/15/09<br>Airline Tickets for Robert Ciyou | $138.47 |
| 6/15/2009 | VENDOR: United  CONFIRMATION# T9B4FY DATE: 06/15/09<br>Airline Tickets for Suzanne Koenig | $959.20 |
| 6/18/2009 | VENDOR: Dollar Rental  RENTAL# 09080949 DATE: 06/18/09<br>Car Rental: Joyce Ciyou & Robert Ciyou | $89.32 |
| 6/18/2009 | VENDOR: Embassy Suites  FOLIO# 588976 DATE: 06/18/09<br>Accommodations: Suzanne Koenig, Joyce Ciyou & Robert Ciyou | $156.38 |
| 6/18/2009 | VENDOR: Union 76  CONFIRMATION# 002246 DATE: 06/18/09<br>Gas: Joyce Ciyou & Robert Ciyou | $33.00 |
| | | $1,735.97 |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

St. George Senior Living, LLC

aka Cliff View Assisted Living and Memory Care Community

aka Cliff View Senior Living Community

134 W 2025 S Circle

Saint George, UT 84770

**Invoice Number: 1065-12**

## Statement of Professional Services Rendered Through        6/30/2009
## Summary:

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| JC | Ciyou, Joyce - RN | 11.00 | 300.00 | 3,300.00 |
| EA | Allee, Elizabeth - RN | 1.00 | 275.00 | 275.00 |
| RC | Ciyou, Robert - Licensed Contractor | 7.00 | 200.00 | 1,400.00 |
|  |  | **19.00** |  | **$4,975.00** |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 14.00 | 3,500.00 |
| RP | Report Preparation | 5.00 | 1,475.00 |
|  |  | **19.00** | **4,975.00** |

| | |
|---|---|
| Total Professional Services | $4,975.00 |
| Total Expenses | $1,643.50 |
| **Total current charges** | **$6,618.50** |

## Statement of Professional Services Rendered Through 6/30/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/28/2009 | JC | | 7.00 | 300.00 | 2,100.00 |
| | | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed medciation administration and reviewed facility information. | | | |
| | | **Task Code Total** | **7.00** | | **2,100.00** |
| **Report Preparation** | | | | | |
| 6/30/2009 | JC | Report preparation for clinical issues relating to resident ssues, supply issues and equipment as it relates to Resident care and family concerns | 4.00 | 300.00 | 1,200.00 |
| | | | **4.00** | | **1,200.00** |

### Task Code Summary

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| DA | Data Analysis | | 7.00 | | 2,100.00 |
| RP | Report Preparation | | 4.00 | | 1,200.00 |
| | | | **11.00** | | **3,300.00** |

**Statement of Professional Services Rendered Through**     6/30/2009
Allee, Elizabeth RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Report Preparation** | | | | | |
| 6/30/2009 | EA | Report preparation to cover clinical observations, Resident and Family concerns and the residents care, adequacy of supplies, dietary and activity issues | 1.00 | 275.00 | 275.00 |
| | | | 1.00 | | 275.00 |
| | **Task Code Total** | | | | |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 275.00 |
| | | 1.00 | 275.00 |

**Statement of Professional Services Rendered Through**     6/30/2009
Ciyou, Robert

| | | Data Analysis | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/28/2009 | RC | Site visit to review life safety and physical plant issues and interdepartmental areas as they relate to Resident care | 7.00 | 200.00 | 1,400.00 |
| | | **Task Code Total** | 7.00 | | 1,400.00 |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| DA | Data Analysis | | 7.00 | 1,400.00 |
| | | | 7.00 | 1,400.00 |

## Statement of Expenses Incurred Through 06/30/09

| | | |
|---|---|---|
| Trip Planner | | 1,461.66 |
| Meals | | 120.29 |
| Travel | | 61.55 |
| **Total Expenses** | | **$1,643.50** |

