**GT** GreenbergTraurig

Invoice No. : 2463436
File No.   :  102171.010400
Bill Date  :  July 15, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois  60646

## INVOICE

Re:   Jointly Administered Cases

Legal Services through June 30, 2009:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 3,040.00 |

Expenses:

| Information and Research | 2.64 |  |  |
|---|---|---|---|
| Total Expenses: |  | $ | 2.64 |
| **Current Invoice:** |  | $ | **3,042.64** |
| Previous Balance (see attached statement): |  | $ | 25,968.91 |
| **Total Amount Due:** |  | $ | **29,011.55** |

KXS:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

 GreenbergTraurig

### FOR YOUR CONVENIENCE,
### WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
### FOR FEES & COSTS ARE AS FOLLOWS:

TO:                     CITIBANK, F.S.B.
ABA #:                  266086554
INTERNATIONAL
SWIFT:                  CITIUS33
CREDIT TO:              GREENBERG TRAURIG ACCOUNT
ACCOUNT #:              3200175071

**PLEASE
REFERENCE:**

|  |  |
|---|---|
| **CLIENT NAME:** | **SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN** |
| **FILE NUMBER:** | **102171.010400** |
| **INVOICE NUMBER:** | **2463436*** |
| **BILLING PROFESSIONAL:** | **Keith J. Shapiro** |

Wire fees may be assessed by your bank.
\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com



Invoice No.: 2463436
File No.    : 102171.010400

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 06/15/09 | 2442713 | 23,574.50 | 2,394.41 | 0.00 | 25,968.91 |
| | Totals: $ | 23,574.50 | $ 2,394.41 | $ 0.00 | $ 25,968.91 |

KXS:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE:   804     CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/01/09 | Kerry E. Carlson | (Applies to all cases) - Update and complete summary chart of all cases pending in Oregon (.8); discuss same with E. Ostrow (.3); forward summary to N. Peterman and PCO (.1). | 1.20 | 270.00 |
| 06/01/09 | Kerry E. Carlson | Review District Court's local rules and ECF guideline for pro hac admissions (.4); coordinate filing of N. Peterman pro hac admission with local counsel (.2). | 0.60 | 135.00 |
| 06/01/09 | Ethan F. Ostrow | Reviewed status chart of cases, ombudsman appointment, SAK retention, report deadlines and fee procedures (0.3). Conferred with Kerry Carlson re: same (0.2). | 0.50 | 162.50 |
| 06/02/09 | Kerry E. Carlson | Prepare email to Ombudsman re status. | 0.10 | 22.50 |
| 06/03/09 | Ethan F. Ostrow | Conferred with Nancy Peterman and Suzanne Koenig re: schedule of facility visits (0.1). | 0.10 | 32.50 |
| 06/11/09 | Kerry E. Carlson | Researching contact information for CRO and Receiver, including their counsels (.5); exchange information and emails with SAK regarding upcoming facility visits and assistance with coordinating the same (.5). | 1.00 | 225.00 |
| 06/11/09 | Ethan F. Ostrow | Conferred with Kerry Carlson re: contact information for receiver and chief restructuring officer (0.2). | 0.20 | 65.00 |

Total Hours:   3.70

Total Amount:   $ 912.50

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ethan F. Ostrow | 0.80 | 325.00 | 260.00 |
| Kerry E. Carlson | 2.90 | 225.00 | 652.50 |
| Totals: | 3.70 | 246.62 | $   912.50 |

