**GARY UNDERWOOD SCHARFF**
ATTORNEY AT LAW
621 SW Morrison Street, Suite 1300
Portland, Oregon 97205
E-mail: gs@scharfflaw.com

Direct: 503 493-4353
Fax: 503 517-8143

# Invoice July 14, 2009

## For Services May 17, 2009, and June 15 – July 14, 2009
## Suzanne A. Koenig
## Matter: Bankruptcy Cases Jointly Administered Under In re Stayton SW Assisted Living, US District Court No. 09-6082

Key:
Category 1: Services allocable to all 20 cases except Briarwood
Category 2: Services allocable solely to the Jointly Administered Cases

All attorney services were provided by Gary Underwood Scharff; legal assistant services were provided by Barbara Underwood Scharff (BUS).

| Date | Description of Services | Time |
|---|---|---|
| 17-May | (Category 1) Exchange emails with client and client's counsel regarding timing of PCO reports, court deadlines and obtaining extensions (.2). *(Entry inadvertently omitted from earlier application.)* | 0.2 |
| 16-Jun | (Category 2) Exchange emails with Chicago counsel concerning application for *pro hac vice* order (.2); complete and file *pro hac vice* application for Ms. Peterman in jointly administered cases (.4). | 0.6 |
| 24-Jun | (Category 2) Review court notice and email client concerning entry of *pro hac vice* order for Ms. Peterman (.2). | 0.2 |
| June | (Category 2) Brief review, June 16 through July 13, of filings in jointly administered cases (.5). | 0.5 |
| 14-Jul | (Category 2) Review billing records for local counsel portion of attorney fees for PCO, applicable to jointly administered cases (.3); review final form of local counsel fee application (.1). | 0.4 |
| 14-Jul | (Category 2) Legal Assistant Time (BUS): Prepare billing statement for jointly administered cases (1.0). | |
| | **Total** | **1.9** |

3

Total fees, attorney time:
 Category 1: 0.2 hrs @ 15/19 x $320/hour =    $ 50.53
 Category 2: 1.7 hrs @ $320/hour =    $ 544.00
                 $ 594.53

Total fees, legal assistant time:
 Category 2: 1.0 hrs @ $120/hour =    $ 120.00

**Total professional fees due this billing statement =**    $ 714.53

### Costs

| Item | Cost |
|---|---|
| Photocopies: 10 x $.15 | $1.50 |
| Pacer 6/16/09 | $3.84 |
| District Court filing fee 6/16/09 (*pro hac vice application*) | $100.00 |
| **Total** | **$105.34** |

Costs calculated this period =    $ 105.34

Total due, this invoice:    $ 819.87