

**Jointly Administered Cases # 09-6082**

**Stayton SW Assisted Living, LLC**

**dba Lakeside Assisted Living Community**  **Invoice Number: 1081**

**PO Box 3006**

**Salem, OR  97302-0006**

## Summary:

**Professional Services**

| | | |
|---|---|---|
| Stayton SW Assisted Living, LLC | Inv # 1081-1 | $210.00 |
| Medallion Assisted Living Limited Partnership | Inv # 1081-2 | $695.00 |
| Colonial Gardens, LLC | Inv # 1081-3 | $350.00 |
| Hendersonville Senior Living, LLC | Inv # 1081-4 | $175.00 |
| Wayne Senior Living, LLC | Inv # 1081-5 | $350.00 |
| Champlin, LLC | Inv # 1081-6 | $175.00 |
| McCook Senior Living, LLC | Inv # 1081-7 | $4,887.50 |
| Kearney Senior Living, LLC | Inv # 1081-10 | $5,175.00 |
| Montclair Senior Living, LLC | Inv # 1081-16 | $4,475.00 |
| Seward Senior Living, LLC | Inv # 1081-15 | $560.00 |
| Vegas Assisted Living, LLC | Inv # 1081-19 | $175.00 |
| **Total charges** | | **$17,227.50** |

**Expenses**

| | | |
|---|---|---|
| McCook Senior Living, LLC | Inv # 1081-7 | $776.53 |
| Kearney Senior Living, LLC | Inv # 1081-10 | $780.18 |
| Montclair Senior Living, LLC | Inv # 1081-16 | $2,101.76 |
| **Total expenses** | | **3,658.47** |

| | |
|---|---|
| Total Professional Services | 17,227.50 |
| Total Expenses | 3,658.47 |
| **Total Current Charges** | **20,885.97** |