

**Champlin LLC**

**aka Champlin Shores a Senior Living Community**  **Invoice Number: 1081-6**

**119 East Hayden Lake Road**

**Champlin, MN 55316**

| | **Statement of Professional Services Rendered Through** | | | **7/31/2009** |
|---|---|---|---|---|
| | **Summary:** | | | |
| | | Hours | Rate | Amount |
| SK | Koenig, Suzanne - Patient Care Ombudsman | 0.50 | 350.00 | 175.00 |
| | | **0.50** | | **$175.00** |

| | **Task Code Summary** | | |
|---|---|---|---|
| | | Hours | Amount |
| RP | Report Preparation | 0.50 | 175.00 |
| | | **0.50** | **175.00** |

| | |
|---|---|
| Total Professional Services | $175.00 |
| **Total current charges** | **$175.00** |

**Statement of Professional Services Rendered Through** **7/31/2009**
**Koenig, Suzanne - Patient Care Ombudsman**

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Report Preparation** | | | | | |
| 7/14/2009 | SK | Sign and approve final edits for PCO report to be filed with Court | 0.50 | 350.00 | 175.00 |
| | | **Task Code Total** | **0.50** | | **175.00** |

### Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 0.50 | 175.00 |
| | | **0.50** | **175.00** |