

**Colonial Gardens**

**aka Colonial Gardens Residential Care Community**      **Invoice Number: 1081-3**

**1890 Newberg Highway**

**Woodburn, OR 97071**

**Statement of Professional Services Rendered Through**      **7/31/2009**

**Summary:**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| SK | Koenig, Suzanne - Patient Care Ombudsman | 1.00 | 350.00 | 350.00 |
| | | **1.00** | | **$350.00** |

**Task Code Summary**

| | | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 350.00 |
| | | **1.00** | **350.00** |

| | |
|---|---|
| Total Professional Services | $350.00 |
| **Total current charges** | **$350.00** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Koenig, Suzanne - Patient Care Ombudsman**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| **Report Preparation** | | | | | | |
| 7/28/2009 | SK | Report content review and finalization | | 1.00 | 350.00 | 350.00 |
| | | | | **1.00** | | **350.00** |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---:|---:|
| RP | Report Preparation | | 1.00 | 350.00 |
| | | | **1.00** | **350.00** |