**Statement of Professional Services Rendered Through**    **7/31/2009**
**Koenig, Suzanne - Patient Care Ombudsman**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Report Preparation** | | | | | |
| 7/14/2009 | SK | Sign and approve final edits for PCO report to be filed with Court | 0.50 | 350.00 | 175.00 |
| | | | **0.50** | | **175.00** |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | RP | Report Preparation | 0.50 | 175.00 |
| | | | **0.50** | **175.00** |