

**Medallion Assisted Living Limited Partnership**

**DBA Medallion Senior Living**  Invoice Number: 1081-2

**12400 Preston Rd**

**Dallas, TX 75230**

| | | **Statement of Professional Services Rendered Through** | 7/31/2009 | | |
|---|---|---|---|---|---|

**Summary:**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SK | Koenig, Suzanne - Patient Care Ombudsman | | 1.30 | 350.00 | 455.00 |
| JC | Ciyou, Joyce - RN | | 0.80 | 300.00 | 240.00 |
| | | | **2.10** | | **$695.00** |

**Task Code Summary**

| | | Hours | Amount |
|---|---|---|---|
| CA | Case Administration | 1.60 | 520.00 |
| RP | Report Preparation | 0.50 | 175.00 |
| | | **2.10** | **695.00** |

Total Professional Services $695.00

**Total current charges** **$695.00**

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Ciyou, Joyce RN**

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Case Administration** | | | | |
| 7/16/2009 | JC | Conference Call with Suzanne Koenig, PCO, Nancy Peterman, PCO Counsel, and US Trustee Carla McClurg to review and discuss issues identified in PCO's report. Determination regarding necessary follow-up visit was discussed. | 0.80 | 300.00 | 240.00 |
| | **Task Code Total** | | **0.80** | | **240.00** |

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | Case Administration | **0.80** | **240.00** |
| | | **0.80** | **240.00** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Koenig, Suzanne - Patient Care Ombudsman**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 7/16/2009 | SK | Conference Call with Joyce Ciyou, SAK, Suzanne Koenig, PCO, Nancy Peterman, PCO Counsel, and US Trustee Carla McClurg to review and discuss issues identified in PCO's report. Determination regarding necessary follow-up visit was discussed. | 0.80 | 350.00 | 280.00 |
| | | **Task Code Total** | **0.80** | | **280.00** |
| **Report Preparation** | | | | | |
| 7/14/2009 | SK | Sign and approve final edits for PCO report to be filed with Court | 0.50 | 350.00 | 175.00 |
| | | **Task Code Total** | **0.50** | | **175.00** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | CA | Case Administration | 0.80 | 280.00 |
| | RP | Report Preparation | 0.50 | 175.00 |
| | | | **1.30** | **455.00** |