

**McCook Senior Living, LLC**

**aka Willow Ridge Senior Living Community**

1500 East 11th Street    Invoice Number: 1081-7

McCook, NE 69001

**Statement of Professional Services Rendered Through**    7/31/2009

**Summary:**

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| KH | Hufsey, Keith - LNHA | 8.50 | 300.00 | 2,550.00 |
| KH | Hufsey, Kimberly - LNHA | 8.50 | 275.00 | 2,337.50 |
| | | **17.00** | | **$4,887.50** |

**Task Code Summary**

| | | Hours | Amount |
|---|---|---:|---:|
| DA | Data Analysis | 12.00 | 3,450.00 |
| RP | Report Preparation | 5.00 | 1,437.50 |
| | | **17.00** | **4,887.50** |

| | |
|---|---:|
| Total Professional Services | $4,887.50 |
| Total Expenses | $776.53 |
| **Total current charges** | **$5,664.03** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Hufsey, Keith - LNHA**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | **Data Analysis** | | | | |
| 7/2/2009 | KH | Site visit to meet with Directors and Support staff. Conducted interviews and observed Resident care and meal service. Observed Medication pass and interviewed charge nurses. Interviewed Residents and Family members. Toured the facility for Life Safety issues and inspected mechanical rooms, residents rooms, nursing medication rooms, and laundry rooms. Exited with findings. | 6.00 | 300.00 | 1,800.00 |
| | | **Task Code Total** | **6.00** | | **1,800.00** |
| | **Report Preparation** | | | | |
| 7/6/2009 | KH | Report preparation to cover clinical observations, Resident and Family concerns and the residents care, adequacy of supplies, dietary and activity issues | 2.50 | 300.00 | 750.00 |
| | | **Task Code Total** | **2.50** | | **750.00** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | DA | Data Analysis | 6.00 | 1,800.00 |
| | RP | Report Preparation | 2.50 | 750.00 |
| | | | **8.50** | **2,550.00** |

**Statement of Professional Services Rendered Through**     **7/31/2009**
**Hufsey, Kimberly - LHNA**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Data Analysis** | | | |
| 7/2/2009 | KH | Site visit to interview staff, residents and families. Observe medication pass, interviewed clinical staff and reviewed medical records related to resident complaints. Reviewed Activity programming and discussed adequacy of supplies with all staff and residents. | 6.00 | 275.00 | 1,650.00 |
| | | **Task Code Total** | **6.00** | | **1,650.00** |
| | | **Report Preparation** | | | |
| 7/6/2009 | KH | Report preparation of overview including dietary, common areas, resident rooms and interviews regarding care received and life safety issues | 2.50 | 275.00 | 687.50 |
| | | **Task Code Total** | **2.50** | | **687.50** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| DA | | *Data Analysis* | 6.00 | 1,650.00 |
| RP | | *Report Preparation* | 2.50 | 687.50 |
| | | | **8.50** | **2,337.50** |

**Statement of Expenses Incurred Through 07/31/09**

| | |
|---|---:|
| Airfare | 541.90 |
| Car Rental | 120.24 |
| Accommodations | 45.1 |
| Meals | $58.29 |
| Misc Expenses | 11.00 |
| **Total Expenses** | **$776.53** |

| Date | Description | Amount |
|---|---|---:|
| 7/1/2009 | VENDOR: Northwest Airlines   CONFIRMATION# 744C5H DATE: 07/01/09<br>Airline Tickets for Keith Hufsey & Kim Hufsey | $541.90 |
| 7/2/2009 | VENDOR: Days Inn McCook   CONF# B1K5JA DATE: 07/01/09<br>Accommodations:  Keith Hufsey & Kim Hufsey | $45.10 |
| 7/2/2009 | VENDOR: Enterprise Rental   REF# 5K58DB DATE: 07/02/09<br>Car Rental:  Keith Hufsey & Kim Hufsey | $120.24 |
| 7/2/2009 | VENDOR:  McDonalds    DATE: 07/02/09<br>Lunch:  Keith Hufsey & Kim Hufsey | $12.82 |
| 7/2/2009 | VENDOR:  TGI Friday   CHECK# 541 DATE: 07/02/09<br>Dinner:  Keith Hufsey & Kim Hufsey | $41.00 |
| 7/2/2009 | VENDOR:  Sonic   TICKET# 0139 DATE: 07/02/09<br>Snack:  Keith Hufsey & Kim Hufsey | $4.47 |
| 7/2/2009 | VENDOR: Casey's General    DATE: 07/02/09<br>Gas:  Keith Hufsey | $11.00 |
| | | **$776.53** |