

**Kearney Senior Living,. LLC**

**aka Northridge Senior Living Community**

**5410 17th Avenue**     **Invoice Number: 1081-10**

**Kearney, NE 68845**

**Statement of Professional Services Rendered Through**     7/31/2009

**Summary:**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| KH | Hufsey, Keith - LNHA | 9.00 | 300.00 | 2,700.00 |
| KH | Hufsey, Kimberly - LNHA | 9.00 | 275.00 | 2,475.00 |
| | | 18.00 | | $5,175.00 |

**Task Code Summary**

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 13.00 | 3,737.50 |
| RP | Report Preparation | 5.00 | 1,437.50 |
| | | 18.00 | 5,175.00 |

| | |
|---|---|
| Total Professional Services | $5,175.00 |
| Total Expenses | $780.18 |
| **Total current charges** | **$5,955.18** |

**Statement of Professional Services Rendered Through** 7/31/2009
**Hufsey, Keith - LNHA**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Data Analysis** | | | | |
| 7/1/2009 | KH | Site visit to meet with Directors and Support staff. Conducted interviews and observed Resident care and meal service. Observed Medication pass and interviewed charge nurses. Interviewed Residents and Family members. Toured the facility for Life Safety issues and inspected mechanical rooms, residents rooms, nursing medication rooms, and laundry rooms. Exited with findings. | 6.50 | 300.00 | 1,950.00 |
| | | **Task Code Total** | **6.50** | | **1,950.00** |
| | **Report Preparation** | | | | |
| 7/6/2009 | KH | Report preparation for clinical issues relating to resident issues, supply issues and equipment as it relates to Resident care and family concerns | 2.50 | 300.00 | 750.00 |
| | | **Task Code Total** | **2.50** | | **750.00** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | DA | Data Analysis | 6.50 | 1,950.00 |
| | RP | Report Preparation | 2.50 | 750.00 |
| | | | **9.00** | **2,700.00** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Hufsey, Kimberly - LHNA**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Data Analysis** | | | |
| 7/1/2009 | KH | Site visit to facility to interview residents and families. Conducted key staff interviews. Toured the facility and observed resident care and medication administration. Reviewed facility information and all staffing levels. Observed resident meals, life safety and physical plant issues and interdepartmental areas as they relate to Resident care. | 6.50 | 275.00 | 1,787.50 |
| | | **Task Code Total** | **6.50** | | **1,787.50** |
| | | **Report Preparation** | | | |
| 7/6/2009 | KH | Report preparation of overview including dietary, common areas, resident rooms and interviews regarding care received and life safety issues | 2.50 | 275.00 | 687.50 |
| | | **Task Code Total** | **2.50** | | **687.50** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | DA | Data Analysis | 6.50 | 1,787.50 |
| | RP | Report Preparation | 2.50 | 687.50 |
| | | | **9.00** | **2,475.00** |

**Statement of Expenses Incurred Through 07/31/09**

| | |
|---|---|
| Airfare | 541.90 |
| Car Rental | 120.24 |
| Meals | 60.93 |
| Accommodations | 45.11 |
| Misc Expenses | 12.00 |
| Total Expenses | $780.18 |

| Date | Description | Amount |
|---|---|---|
| 7/1/2009 | VENDOR: Northwest Airlines   CONFIRMATION# 744C5H DATE: 07/01/09<br>Airline Tickets for Keith Hufsey & Kim Hufsey | $541.90 |
| 7/1/2009 | VENDOR: Days Inn   CONF# B1K5JA DATE: 07/01/09<br>Accommodations: Keith Hufsey & Kim Hufsey | $45.11 |
| 7/1/2009 | VENDOR: Enterprise Rental   REF# 5K58DB DATE: 07/01/09<br>Car Rental: Keith Hufsey & Kim Hufsey | $120.24 |
| 7/1/2009 | VENDOR: Quizno's   CHECK# 5499 DATE: 07/01/09<br>Breakfast: Kim Hufsey & Keith Hufsey | $15.19 |
| 7/1/2009 | VENDOR: Taco John's   INV# 000019 DATE: 07/01/09<br>Lunch: Kim Hufsey & Keith Hufsey | $15.78 |
| 7/1/2009 | VENDOR: Red Lobster   CHECK# 33006 DATE: 07/01/09<br>Dinner: Kim Hufsey & Keith Hufsey | $29.96 |
| 7/1/2009 | VENDOR: Petro of York  INV# 144612  DATE: 07/02/09<br>Gas: Keith Hufsey | $12.00 |

**$780.18**