

**Montclair Senior Living, LLC**

**aka Monclair Park Assisted Living and Memory Care Community**  **Invoice Number: 1081-16**

**1250 NE Lincoln Road**

**Poulsbo, WA 98370**

**Statement of Professional Services Rendered Through**   **7/31/2009**

**Summary:**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JC | Ciyou, Joyce - RN | | 10.00 | 300.00 | 3,000.00 |
| EA | Allee, Elizabeth - RN | | 1.00 | 275.00 | 275.00 |
| RC | Ciyou, Robert - Licensed Contractor | | 6.00 | 200.00 | 1,200.00 |
| | | | **17.00** | | **$4,475.00** |

**Task Code Summary**

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 12.00 | 3,000.00 |
| RP | Report Preparation | 5.00 | 1,475.00 |
| | | **17.00** | **4,475.00** |

| | |
|---|---|
| Total Professional Services | $4,475.00 |
| Total Expenses | $2,101.76 |
| **Total current charges** | **$6,576.76** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Ciyou, Joyce RN**

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 7/7/2009 | JC | | 6.00 | 300.00 | 1,800.00 |
| | | Site visit to facility to interview residents, families and key staff. Tour the facility and observe resident care issues. Observed medciation administration and reviewed facility information. | | | |
| | | **Task Code Total** | **6.00** | | **1,800.00** |
| **Report Preparation** | | | | | |
| 7/26/2009 | JC | Report preparation for clinical issues relating to resident ssues, supply issues and equipment as it relates to Resident care and family concerns | 4.00 | 300.00 | 1,200.00 |
| | | **Task Code Total** | **4.00** | | **1,200.00** |

### Task Code Summary

|  |  | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.00 | 1,800.00 |
| RP | Report Preparation | 4.00 | 1,200.00 |
| | | **10.00** | **3,000.00** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Ciyou, Robert**

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | **Data Analysis** | | | |
| 7/7/2009 | RC | Site visit to review life safety and physical plant issues and interdepartmental areas as they relate to Resident care | 6.00 | 200.00 | 1,200.00 |
| | | **Task Code Total** | **6.00** | | **1,200.00** |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | DA | Data Analysis | 6.00 | 1,200.00 |
| | | | **6.00** | **1,200.00** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Allee, Elizabeth RN**

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | **Report Preparation** | | | |
| 7/26/2009 | EA | Report preparation of resident record reviews. | 1.00 | 275.00 | 275.00 |
| | | | **1.00** | | **275.00** |
| | | **Task Code Total** | | | |

### Task Code Summary

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| RP | Report Preparation | 1.00 | 275.00 |
| | | **1.00** | **275.00** |

**Statement of Expenses Incurred Through 07/31/09**

| | |
|---|---:|
| Trip Planner | 1,873.49 |
| Meals | 144.67 |
| Misc Expenses | 83.6 |
| **Total Expenses** | **$2,101.76** |

| Date | Description | Amount |
|---|---|---:|
| 7/6/2009 | VENDOR: Expedia   CONFIRMATION#128356170852  DATE: 07/06/09<br>Airline Tickets, Hotel & Car Rental for Joyce Ciyou & Robert Ciyou | $1,873.49 |
| 7/6/2009 | VENDOR: Four Seasons INVOICE# 10908  DATE: 07/06/09<br>Meal & Parking:  Joyce Ciyou & Robert Ciyou | $59.91 |
| 7/6/2009 | VENDOR:  Laurel wood Brewery   CHECK#  549    DATE: 07/06/09<br>Dinner:  Joyce Ciyou & Robert Ciyou | $15.45 |
| 7/7/2009 | VENDOR:  Four Seasons       DATE: 07/07/09<br>Lunch:  Joyce Ciyou & Robert Ciyou | $18.71 |
| 7/7/2009 | VENDOR:  Four Seasons   CHECK# 1361 DATE: 07/07/09<br>Breakfast:  Joyce Ciyou & Robert Ciyou | $32.60 |
| 7/7/2009 | VENDOR: Washington State Ferries  INVOICE# 052632131  DATE: 07/07/09<br>Ferry:  Seattle to Bainbridge | $21.15 |
| 7/7/2009 | VENDOR: Washington State Ferries  INVOICE#101470676  DATE: 07/07/09<br>Ferry:  Bainbridge to Seattle | $14.45 |
| 7/7/2009 | VENDOR: Alaska Airlines  INVOICE#  7309090707172737  DATE: 07/07/09<br>Snack:  Joyce Ciyou & Robert Ciyou | $18.00 |
| 7/7/2009 | VENDOR: O'Hare Parking Facility  INVOICE#  1001002248  DATE: 07/08/09<br>Parking:  Joyce Ciyou & Robert Ciyou | $48.00 |
| | | **$2,101.76** |