

**Vegas Assisted Living**

**aka Sun Mountain Community, aka Plaza at Sun Mountain**  **Invoice Number: 1081-19**

**6031 Cheyenne Avenue**

**Las Vegas, NV 89108**

**Statement of Professional Services Rendered Through**   7/31/2009

**Summary:**

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| SK | Koenig, Suzanne - Patient Care Ombudsman | 0.50 | 350.00 | 175.00 |
|  |  | **0.50** |  | **$175.00** |

**Task Code Summary**

|  |  | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 0.50 | 175.00 |
|  |  | **0.50** | **175.00** |

| Total Professional Services | $175.00 |
|---|---|
| **Total current charges** | **$175.00** |

**Statement of Professional Services Rendered Through** **7/31/2009**
**Koenig, Suzanne - Patient Care Ombudsman**

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Report Preparation** | | | |
| 7/14/2009 | SK | Sign and approve final edits for PCO report to be filed with Court | 0.50 | 350.00 | 175.00 |
| | | **Task Code Total** | **0.50** | | **175.00** |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | RP | Report Preparation | 0.50 | 175.00 |
| | | | **0.50** | **175.00** |