

**SAK Management Services, LLC**
**Health Care Turnaround Specialists**

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Wayne Senior Living**

**aka The Oaks Senior Living Community**                                       **Invoice Number: 1081-5**

**1500 Vintage Hil Dr**

**Wayne, NE 68787**

**Statement of Professional Services Rendered Through**        **7/31/2009**

**Summary:**

|    |                                            | Hours | Rate   | Amount   |
|----|--------------------------------------------|-------|--------|----------|
| SK | Koenig, Suzanne - Patient Care Ombudsman   | 1.00  | 350.00 | 350.00   |
|    |                                            | **1.00** |      | **$350.00** |

**Task Code Summary**

|    |                    | Hours | Amount |
|----|--------------------|-------|--------|
| RP | Report Preparation | 1.00  | 350.00 |
|    |                    | **1.00** | **350.00** |

Total Professional Services                                          $350.00

**Total current charges**                                            **$350.00**

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Koenig, Suzanne- Patient Care Ombudsman**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | **Report Preparation** | | | | | |
| 7/31/2009 | SK | Report content review and finalization | | 1.00 | 350.00 | 350.00 |
| | | | | **1.00** | | **350.00** |

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.00 | 350.00 |
| | | **1.00** | **350.00** |