

**Seward Senior Living, LLC**

**aka Heartland Park Senior Living Community**            **Invoice Number: 1081-18**

**500 Heartland Park Drive**

**Seward , NE 68434**

**Statement of Professional Services Rendered Through**      7/31/2009

**Summary:**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| SK | Koenig, Suzanne - Patient Care Ombudsman | 1.60 | 350.00 | 560.00 |
| | | **1.60** | | **$560.00** |

**Task Code Summary**

| | | Hours | Amount |
|---|---|---|---|
| RP | Report Preparation | 1.60 | 560.00 |
| | | **1.60** | **560.00** |

| | |
|---|---|
| Total Professional Services | $560.00 |
| **Total current charges** | **$560.00** |

**Statement of Professional Services Rendered Through**    **7/31/2009**
**Koenig, Suzanne - Patient Care Ombudsman**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Report Preparation** | | | |
| 7/6/2009 | SK | Report review and finalization | 1.00 | 350.00 | 350.00 |
| 7/14/2009 | SK | Sign and approve final edits for PCO report to be filed with Court | 0.60 | 350.00 | 210.00 |
| | | **Task Total** | **1.60** | | **560.00** |

### Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| | RP | Report Preparation | 1.60 | 560.00 |
| | | | **1.60** | **560.00** |