

Invoice No.: 2477021
File No. : 102171.011300
Bill Date : August 7, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

Attn: Suzanne Koenig
 President

## INVOICE

Re:  Champlin, LLC

<u>Legal Services through July 31, 2009</u>:

|  | Total Fees: | $ | 639.00 |

<u>Expenses</u>:

| Information and Research | 5.76 | | |
| Total Expenses: | $ | 5.76 |
| **Current Invoice:** | $ | **644.76** |

KXS:MJ
Tax ID: 13-3613083



Invoice No.: 2477021
File No. : 102171.011300

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

**PLEASE REFERENCE:**

| | |
|---|---|
| **CLIENT NAME:** | **SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN** |
| **FILE NUMBER:** | **102171.011300** |
| **INVOICE NUMBER:** | **2477021*** |
| **BILLING PROFESSIONAL:** | **Keith J. Shapiro** |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE: 824 PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/13/09 | Nancy A. Peterman | Revise report. | 0.70 | 497.00 |
| 07/14/09 | Nancy A. Peterman | Revise report. | 0.20 | 142.00 |
| | | Total Hours: | 0.90 | |
| | | Total Amount: | | $ 639.00 |

### TIMEKEEPER SUMMARY FOR ACTION CODE 824,
PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.90 | 710.00 | 639.00 |
| Totals: | 0.90 | 710.00 | $ 639.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.90 | 710.00 | 639.00 |
| Totals: | 0.90 | 710.00 | $ 639.00 |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/25/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED DOC F; Document Type: DOCKET REPORT | $ | 1.84 |
| 06/25/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1; Document Type: DOCKET REPORT | $ | 1.84 |
| 06/25/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 DOCUMENT 1-0; Document Type: IMAGE1-0 | $ | 0.96 |
| 06/25/09 | Case Number: (None); Search Criteria: 08-36673-TMB11 FIL OR ENT: FILED DOC F; Document Type: DOCKET REPORT | $ | 0.40 |
| 06/25/09 | Case Number: (None); Search Criteria: 08-37147-TMB11 FIL OR ENT: FILED DOC F; Document Type: DOCKET REPORT | $ | 0.32 |
| 06/25/09 | Case Number: (None); Search Criteria: 08-36673-TMB11 FIL OR ENT: FILED DOC F; Document Type: DOCKET REPORT | $ | 0.40 |
| | Total Expenses: | $ | 5.76 |