

Invoice No.: 2477018
File No. : 102171.011200
Bill Date : August 7, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

Attn: Suzanne Koenig
 President

# INVOICE

Re: Vegas Assisted Living, LLC

<u>Legal Services through July 31, 2009</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 710.00 |
| **Current Invoice:** | $ | **710.00** |

KXS:MJ
Tax ID: 13-3613083



Invoice No.: 2477018
File No. : 102171.011200

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

**PLEASE REFERENCE:**

| | |
|---|---|
| CLIENT NAME: | SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN |
| FILE NUMBER: | 102171.011200 |
| INVOICE NUMBER: | 2477018* |
| BILLING PROFESSIONAL: | Keith J. Shapiro |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Description of Professional Services Rendered:

ACTION CODE: 824    PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/14/09 | Nancy A. Peterman | Revise report. | 1.00 | 710.00 |
| | | Total Hours: | 1.00 | |
| | | Total Amount: | | $ 710.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.00 | 710.00 | 710.00 |
| Totals: | 1.00 | 710.00 | $ 710.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.00 | 710.00 | 710.00 |
| Totals: | 1.00 | 710.00 | $ 710.00 |

Description of Expenses Billed:

DATE        DESCRIPTION                                                          AMOUNT

**No expenses charged to this file**