

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois  60646

Attn: Suzanne Koenig
      President

# INVOICE

Re:   Seward Senior Living, LLC

Legal Services through July 31, 2009:

|  |  |  |
| --- | --- | --- |
| Total Fees: | $ | 1,051.00 |
| **Current Invoice:** | **$** | **1,051.00** |

KXS:MJ
Tax ID:  13-3613083

 **GT** GreenbergTraurig

Invoice No.: 2477020
File No.  :  102171.011500

> **FOR YOUR CONVENIENCE,**
> **WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT**
> **FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                      CITIBANK, F.S.B.
ABA #:                  266086554
INTERNATIONAL
SWIFT:                  CITIUS33
CREDIT TO:          GREENBERG TRAURIG ACCOUNT
ACCOUNT #:        3200175071

PLEASE
REFERENCE:          CLIENT NAME:          **SUZANNE KOENIG, AS PATIENT CARE**
                                                              **OMBUDSMAN**
                             FILE NUMBER:          **102171.011500**
                             INVOICE NUMBER:    **2477020***
                             BILLING
                             PROFESSIONAL:       **Keith J. Shapiro**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:MJ
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE:  824  PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/07/09 | Kerry E. Carlson | Review initial report of PCO for Seward facility (.4); reformat notes to form PCO report (.8). | 1.20 | 270.00 |
| 07/13/09 | Nancy A. Peterman | Revise report. | 0.80 | 568.00 |
| 07/14/09 | Nancy A. Peterman | Revise report. | 0.30 | 213.00 |
| | | Total Hours: | 2.30 | |
| | | Total Amount: | | $ 1,051.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 1.10 | 710.00 | 781.00 |
| Kerry E. Carlson | 1.20 | 225.00 | 270.00 |
| Totals: | 2.30 | 456.96 | $  1,051.00 |

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.10 | 710.00 | 781.00 |
| Kerry E. Carlson | 1.20 | 225.00 | 270.00 |
| Totals: | 2.30 | 456.96 | $ 1,051.00 |

Description of Expenses Billed:

DATE         DESCRIPTION                                                    AMOUNT

**No expenses charged to this file**