

Invoice No.: 2477017
File No.   : 102171.011000
Bill Date  : August 7, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

Attn: Suzanne Koenig
    President

# INVOICE

Re:  Colonial Gardens, LLC

Legal Services through July 31, 2009:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 225.00 |
| **Current Invoice:** | **$** | **225.00** |

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com



Invoice No.: 2477017
File No. : 102171.011000

| FOR YOUR CONVENIENCE, |
| WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT |
| FOR FEES & COSTS ARE AS FOLLOWS: |

TO: CITIBANK, F.S.B.
ABA #: 266086554
INTERNATIONAL SWIFT: CITIUS33
CREDIT TO: GREENBERG TRAURIG ACCOUNT
ACCOUNT #: 3200175071

PLEASE REFERENCE:

CLIENT NAME: SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN
FILE NUMBER: 102171.011000
INVOICE NUMBER: 2477017*
BILLING PROFESSIONAL: Keith J. Shapiro

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE: 824 PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/30/09 | Kerry E. Carlson | Revise PCO report for filing. | 1.00 | 225.00 |
| | | Total Hours: | 1.00 | |
| | | Total Amount: | | $ 225.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Kerry E. Carlson | 1.00 | 225.00 | 225.00 |
| Totals: | 1.00 | 225.00 | $ 225.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Kerry E. Carlson | 1.00 | 225.00 | 225.00 |
| Totals: | 1.00 | 225.00 | $ 225.00 |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      | **No expenses charged to this file** |        |