

Invoice No.: 2477016
File No. : 102171.010600
Bill Date : August 7, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

Attn: Suzanne Koenig
     President

## INVOICE

Re: Hendersonville Senior Living, LLC

<u>Legal Services through July 31, 2009</u>:

                                               Total Fees:   $      568.00

                               **Current Invoice:**   $      **568.00**

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com



Invoice No.: 2477016
File No. : 102171.010600

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

**PLEASE REFERENCE:**

| | | |
|---|---|---|
| | CLIENT NAME: | SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN |
| | FILE NUMBER: | 102171.010600 |
| | INVOICE NUMBER: | 2477016* |
| | BILLING PROFESSIONAL: | **Keith J. Shapiro** |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE:    824    PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/14/09 | Nancy A. Peterman | Revise report. | 0.80 | 568.00 |
| | | Total Hours: | 0.80 | |
| | | Total Amount: | | $ 568.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.80 | 710.00 | 568.00 |
| Totals: | 0.80 | 710.00 | $ 568.00 |

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Nancy A. Peterman | 0.80 | 710.00 | 568.00 |
| Totals: | 0.80 | 710.00 | $ 568.00 |

Invoice No.: 2477016  Page 3
Re: Hendersonville Senior Living, LLC
Matter No.: 102171.010600

## Description of Expenses Billed:

<u>DATE</u>   <u>DESCRIPTION</u>   <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**

Invoice No.: 2477016
Re: Hendersonville Senior Living, LLC
Matter No.: 102171.010600