

Invoice No. : 2477023
File No. : 102171.012400
Bill Date : August 7, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

Attn: Suzanne Koenig
    President

# INVOICE

Re: Medallion Assisted Living Partnership

Legal Services through July 31, 2009:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 1,272.00 |
| **Current Invoice:** | $ | **1,272.00** |

KXS:MJ
Tax ID: 13-3613083

# GT GreenbergTraurig

Invoice No.: 2477023
File No. : 102171.012400

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

**PLEASE REFERENCE:**

| | |
|---|---|
| CLIENT NAME: | SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN |
| FILE NUMBER: | 102171.012400 |
| INVOICE NUMBER: | 2477023* |
| BILLING PROFESSIONAL: | Keith J. Shapiro |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:MJ
Tax ID: 13-3613083

## Description of Professional Services Rendered:

ACTION CODE: 813  FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/15/09 | Ethan F. Ostrow | Conferred with Carla McClurg re: receiver fees and filing patient care ombudsman's fee statement (0.2). | 0.20 | 65.00 |
| | | Total Hours: | 0.20 | |
| | | Total Amount: | | $ 65.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ethan F. Ostrow | 0.20 | 325.00 | 65.00 |
| Totals: | 0.20 | 325.00 | $ 65.00 |

Description of Professional Services Rendered

ACTION CODE:   824   PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/13/09 | Nancy A. Peterman | Revise report. | 0.30 | 213.00 |
| 07/14/09 | Nancy A. Peterman | Revise report. | 1.40 | 994.00 |
| | | Total Hours: | 1.70 | |
| | | Total Amount: | | $ 1,207.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.70 | 710.00 | 1,207.00 |
| Totals: | 1.70 | 710.00 | $ 1,207.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.70 | 710.00 | 1,207.00 |
| Ethan F. Ostrow | 0.20 | 325.00 | 65.00 |
| Totals: | 1.90 | 669.47 | $ 1,272.00 |

Invoice No.: 2477023                                                                                       Page 4
Re:         Medallion Assisted Living Partnership
Matter No.: 102171.012400

Description of Expenses Billed:

DATE            DESCRIPTION                                                                   AMOUNT

**No expenses charged to this file**

---

Invoice No.: 2477023
Re:         Medallion Assisted Living Partnership
Matter No.: 102171.012400