

Invoice No.: 2477015
File No.   : 102171.010400
Bill Date  : August 7, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

# INVOICE

Re:  Jointly Administered Cases

Legal Services through July 31, 2009:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 3,056.50 |

Expenses:

| | | | |
|---|---|---|---|
| Conference Calls | 7.09 | | |
| Information and Research | 18.40 | | |
| Total Expenses: | | $ | 25.49 |
| **Current Invoice:** | | $ | **3,081.99** |
| | | | |
| Previous Balance (see attached statement): | | $ | 29,011.55 |
| **Total Amount Due:** | | $ | **32,093.54** |

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com



Invoice No.: 2477015
File No. : 102171.010400

> **FOR YOUR CONVENIENCE,
> WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
> FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

**PLEASE REFERENCE:**

| | |
|---|---|
| CLIENT NAME: | SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN |
| FILE NUMBER: | 102171.010400 |
| INVOICE NUMBER: | 2477015* |
| BILLING PROFESSIONAL: | **Keith J. Shapiro** |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com



Invoice No.: 2477015
File No.   : 102171.010400

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 06/15/09 | 2442713 | 23,574.50 | 2,394.41 | 0.00 | 25,968.91 |
| 07/15/09 | 2463436 | 3,040.00 | 2.64 | 0.00 | 3,042.64 |
| | Totals: $ | 26,614.50 $ | 2,397.05 $ | 0.00 $ | 29,011.55 |

KXS:MJ
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

# Description of Professional Services Rendered:

ACTION CODE: 804     CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/16/09 | Ethan F. Ostrow | Conference call with U.S. Trustee, SAK and Nancy Peterman re: issues raised in filed ombudsman's reports (0.7). | 0.70 | 227.50 |
| 07/16/09 | Nancy A. Peterman | Participate in portion of call with UST re status of all home visits. | 0.40 | 284.00 |
| 07/29/09 | Kerry E. Carlson | Update status chart to include report dates filed and coming due and fee application deadlines (.8); forward same to E. Ostrow with status notes and reminders of upcoming dates (.2). | 1.00 | 225.00 |
| 07/31/09 | Ethan F. Ostrow | Reviewed status chart re: ombudsman's reports (0.1). | 0.10 | 32.50 |
| | | Total Hours: | 2.20 | |
| | | Total Amount: | | $ 769.00 |

## TIMEKEEPER SUMMARY FOR ACTION CODE 804,

### CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.40 | 710.00 | 284.00 |
| Ethan F. Ostrow | 0.80 | 325.00 | 260.00 |
| Kerry E. Carlson | 1.00 | 225.00 | 225.00 |
| Totals: | 2.20 | 349.55 | $ 769.00 |

Description of Professional Services Rendered

ACTION CODE:    813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/09 | Ethan F. Ostrow | Reviewed Knudsen order (0.1). Conferred with Nancy Peterman and Debtors' counsel re: payment on SAK's first monthly fee statement (0.3). | 0.40 | 130.00 |
| 07/10/09 | Kerry E. Carlson | Gathering billing information needed to complete 1st interim application for jointly administered cases. | 0.80 | 180.00 |
| 07/10/09 | Ethan F. Ostrow | Conferred with Nancy Peterman and Kerry Carlson re: preparation of monthly fee statement per Knudsen procedures (0.3). | 0.30 | 97.50 |
| 07/14/09 | Kerry E. Carlson | Review and revise to billing memoranda for jointly administered cases (.3); draft second notice and statement for fees and expenses in the jointly administered cases (1.0); coordinate receipt of billing memoranda from SAK and local counsel (2). | 1.50 | 337.50 |
| 07/14/09 | Ethan F. Ostrow | Conferred with Kerry Carlson re: preparation and filing of monthly fee statement per Knudsen procedures (0.2). Reviewed correspondence from Abbie Graham and Gary Scharff re: same (0.2). | 0.40 | 130.00 |
| 07/15/09 | Kerry E. Carlson | Prepare second fee statement for filing including revise and revisions to exhibits and summary charts (1.5); coordinate filing and service with the district court (.7). | 2.20 | 495.00 |
| 07/15/09 | Ethan F. Ostrow | Reviewed second monthly fee statement per Knudsen procedures (0.3). Conferred with Kerry Carlson re: filing same (0.2). | 0.50 | 162.50 |
| 07/16/09 | Ethan F. Ostrow | Conferred with U.S. Trustee re: request for payment of fees in first monthly fee statement per Knudsen procedures (0.2). Conferred with Judge Velure re: same (0.3). | 0.50 | 162.50 |
| 07/21/09 | Ethan F. Ostrow | Conferred with Carla McClurg and Nancy Peterman re: order directing payment of first monthly fee statement (0.1). | 0.10 | 32.50 |
| 07/30/09 | Ethan F. Ostrow | Conferred with Kerry Carlson re: objections to 2nd monthly fee statement (0.1). | 0.10 | 32.50 |
| 07/31/09 | Ethan F. Ostrow | Reviewed correspondence re: monthly fee statements; conferred with Nancy Peterman and Kerry Carlson re: same (0.1). | 0.10 | 32.50 |

