

SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Mountain View Assisted Living and Retirement**

**d/b/a Chehalem Springs Assisted Living Community**

**38025 Hayes Street**

**Newberg, OR 97132**

**Invoice Number: 1063**

**Statement of Professional Services Rendered Through** 6/30/2009
**Summary:**

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| JC | Ciyou, Joyce -  RN | 7.00 | 300.00 | 2,100.00 |
| EA | Allee, Elizabeth - RN | 10.00 | 275.00 | 2,750.00 |
| SK | Koenig, Suzanne - Patient Care Ombudsman | 1.60 | 350.00 | 560.00 |
|  |  | 18.60 |  | **$5,410.00** |

**Task Code Summary**

|  |  | Hours | Amount |
|---|---|---|---|
| CA | Case Administration | 0.60 | 210.00 |
| DA | Data Analysis | 12.00 | 3,450.00 |
| RP | Report Preparation | 6.00 | 1,750.00 |
|  |  | 18.60 | 5,410.00 |

| | |
|---|---|
| Total professional services | $5,410.00 |
| Total Expenses | $1,018.64 |
| **Total current charges** | **$6,428.64** |

**Statement of Professional Services Rendered Through**     6/30/2009
Koenig, Suzanne - PCO

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 6/18/2009 | SK | Reviewed several e-mails from lender's counsel and PCO counsel regarding the change of order for the Appointment of the Ombudsman | 0.60 | 350.00 | 210.00 |
| | | **Task Code Total** | 0.60 | | 210.00 |
| | | | | | |
| **Report Preparation** | | | | | |
| 6/30/2009 | SK | Report review and finalization | 1.00 | 350.00 | 350.00 |
| | | **Task Code Total** | 1.00 | | 350.00 |

## Task Code Summary

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| | CA | Case Administration | 0.60 | | 210.00 |
| | RP | Report Preparation | 1.00 | | 350.00 |
| | | | 1.60 | | 560.00 |

**Statement of Professional Services Rendered Through**     6/30/2009
Ciyou, Joyce - RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/26/2009 | JC | Site visit to meet with Director and Key staff.  Interviewed Residents and Support staff.  Observed Resident care and meal.  Toured facility for Life Safety issues and Resident care issues | 6.00 | 300.00 | 1,800.00 |
| | | **Task Code Total** | 6.00 | | 1,800.00 |
| | | | | | |
| **Report Preparation** | | | | | |
| 6/26/2009 | JC | Report preparation - overview of facility meeting | 1.00 | 300.00 | 300.00 |
| | | **Task Code Total** | 1.00 | | 300.00 |

## Task Code Summary

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| | DA | Data Analysis | 6.00 | | 1,800.00 |
| | RP | Report Preparation | 1.00 | | 300.00 |
| | | | **7.00** | | **2,100.00** |

**Statement of Professional Services Rendered Through**    6/30/2009
Allee, Elizabeth RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 6/26/2009 | EA | Site visit interviewed residents regarding their care. Interviewed clinical staff about resident issues and observed medication passes, identified concerns regarding med pass. Observed staffing equipment and adequacy of supplies. Clinical chart reviews completed. | 6.00 | 275.00 | 1,650.00 |
| | | **Task Code Total** | 6.00 | | 1,650.00 |
| | | | | | |
| **Report Preparation** | | | | | |
| 6/26/2009 | EA | Report preparation | 4.00 | 275.00 | 1,100.00 |
| | | **Task Code Total** | 4.00 | | 1,100.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 6.00 | 1,650.00 |
| RP | Report Preparation | 4.00 | 1,100.00 |
| | | **10.00** | **2,750.00** |

**Statement of Expenses Incurred Through 06/30/09**

| | | |
|---|---|---:|
| Air Fare | | 689.32 |
| Hotel & Car Rental | | 202.88 |
| Meals | | 84.94 |
| Travel | | 41.50 |
| Total Expenses | | **$1,018.64** |

| Date | Description | Amount |
|---|---|---:|
| 6/23/2009 | VENDOR: United Airlines  TICKET# 0162193544636 DATE: 06/23/09<br>Airline Ticket: Elizabeth Allee | $375.47 |
| 6/23/2009 | VENDOR: United Airlines  TICKET# AP110101OX8OJBE5 DATE: 06/23/09<br>Airline Ticket: Joyce Ciyou | $313.85 |
| 6/23/2009 | VENDOR: Orbitz  TICKET# AP110101OX8OJBE5 DATE: 06/23/09<br>Hotel & Car Rental: Joyce Ciyou & Elizabeth Allee | $202.88 |
| 6/23/2009 | VENDOR: Hotel Modera  FOLIO# 22024 DATE: 06/23/09<br>Hotel Parking: Joyce Ciyou & Elizabeth Allee | $20.00 |
| 6/26/2009 | VENDOR: Morton's Steakhouse  CONFIRMATION# 30003 DATE: 06/26/09<br>Dinner: Joyce Ciyou | $38.94 |
| 6/26/2009 | VENDOR: Morton's Steakhouse  CONFIRMATION# 20033 DATE: 06/26/09<br>Dinner: Elizabeth Allee | $46.00 |
| 6/26/2009 | VENDOR: Chevron  INVOICE # 9882604 DATE: 06/26/09<br>Gas: Elizabeth Allee & Joyce Ciyou | $21.50 |
| | | **$1,018.64** |



SAK Management Services, LLC
Health Care Turnaround Specialists

4055 West Peterson Avenue, Suite 101, Chicago, Illinois 60646
Tel: 773.202.0000   Fax: 773.267.0111

**Mountain View Assisted Living and Retirement**

**Invoice Number: 1047**

**d/b/a Chehalem Springs Assisted Living Community**

**38025 Hayes Street**

**Newberg, OR 97132**

### Statement of Professional Services Rendered Through      5/31/2009
### Summary:

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| SK | Koenig, Suzanne - Patient Care Ombudsman | 2.90 | 350.00 | 1,015.00 |
| JC | Ciyou, Joyce -  RN | 1.00 | 300.00 | 300.00 |
| EA | Allee, Elizabeth - RN | 1.20 | 275.00 | 330.00 |
| | | **5.10** | | **$1,645.00** |

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | Case Administration | 2.70 | 945.00 |
| DA | Data Analysis | 2.40 | 700.00 |
| | | **5.10** | **1,645.00** |

| | | |
|---|---|---|
| Total professional services | | $1,645.00 |
| **Total current charges** | | **$1,645.00** |

