**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
   Direct Dial: (503) 802-2013
   Facsimile: (503) 972-3713
   E-Mail: al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
   Direct Dial: (503) 802-2027
   Facsimile: (503) 972-3727
   E-Mail: tim.conway@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**STAYTON SW ASSISTED LIVING, L.L.C.,**<br>(Constituting the Sunwest Unitary Enterprise as determined by the Order entered on October 2, 2009 in U.S. District Court Case No. 09-cv-6056-HO),<br><br>    Debtor. | **USDC Case No. 09-cv-6082-HO**<br><br>Bankruptcy Court<br>Case No. 08-36637-tmb11<br>(Reference Withdrawn)<br><br>**UNITARY ENTERPRISE CONSOLIDATED SCHEDULE OF ASSETS AND LIABILITIES** |

    1.    On December 1, 2008, Stayton SW Assisted Living, L.L.C. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code as a stand-alone bankruptcy filing ("Stayton").

    2.    On March 2, 2009, the United States Securities and Exchange Commission ("SEC") commenced an action in the United States District Court for the District of Oregon against Sunwest Management, Inc. and other persons and entities and obtained an

injection and appointment of a receiver in *SEC v. Sunwest Management, Inc., et al.*, U.S. District Court Case No. 09-cv-6056-HO ("SEC Receivership Case"). The Court issued various orders designating receivership entities that were part of the Sunwest enterprise ("Receivership Entities").

    3. On October 2, 2009 in the SEC Receivership Case, the United States District Court approved the Distribution Plan of Receiver and Chief Restructuring Officer for Sunwest Enterprise ("Distribution Plan"). The Court entered Findings of Fact and Conclusions of Law determining that the Receivership Entities should be treated as a unitary enterprise and reorganized through this bankruptcy case ("Unitary Enterprise").

    4. The Consolidated Schedule of Assets and Liabilities for the Unitary Enterprise is attached hereto.

    DATED: October 2, 2009.

        TONKON TORP LLP

        By */s/ Timothy J. Conway*
          Albert N. Kennedy, OSB No. 821429
          Direct Dial: (503) 802-2013
          Timothy J. Conway, OSB No. 851752
          Direct Dial: (503) 802-2027
          Attorneys for Debtor

034618/00002/1787437v1