**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
   Direct Dial: (503) 802-2013
   Facsimile: (503) 972-3713
   E-Mail: al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
   Direct Dial: (503) 802-2027
   Facsimile: (503) 972-3727
   E-Mail: tim.conway@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

   Attorneys for Debtor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | **USDC Case No. 09-cv-6082-HO** |
| **STAYTON SW ASSISTED LIVING, L.L.C.,** (Constituting the Sunwest Unitary Enterprise as determined by the Order entered on October 2, 2009 in U.S. District Court Case No. 09-cv-6056-HO), | Bankruptcy Court Case No. 08-36637-tmb11 (Reference Withdrawn) |
| Debtor. | **JOINT MOTION OF DEBTOR, THE TENANTS-IN-COMMON COMMITTEE, AND THE UNSECURED CREDITORS' COMMITTEE FOR SUBSTANTIVE CONSOLIDATION OF ASSETS AND LIABILITIES OF SUNWEST RELATED ENTITIES** |
| | **(Oral Argument Requested)** |

   Stayton SW Assisted Living, L.L.C., debtor and debtor-in-possession, the Tenants-in-Common Committee, and the Unsecured Creditors' Committee, move this Court for an Order substantively consolidating into Debtor's bankruptcy estate all assets and liabilities of

PAGE 1 -  JOINT MOTION OF DEBTOR, THE TENANTS-IN-COMMON COMMITTEE, AND THE UNSECURED CREDITORS' COMMITTEE FOR SUBSTANTIVE CONSOLIDATION OF ASSETS AND LIABILITIES OF SUNWEST RELATED ENTITIES

the Sunwest Management related entities identified on Exhibit 1.  Debtor further requests that the substantive consolidation be ordered *nunc pro tunc* to March 2, 2009 for the purpose of establishing the reach-back period for exercise of avoidance powers under Chapter 5 of the Bankruptcy Code of any entity that has not filed a separate bankruptcy case.

The assets and liabilities of the Sunwest unitary enterprise are equitably consolidated in Debtor's bankruptcy case pursuant to the Order entered by this Court on October 2, 2009 in U.S. District Court Case No. 09-cv-6056-HO ("Approval Order").  However, the United States Trustee asserts in its Motion to Dismiss that the Approval Order was inadequate to accomplish consolidation for bankruptcy purposes.  Debtor, the Tenants-in-Common Committee, and the Unsecured Creditors' Committee disagree with that position and file this motion as a precaution.

This motion is supported by the Declarations of Albert N. Kennedy, Clyde A. Hamstreet, Michael Grassmueck, Matt Marcos, Paul Rundell and Gregory Gadawski, and the Memorandum filed contemporaneously herewith.

DATED:  November 12, 2009.

    TONKON TORP LLP


By */s/ Albert N. Kennedy*
   Albert N. Kennedy, OSB No. 821429
   Direct Dial:    (503) 802-2013
   Timothy J. Conway, OSB No. 851752
   Direct Dial:    (503) 802-2027
   Attorneys for Debtor

ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT, CHTD.


By */s/ Ford Elsaesser*
   Ford Elsaesser
   Attorneys for the Unsecured Creditors Committee


PAGE 2 -  JOINT MOTION OF DEBTOR, THE TENANTS-IN-COMMON COMMITTEE, AND THE UNSECURED CREDITORS' COMMITTEE FOR SUBSTANTIVE CONSOLIDATION OF ASSETS AND LIABILITIES OF SUNWEST RELATED ENTITIES

KARR TUTTLE CAMPBELL

By /s/ Merrilee A. MacLean
    Merrilee A. MacLean
    Attorneys for the Tenants-in-Common Committee

