

**Jointly Administered Cases # 09-6082**

**Stayton SW Assisted Living, LLC**

**dba Lakeside Assisted Living Community**  **Invoice Number: 1110**

**PO Box 3006**

**Salem, OR   97302-0006**

**Statement of Professional Services Rendered Through**  **10/31/2009**

**Summary:**

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| SK | Koenig, Suzanne - Patient Care Ombudsman | 5.00 | 350.00 | 1,750.00 |
| | | **5.00** | | **$1,750.00** |

**Task Code Summary**

| | | Hours | Amount |
|---|---|---:|---:|
| CA | Case Administration | 4.20 | 1,470.00 |
| CH | Court Hearings | 0.80 | 280.00 |
| | | **5.00** | **1,750.00** |

| | |
|---|---:|
| Total professional services | $1,750.00 |
| **Total current charges** | **$1,750.00** |

**Statement of Professional Services Rendered Through**    10/31/2009
**Koenig, Suzanne - Patient Care Ombudsman**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| 10/7/2009 | SK | Reviewed the Stayton/Motion to determine that a PCO is not necessary by the Debtor | 0.60 | 350.00 | 210.00 |
| 10/7/2009 | SK | Reviewed and commented on the UST memo in opposition to the Stayton/Motion to Determine that a PCO is not necessary by the Debtor | 0.70 | 350.00 | 245.00 |
| 10/7/2009 | SK | Discussion with PCO counsel and UST for availability of hearing set for the Motion in Opposition | 0.30 | 350.00 | 105.00 |
| 10/8/2009 | SK | Received update from UST on further hearing set on Sunwest matter - Tuesday, 10/13 regarding Judge and his status on this motion | 0.40 | 350.00 | 140.00 |
| 10/12/2009 | SK | Updated all PCO visits and findings for the chart to be used by the UST and the PCO when the motion is heard on 10/13/09 | 0.90 | 350.00 | 315.00 |
| 10/13/2009 | SK | Reviewed the updated chart of issues with the PCO Counsel and discussed preparation for going before the judge on these issues | 0.60 | 350.00 | 210.00 |
| 10/14/2009 | SK | Reviewed the termination order of the PCO for all the Stayton Cases and discussion with the UST | 0.40 | 350.00 | 140.00 |
| 10/21/2009 | SK | Reviewed letter to all State Ombudsman on status of PCO discharge | 0.30 | 350.00 | 105.00 |
| | | **Task Code Total** | **4.20** | | **1,470.00** |
| **Court Hearings** | | | | | |
| 10/13/2009 | SK | Telephone call with the UST and PCO Counsel to prepare for the telephone call with Judge Hogan for the Motion of Opposition for the PCO | 0.40 | 350.00 | 140.00 |
| 10/13/2009 | SK | Telephone Hearing with Judge Hogan on PCO opposition | 0.40 | 350.00 | 140.00 |
| | | **Task Code Total** | **0.80** | | **280.00** |

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| CA | Case Administration | 4.20 | 1,470.00 |
| CH | Court Hearings | 0.80 | 280.00 |
| | | **5.00** | **1,750.00** |