

Invoice No.: 2553217
File No. : 102171.010400
Bill Date : November 13, 2009

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
4055 W. Peterson Avenue
Chicago, Illinois 60646

# INVOICE

Re: Jointly Administered Cases

<u>Legal Services through October 31, 2009</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 860.00 |

Expenses:

| Information and Research | 32.88 |  |  |
|---|---|---|---|
| Total Expenses: |  | $ | 32.88 |
| **Current Invoice**: |  | $ | **892.88** |

| Previous Balance (see attached statement): | $ | 4,657.74 |
|---|---|---|
| **Total Amount Due:** | $ | **5,550.62** |

KXS:DMV
Tax ID: 13-3613083



Invoice No.: 2553217
File No. : 102171.010400

> **FOR YOUR CONVENIENCE,
> WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
> FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, N.A. |
| ABA #: | 266086554 |
| INTERNATIONAL SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |

**PLEASE REFERENCE:**

| | |
|---|---|
| CLIENT NAME: | SUZANNE KOENIG, AS PATIENT CARE OMBUDSMAN |
| FILE NUMBER: | 102171.010400 |
| INVOICE NUMBER: | 2553217* |
| BILLING PROFESSIONAL: | Keith J. Shapiro |

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:DMV
Tax ID: 13-3613083



Invoice No.: 2553217
File No.    : 102171.010400

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 11/10/09 | 2524993 | 4,427.50 | 230.24 | 0.00 | 4,657.74 |
| | Totals: $ | 4,427.50 $ | 230.24 $ | 0.00 $ | 4,657.74 |

KXS:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Description of Professional Services Rendered:

ACTION CODE: 804  CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/05/09 | Kerry E. Carlson | Retreive and review motion to terminate Patient Care Ombudsman. | 0.20 | 20.00 |
| 10/09/09 | Kerry E. Carlson | Docket and calendar hearing date and time to consider dismissal of Ombudsman (.2); prepare materials related to the same (.2). | 0.30 | 30.00 |
| 10/13/09 | Nancy A. Peterman | Telephone conference with UST and S. Koenig in advance of hearing re visits, issues, etc. | 0.20 | 90.00 |
| 10/13/09 | Nancy A. Peterman | Draft email to S. Koenig re outline of issues to address with court. | 0.30 | 135.00 |
|  |  | Total Hours: | 1.00 |  |
|  |  | Total Amount: |  | $ 275.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.50 | 450.00 | 225.00 |
| Kerry E. Carlson | 0.50 | 100.00 | 50.00 |
| Totals: | 1.00 | 275.00 | $ 275.00 |

Description of Professional Services Rendered

ACTION CODE: 813 FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/09 | Kerry E. Carlson | Prepare binder of all fee reated materials including all applications, orders and revised billing memoranda. | 0.50 | 50.00 |
| 10/06/09 | Kerry E. Carlson | Research local rules regarding procedures for submission of orders (.5); draft certificate of no objection to third monthly fee statement in an effort to facilitate payment (.5). | 1.00 | 100.00 |
| 10/14/09 | Kerry E. Carlson | Draft September statement of fees and expenses (1.2); revise billing memoranda in connection with the same (.3) | 1.50 | 150.00 |
| 10/15/09 | Kerry E. Carlson | Prepare, file and serve PCO monthly statement for fees and expenses. | 0.60 | 60.00 |

Total Hours: 3.60

Total Amount: $ 360.00

TIMEKEEPER SUMMARY FOR ACTION CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Kerry E. Carlson | 3.60 | 100.00 | 360.00 |
| Totals: | 3.60 | 100.00 | $ 360.00 |

Description of Professional Services Rendered

ACTION CODE: 833  COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/13/09 | Nancy A. Peterman | Prepare for and attend (telephonically) hearing on motion to terminate the appointment of the PCO. | 0.50 | 225.00 |
| | | Total Hours: | 0.50 | |
| | | Total Amount: | | $ 225.00 |

TIMEKEEPER SUMMARY FOR ACTION CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.50 | 450.00 | 225.00 |
| Totals: | 0.50 | 450.00 | $ 225.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.00 | 450.00 | 450.00 |
| Kerry E. Carlson | 4.10 | 100.00 | 410.00 |
| Totals: | 5.10 | 168.63 | $ 860.00 |

