# STATEMENT

## LAW OFFICES
## GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

November 6, 2009

CLYDE A HAMSTREET & ASSOCIATES LLC  6622-001
ATTN CLYDE HAMSTREET
1 SW COLUMBIA ST STE 1000
PORTLAND OR 97258-2024

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT      Amount Enclosed $ _____

---

## STATEMENT FOR PERIOD THROUGH 10/30/09

LEGAL SERVICES REGARDING: Sunwest Management, Inc.

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/01/09 | Review SEC action electronic case docket and new filings. | DAF | 1.20 | $498.00 |
| 10/02/09 | Review SEC action electronic case docket and new filings, including approving distribution plan and related findings and conclusions (1.60); Receive and review coordinating lenders' notice of appeal from order approving distribution plan, emergency motion for stay and related materials and e-mails (1.40). | DAF | 3.00 | $1,245.00 |
| 10/05/09 | Review SEC action electronic case docket and new filings (.10); Exchange e-mails with Clyde and telephone conference with B Miller re SEC/DCBS mediation scheduling and series of related e-mails (.30). | DAF | .40 | $166.00 |
| 10/06/09 | Review SEC action electronic case docket and miscellaneous e-mails and correspondence. | DAF | .10 | $41.50 |
| 10/07/09 | Review SEC action electronic case docket and new filings (.10); Review opposition and reply briefs to emergency motion for stay pending appeal of order approving distribution plan (2.60); E-mail to G Yates re transmittal of G&M's | DAF | 3.00 | $1,245.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%),
will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.

# STATEMENT

LAW OFFICES

## GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC          11/06/09                    6622-001    PAGE    2

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT        Amount Enclosed $ _____

|  |  |  |  |  |
|---|---|---|---|---|
|  | billing statement for September 2009 for filing in SEC action (.10); Receive and review miscellaneous e-mails re mediation matters (.10); Receive and review orders in Ninth Circuit appeals denying motion for stay and re mediation program (.10). |  |  |  |
| 10/08/09 | Review SEC action and Harder electronic case dockets and new filings (.10); E-mail to S Dunn et al re transmittal of ODHS' notice of regulatory action (.10); Receive and review miscellaneous e-mails (.10). | DAF | .30 | $124.50 |
| 10/12/09 | Review SEC action and Ninth Circuit Appeals electronic case dockets and new filings. | DAF | .20 | $83.00 |
| 10/13/09 | Review SEC action and Ninth Circuit electronic case dockets and new filings. | DAF | .10 | $41.50 |
| 10/15/09 | Review electronic case dockets and miscellaneous correspondence. | DAF | .10 | $41.50 |
| 10/16/09 | Review electronic case dockets and miscellaneous e-mails. | DAF | .10 | $41.50 |
| 10/22/09 | Review electronic case dockets and recent filings and review miscellaneous e-mails. | DAF | .70 | $290.50 |
| 10/23/09 | Review SEC action electronic case docket and new filings (.10); Receive and review series of e-mails re adversary proceedings involving TIC interests and TIC committee's letter to TIC investors (.20); Receive and review e-mail from T Pearson re alleged improper | DAF | 1.30 | $539.50 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%),
will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.

**STATEMENT**

LAW OFFICES
GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC        11/06/09                    6622-001    PAGE   3

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT        Amount Enclosed $

|            |                                                                                                                                                                                                                                                                                                                                       |     |      |          |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|------|----------|
|            | plan solicitation of lenders and series of related e-mails (.20) and legal research re improper plan solicitation under section 1125 (.50); Telephone conference with A Kennedy re same and other case matters (.30).                                                                                                                    |     |      |          |
| 10/26/09   | Review electronic case dockets and new filings (.10); E-mail to and teleconference with Clyde re Judge Leavy mediation and distribution plan issues (.40); Receive and review miscellaneous e-mails (.10); E-mail to Clyde, A Kennedy and D Osias re Leavy mediation on HFG settlement (.40).                                              | DAF | 1.00 | $415.00  |
| 10/27/09   | Review electronic case dockets and recent filings (.30); Telephone conference with Clyde re SEC agreement to dismiss Hamstreet as relief defendant and re HFG settlement mediation (.20).                                                                                                                                                 | DAF | .50  | $207.50  |
| 10/28/09   | Receive and review CRO report (.30); Review SEC action electronic case docket and new filings and receive and review miscellaneous e-mails (.20).                                                                                                                                                                                         | DAF | .50  | $207.50  |
| 10/29/09   | Review electronic case dockets and new filings and receive and review miscellaneous e-mails.                                                                                                                                                                                                                                             | DAF | .20  | $83.00   |
| 10/30/09   | Review electronic case dockets and new filings and receive and review miscellaneous e-mails.                                                                                                                                                                                                                                             | DAF | .10  | $41.50   |
|            | TOTAL FEES                                                                                                                                                                                                                                                                                                                               |     |      | $5,312.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

GREENE & MARKLEY, P.C.

# STATEMENT
## LAW OFFICES
## GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC     11/06/09     6622-001    PAGE 4

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT     **Amount Enclosed $**_____

```
TRUST TRANSACTIONS
  10/06/09  Wired funds received from client to         $9,734.20CR
            pay 80% fees & 100 costs of 8/10/09
            statement
  10/08/09  Greene & Markley, PC/80% fees and           $9,734.20
            100% costs
  10/30/09  Wired funds received from client            $8,997.20CR
  10/30/09  Greene & Markley, PC/Fees                   $8,997.20

       BALANCE IN TRUST                                $54,877.50CR

PRIOR STATEMENT BALANCE                                              $60,424.40

PAYMENTS AND ADJUSTMENTS
  10/30/09  TRANSFER CREDIT FROM    6622    000         $8,997.20CR

       TOTAL PAYMENTS AND ADJUSTMENTS                                 $8,997.20CR
                                                                     ----------
PAY THIS AMOUNT                                                      $56,739.20

TO DATE FEES BILLED            $359,527.50

TO DATE COSTS BILLED               $554.69

              STATEMENT OF ACCOUNT

         4/10/09  Bill      12,458.90
         5/08/09  Bill      10,723.60
         6/05/09  Bill       9,719.30
         7/09/09  Bill       2,265.70
         8/10/09  Bill       2,431.90
         9/09/09  Bill       2,249.30
        10/07/09  Bill      11,578.50
        11/06/09  Bill       5,312.00
```

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.

# STATEMENT
## LAW OFFICES
## GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC   11/06/09   6622-001   PAGE   5

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT   **Amount Enclosed $**

----------
$56,739.20

Any Payments Received After November 6, 2009
Will Appear on Your Next Statement

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%),
will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.