| Date | Description | Amount |
|---|---|---|
| 6/27/2009 | VENDOR: Travelocity ID# 591769258861 DATE: 06/27/09<br>Trip Planner for Joyce Ciyou & Robert Ciyou | $1,461.66 |
| 6/27/2009 | VENDOR: Coffee People CONFIRMATION# 399775 DATE: 06/27/09<br>Breakfast: Joyce Ciyou & Robert Ciyou | $10.73 |
| 6/28/2009 | VENDOR: The Riviera CONFIRMATION# 2207 DATE: 06/28/09<br>Breakfast: Joyce Ciyou & Robert Ciyou | $10.85 |
| 6/27/2009 | VENDOR: The Wynn CONFIRMATION# 8775 DATE: 06/27/09<br>Dinner: Joyce Ciyou & Robert Ciyou | $41.97 |
| 6/28/2009 | VENDOR: The Wynn CONFIRMATION# 8773 DATE: 06/28/09<br>Dinner: Joyce Ciyou & Robert Ciyou | $41.97 |
| 6/29/2009 | VENDOR: Indianapolis Airport DATE: 06/29/09<br>Parking: Joyce Ciyou & Robert Ciyou | $36.00 |
| 6/28/2009 | VENDOR: McDonalds ORDER# 155 DATE: 06/28/09<br>Breakfast: Joyce Ciyou & Robert Ciyou | $4.49 |
| 6/28/2009 | VENDOR: Burger King ORDER# 87 DATE: 06/28/09<br>Lunch: Joyce Ciyou & Robert Ciyou | $7.81 |
| 6/28/2009 | VENDOR: Burger King ORDER# 9136 DATE: 06/28/09<br>Coffee: Robert Ciyou | $2.47 |
| 6/28/2009 | VENDOR: Flying J Travel Plaza ORDER# 008Y8698 DATE: 06/28/09<br>Gas: Robert Ciyou | $25.55 |

| | |
|---|---|
| | **$1,643.50** |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000  Fax: 773.267.0111

Vancouver Care, LLC

aka Stonebridge Memory Care Community

**Invoice Number: 1065-13**

7900 NE Wancouver Mall Drive

Vancouver, WA 98662

### Statement of Professional Services Rendered Through    6/30/2009
### Summary:

|     |                        | Hours | Rate   | Amount     |
|-----|------------------------|-------|--------|------------|
| JC  | Ciyou, Joyce -  RN     | 7.50  | 300.00 | 2,250.00   |
| EA  | Allee, Elizabeth - RN  | 9.50  | 275.00 | 2,612.50   |
|     |                        | 17.00 |        | $4,862.50  |

### Task Code Summary

|     |                    | Hours  | Amount    |
|-----|--------------------|--------|-----------|
| DA  | Data Analysis      | 13.00  | 3,737.50  |
| RP  | Report Preparation | 4.00   | 1,125.00  |
|     |                    | 17.00  | 4,862.50  |

| | |
|---|---|
| Total Professional Services | $4,862.50 |
| Total Expenses | $1,049.12 |
| **Total current charges** | **$5,911.62** |

**Statement of Professional Services Rendered Through**  6/30/2009
Ciyou, Joyce RN

| Data Analysis | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/24/2009 | JC | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues.  Observed medication administration and reviewed facility information.  Observed resident meal, life safety and physical plant issues and interdepartmental areas as they relate to Resident care | 6.50 | 300.00 | 1,950.00 |
| | | **Task Code Total** | **6.50** | | **1,950.00** |

| Report Preparation | | | | | |
|---|---|---|---|---|---|
| 6/28/2009 | JC | Report preparation for clinical issues relating to resident issues, supply issues and equipment as it relates to Resident care and family concerns | 1.00 | 300.00 | 300.00 |
| | | | **1.00** | | **300.00** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| DA | Data Analysis | | 6.50 | 1,950.00 |
| RP | Report Preparation | | 1.00 | 300.00 |
| | | | **7.50** | **2,250.00** |

**Statement of Professional Services Rendered Through**  6/30/2009
Allee, Elizabeth RN

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/24/2009 | EA | Site visit to interview staff, residents and families.  Observe medication pass, interviewed clinical staff and reviewed medical records related to resident complaints.  Reviewed Activity programming and discussed adequacy of supplies with all staff and residents. | 6.50 | 275.00 | 1,787.50 |
| | | | 6.50 | | 1,787.50 |
| | | **Task Code Total** | | | |
| **Report Preparation** | | | | | |
| 6/28/2009 | EA | Report preparation to cover clinical observations, Resident and Family concerns and the residents care, adequacy of supplies, dietary and activity issues | 3.00 | 275.00 | 825.00 |
| | | | 3.00 | | 825.00 |
| | | **Task Code Total** | | | |

## Task Code Summary

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | DA | Data Analysis | 6.50 | 1,787.50 |
| | RP | Report Preparation | 3.00 | 825.00 |
| | | | **9.50** | **2,612.50** |