Description of Professional Services Rendered

ACTION CODE:    813    FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/02/09 | Kerry E. Carlson | Exchange emails with Ombudsman regarding timing and procedures for fee requests. | 0.20 | 45.00 |
| 06/08/09 | Ethan F. Ostrow | Conferred with Suzanne Koenig and Gary Scharff re: preparation and filing of SAK fee application (0.3). Conferred with Kerry Carlson re: pro hac vice application and ECF access to district court (0.1). | 0.40 | 130.00 |
| 06/09/09 | Ethan F. Ostrow | Reviewed correspondence from Gary Scharff re: filing SAK fee application and ECF access (0.1). Conferred with Kerry Carlson re: same (0.1). | 0.20 | 65.00 |
| 06/10/09 | Ethan F. Ostrow | Conferred with Suzie Koenig and Abbie Graham re: preparation of SAK invoice (0.2). | 0.20 | 65.00 |
| 06/12/09 | Ethan F. Ostrow | Conferred with Suzie Koenig and Abbie Graham re: preparation of master and individual SAK invoices (0.5). Conferred with Kerry Carlson re: same (0.3). Reviewed invoices (0.6). | 1.40 | 455.00 |
| 06/13/09 | Kerry E. Carlson | Review Knudsen procedures and debtor's notice of request for sompensation (.3); outline and draft the Ombudsmans notice of request for compensation and expense reimbursement int he jointly administered cases (1.5). | 1.80 | 405.00 |
| 06/14/09 | Ethan F. Ostrow | Conferred with Kerry Carlson re: preparation of master and individual SAK invoices (0.3). | 0.30 | 97.50 |
| 06/15/09 | Kerry E. Carlson | Finalize notice of first fee statement on behalf of the ombudsman, SAK and related professionals (1.5); coordinate filing and service of the same (.5). | 2.00 | 450.00 |
| 06/15/09 | Ethan F. Ostrow | Reviewed and revised notice of first fee statement and supporting invoices (0.5). Conferred with Nancy Peterman and Kerry Carlson re: filing same (0.4). | 0.90 | 292.50 |
| 06/29/09 | Ethan F. Ostrow | Conferred with Kerry Carlson re: objections to first monthly fee application (0.1). | 0.10 | 32.50 |

Total Hours:    7.50

Total Amount:    $ 2,037.50

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ethan F. Ostrow | 3.50 | 325.00 | 1,137.50 |
| Kerry E. Carlson | 4.00 | 225.00 | 900.00 |
| Totals: | 7.50 | 271.67 | $ 2,037.50 |

Description of Professional Services Rendered

ACTION CODE:     824     PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/05/09 | Kerry E. Carlson | Review memo regarding schedule for facility site visits and reports on same | 0.20 | 45.00 |
| 06/29/09 | Kerry E. Carlson | Download and distribute monthly operating report. | 0.20 | 45.00 |

|  |  |  | Total Hours: | 0.40 |  |
|--|--|--|--------------|------|--|
|  |  |  | Total Amount: |  | $ 90.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

   PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Kerry E. Carlson | 0.40 | 225.00 | 90.00 |
| Totals: | 0.40 | 225.00 | $  90.00 |

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ethan F. Ostrow | 4.30 | 325.00 | 1,397.50 |
| Kerry E. Carlson | 7.30 | 225.00 | 1,642.50 |
| Totals: | 11.60 | 262.07 | $ 3,040.00 |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/15/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 1.84 |
| 05/15/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 DOCUMENT 203-0;  Document Type: IMAGE203-0 | $ | 0.80 |
| | Total Expenses: | $ | 2.64 |


**GT** GreenbergTraurig

Invoice No.:   2463437
File No.    :  102171.010600
Bill Date   :  July 15, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

Attn: Suzanne Koenig
     President

## INVOICE

Re:   Hendersonville Senior Living, LLC

<u>Legal Services through June 30, 2009</u>:

| | | |
|---|---|---|
| Total Fees: | $ | 225.00 |
| **Current Invoice:** | **$** | **225.00** |

KXS:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com


GreenbergTraurig

Invoice No. :  2463437
File No.   :  102171.010600

| FOR YOUR CONVENIENCE, |
| WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT |
| FOR FEES & COSTS ARE AS FOLLOWS: |