Total Hours:    6.90

Total Amount:    $ 1,792.50

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ethan F. Ostrow | 2.40 | 325.00 | 780.00 |
| Kerry E. Carlson | 4.50 | 225.00 | 1,012.50 |
| Totals: | 6.90 | 259.78 | $ 1,792.50 |

Description of Professional Services Rendered

ACTION CODE: 824  PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/15/09 | Kerry E. Carlson | Prepare PCO reports for filing (1.0); coordinate filing and service of six reports (1.2). | 2.20 | 495.00 |
| | | Total Hours: | 2.20 | |
| | | Total Amount: | | $ 495.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Kerry E. Carlson | 2.20 | 225.00 | 495.00 |
| Totals: | 2.20 | 225.00 | $ 495.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.40 | 710.00 | 284.00 |
| Ethan F. Ostrow | 3.20 | 325.00 | 1,040.00 |
| Kerry E. Carlson | 7.70 | 225.00 | 1,732.50 |
| Totals: | 11.30 | 270.49 | $ 3,056.50 |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/09/09 | Case Number: (None); Search Criteria: LNAME: STAYTON; Document Type: SEARCH | $ | 0.08 |
| 06/09/09 | Case Number: (None); Search Criteria: LAST NAME: STAYTON SW; Document Type: SEARCH | $ | 0.08 |
| 06/09/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO; Document Type: DOCKET REPORT | $ | 1.04 |
| 06/09/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO DOCUMENT 244-0; Document Type: IMAGE 244-0 | $ | 2.40 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO; Document Type: DOCKET REPORT | $ | 1.04 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO DOCUMENT 225-0; Document Type: IMAGE 225-0 | $ | 1.44 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO DOCUMENT 245-0; Document Type: IMAGE 245-0 | $ | 1.52 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO DOCUMENT 248-0; Document Type: IMAGE 248-0 | $ | 0.72 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06083-HO; Document Type: DOCKET REPORT | $ | 0.24 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06083-HO DOCUMENT 169-0; Document Type: IMAGE 169-0 | $ | 0.24 |
| 06/11/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED DOC F; Document Type: DOCKET REPORT | $ | 1.84 |
| 06/11/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 DOCUMENT 34-0; Document Type: IMAGE34-0 | $ | 2.40 |
| 06/11/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 DOCUMENT 240-0; Document Type: IMAGE240-0 | $ | 0.32 |
| 06/11/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 DOCUMENT 201-0; Document Type: IMAGE201-0 | $ | 0.16 |
| 06/11/09 | Case Number: (None); Search Criteria: 08-36637-TMB11 DOCUMENT 198-0; Document Type: IMAGE198-0 | $ | 0.72 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO; Document Type: PARTY LIST | $ | 0.40 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO 92436; Document Type: FILER LIST | $ | 0.08 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO SHOWDKTSUMMARYLIST_1-0-; Document Type: FILER LIST | $ | 0.08 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO DOCUMENT 237-0; Document Type: IMAGE 237-0 | $ | 0.32 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO SHOWDKTSUMMARYLIST_1-0-; Document Type: FILER LIST | $ | 0.08 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO 92436; Document Type: FILER LIST | $ | 0.08 |
| 06/11/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO; Document Type: ASSOCIATED CASES | $ | 0.08 |

Description of Expenses Billed

| Date | Description | | Amount |
|---|---|---|---|
| 06/11/09 | Case Number: (None);   Search Criteria: 6:09-CV-06083-HO;   Document Type: DOCKET REPORT | $ | 0.24 |
| 06/11/09 | Case Number: (None);   Search Criteria: 6:09-CV-06083-HO DOCUMENT 175-0;   Document Type: IMAGE 175-0 | $ | 0.80 |
| 06/11/09 | Case Number: (None);   Search Criteria: 6:09-CV-06083-HO DOCUMENT 175-1;   Document Type: IMAGE 175-1 | $ | 0.16 |
| 06/14/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 1.84 |
| 07/19/09 | VENDOR: Soundpath INVOICE#: GT071909 DATE: 7/19/2009 Conferencing Services Invoice Date 090716 User NAP Client Code 102171 Matter Code 010400 | $ | 7.09 |
| | Total Expenses: | $ | 25.49 |

Invoice No.:    2477015
Re:             Jointly Administered Cases
Matter No.:     102171.010400