## Statement of Professional Services Rendered Through   5/31/2009
Koenig, Suzanne - Patient Care Ombudsman

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Case Administration** | | | | |
| 2/2/2009 | SK | Reviewed verified statements in support of the appointment as patient care ombudsman, verified and signed. | 0.10 | 350.00 | 35.00 |
| 2/4/2009 | SK | Reviewed case appointing the patient care ombudsman by UST Carla McClurg | 0.10 | 350.00 | 35.00 |
| 2/6/2009 | SK | Drafted a proposed budget to submit for fees of the PCO in the case | 0.20 | 350.00 | 70.00 |
| 2/11/2009 | SK | Reviewed the list of the debtors' addresses | 0.10 | 350.00 | 35.00 |
| 2/27/2009 | SK | Multiple e-mail exchange with Carla McClurg, UST, regarding visiting the facility and settling the carve-out issues | 0.10 | 350.00 | 35.00 |
| 2/28/2009 | SK | Multiple discussions with PCO Counsel on filing the application to retain SAK and retain local counsel and ask for a retainer equal to two months of estimated fees/expenses to hold until end of case (along with request for monthly payment), because of a lack in response from creditors and lenders | 0.10 | 350.00 | 35.00 |
| 3/2/2009 | SK | Multiple e-mail conversations with Carla McClurg, UST, to discuss visiting the facility without approval from the creditors and lenders | 0.10 | 350.00 | 35.00 |
| 3/2/2009 | SK | Reviewed and signed SAK retention application and the affidavit in support thereof in: the Mountain View Village case. | 0.10 | 350.00 | 35.00 |
| 3/3/2009 | SK | Reviewed with PCO Counsel the retention of local counsel and motion to retain SAK and SK as PCO in case | 0.10 | 350.00 | 35.00 |
| 3/5/2009 | SK | Reviewed and signed the Retainer letter for local Counsel for the PCO and made some revisions to the letter. Discussed with Ethan Ostrow, PCO Counsel | 0.10 | 350.00 | 35.00 |
| 3/9/2009 | SK | Reviewed and signed the Affidavit of support for SAK's retention | 0.10 | 350.00 | 35.00 |
| 3/13/2009 | SK | Reviewed notice for expedited hearing on 3/18/09 for facility | 0.10 | 350.00 | 35.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/13/2009 | SK | Received e-mail update from Gary Scharff on the filings of Application for retention and employment of SAK regarding cases and the including my affidavits and approved professional forms and the notices regarding the PCO reports | 0.10 | 350.00 | 35.00 |
| 3/14/2009 | SK | Reviewed e-mail update regarding notice of filings | 0.10 | 350.00 | 35.00 |
| 3/17/2009 | SK | Reviewed objections for Mountain View case | 0.10 | 350.00 | 35.00 |
| 3/17/2009 | SK | Telephone Conference with Gary Scharff concerning visits to facility within timeline | 0.10 | 350.00 | 35.00 |
| 3/18/2009 | SK | Reviewed omnibus response to the objections and discussed with Ethan Ostrow, PCO counsel, and appearance at hearing | 0.20 | 350.00 | 70.00 |
| 3/18/2009 | SK | Discussion with Gary on the status of the court hearing | 0.10 | 350.00 | 35.00 |
| 4/3/2009 | SK | Reviewed draft statement of PCO Scope of Services, revised and approved revisions from Gary Scharff | 0.10 | 350.00 | 35.00 |
| 4/6/2009 | SK | Reviewed objections regarding scope of duties from parties | 0.10 | 350.00 | 35.00 |
| 4/13/2009 | SK | Reviewed e-mail from Carla McClurg that outlines the duties for SAK to include in the scope of the order that was acceptable to the UST | 0.10 | 350.00 | 35.00 |
| 4/15/2009 | SK | Reviewed e-mail from Gary Scharff waiting on the form of order from Tim Conway relating to the scope of duties/retention of SAK in pending case | 0.10 | 350.00 | 35.00 |
| 4/23/2009 | SK | Reviewed Carla McClurg's UST e-mail and concerns about the PCO not being able to carry out her fiduciary duties because of disagreement between counsel | 0.10 | 350.00 | 35.00 |
| 4/24/2009 | SK | Multiple discussions with Counsel and review of Gary Scharff's e-mails to all parties for scope of ombudsman's access to records and disclosure thereof | 0.10 | 350.00 | 35.00 |
| 4/28/2009 | SK | Multiple discussions on Motions to extend the report filing deadline with PCO Counsel | 0.10 | 350.00 | 35.00 |
| | | **Task Code Total** | **2.70** | | **945.00** |

**Data Analysis**

| 5/21/2009 | SK | Contacted facility to review contact information to notify all parties that the PCO began visiting facilities pursuant to the Patient Care Ombudsman's duties under section 333 of the Bankruptcy Code. | 0.20 | 350.00 | 70.00 |
|---|---|---|---|---|---|
| | | **Task Code Total** | **0.20** | | **70.00** |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| CA | Case Administration | | 2.70 | 945.00 |
| DA | Data Analysis | | 0.20 | 70.00 |
| | | | **2.90** | **1,015.00** |

**Statement of Professional Services Rendered Through**     5/31/2009
Ciyou, Joyce RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/1/2009 | JC | Drafted the report format and guidelines for facility visit and coordinates with scope.  Created forms to be used that brought focus to scope of assignment | 1.00 | 300.00 | 300.00 |
| | | | 1.00 | | 300.00 |
| | **Task Code Total** | | | | |

**Task Code Summary**

| | | | Hours | | Amount |
|---|---|---|---|---|---|
| | DA | Data Analysis | 1.00 | | 300.00 |
| | | | 1.00 | | 300.00 |

**Statement of Professional Services Rendered Through**   5/31/2009
Allee, Elizabeth RN

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Data Analysis** | | | | | |
| 5/2/2009 | EA | Investigated and located assisted living regulations for the state. Created a visit dossier for the facility that directed the review of the facility in relation to patient care. Calculated travel costs and time involved. Internet research regarding facility, survey information and competition information. | 1.20 | 275.00 | 330.00 |
| | | | 1.20 | | 330.00 |
| | | **Task Code Total** | | | |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| DA | Data Analysis | 1.20 | 330.00 |
| | | 1.20 | 330.00 |


GreenbergTraurig

Invoice No.: 2463439
File No. : 102171.011900
Bill Date : September 14, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

Attn: Suzanne Koenig
     President

# INVOICE

Re:   Mountain View Village Assisted Living and Retirement Cottages, LLC

Legal Services through June 30, 2009:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 5,370.00 |