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| Aaron Ridge Apartments, LLC | Britt Senior Living, LLC |
| Addie Meedom Cottages, LLC | Broken Arrow Senior Living, LLC |
| Addie Meedom House, LLC | Brookwood AL Ownership, LLC |
| Albany Senior Living, LLC | Broomfield Senior Living Property, LLC |
| Albany Specialty Care, LLC | Broomfield Senior Living, LLC |
| Albuquerque Memory Care Community, LLC | Buford Brookside Senior Living Property, LLC |
| Alpine Springs III, LLC | Buford Brookside Senior Living, LLC |
| Alpine Springs, LLC | Buford Retirement Cottages, LLC |
| Amarillo Assisted Living Limited Partnership | Buford Senior Living, LLC |
| Amarillo GP, LLC | Bull Springs Holdings, LLC |
| Amethyst Arbor Assisted Living & Memory Care, LLC | Butte Senior Living Property, LLC |
| Amethyst Inn Property, LLC | Butte Senior Living, LLC |
| Anderson Senior Living LLC | Callahan Court Specialty Care, LLC |
| Anderson Senior Living Property, LLC | Callahan Retirement Cottages, LLC |
| Apple Ridge Assisted Living, LLC | Callahan Village Assisted Living, LLC |
| Arbrook Senior Living GP, LLC | Callahan Village II, LLC |
| Arbrook Senior Living Limited Partnership | Cambridge Court Assisted Living Limited Partnership |
| Arlington Cooper GP, LLC | Cambridge Court GF, LLC |
| Arlington Cooper Senior Living Limited Partnership | Cambridge Court GP, LLC |
| Ashland Senior Living, LLC | Cambridge Place GF, LLC |
| Aspen Wind Assisted Living Community, LLC | Camelot GP, LLC |
| Atwater Senior Living GP, LLC | Canterbury Gardens Senior Living GP, LLC |
| Atwater Senior Living Limited Partnership | Canterbury Gardens Senior Living Limited Partnership |
| Atwater Senior Living Property GP, LLC | Canterbury Gardens Senior Living Property GP, LLC |
| Atwater Senior Living Property Limited Partnership | Canterbury Gardens Senior Living Property Limited Partnership |
| Autumn Glen Assisted Living Community, LLC | Canton Senior Living Property, LLC |
| Autumn Glen Cottages Property, LLC | Canton Senior Living, LLC |
| Autumn Glen Cottages, LLC | Canyon Creek Asset Management, LLC |
| Autumn Park Assisted Living Community, LLC | Canyon Creek Development, Inc. |
| Autumn Park Cottages, LLC | Canyon Creek Financial, LLC |
| Avondale Operator, LLC | Canyon Crest Assisted Living & Memory Care, LLC |
| Avondale Senior Living. LLC | Cape Elizabeth Senior Living, LLC |
| Baltimore Senior Living, LLC | Cape Elizabeth Senior Living Operator, LLC |
| Barger Road Cottages, LLC | Cape Elizabeth Senior Living Property, LLC |
| Batavia Senior Living, LLC | Carriage Inn GP, LLC |
| Bedford Gardens GP, LLC | Carriage Inn Limited Partnership |
| Bedford Gardens Limited Partnership | Cascadia Canyon, LLC |
| Belton Senior Living Operator, LLC | CCD Commercial Properties, LLC |
| Blossom Valley Cottages, LLC | Cedar Park CP Property, LLC |
| Blue Mountain Associates Property, LLC | Cedar Park CPGP, LLC |
| Blue Mountain Associates, LLC | Centrum Homes, LLC |
| Blue Mountain Ownership, LLC | Century Fields Retirement and Assisted Living Community, LLC |
| Bluffs at Northwoods Apartments, LLC | Century Place, L.L.C. |
| Bluffs at Northwoods Property, LLC | Champlin, LLC |
| Boones Ferry Place, LLC | Chandler Place Property, LLC |
| Braxton Senior Living GP, LLC | Chandler Place Senior Living, LLC |
| Braxton Senior Living Limited Partnership | Charlotte Oakdale Property, LLC |
| Braxton Senior Living Property GP, LLC | Charlotte Oakdale Senior Living, LLC |
| Braxton Senior Living Property Limited Partnership | Charlotte Overlook Apartments, LLC |
| Briarwood Retirement and Assisted Living Community LLC | Cherry Oaks Senior Living, LLC |
| Bridgeport Assisted Living, LLC | Chesterley Meadows Cottages, LLC |
| Bridgeport Senior Living, LLC | Cheyenne Senior Living Property, LLC |