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO; Document Type: DOCKET REPORT | $ 2.40 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 64-0; Document Type: IMAGE 64-0 | $ 2.40 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06074-HO; Document Type: DOCKET REPORT | $ 2.40 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06074-HO DOCUMENT 490-0; Document Type: IMAGE 490-0 | $ 0.32 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06111-HO; Document Type: DOCKET REPORT | $ 0.32 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06111-HO DOCUMENT 1-0; Document Type: IMAGE 1-0 | $ 2.00 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06111-HO DOCUMENT 158-0; Document Type: IMAGE 158-0 | $ 0.08 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06111-HO DOCUMENT 163-0; Document Type: IMAGE 163-0 | $ 0.40 |
| 09/02/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO; Document Type: DOCKET REPORT | $ 1.44 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO START DATE: 8/31/2009; Document Type: DOCKET REPORT | $ 2.40 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 623-0; Document Type: IMAGE 623-0 | $ 0.24 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 622-0; Document Type: IMAGE 622-0 | $ 0.16 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 621-0; Document Type: IMAGE 621-0 | $ 0.24 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 620-0; Document Type: IMAGE 620-0 | $ 0.16 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 619-0; Document Type: IMAGE 619-0 | $ 0.88 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 615-0; Document Type: IMAGE 615-0 | $ 0.32 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 614-0; Document Type: IMAGE 614-0 | $ 0.32 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 613-0; Document Type: IMAGE 613-0 | $ 0.24 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 629-0; Document Type: IMAGE 629-0 | $ 0.24 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 626-0; Document Type: IMAGE 626-0 | $ 0.16 |
| 09/03/09 | Case Number: (None); Search Criteria: 6:09-CV-06056-HO DOCUMENT 626-1; Document Type: IMAGE 626-1 | $ 0.08 |
| 09/22/09 | Case Number: (None); Search Criteria: DOCUMENT 265-2 6:09-CV-06082-HO; Document Type: IMAGE 265-2 | $ 1.68 |

Description of Expenses Billed

| Date | Description | | Amount |
|---|---|---|---|
| 09/28/09 | Case Number: (None); Search Criteria: LAST NAME: MOUNTAIN VIEW; Document Type: SEARCH | $ | 0.08 |
| 09/28/09 | Case Number: (None); Search Criteria: 6:09-CV-06084-HO; Document Type: DOCKET REPORT | $ | 0.40 |
| 09/28/09 | Case Number: (None); Search Criteria: 6:09-CV-06084-HO DOCUMENT 164-0; Document Type: IMAGE 164-0 | $ | 0.40 |
| 09/28/09 | Case Number: (None); Search Criteria: 08-25811 FIL OR ENT: FILED FROM: 5/29/20; Document Type: DOCKET REPORT | $ | 0.48 |
| 09/28/09 | Case Number: (None); Search Criteria: 08-25811 DOCUMENT 433-0; Document Type: IMAGE433-0 | $ | 0.16 |
| 09/29/09 | Case Number: (None); Search Criteria: 6:09-CV-06084-HO DOCUMENT 184-0; Document Type: IMAGE 184-0 | $ | 0.72 |
| 09/29/09 | Case Number: (None); Search Criteria: 6:09-CV-06086-HO DOCUMENT 172-0; Document Type: IMAGE 172-0 | $ | 0.40 |
| 09/29/09 | Case Number: (None); Search Criteria: 6:09-CV-06086-HO DOCUMENT 171-0; Document Type: IMAGE 171-0 | $ | 0.72 |
| 09/29/09 | Case Number: (None); Search Criteria: 08-11111-KJC; Document Type: IMAGE2449-0 | $ | 0.24 |
| 09/29/09 | Case Number: (None); Search Criteria: 08-11111-KJC; Document Type: IMAGE2449-1 | $ | 0.56 |
| 09/30/09 | Case Number: (None); Search Criteria: LNAME: SPRING POINTE; Document Type: SEARCH | $ | 0.08 |
| 09/30/09 | Case Number: (None); Search Criteria: 09-30070-TMB11 FIL OR ENT: FILED DOC F; Document Type: DOCKET REPORT | $ | 0.56 |
| 09/30/09 | Case Number: (None); Search Criteria: LAST NAME: SPRING POINTE; Document Type: SEARCH | $ | 0.08 |
| 09/30/09 | Case Number: (None); Search Criteria: 6:09-CV-06085-HO; Document Type: DOCKET REPORT | $ | 0.40 |
| 09/30/09 | Case Number: (None); Search Criteria: 6:09-CV-06085-HO DOCUMENT 174-0; Document Type: IMAGE 174-0 | $ | 1.68 |
| 09/30/09 | Case Number: (None); Search Criteria: LAST NAME: STAYTON; Document Type: SEARCH | $ | 0.08 |
| 09/30/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO; Document Type: DOCKET REPORT | $ | 1.84 |
| 09/30/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO DOCUMENT 315-0; Document Type: IMAGE 315-0 | $ | 1.04 |
| 09/30/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO DOCUMENT 315-1; Document Type: IMAGE 315-1 | $ | 2.24 |
| 09/30/09 | Case Number: (None); Search Criteria: 6:09-CV-06082-HO; Document Type: DOCKET REPORT | $ | 1.84 |
| | Total Expenses: | $ | 32.88 |