## Statement of Expenses Incurred Through 06/30/09

| | |
|---|---:|
| Airfare | 689.32 |
| Hotel & Car | 202.88 |
| Meals | 75.02 |
| Travel | 60.24 |
| Misc | 21.66 |
| Total Expenses | **$1,049.12** |

| Date | Description | Amount |
|---|---|---:|
| 6/23/2009 | VENDOR:  United Airlines   TICKET# 0162193544636 DATE: 06/23/09<br>Airline Ticket:  Elizabeth Allee | $375.47 |
| 6/23/2009 | VENDOR:  United Airlines   TICKET# AP110101OX8OJBE5 DATE: 06/23/09<br>Airline Ticket: Joyce Ciyou | $313.85 |
| 6/23/2009 | VENDOR:  Orbitz   TICKET# AP110101OX8OJBE5 DATE: 06/23/09<br>Hotel & Car Rental: Joyce Ciyou & Elizabeth Allee | $202.88 |
| 6/23/2009 | VENDOR:  Hotel Modera   FOLIO# 22024 DATE: 06/23/09<br>Hotel Parking:  Joyce Ciyou & Elizabeth Allee | $40.00 |
| 6/23/2009 | VENDOR:  Delta Airlines       INVOICE# 00007752   DATE: 06/23/09<br>Baggage Claim:  Joyce Ciyou | $20.24 |
| 6/23/2009 | VENDOR:  Wolfgang Puck    CHECK # 6489    DATE: 06/23/09<br>Dinner:  Elizabeth Allee | $15.00 |
| 6/24/2009 | VENDOR:  Java Man   CONFIRMATION# 2876 DATE: 06/24/09<br>Breakfast:  Joyce Ciyou & Elizabeth Allee | $13.15 |
| 6/24/2009 | VENDOR:  McGrath's Fish House   CONFIRMATION# 0330 DATE: 06/24/09<br>Dinner:  Joyce Ciyou & Elizabeth Allee | $28.83 |
| 6/24/2009 | VENDOR:  Kinko's   RECEIPT# 214243 DATE: 06/24/09<br>Form Printing for Facilities:  Joyce Ciyou & Elizabeth Allee | $21.66 |
| 6/24/2009 | VENDOR:  Thai Northwest Express  INVOICE# 000005    DATE: 06/24/09<br>Lunch:  Joyce Ciyou & Elizabeth Allee | $18.04 |
| | | $1,049.12 |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Sanddollar Court Memory Care, LLC**

**aka Palm Meadows Court Care Community**                              Invoice Number: 1065-14

**48 Main Street**

**Hilton Head, SC 97302-0006**

**Statement of Professional Services Rendered Through**   6/30/2009

**Summary:**

|     |                        | Hours | Rate   | Amount     |
|-----|------------------------|-------|--------|------------|
| JC  | Ciyou, Joyce -  RN     | 5.00  | 300.00 | 1,500.00   |
| EA  | Allee, Elizabeth - RN  | 7.00  | 275.00 | 1,925.00   |
|     |                        | 12.00 |        | **$3,425.00** |

## Task Code Summary

|     |                    | Hours | Amount    |
|-----|--------------------|-------|-----------|
| DA  | Data Analysis      | 8.00  | 2,300.00  |
| RP  | Report Preparation | 4.00  | 1,125.00  |
|     |                    | 12.00 | 3,425.00  |

| | |
|---|---|
| Total Professional Services | $3,425.00 |
| Total Expenses | $660.83 |
| **Total current charges** | **$4,085.83** |

**Statement of Professional Services Rendered Through**    6/30/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/30/2009 | JC | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed medication administration and reviewed facility information. Observed resident meal, life safety and physical plant issues and interdepartmental areas as they relate to Resident care | 4.00 | 300.00 | 1,200.00 |
| | | **Task Code Total** | **4.00** | | **1,200.00** |
| **Report Preparation** | | | | | |
| 6/30/2009 | JC | Report preparation for clinical issues relating to resident issues, supply issues and equipment as it relates to Resident care and family concerns | 1.00 | 300.00 | 300.00 |
| | | | **1.00** | | **300.00** |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 4.00 | 1,200.00 |
| RP | Report Preparation | 1.00 | 300.00 |
| | | **5.00** | **1,500.00** |

**Statement of Professional Services Rendered Through**    6/30/2009
Allee, Elizabeth RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/30/2009 | EA | Site visit to interview staff, residents and families.  Observe medication pass, interviewed clinical staff and reviewed medical records related to resident complaints.  Reviewed Activity programming and discussed adequacy of supplies with all staff and residents. | 4.00 | 275.00 | 1,100.00 |
| | | | 4.00 | | 1,100.00 |
| | | **Task Code Total** | | | |
| **Report Preparation** | | | | | |
| 6/30/2009 | EA | Report preparation to cover clinical observations, Resident and Family concerns and the residents care, adequacy of supplies, dietary and activity issues | 3.00 | 275.00 | 825.00 |
| | | | 3.00 | | 825.00 |
| | | **Task Code Total** | | | |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 4.00 | 1,100.00 |
| RP | Report Preparation | 3.00 | 825.00 |
| | | **7.00** | **1,925.00** |