TO:                        CITIBANK, F.S.B.
ABA #:                     266086554
INTERNATIONAL
SWIFT:                     CITIUS33
CREDIT TO:                 GREENBERG TRAURIG ACCOUNT
ACCOUNT #:                 3200175071

PLEASE
REFERENCE:      **CLIENT NAME:**       **SUZANNE KOENIG, AS PATIENT CARE**
                                       **OMBUDSMAN**
                **FILE NUMBER:**       **102171.010600**
                **INVOICE NUMBER:**    **2463437***
                **BILLING**
                **PROFESSIONAL:**      **Keith J. Shapiro**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE: 824     PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/30/09 | Kerry E. Carlson | Review an revise inital draft of PCO report (.8); discuss same with N. Peterman (.2). | 1.00 | 225.00 |

Total Hours: 1.00

Total Amount: $ 225.00

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Kerry E. Carlson | 1.00 | 225.00 | 225.00 |
| Totals: | 1.00 | 225.00 | $ 225.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Kerry E. Carlson | 1.00 | 225.00 | 225.00 |
| Totals: | 1.00 | 225.00 | $ 225.00 |

Description of Expenses Billed:

DATE        DESCRIPTION                                              AMOUNT

**No expenses charged to this file**

 GreenbergTraurig

Invoice No. :  2463441
File No.    :  102171.011300
Bill Date   :  July 15, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois  60646

Attn: Suzanne Koenig
     President

## INVOICE

Re:  Champlin, LLC

Legal Services through June 30, 2009:

|  | | | |
|---|---|---|---|
| Total Fees: | $ | 1,184.00 |
| **Current Invoice:** | **$** | **1,184.00** |

KXS:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com


GreenbergTraurig

Invoice No. : 2463441
File No.   : 102171.011300

## FOR YOUR CONVENIENCE,
## WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
## FOR FEES & COSTS ARE AS FOLLOWS:

TO:                     CITIBANK, F.S.B.
ABA #:                  266086554
INTERNATIONAL
SWIFT:                  CITIUS33
CREDIT TO:              GREENBERG TRAURIG ACCOUNT
ACCOUNT #:              3200175071

PLEASE
REFERENCE:              CLIENT NAME:      SUZANNE KOENIG, AS PATIENT CARE
                                          OMBUDSMAN
                        FILE NUMBER:      102171.011300
                        INVOICE NUMBER:   2463441*
                        BILLING
                        PROFESSIONAL:     Keith J. Shapiro

                        Wire fees may be assessed by your bank.
        * If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE:    804    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/23/09 | Ethan F. Ostrow | Reviewed correspondence re: preparation of first oombudsman's report (0.1). | 0.10 | 32.50 |
| | | Total Hours: | 0.10 | |
| | | Total Amount: | | $ 32.50 |

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ethan F. Ostrow | 0.10 | 325.00 | 32.50 |
| Totals: | 0.10 | 325.00 | $  32.50 |

Description of Professional Services Rendered

ACTION CODE:    824    PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/24/09 | Nancy A. Peterman | Revise ombudsman report. | 1.40 | 994.00 |
| 06/30/09 | Kerry E. Carlson | Review and revise initial draft of PCO report (.5); discuss same with N. Peterman (.2). | 0.70 | 157.50 |

Total Hours:    2.10

Total Amount:    $ 1,151.50

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 1.40 | 710.00 | 994.00 |
| Kerry E. Carlson | 0.70 | 225.00 | 157.50 |
| Totals: | 2.10 | 548.33 | $    1,151.50 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.40 | 710.00 | 994.00 |
| Ethan F. Ostrow | 0.10 | 325.00 | 32.50 |
| Kerry E. Carlson | 0.70 | 225.00 | 157.50 |
| Totals: | 2.20 | 538.18 | $    1,184.00 |

## Description of Expenses Billed:

DATE        DESCRIPTION                                                AMOUNT

**No expenses charged to this file**