Expenses:

| | | | |
|---|---|---|---|
| Federal Express Charges | 1.05 | | |
| Messenger/Courier Services | 7.46 | | |
| Photocopy Charges | 47.63 | | |
| Postage | 218.63 | | |
| Telephone Expenses - Long Distance | 0.41 | | |
| Information and Research | 59.18 | | |
| Total Expenses: | | $ | 334.36 |
| **Current Invoice:** | | **$** | **5,704.36** |

KXS:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

 GreenbergTraurig

> ### FOR YOUR CONVENIENCE,
> ### WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
> ### FOR FEES & COSTS ARE AS FOLLOWS:

TO:                    CITIBANK, F.S.B.
ABA #:                 266086554
INTERNATIONAL
SWIFT:                 CITIUS33
CREDIT TO:             GREENBERG TRAURIG ACCOUNT
ACCOUNT #:             3200175071

**PLEASE**
**REFERENCE:**          **CLIENT NAME:**      **SUZANNE KOENIG, AS PATIENT CARE**
                                             **OMBUDSMAN**
                        **FILE NUMBER:**      **102171.011900**
                        **INVOICE NUMBER:**   **2463439***
                        **BILLING**
                        **PROFESSIONAL:**     **Keith J. Shapiro**

Wire fees may be assessed by your bank.
\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:DMV
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

## Description of Professional Services Rendered:

ACTION CODE:    804    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/23/09 | Nancy A. Peterman | Telephone conference with UST re ombudsman appointment, process and next steps. | 0.20 | 90.00 |
| 02/05/09 | Ethan F. Ostrow | Drafted motion to limit notice of ombudsman's reports for Mountain View Village (0.4). | 0.40 | 120.00 |
| 02/09/09 | Ethan F. Ostrow | Revised motion to limit notice of ombudsman reports (0.4).  Drafted order (0.3).  Reviewed order and notice appointing ombudsman (0.1). | 0.80 | 240.00 |
| 02/11/09 | Kerry E. Carlson | Research debtor's mailing and street address (0.2). | 0.20 | 20.00 |
| 02/25/09 | Kerry E. Carlson | Calculate due dates for ombudsman reports and notice deadlines for the next year; update list of facility locations (0.2). | 0.20 | 20.00 |
| 02/26/09 | Kerry E. Carlson | Docket and calendar deadlines for Ombudsman reports and notices (0.2) | 0.20 | 20.00 |
| 03/03/09 | Ethan F. Ostrow | Reviewed FDIC objection to CRO retention (0.2).  Conferred with Nancy Peterman re: same (0.1).  Conferred with Nancy Peterman re: review of dockets (0.2).  Conferred with Gary Scharff re: ombudsman appointment, SAK retention and local counsel (0.1). | 0.60 | 180.00 |
| 03/05/09 | Ethan F. Ostrow | Reviewed and summarized significant pleadings and upcoming dates (1.2).  Conferred with Suzanne Koenig and Nancy Peterman re: same (0.2). | 1.40 | 420.00 |
| 03/06/09 | Nancy A. Peterman | Telephone conference with local counsel and E. Ostrow re case generally, PCO issues, retention issues and upcoming hearings (0.1). | 0.10 | 45.00 |
| 03/06/09 | Nancy A. Peterman | Determine follow-up issues (0.1). | 0.10 | 45.00 |
| 03/09/09 | Ethan F. Ostrow | Revised motion to limit notice of ombudsman's reports (0.2).  Conferred with Gary Scharff re: same (0.1).  Reviewed correspondence from Gary Scharff re: hearing and status report (0.1). | 0.40 | 120.00 |
| 03/11/09 | Kerry E. Carlson | Worked on service list and researched local rules related to service (0.2); | 0.20 | 20.00 |
| 03/12/09 | Kerry E. Carlson | Prepare motion to establish and limit notice procedures for ombudsman reports for filing with the court (0.2); prepare certificate of service regarding the same (0.1). | 0.30 | 30.00 |
| 03/12/09 | Ethan F. Ostrow | Revised motion to limit notice of | 0.20 | 60.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | ombudsman's reports (0.2). | | |
| 03/24/09 | Kerry E. Carlson | Calculate new dates and deadlines related to PCO reporting requirements given court's ruling on retention and reporting procedure (0.3); prepare email to N. Peterman and E. Ostrow regarding strategy planning to complete reporting tasks (0.1). | 0.40 | 40.00 |
| 04/27/09 | Ethan F. Ostrow | Drafted motion and order extending deadline to file first ombudsman's report (1.0). Conferred with Gary Scharff and Kerry Carlson re: filing and service of same (0.1). | 1.10 | 330.00 |
| 04/30/09 | Ethan F. Ostrow | Reviewed order withdrawing the reference (0.1). | 0.10 | 30.00 |

Total Hours:     6.90

Total Amount:     $ 1,830.00

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

   CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.40 | 450.00 | 180.00 |
| Ethan F. Ostrow | 5.00 | 300.00 | 1,500.00 |
| Kerry E. Carlson | 1.50 | 100.00 | 150.00 |
| Totals: | 6.90 | 265.22 | $    1,830.00 |