| | |
|---|---|
| Cheyenne Senior Living, LLC | CU 18, LLC |
| Chino Hills Senior Living , LLC | CU 19, LLC |
| Chino Hills Senior Living Property, LLC | CU 2, LLC |
| Chris Ridge Senior Living, LLC | CU 20, LLC |
| Christianburg Senior Living, LLC | CU 21, LLC |
| Clark 40, LLC | CU 22, LLC |
| Clatsop Assisted Living, LLC | CU 23, LLC |
| Clearlake GP, LLC | CU 24, LLC |
| Clearlake Senior Living Limited Partnership | CU 25, LLC |
| Clearlake Senior Living Property GP, LLC | CU 26, LLC |
| Clearlake Senior Living Property Limited Partnership | CU 27, LLC |
| Clovis Assisted Living, LLC | CU 28, LLC |
| Cody Senior Living II Property, LLC | CU 29, LLC |
| Cody Senior Living II, LLC | CU 31, LLC |
| Cody Senior Living, LLC | CU 32, LLC |
| Cold Springs Development I Property, LLC | CU 33, LLC |
| Cold Springs Development I, LLC | CU 34, LLC |
| Cold Springs Development II Property, LLC | CU 35, LLC |
| Cold Springs Development II, LLC | CU 36, LLC |
| College Park Associates I, LLC | CU 38, LLC |
| College Park Property, LLC | CU 40, LLC |
| Colonial Gardens, LLC | CU 41, LLC |
| Columbia Senior Living, LLC | CU 42, LLC |
| Commerce Senior Living Property, LLC | CU 43, LLC |
| Commerce Senior Living, LLC | CU 44, LLC |
| Copper Ridge Apartments, LLC | CU 45, LLC |
| Cordova Cottages, LLC | CU 48, LLC |
| Cordova Senior Living, LLC | CU 49, LLC |
| Corinthians ALF Property Limited Partnership | CU 51, LLC |
| Corinthians Assisted Living & Memory Care, LP | CU 54, LLC |
| Corinthians I Retirement Community, LP | CU 55, LLC |
| Corinthians I, LLC | CU 7, LLC |
| Corinthians II, LLC | CU 8, LLC |
| Cornelius Retirement, L.L.C. | CU Braxton, LLC |
| Corona Senior Living GP, LLC | CU Buford, LLC |
| Corona Senior Living Limited Partnership | CU Canton, LLC |
| Corona Senior Living Property Limited Partnership | CU Eugene, LLC |
| Corona Senior Living Property GP, LLC | CU Global, LLC |
| Cottonwood Lodge Retirement, Assisted Living & Memory Care Community, LLC | CU Gresham Chestnut, LLC |
| | CU Mobile Gordon Oaks, LLC |
| Cougar Springs Assisted Living and Memory Care Community, LLC | CU Nanaimo, LLC |
| | CU Paducah, LLC |
| Country Gardens Assisted Living, LLC | CU Roanoke, LLC |
| Court at Clifton Park, LLC | CU Sheridan, LLC |
| Court at Greece, LLC | CU Sioux City, LLC |
| Court at Orchard Park, LLC | CU SR 1, LLC |
| Court at Round Rock Limited Partnership | CU West Salem, LLC |
| CPSW, LLC | CU Woodstock, LLC |
| Crystal Terrace Retirement Community, LLC | CV Senior Living, LLC |
| CT Acres, LLC | Desert Amethyst Property, LLC |
| CU 1, LLC | Desert Amethyst Retirement, LLC |
| CU 14, LLC | Desert Springs Land, LLC |
| CU 15, LLC | Desert Springs Senior Living, LLC |
| CU 16, LLC | Dorchester House Retirement Residence LLC |
| CU 17, LLC | Eagle Senior Care, LLC |