## Statement of Expenses Incurred Through 06/30/09

| | |
|---|---:|
| Airfare | 348.40 |
| Accomodations | 190.88 |
| Meals | 70.15 |
| Car Rental | 51.4 |
| Total Expenses | **660.83** |

| Date | Description | Amount |
|---|---|---:|
| 6/29/2009 | VENDOR: Delta Airlines   DATE: 06/29/09<br>Airfare:  Joyce Ciyou | $174.20 |
| 6/29/2009 | VENDOR: Delta Airlines   DATE: 06/29/09<br>Airfare:  Elizabeth Allee | $174.20 |
| 6/29/2009 | VENDOR:  Alamo Car Rental   CONFIRMATION# 616852704 DATE: 06/30/09<br>Car Rental:  Elizabeth Allee | $51.40 |
| 6/29/2009 | VENDOR:  Main Street Inn & Spa   DATE: 06/30/09<br>Accomadations:  Elizabeth Allee | $190.88 |
| 6/30/2009 | VENDOR:  Java Joes   DATE: 06/30/09<br>Lunch:  Elizabeth Allee & Joyce Ciyou | $20.33 |
| 6/30/2009 | VENDOR:  Kangaroo Express   DATE: 06/30/09<br>Coffee:  Elizabeth Allee & Joyce Ciyou | $8.63 |
| 6/30/2009 | VENDOR:  Steamer Seafood   DATE: 06/30/09<br>Dinner:  Elizabeth Allee & Joyce Ciyou | **$41.19** |

$660.83



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000  Fax: 773.267.0111

Seward Senior Living, LLC

aka Heartland Park Senior Living Community

**Invoice Number: 1065-18**

500 Heartland Park Drive

Seward , NE 68434

### Statement of Professional Services Rendered Through    6/30/2009
### Summary:

|     |                                            | Hours | Rate   | Amount     |
|-----|--------------------------------------------|-------|--------|------------|
| SK  | Koenig, Suzanne - Patient Care Ombudsman   | 1.00  | 350.00 | 350.00     |
| LK  | Koenig, Leonard - LNHA                     | 5.00  | 275.00 | 1,375.00   |
|     |                                            | **6.00** |     | **$1,725.00** |

### Task Code Summary

|     |                    | Hours | Amount   |
|-----|--------------------|-------|----------|
| RP  | Report Preparation | 6.00  | 1,725.00 |
|     |                    | **6.00** | **1,725.00** |

|                             |            |
|-----------------------------|------------|
| Total Professional Services | $1,725.00  |
| **Total current charges**   | **$1,725.00** |

**Statement of Professional Services Rendered Through**    6/30/2009
Koenig, Suzanne - Patient Care Ombudsman

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Data Analysis** | | | | |
| 6/30/2009 | SK | Report review and finalization | 1.00 | 350.00 | 350.00 |
| | **Task Total** | | **1.00** | | **350.00** |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 350.00 |
| | | **1.00** | **350.00** |

**Statement of Professional Services Rendered Through** 6/30/2009
Koenig, Leonard - LNHA

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Report Preparation** | | | | | |
| 6/30/2009 | LK | Report Preparation regarding interdepartmental concerns and life safety issues | 5.00 | 275.00 | 1,375.00 |
|  |  | **Task Total** | **5.00** | | **1,375.00** |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 5.00 | 1,375.00 |
|  |  | **5.00** | **1,375.00** |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

Vegas Assisted Living

aka Sun Mountain Community, aka Plaza at Sun Mountain

6031 Cheyenne Avenue

Las Vegas, NV 89108

**Invoice Number: 1065-19**

| Statement of Professional Services Rendered Through | 6/30/2009 |
| --- | --- |

**Summary:**

| | | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| SK | Koenig, Suzanne - Patient Care Ombudsman | 1.00 | 350.00 | 350.00 |
| | | **1.00** | | **$350.00** |

### Task Code Summary

| | | Hours | Amount |
| --- | --- | --- | --- |
| RP | Report Preparation | 1.00 | 350.00 |
| | | **1.00** | **350.00** |

| Total Professional Services | $350.00 |
| --- | --- |
| **Total current charges** | **$350.00** |

**Statement of Professional Services Rendered Through**     6/30/2009
Koenig, Suzanne - Patient Care Ombudsman

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Report Preparation** | | | | | |
| 6/30/2009 | SK | Report content review and finalization | 1.00 | 350.00 | 350.00 |
| | | **Task Code Total** | **1.00** | | **350.00** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| RP | Report Preparation | | 1.00 | 350.00 |
| | | | **1.00** | **350.00** |