Description of Professional Services Rendered

ACTION CODE:     813          FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/14/09 | Kerry E. Carlson | Research new assisted living facility filing in Portland (0.2); prepare list of creditors, lenders, debtors and debtor affiliates (0.2); telephone calls with S. Koenig and N. Peterman (0.1). | 0.50 | 50.00 |
| 01/15/09 | Ethan F. Ostrow | Drafted Suzanne Koenig's verified statement in support of appointment as patient care ombudsman (0.7).  Conferred with Nancy Peterman and Suzanne Koenig re: same (0.1).  Drafted exhibits to verified statement (0.2).  Reviewed docket and U.S. Trustee's notice of intent to appoint patient care ombudsman (0.1). | 1.10 | 330.00 |
| 01/15/09 | Ethan F. Ostrow | Drafted Suzanne Koenig's verified statement in support of appointment as patient care ombudsman (0.2).  Conferred with Nancy Peterman and Suzanne Koenig re: same (0.1).  Drafted exhibits to verified statement (0.1). | 0.40 | 120.00 |
| 01/16/09 | Ethan F. Ostrow | Revised Koenig verified statement (0.1). | 0.10 | 30.00 |
| 02/04/09 | Ethan F. Ostrow | Conferred with Nancy Peterman re: SAK retention application, compensation procedures, fees and ombudsman reports (0.1). | 0.10 | 30.00 |
| 02/05/09 | Kerry E. Carlson | Research docket, status and background of case (0.2); review orders directing PCO appointment and notices appointing S. Koenig (0.1); begin drafting SAK retention papers (0.2); exchange emails with E. Ostrow and N. Peterman coordinating assignments (0.1). | 0.60 | 60.00 |
| 02/06/09 | Kerry E. Carlson | Draft PCO professional retention applications (0.6); research local rules regarding retention of professionals (0.1; research and review debtor's professional retention documents and related order (0.1). | 0.80 | 80.00 |
| 02/06/09 | Ethan F. Ostrow | Revised motion to limit notice for jointly administered cases (0.2).  Revised SAK retention application (0.1). | 0.30 | 90.00 |
| 02/10/09 | Kerry E. Carlson | Revise retention papers, including application, affidavit and order (0.2). | 0.20 | 20.00 |
| 02/10/09 | Ethan F. Ostrow | Reviewed and revised SAK retention application, affidavit and order (0.5).  Conferred with Nancy Peterman re: local counsel (0.1). | 0.60 | 180.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 02/11/09 | Ethan F. Ostrow | Reviewed and revised SAK retention application, affidavit and order (0.3). | 0.30 | 90.00 |
| 03/04/09 | Nancy A. Peterman | Prepare email response to FDIC counsel re PCO retainer request. | 0.10 | 45.00 |
| 03/05/09 | Kerry E. Carlson | Complete review of disclosure materials in support of retention of Greenberg Traurig as counsel to the Ombudsman (0.4). | 0.40 | 40.00 |
| 03/05/09 | Ethan F. Ostrow | Reviewed local counsel retainer letter and conferred with Suzanne Koenig re: same (0.1). | 0.10 | 30.00 |
| 03/06/09 | Kerry E. Carlson | Updated conflict and disclosure search (0.2); prepare summary of same for N. Peterman (0.1). | 0.30 | 30.00 |
| 03/06/09 | Ethan F. Ostrow | Conferred with Gary Scharff and Nancy Peterman re: preparation of SAK retention application and affidavit (0.1) | 0.20 | 60.00 |
| 03/08/09 | Ethan F. Ostrow | Revised SAK retention application and proposed order (0.4). | 0.40 | 120.00 |
| 03/09/09 | Ethan F. Ostrow | Conferred with Gary Scharff re: retention application and order (0.1). Reviewed local bankruptcy form of 2014 verified statement (0.1). | 0.20 | 60.00 |
| 03/10/09 | Kerry E. Carlson | Worked on 2014 disclosures and retention related documents pursuant to local form (0.3). | 0.30 | 30.00 |
| 03/10/09 | Ethan F. Ostrow | Revised SAK retention application and affidavit (0.4). Conferred with Gary Scharff re: revisions to retention papers (0.1). | 0.50 | 150.00 |
| 03/11/09 | Ethan F. Ostrow | Revised retention application, affidavit and order (0.4). Conferred with Kerry Carlson re: service of papers and disclosures (0.1). | 0.50 | 150.00 |
| 03/12/09 | Kerry E. Carlson | Prepare retention application, affidavit in support, local rule 2014 disclosures and proposed order (0.4); prepare each for filing by local counsel (0.1); coordinate email and US mail service of the same (0.1); draft certificates of service regarding the same (0.2) | 0.80 | 80.00 |
| 03/12/09 | Ethan F. Ostrow | Reviewed disclosures and certificates of service (0.1). Conferred with Kerry Carlson re: same (0.1). | 0.20 | 60.00 |
| 03/13/09 | Kerry E. Carlson | Effect service of application to employ SAK (0.1); draft certificate of service regarding same (0.1); update service lists (0.1); exchange emails regarding Court's decision to set expedited hearing (0.1); draft notice of hearing (0.2); prepare and coordinate immediate fax delivery of notice of hearing on retention application (0.3) | 0.90 | 90.00 |
| 03/13/09 | Ethan F. Ostrow | Conferred with Gary Scharff re: service of notice of expedited hearing on SAK retention for all cases (0.1). Drafted notice | 0.30 | 90.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | (0.2). | | |
| 03/16/09 | Kerry E. Carlson | Prepare and file certificates of ECF and fax service of notice of expedited hearing on PCO application to employ medical advisors (0.1). | 0.10 | 10.00 |
| 03/17/09 | Nancy A. Peterman | Telephone conference with S. Koenig re objections to SAK and PCO. | 0.10 | 45.00 |
| 03/19/09 | Kerry E. Carlson | Review local counsel's notes regarding retention and follow up on issues presented in Court (0.1). | 0.10 | 10.00 |
| 04/10/09 | Ethan F. Ostrow | Reviewed and revised SAK invoice. | 0.30 | 90.00 |
| 04/16/09 | Ethan F. Ostrow | Reviewed and revised GT invoice (0.5). | 0.50 | 150.00 |
| 04/29/09 | Kerry E. Carlson | Working on ECF issues necessary for immediate entry of retention order, including telephone calls with clerk's office and judge's chambers (.5); revise retention order (.2); draft cover letter to judge requesting entry of same (.2); upload order and route to appropriate parties in interest (.2). | 1.10 | 110.00 |
| 04/29/09 | Ethan F. Ostrow | Reviewed SAK retention order and correspondence re: same (0.1). Conferred with Suzanne Koenig and Kerry Carlson re: entry of order (0.2). Conferred with Nancy Peterman and Gary Scharff re: FDIC objection (0.2). | 0.50 | 150.00 |
| 06/18/09 | Kerry E. Carlson | Research retention order issues presented by Lender's counsel (.2); review email exchanges regarding the same (.4). | 0.60 | 60.00 |
| 06/18/09 | Nancy A. Peterman | Review and revise propose order regarding SAK retention. | 0.40 | 180.00 |
| 06/18/09 | Nancy A. Peterman | Telephone call with Pearson regarding SAK retention order. | 0.20 | 90.00 |
| 06/18/09 | Nancy A. Peterman | Exchange emails with Pearson regarding SAK retention order. | 0.20 | 90.00 |

Total Hours:    14.30

Total Amount:    $ 3,100.00

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.00 | 450.00 | 450.00 |
| Ethan F. Ostrow | 6.60 | 300.00 | 1,980.00 |
| Kerry E. Carlson | 6.70 | 100.00 | 670.00 |
| Totals: | 14.30 | 216.78 | $    3,100.00 |

Description of Professional Services Rendered

ACTION CODE: 814    FEE/EMPLOYMENT OBJECTIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/17/09 | Ethan F. Ostrow | Conferred with Nancy Peterman, Gary Scharff and Suzanne Koenig re: objections to SAK retention (0.2). Drafted and revised omnibus response to objections (0.3). | 0.50 | 150.00 |
| 03/18/09 | Ethan F. Ostrow | Conferred with Suzanne Koenig re: omnibus response to objections and appearance at hearing (0.1). | 0.10 | 30.00 |