| | |
|---|---|
| Eagle Cove Senior Living, LLC | ES Sioux City, LLC |
| Eagle Meadows Assisted Living Community, LLC | ES SR 2, LLC |
| Eagle Springs Specialized Care, LLC | ES SR I, LLC |
| Edgewood Vista Management, Inc. | ES Woodstock, LLC |
| Eldorado Heights Assisted Living Community, LLC | Eugene Senior Living Apartments Property, LLC |
| Eldorado Heights Investments, LLC | Eugene Senior Living Apartments, LLC |
| Ellensburg Care, L.L.C. | Eugene Senior Living Property, LLC |
| Emerald Pointe Assisted Living & Memory Care, LLC | Eugene Senior Living, LLC |
| Emerald Springs Assisted Living, LLC | Fairview Business Flex Campus, LLC |
| Emerald Springs Property, LLC | Fairview Services, LLC |
| Emerald Square Assisted Living, LLC | Fairway Crossing Senior Living Property, LLC |
| Encore Indemnity Management, LLC | Fairway Crossing Senior Living, LLC |
| ES 1, LLC | Fairway Group I Ownership, LLC |
| ES 14, LLC | Fairway Group I, LLC |
| ES 15, LLC | Falls River Court Memory Care, LLC |
| ES 16, LLC | Falls River Village Assisted Living, LLC |
| ES 17, LLC | Florence Senior Living, LLC |
| ES 18, LLC | Forest Lake Estates, LLC |
| ES 19, LLC | Fortuna Assisted Living, LLC |
| ES 2, LLC | Fortuna Cottages, LLC |
| ES 21, LLC | FOSW, LLC |
| ES 22, LLC | Fox River Assisted Living & Memory Care, LLC |
| ES 23, LLC | Fox River Retirement Living, LLC |
| ES 25, LLC | Franklin Senior Living, LLC |
| ES 26, LLC | Fuse Ad Agency, Inc. |
| ES 27 LLC | Gainesville Mall GP Purchaser, LLC |
| ES 29, LLC | Gainesville Mall LP Purchaser, LLC |
| ES 32, LLC | Gainesville Mall Property, LLC |
| ES 33, LLC | Gainesville Property, LP |
| ES 34, LLC | Garden Estates GP, LLC |
| ES 36, LLC | Garden Estates of Corpus Christi Limited Partnership |
| ES 39, LLC | Garden Estates of Temple Limited Partnership |
| ES 40, LLC | Garden Estates of Tyler Limited Partnership |
| ES 41, LLC | Garnet of Casa Grande Assisted Living, LLC |
| ES 42, LLC | Gemstone Assisted Living Community, LLC |
| ES 43, LLC | Gig Harbor Senior Living, LLC |
| ES 44, LLC | Glastonbury Senior Living Property, LLC |
| ES 45, LLC | Glastonbury Senior Living, LLC |
| ES 51, LLC | Glen at Cala Hills, L.L.C. |
| ES 54, LLC | Glendale at Murray Property, LLC |
| ES 55, LLC | Glendale at Murray Senior Living, LLC |
| ES 7, LLC | Glendale at Murray, LLC |
| ES 8, LLC | Graham's Ferry Road Property, LLC |
| ES Braxton, LLC | Graham's Ferry Road, LLC |
| ES Buford, LLC | Grand Court FW, LLC |
| ES Canton, LLC | Grand Court FW Property, Ltd. |
| ES Eugene, LLC | Grandview Associates, Inc. |
| ES Global, LLC | Grants Pass Cottages, LLC |
| ES Gresham Chestnut, LLC | Grayson Harrisburg Limited Partnership |
| ES Mobile Gordon Oaks, LLC | Grayson Harrisburg Senior Living, LLC |
| ES Mooresville, LLC | Grayson Selinsgrove Limited Partnership |
| ES Nanaimo, LLC | Grayson Selinsgrove Senior Living, LLC |
| ES Paducah, LLC | Great Falls Senior Living Operator, LLC |
| ES Roanoke, LLC | Great Falls Senior Living, LLC |
| ES Sheridan, LLC | Greatwood Retirement & Assisted Living |