Total Hours: 0.60

Total Amount: $ 180.00

TIMEKEEPER SUMMARY FOR ACTION CODE 814,

FEE/EMPLOYMENT OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Ethan F. Ostrow | 0.60 | 300.00 | 180.00 |
| Totals: | 0.60 | 300.00 | $ 180.00 |

Description of Professional Services Rendered

ACTION CODE:        824        PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/02/09 | Ethan F. Ostrow | Prepared signature pages for SAK retention papers (0.3).  Conferred with Doug Pahl and Casey Mills re: local counsel (0.1). | 0.40 | 120.00 |
| 03/04/09 | Ethan F. Ostrow | Conferred with Kerry Carlson and Nancy Peterman re: deadlines to file notice of ombudsman's reports (0.2). | 0.10 | 30.00 |
| 04/28/09 | Kerry E. Carlson | Prepare and serve motion and proposed order to extend the PCO reporting period (.2); prepare service list, including redacted members (.2); effect service of same (.4). | 0.80 | 80.00 |
| 06/29/09 | Kerry E. Carlson | Download and distribute monthly operating report. | 0.30 | 30.00 |

                                        Total Hours:       1.60

                                        Total Amount:      $ 260.00

TIMEKEEPER SUMMARY FOR ACTION CODE 824,

   PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Ethan F. Ostrow | 0.50 | 300.00 | 150.00 |
| Kerry E. Carlson | 1.10 | 100.00 | 110.00 |
| Totals: | 1.60 | 162.50 | $    260.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.40 | 450.00 | 630.00 |
| Ethan F. Ostrow | 12.70 | 300.00 | 3,810.00 |
| Kerry E. Carlson | 9.30 | 100.00 | 930.00 |
| Totals: | 23.40 | 229.49 | $    5,370.00 |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/15/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;  Document Type: DOCKET REPORT | $ | 0.02 |
| 01/15/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;  Document Type: DOCKET REPORT | $ | 0.02 |
| 01/15/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED FROM: 1;  Document Type: DOCKET REPORT | $ | 0.09 |
| 02/06/09 | Westlaw Research by CARLSON,KERRY. | $ | 4.12 |
| 02/11/09 | VENDOR: FedEx INVOICE#: 909306776 DATE: 2/18/2009 Tracking #797332277388; From: Nancy A. Peterman, Greenberg Traurig Llp, 77 W Wacker Dr Ste 2500, Chicago, IL 60601;  To: Carla G. Mcclurgesq., Office Of The United States Tr, 620 Sw Main St Ste 213, Portland, OR 97205 | $ | 1.05 |
| 02/12/09 | Copy; 38 Page(s) by 007632 | $ | 0.73 |
| 02/13/09 | VENDOR: Advanced Messenger Service; INVOICE#: 186600; DATE: 2/13/2009 - Chicago office messenger service through 02/12/09. | $ | 7.46 |
| 02/18/09 | Westlaw Research by OSTROW,ETHAN. | $ | 31.64 |
| 02/26/09 | Telephone; 15037272087 from Ext. 6611  PORTLAND OR | $ | 0.01 |
| 03/03/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.03 |
| 03/04/09 | Case Number: (None);  Search Criteria: 09-30675-TMB11 DOCUMENT 70-0;  Document Type: IMAGE70-0 | $ | 0.06 |
| 03/04/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.23 |
| 03/04/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 DOCUMENT 177-0;  Document Type: IMAGE177-0 | $ | 0.09 |
| 03/04/09 | Case Number: (None);  Search Criteria: 08-36630-TMB11 DOCUMENT 118-0;  Document Type: IMAGE118-0 | $ | 0.12 |
| 03/04/09 | Case Number: (None);  Search Criteria: 09-30675-TMB11 DOCUMENT 59-0;  Document Type: IMAGE59-0 | $ | 0.57 |
| 03/04/09 | Case Number: (None);  Search Criteria: 09-30675-TMB11 FIL OR ENT: FILED  DOC F;  Document Type: DOCKET REPORT | $ | 0.09 |
| 03/04/09 | Case Number: (None);  Search Criteria: 09-30675-TMB11 DOCUMENT 74-0;  Document Type: IMAGE74-0 | $ | 0.12 |
| 03/04/09 | Case Number: (None);  Search Criteria: 09-30675-TMB11 DOCUMENT 71-0;  Document Type: IMAGE71-0 | $ | 0.27 |
| 03/04/09 | Case Number: (None);  Search Criteria: 09-30675-TMB11 DOCUMENT 61-0;  Document Type: IMAGE61-0 | $ | 0.48 |
| 03/04/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11 DOCUMENT 179-0;  Document Type: IMAGE179-0 | $ | 0.06 |
| 03/04/09 | Case Number: (None);  Search Criteria: 08-36630-TMB11 DOCUMENT 109-0;  Document Type: IMAGE109-0 | $ | 0.06 |
| 03/04/09 | Case Number: (None);  Search Criteria: 08-36630-TMB11 DOCUMENT 120-0;  Document Type: IMAGE120-0 | $ | 0.12 |
| 03/04/09 | Case Number: (None);  Search Criteria: 08-36630-TMB11 DOCUMENT 123-0;  Document Type: IMAGE123-0 | $ | 0.04 |