Community, Limited Partnership
Greatwood Retirement & Assisted Living, LLC
Greenleaf Farms I, LLC
Greensboro Oakdale Property, LLC
Greensboro Oakdale Senior Living, LLC
Greenville Cottages Property, LLC
Greenville Cottages, LLC
Greenville Senior Living, LLC
Gresham Chestnut Senior Living Property, LLC
Gresham Chestnut Senior Living, LLC
Gresham Senior Living, LLC
Harder Development III, LLC
Harder Development IV, LLC
Harder Fisher Group, LLC
Harlingen GP, LLC
Harlingen Senior Living Limited Partnership
Hartwell Senior Living, LLC
Hawks Ridge Assisted Living Community, LLC,
nka Hood River Assisted Living, LLC
HD5, LLC
HD6, LLC
Hendersonville BG Property, LLC
Hendersonville BGGP, LLC
Hendersonville Senior Living, LLC
Hermiston Terrace Assisted Living LLC
Heron Pointe II, LLC
Heron Pointe III, LLC
Heron Pointe Retirement and Assisted Living
Residence, L.L.C.
HFJ II, LLC
HFJ, LLC
HFLW Employee Distributions, LLC
Highland Chaparral Senior Living GP, LLC
Highland Chaparral Senior Living Limited Partnership
Highland Chaparral Senior Living Property GP, LLC
Highland Chaparral Senior Living Property Limited Partnership
Highlands Senior Living Property, LLC
Highlands Senior Living, LLC
Hillside Senior Living Community, LLC
Hilton Head Senior Living, LLC
Hobbs Assisted Living, LLC
Holiday Lane Cottages GP, LLC
Holiday Lane Cottages Limited Partnership
Holiday Lane Estates Assisted Living Limited Partnership
Holiday Lane GP, LLC
Hoover Senior Living Property, LLC
Hoover Senior Living, LLC
HR Industrial Properties I Ownership, LLC
HR Industrial Properties I, LLC
HR Retail Associates I Ownership, LLC
HR Retail Associates I, LLC
HR Retail Properties I, LLC
HR Salem Associates, LLC
HR Salem Ownership, LLC
HR Salem Properties, LLC

HR Stayton Retail Ownership, LLC
HR Stayton Retail, LLC
Huntsville Senior Living, LLC
Inn at the Amethyst Assisted Living, LLC
Jackson Hole Property, LLC
Jackson Hole Senior Living, LLC
Jasper Senior Living Property, LLC
Jasper Senior Living, LLC
JD IV, LLC
JDP, LLC
JH-DF-AF, LLC
JH Stonebridge, LLC
JMH Sawmill Group, LLC
KAMAC Assisted Living, LLC
Kansas City Senior Living Property, LLC
Kansas City Senior Living, LLC
KDA Construction, Inc.
KDA Enterprises, LLC
Kearney Health, LLC
Kearney Senior Living, LLC
Kenmore Senior Living, LLC
Kennewick Care, L.L.C.
Kerrville Senior Living GP, LLC
Kerrville Senior Living Limited Partnership
Kerrville Senior Living Property GP, LLC
Kerrville Senior Living Property Limited Partnership
Kingman Senior Living Property II, LLC
Kingman Senior Living Property, LLC
Kingman Senior Living, LLC
Kingman Station Apartments, LLC
Kings Manor Oregon, LLC
Kings Manor, LLC
Kingsport Senior Living, LLC
La Grande Assisted Living, LLC
Lacey Care, L.L.C.
Lacey Senior Living, LLC
Lake Wylie Assisted Living, LLC
Lakeside Retirement Cottages, LLC
Las Cruces, LLC
Lassen House LLC
Laurel Springs Assisted Living, LLC
Lawrenceville Senior Living, LLC
Legacy Gardens Assisted Living, LLC
Legacy Georgia Senior Living Property, LLC
Legacy Georgia Senior Living, LLC
Lehigh Acres Senior Living, LLC
Lesser-Capitol, LLC
Lexington Senior Living Property, LLC
Lexington Senior Living, LLC
Lincoln City Assisted Living, LLC
Lompoc Senior Living GP, LLC
Lompoc Senior Living Limited Partnership
Lompoc Senior Living Property GP, LLC
Lompoc Senior Living Property Limited Partnership
Lone Oak Retirement Cottages, LLC