Description of Expenses Billed

| 03/04/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 87-0;   Document Type: IMAGE87-0 | $ | 0.23 |
|---|---|---|---|
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 64-0;   Document Type: IMAGE64-0 | $ | 0.08 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 180-0;   Document Type: IMAGE180-0 | $ | 0.25 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 119-0;   Document Type: IMAGE119-0 | $ | 0.04 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.15 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 129-0;   Document Type: IMAGE129-0 | $ | 0.23 |
| 03/04/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 65-0;   Document Type: IMAGE65-0 | $ | 0.08 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.11 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 99-0;   Document Type: IMAGE99-0 | $ | 0.23 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 98-0;   Document Type: IMAGE98-0 | $ | 0.06 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 95-0;   Document Type: IMAGE95-0 | $ | 0.08 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 39-0;   Document Type: IMAGE39-0 | $ | 0.04 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 23-0;   Document Type: IMAGE23-0 | $ | 0.13 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 23-0;   Document Type: IMAGE23-0 | $ | 0.13 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 39-0;   Document Type: IMAGE39-0 | $ | 0.04 |
| 03/05/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.09 |
| 03/05/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 92-0;   Document Type: IMAGE92-0 | $ | 0.38 |
| 03/05/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 57-0;   Document Type: IMAGE57-0 | $ | 0.04 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.12 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 95-0;   Document Type: IMAGE95-0 | $ | 0.08 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 99-0;   Document Type: IMAGE99-0 | $ | 0.23 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 98-0;   Document Type: IMAGE98-0 | $ | 0.06 |
| 03/05/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 59-0;   Document Type: IMAGE59-0 | $ | 0.15 |
| 03/05/09 | Case Number: (None);   Search Criteria: 08-13555-JMP DOCUMENT 2992-0;   Document Type: IMAGE2992-0 | $ | 0.04 |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 03/06/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.13 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.04 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 74-0;  Document Type: IMAGE74-0 | $ | 0.25 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 94-0;  Document Type: IMAGE94-0 | $ | 0.25 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.04 |
| 03/09/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 90-0;  Document Type: IMAGE90-0 | $ | 0.36 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 74-0;  Document Type: IMAGE74-0 | $ | 0.25 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 94-0;  Document Type: IMAGE94-0 | $ | 0.25 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.08 |
| 03/09/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.02 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 131-0;  Document Type: IMAGE131-0 | $ | 0.25 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 172-0;  Document Type: IMAGE172-0 | $ | 0.27 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.06 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 125-0;  Document Type: IMAGE125-0 | $ | 0.25 |
| 03/09/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 94-0;  Document Type: IMAGE94-0 | $ | 0.25 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 181-0;  Document Type: IMAGE181-0 | $ | 0.19 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 17-0;  Document Type: IMAGE17-0 | $ | 0.08 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 168-0;  Document Type: IMAGE168-0 | $ | 0.15 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.25 |
| 03/10/09 | Case Number: (None);   Search Criteria: LNAME: STAYTON;  Document Type: SEARCH | $ | 0.02 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 14-0;  Document Type: IMAGE14-0 | $ | 0.04 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.25 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 4-0;  Document Type: IMAGE4-0 | $ | 0.57 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 98-0;  Document Type: IMAGE98-0 | $ | 0.33 |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 03/10/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 3-0;   Document Type: IMAGE3-0 | $ | 0.30 |
| 03/10/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.09 |
| 03/10/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 99-0;   Document Type: IMAGE99-0 | $ | 0.08 |
| 03/10/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 89-0;   Document Type: IMAGE89-0 | $ | 0.08 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 150-0;   Document Type: IMAGE150-0 | $ | 0.13 |
| 03/10/09 | Case Number: (None);   Search Criteria: LNAME: STAYTON;   Document Type: SEARCH | $ | 0.02 |
| 03/10/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.25 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.13 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 85-0;   Document Type: IMAGE85-0 | $ | 0.57 |
| 03/11/09 | Case Number: (None);   Search Criteria: 09-30675-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.12 |
| 03/11/09 | Case Number: (None);   Search Criteria: LNAME: MOSES LAKE; Document Type: SEARCH | $ | 0.02 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.15 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.25 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36637-TMB11 DOCUMENT 148-0;   Document Type: IMAGE148-0 | $ | 0.57 |
| 03/11/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.09 |
| 03/11/09 | Case Number: (None);   Search Criteria: LNAME: STAYTON;   Document Type: SEARCH | $ | 0.02 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36630-TMB11 DOCUMENT 106-0;   Document Type: IMAGE106-0 | $ | 0.57 |
| 03/11/09 | Case Number: (None);   Search Criteria: 09-30675-TMB11 DOCUMENT 52-0;   Document Type: IMAGE52-0 | $ | 0.57 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 FIL OR ENT: FILED   DOC F;   Document Type: DOCKET REPORT | $ | 0.13 |
| 03/11/09 | Case Number: (None);   Search Criteria: LNAME: MOUNTAIN VIEW; Document Type: SEARCH | $ | 0.02 |
| 03/11/09 | Case Number: (None);   Search Criteria: 08-36991-TMB11 DOCUMENT 85-0;   Document Type: IMAGE85-0 | $ | 0.57 |
| 03/11/09 | Case Number: (None);   Search Criteria: 09-30070-TMB11 DOCUMENT 62-0;   Document Type: IMAGE62-0 | $ | 0.57 |
| 03/11/09 | Telephone; 15038022027 from Ext. 8407  PORTLAND OR | $ | 0.01 |
| 03/12/09 | Copy; 174 Page(s) by 009876 | $ | 3.32 |
| 03/12/09 | Copy; 1302 Page(s) by 007608 | $ | 24.84 |
| 03/12/09 | Copy; 4 Page(s) by 007698 | $ | 0.08 |

Description of Expenses Billed

| 03/12/09 | Copy; 105 Page(s) by 007698 | $ | 2.00 |
|---|---|---|---|
| 03/12/09 | Copy; 24 Page(s) by 007698 | $ | 0.46 |
| 03/12/09 | Postage by 007608  MAIL | $ | 210.30 |
| 03/12/09 | Postage by 007608  MAIL | $ | 6.73 |
| 03/12/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.03 |
| 03/13/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.01 |
| 03/16/09 | Postage by 007611 | $ | 0.80 |
| 03/16/09 | Postage by 007611 | $ | 0.80 |
| 03/16/09 | Telephone; 15032295013 from Ext. 6611  PORTLAND OR | $ | 0.01 |
| 03/17/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.01 |
| 03/17/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.04 |
| 03/17/09 | Telephone; 15034934353 from Ext. 6611  PORTLAND OR | $ | 0.13 |
| 03/17/09 | Westlaw Research by OSTROW,ETHAN. | $ | 3.02 |
| 03/27/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11 DOCUMENT 3-0;  Document Type: IMAGE3-0 | $ | 0.06 |
| 03/27/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11 DOCUMENT 20-1;  Document Type: IMAGE20-1 | $ | 0.23 |
| 03/27/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11 FIL OR ENT: FILED   DOC F;  Document Type: DOCKET REPORT | $ | 0.23 |
| 03/27/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11 DOCUMENT 1-0;  Document Type: IMAGE1-0 | $ | 0.28 |
| 03/27/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11 DOCUMENT 82-0;  Document Type: IMAGE82-0 | $ | 0.06 |
| 03/30/09 | Pacer charges | $ | 0.23 |
| 04/28/09 | Copy; 162 Page(s) by 007504  4 CARLSON | $ | 16.20 |
| 05/21/09 | Case Number: (None);  Search Criteria: LNAME: BRIARWOOD; Document Type: SEARCH | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11;  Document Type: FILER LIST | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11;  Document Type: NOTICE OF FILING | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11;  Document Type: CASE SUMMARY | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11;  Document Type: TRUSTEE LIST | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: 09-30711-TMB11;  Document Type: PARTY LIST | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: LNAME: MOUNTAIN VIEW; Document Type: SEARCH | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: 08-36991-TMB11;  Document Type: PARTY LIST | $ | 0.16 |
| 05/21/09 | Case Number: (None);  Search Criteria: LNAME: STAYTON SENIOR; Document Type: SEARCH | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: LNAME: STAYTON;  Document Type: SEARCH | $ | 0.08 |
| 05/21/09 | Case Number: (None);  Search Criteria: 08-36637-TMB11;  Document Type: PARTY LIST | $ | 0.64 |