Lubbock Assisted Living Limited Partnership
Lubbock GP, LLC
Macleay-Cordon LLC
Macon Senior Living Property, LLC
Macon Senior Living, LLC
Magnolia Gardens Assisted Living, LLC
Magnolia Gardens Senior Living Property, LLC
Magnolia Gardens Senior Living, LLC
Manor House Memory Care, LLC
Marietta Senior Living, LLC
Mc Cook Senior Living, LLC
MCK, LLC
Meadow Wind Assisted Living Community, LLC
Meadowlark Assisted Living Community, LLC
Meadowlark Cottages GP, LLC
Meadowlark Cottages Limited Partnership
Medallion Assisted Living Limited Partnership
Medallion GP, LLC
Medford Senior Living Property, LLC
Medford Senior Living, LLC
Memphis KG Property, LLC
Memphis KGGP, LLC
Memphis Senior Living, LLC
Merced GP, LLC
Merced Senior Living Limited Partnership
Metro St. Louis Property, LLC
Middlefield Oaks Assisted Living and Memory Care Community, LLC, nka Middlefield Oaks I, LLC
Milton Senior Care, LLC
Milton Senior Community, L.L.C.
Minnetonka Senior Living, LLC
Minot Senior Living, LLC
Mobile Gordon Oaks Senior Living Property, LLC
Mobile Gordon Oaks Senior Living, LLC
Mobile KP Property, LLC
Mobile KPGP, LLC
Modesto GP, LLC
Modesto Senior Living Limited Partnership
Montclair Senior Living, LLC
Mooresville Senior Living Property, LLC
Mooresville Senior Living, LLC
Morgan City, LLC
Morrow Heights, LLC
Moses Lake Senior Care, LLC
Mountain View Village Assisted Living and Retirement Cottages, LLC
Mt. Pleasant Oakdale I ALZ, LLC
Mt. Pleasant Oakdale I Property, LLC
Mt. Pleasant Oakdale II ALF, LLC
Mt. Pleasant Oakdale II Property, LLC
MVP Sports, LLC
Nanaimo GP, LLC
Nanaimo Senior Living Limited Partnership
Nanairno Senior Living Group, Ltd.
Nashville Senior Living, LLC
Nashville Senior Living Property, LLC
Neawanna by the Sea Limited Partnership, nka Seaside ALF & Cottages Limited Partnership
Newnan Senior Living II Property, LLC
Newnan Senior Living, LLC
Newtown Senior Living, LLC
North Lima Senior Living, LLC
Northglenn Assisted Living, LLC
Northglenn Management, Inc.
Northglenn Property, LLC
Northwesterly Assisted Living, LLC
Oahu Senior Living, LLC
Ocala CH Property, Ltd
Ocala CHGP, LLC
Oklahoma City Senior Living, LLC
Oklahoma Senior Living Property, LLC
Olmstead Falls Properties, LLC
Olmsted Falls Holdings, LLC
Olmsted Falls Senior Living Property, LLC
Olmsted Falls Senior Living, LLC
Omak Alzheimer's Care, L.L.C.
Orange Senior Living, LLC
Orchard Glen Retirement Community, LLC
Orchard Park, LLC
Oregon Gardens Assisted Living, LLC
Osprey Court Senior Living, LLC
Osprey Pointe Cottages, LLC
Overland Lamar Senior Living, LLC
Overland Rose Senior Living, LLC
Ownership College Park Associates, LLC
Ownership Smart Park, LLC
Oxford Senior Living Property, LLC
Oxford Senior Living, LLC
Paducah Senior Living Property, LLC
Paducah Senior Living, LLC
Paradise Valley Retirement Community, LLC
Paragon Gardens GP, LLC
Paragon Gardens Limited Partnership
Park Meadows, L.L.C.
Park Place Assisted Living Community, LLC
Park Place Assisted Living, LLC
Parkview Estates Cottages, LLC
Peachtree Village Retirement, LLC
Peridot Assisted Living Community, LLC
PH Whitman Road Associates, LLC
PH Whitman Road, LLC
Phoenix JH, LLC
Phoenix Senior Living Property, LLC
Phoenix Senior Living, LLC
Pikesville Senior Living, LLC
Pinehurst Oakdale Property, LLC
Pinehurst Oakdale Senior Living, LLC
Plano GP, LLC
Plano Limited Partnership
Plum Ridge Care Community, LLC