Invoice No.:   2463439                                      Page 14
Re:             Mountain View Village Assisted Living and Retirement Cottages, LLC
Matter No.:   102171.011900

Description of Expenses Billed

| 05/21/09 | Case Number: (None);   Search Criteria: LNAME: CLARK RETAIL; Document Type: SEARCH | $ | 0.08 |
|---|---|---|---|
| 05/21/09 | Case Number: (None);   Search Criteria: 02-40045 FIL OR ENT: FILED FROM: 1/21/20;   Document Type: DOCKET REPORT | $ | 2.40 |
| | Total Expenses: | $ | 334.36 |

GARY UNDERWOOD SCHARFF
ATTORNEY AT LAW
621 SW Morrison Street, Suite 1300
Portland, Oregon 97205
E-mail: gs@scharfflaw.com

Direct: 503 493-4353
Fax: 503 517-8143

Invoice July 17, 2009

For Services March 3, 2009 – July 17, 2009
Suzanne A. Koenig
Matter: Mountain View Mountain View Assisted Living and
Retirement Cottages, LLC

Key:
Category 1: Services allocable to all 19 cases
Category 2: Services allocable solely to Mountain View (MtV)
Category 3: Services allocable to MtV, Portland Senior Living, and 14 cases jointly
administered under Stayton (Stay)
Category 4: Services allocable to all 19 cases except Spring Pointe (SP)

| Date | Description of Services | Time |
|------|------------------------|------|
| 3-Mar | (Category 1) Telephone conference, attorney D. Paul regarding ombudsman and case matters (.2). | 0.2 |
| 4-Mar | (Category 1) Email exchanges Mr. Ostrow (.2). | 0.2 |
| 5-Mar | (Category 1) Exchange multiple emails with Mr. Ostrow regarding terms of law firm engagement (.5). | 0.5 |
| 6-Mar | (Category 1) Telephone conference, Nancy Peterman, Ethan Ostrow, regarding pending matters (.7); outline points to be addressed and email to C. McClurg, T. Conway, D. Criswell, regarding participation in case, attendance at hearing on Monday (.6); telephone conference, Carla McClurg, regarding U.S. Trustee view of ombudsman appointment and related matters (.2); email Chicago counsel regarding comments of Ms. McClurg (.2); begin review of case materials from client (.3). | 2.0 |
| 9-Mar | (Category 3) Attend hearing regarding appointment of C. Hamstreet for Stayton, Mountain View and Portland Senior Living cases (1.3). | 1.3 |
| 9-Mar | (Category 1) Review draft motions prepared by Chicago counsel for limiting notice of reports (.2); email to Chicago counsel regarding changes needed to motions to limit notice (.2); develop chart of debtors, with petition dates and PCO appointment dates (.3); review draft affidavit and exhibits of Ms. Koenig regarding disinterestedness (.5); review and | 2.4 |

| | | |
|---|---|---|
| | respond to email from Mr. Ostrow regarding motions to limit notice (.2); email to client and Chicago counsel regarding status (.6); review notice of preliminary injunction in SEC case (.1); exchange emails with Mr. Ostrow regarding filings of Ms. Koenig (.1); exchange emails with Ms. Peterman regarding filing of employment applications and expedited hearing (.2). | |
| 11-Mar | (Category 1) Exchange emails with Mr. Ostrow regarding applications (.2); telephone conference, Ms. McClurg, regarding submission of applications and forms of order (.1); review model form of SAK employment application and identify needed changes to same (.4); review model form of affidavit of Ms. Koenig (.2); review model form of order on SAK employment applications (.2); emails (2) to Mr. Ostrow regarding arrangements with U.S. Trustee, need to conform other documents to model documents, and to obtain Rule 2014 statements and client authorization (.5); telephone conference, C. McClurg, regarding need to set applications for hearing (.1); exchange several emails with Mr. Ostrow regarding filing matters (.2). | 1.9 |
| 12-Mar | (Category 1) Review final employment application materials from Chicago counsel for filing in 19 bankruptcy cases (.9); email and extended message to Mr. Ostrow regarding missing exhibits (.1); review attachments from Chicago counsel, incorporate various final changes to confirm correct status of all retention filings in multiple cases (2.4); telephone conference, Mr. Ostrow, regarding status of pending items (.2); prepare motions to limit notice and attachments (1.4). | 5.0 |
| 12-Mar | (Category 1) Legal Assistant time: File multiple employment applications and motions (.4). | |
| 13-Mar | (Category 1) Telephone conference, Sharon of Judge Brown's chambers, regarding time of hearing(.2); review cases to determine secured lenders for cash collateral purposes (.4); email to D. Criswell, C. McClurg, regarding form of employment order, etc. (.2); prepare model notice of hearing on 3/18/09 (.5); email materials to Chicago counsel for service (.1); telephone conference, Mr. Ostrow, regarding foregoing (.1); email client regarding status of multiple matters (.4); review multiple emails from Chicago co-counsel regarding hearing on employment applications (.3); telephone conference (message) to T. Conway, debtor's counsel regarding pending applications (.1); emails to Mr. Conway and to Chicago co-counsel regarding service problems (.4). | 2.7 |
| 13-Mar | (Category 1) Legal Assistant Time (GUS): File Notices of Expedited Hearing in all cases (.2). | |