| | |
|---|---|
| Pointe at Cedar Park LLC | Senior Living Holdings IV, LLC |
| Port Orchard Alzheimer's Care, L.L.C. | Senior Living Holdings Ownership, LLC |
| Portland Senior Living, LLC | Senior Living Properties II, LLC |
| Portland Senior Living Property, LLC | Senior Living Properties III, LLC |
| Post Falls Land, LLC | Senior Living Properties V, LLC |
| Post Falls Senior Living, LLC | Senior Living Properties, LLC |
| Post Pointe Atlanta, LLC | Sequim Senior Living, LLC |
| Post Pointe MGR, Inc. | Settler's Park, LLC, nka Baker City Senior Living, LLC |
| Poulsbo Senior Living, LLC | Seward Senior Living, LLC |
| Preston Hollow Assisted Living Limited Partnership | Sheridan Senior Living Property, LLC |
| Preston Hollow GP, LLC | Sheridan Senior Living, LLC |
| PRH Properties, LLC | Shore Pines Assisted Living Community, LLC |
| Providence City, LLC | Sierra Hills Assisted Living Community, LLC |
| Pullman Senior Care Properties, LLC | Silver Creek DEF Property, LLC |
| Pullman Senior Care Properties II, LLC | Silver Indemnity, Ltd |
| Purcell Senior Living, LLC | Silver Insurance Management, LLC |
| Puyallup Senior Care, L.L.C. | Silverstar Destinations LLC |
| Puyallup Senior Living, LLC | Silverstar Destinations Property LLC |
| Rainbow GF, LLC | Silverstar Outdoor LLC |
| Redding Senior Care, LLC | Sioux City Senior Living Property, LLC |
| Regal Estates Assisted Living Limited Partnership | Sioux City Senior Living, LLC |
| Regal Estates Cottages GP, LLC | Site Works, Inc. |
| Regal Estates Cottages Limited Partnership | Smart Park PH 1, LLC |
| Regal Estates GP, LLC | Smart Park PH 3 Leasing, LLC |
| Richland Special Care, L.L.C. | Smart Park PH 3, LLC |
| Riddle Road Property, LLC | Smart Park PH 4 Leasing, LLC |
| Riverdale Senior Living, LLC | Smart Park PH 4, LLC |
| River's Edge NC Apartments, LLC | Smart Park PH 5, LLC |
| River's Edge NC Property, LLC | Southbury Property, LLC |
| Riverside at Belfair Assisted Living, LLC | Southbury Senior Living, LLC |
| Riverside Senior Living GP, LLC | Southpark Senior Living, LLC |
| Riverside Senior Living Limited Partnership | Spartanburg Senior Living, LLC |
| Riverside Senior Living Operator, LLC | Spokane Senior Living, LLC |
| Roanoke SW Retirement, LLC | Spring Arbor Property, LLC |
| Rock Springs Senior Living, LLC | Spring Arbor Senior Living, LLC |
| Rockwood Homes, LLC | Spring Lake Property, LLC |
| Rose Valley Cottages ll, LLC | Spring Pointe, LLC |
| Rose Valley Cottages, LLC | Spring Village Retirement, LLC |
| Roswell Assisted Living, LLC | Spring Village, LLC |
| Roswell Senior Living, LLC | Spring Wind Assisted Living Community, LLC |
| Round Rock GP, LLC | Springfield Assisted Living, LLC |
| Sacramento GC Assisted Living, LLC | St. George Senior Living, LLC |
| Sanddollar Court Memory Care, LLC | St. Peters Senior Living Property, LLC |
| Sanddollar Village Assisted Living, LLC | St. Peters Senior Living, LLC |
| Sandia Springs Assisted Living & Memory Care, LLC | Stayton SW Assisted Living, L.L.C. |
| Scappoose Assisted Living, LLC | Sterling Assisted Living Holdings, LLC |
| Seaside Senior Living, LLC | Sterling Assisted Living Property, LLC |
| Seattle Senior Living, LLC | Sterling Assisted Living, LLC |
| Sellwood Landing Retirement and Assisted Living Community, LLC | Stevens Point Senior Living, LLC |
| | Stone Mountain Senior Living, LLC |
| Senenet, Inc. | Summerfield House Assisted Living, LLC |
| Senior Living Care, LLC | Sunnyside Court Assisted Living Community, LLC |
| Senior Living Holdings I, LLC | Sunrise Creek Assisted Living and Memory Care Community, LLC |
| Senior Living Holdings II, LLC | |
| Senior Living Holdings III, LLC | Sunshine Village Assisted Living & Memory Care, LLC |