| | | |
|---|---|---|
| 16-Mar | (Category 1) Review completion of expedited service of notice of hearing on application to employ SAK Management Services (.1); review first three objections to SAK retention application (.5); forward same to Chicago counsel with message (.2). | 0.8 |
| 17-Mar | (Category 2) Review objection filed by investor group and leave message for H. Levine re same. | 0.1 |
| 17-Mar | (Category 1) Review bankruptcy case information regarding senior care facilities and telephone conference (message) Nancy Peterman regarding same (.4); telephone conference, C. McClurg, regarding position for employment hearing (.2); review bankruptcy case files for deadlines, lenders, etc. related to SAK retention motion (.7); telephone conference (message), Teresa Pearson (.1); telephone conference, Mr. Ostrow, regarding objections (.2); telephone conference, Suzanne Koenig concerning visits to all facilities within timeline (.4); telephone conference, C. McClurg, regarding PCO desire to get started and need for adequate time (.2); telephone conference, Teresa Pearson, regarding position of FDIC on SAK retention motion (.3); telephone conference, C. McClurg, regarding extension of time (.1); telephone conference (extended message), Mr. Ostrow, regarding timing of first report within existing timeframe (.1); extended email to client and Chicago counsel concerning foregoing matters (1.2); review additional emails from N. Peterman, S. Koenig, E. Ostrow, regarding same (.1); exchange emails with Mr. Ostrow regarding omnibus response to objections (.1); review Mr. Ostrow's omnibus objection reply and email Mr. Ostrow regarding same (.3). | 4.4 |
| 17-Mar | (Category 4) Review new objections by debtor in all cases except Spring Pointe, and develop possible responses (.8). | 0.8 |
| 18-Mar | (Category 1) Hearing preparation regarding retention applications (1.0); participate in hearing in bankruptcy court seeking approval of nineteen retention applications (2.0); participate in hearing allowing monthly payments to SAK (.4); confer with Ms. Koenig by telephone after hearing (2 teleconferences) (1.2); prepare email to Ms. Koenig and Chicago counsel summarizing results of hearing (.7). | 5.3 |
| 21-Mar | (Category 1) Review recent case filings (.3) | 0.3 |
| 24-Mar | (Category 1) Review materials regarding status entry of orders in all other cases (.2). | 0.2 |
| 31-Mar | (Category 1) Telephone conference, Suzanne Koenig, regarding multiple cases (.2); telephone conference, Nancy Peterman, regarding scope of duties statement (.3); telephone conference (extended message) to E. Ostrow, regarding PCO scope of duties matter (.1); email to Ms. Peterman and client regarding same (.2). | 0.8 |

| 2-Apr | (Category 1) Review Ms. Peterman's draft statement of scope of services (.2). | 0.2 |
|---|---|---|
| 3-Apr | (Category 1) Email to Ms. Peterman and client regarding draft statement of services (.2); review new emails from client and Ms. Peterman regarding statement of scope of PCO services (.1); develop proposed statement of PCO duties for use in all cases based on client draft and concerns raised at March 18 hearing and forward to client for approval (.9); letter to all parties objecting to scope of PCO duties explaining proposed draft of PCO duties and attaching same (.5). | 1.7 |
| 4-Apr | (Category 1) Monitor and review case filings as appropriate (.3). | 0.3 |
| 6-Apr | (Category 1) Review and reply to emails from objecting parties and client regarding scope of duties of PCO (.2) | 0.2 |
| 8-Apr | (Category 1) Email to Mr. Rosenhouse, C. McClurg, and other parties, regarding lack of objections to form of PCO statement of duties (.3). | 0.3 |
| 10-Apr | (Category 1) Monitor filings in all cases (.2); confer with T. Conway regarding PCO scope of duties and language of order (.3). | 0.5 |
| 13-Apr | (Category 1) Review emails from counsel for other parties regarding form of order on appointment of PCO with specified duties of PCO (.2). | 0.2 |
| 14-Apr | (Category 1) Monitor court filings (.2). | 0.2 |
| 15-Apr | (Category 1) Email client regarding need to extend time to file first reports pending order approving SAK employment (.2). | 0.2 |
| 18-Apr | (Category 1) Monitor and review case filings (.3). | 0.3 |
| 23 Apr | (Category 1) Confer with Ms. McClurg , bankruptcy court, regarding status of SAK orders (.2). | 0.2 |
| 6-May | (Category 2) Telephone conferences (2), T. Pearson, regarding revision to Mountain View SAK retention order (.2); review materials from Ms. Pearson (.1); email to Mr. Ostrow regarding revisions to SAK retention order (.2). | 0.5 |
| 11-May | (Category 1) Review withdrawal of reference/transfer to district court materials (.1). | 0.1 |
| 17-May | (Category 1) Exchange emails with client and client's counsel regarding timing of PCO reports, court deadlines and obtaining extensions (.2). | 0.2 |
| 20-May | (Category 1) Exchange emails with Mr. Ostrow regarding filing materials in District Court with new case numbers (.2); confirm proper form and content for fee application (.5). | 0.7 |
| 21-May | (Category 2) Telephone conference, T. Pearson, regarding form of SAK retention order. | 0.2 |
| 1-June | (Category 2) Exchange messages with Ms. Pearson regarding | 0.2 |

| | | |
|---|---|---|
| | cash collateral use in Mountain View case, including funding for PCO (.2). | |
| 18-June | (Category 2) Review and respond to emails regarding form of SAK retention order (.6); telephone conference, T. Pearson (.1); finalize agreed amended form of SAK retention order, file same in District Court case and email Judge Velure and affected counsel concerning same (.4). | 1.1 |
| 16-July | (Category 2) Legal Assistant time: Review files and prepare fee application in this case (3.1). | |
| 17-July | (Category 2) Review and approve fee application in this case (.4). | 0.4 |
| | **Total** | |

Total attorney time ($320/hour):

Category 1:  33.5  hrs @ 1/19th of $320/hour =      $  564.21
Category 2:   1.0  hrs @ $320/hour =                $  320.00
Category 3:   1.3  hrs @ 1/16th of $320/hour =      $   26.00
Category 4:   0.8  hrs @ 1/18th of $320/hour =      $   14.22
                                                    $  924.43

Total legal assistant time ($120/hour)

Category 1:   0.6 hrs @ 1/19th of $120/hour =       $    3.79
Category 2:   3.1 hrs @ $~~120/hour~~ = $100/hour    $  ~~372.00~~ 310.00
Category 3:   0  hrs @ 1/3rd of $120/hour =         $    0
Category 4:   0  hrs @ 1/18th of $120/hour =        $    0
                                                    $  375.79

Total professional fees due this invoice =          $~~1,300.22~~
                                                    $1,294.43

### Allocated Costs

| Item | Cost |
|---|---|
| Copies | $9.03 |
| PACER charges | $ .65 |
| Telephone charges | $1.33 |
| Total | $11.01 |

Costs this period  =                                $   11.01

Total due, this invoice:                            $1,311.23