Sunshine Village Cottages Property, LLC
Sunshine Village Cottages, LLC
Sunshine Village Property, LLC
Sunwest Associates II, LLC
Sunwest Associates III, LLC
Sunwest Associates Limited Liability Company
Sunwest Management, Inc.
Sunwest Properties II, LLC
Sunwest Properties, LLC
SW Airplane Hanger, LLC
SW Hoop, LLC
Sweetwater Springs Assisted Living & Memory Care Community, LLC
Sweetwater Springs Cottages, LLC
TAB Hawk's Ridge, LLC
Tahlequah Senior Living Property, LLC
Tahlequah Senior Living, LLC
TD I, LLC
TD/SR Property Investments, LLC
Temple Cottages GP, LLC
Temple Cottages Limited Partnership
Temple GP, LLC
Terre Haute Senior Living Property, LLC
Terre Haute Senior Living, LLC
The Palms Assisted Living & Memory Care, LLC
The Suites Assisted Living Community, LLC, nka Grants Pass ALF, Inc.
Third Street Investments, L.L.C.
TLC North, L.L.C.
Toms River Assisted Living, LLC
Toms River Senior Living Property, LLC
Toms River Senior Living, LLC
Tualatin Senior Care, LLC
Tulsa Senior Living, LLC
Tyler GP, LLC
Ukiah Assisted Living, LLC
University Care, LLC
Vancouver Care, L.L.C.
Vancouver Senior Living, LLC
Vegas Assisted Living, LLC
Verus College Place I, LLC
Victor Senior Living, LLC
Villa del Rey-Roswell, Ltd
Village at Greece, LLC
Vineyard Blvd Senior Living Property, LLC
Vineyard Blvd Senior Living, LLC
Waterfield Memory Care Community, LLC
Wayne Health, LLC
Wayne Senior Living, LLC
W-E Specialized Care, LLC
Wenatchee Care, L.L.C.
Wenatchee Cottages, LLC
Wenatchee Senior Care, L.L.C.
West Allis Senior Living, LLC
West Columbia Senior Living, LLC
West Linn Senior Living, LLC
West Salem Orchard Heights Property, LLC
West Salem Orchard Heights, LLC
West Salem Senior Living Property, LLC
West Salem Senior Living, LLC
Western Pennsylvania Senior Living GP, LLC
Western Pennsylvania Senior Living Limited Partnership
Wichita Falls Apartments Property, LLC
Wichita Falls Apartments, LLC
Willow Trace Apartments, LLC
Willow Trace Property, LLC
Willows at Sherman Assisted Living & Memory Care Community Limited Partnership
Willows at Sherman Community GP, LLC
Wilsonville Retirement, LLC
Winston-Salem Oakdale Property, LLC
Winston-Salem Oakdale Senior Living, LLC
Woodburn Senior Living, LLC
Woodside Assisted Living Community, LLC
Woodstock Oaks Senior Living Property, LLC
Woodstock Oaks Senior Living, LLC
Woodstock Senior Living, LLC
Yakima Alzheimer's Care, L.L.C.
Yakima Medical School Holdings, LLC
Yakima Senior Care, L.L.C.
Yakima Senior Living Holdings, LLC
Yakima Senior Living Operator Holdings, LLC
Yakima Senior Living Property LLC
Yakima Senior Living, LLC

034618/00002/1838753v1