**LUCE FORWARD**
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE    : OCTOBER 31, 2009
CLIENT NUMBER   : 38062
MATTER NUMBER   : 00002
RESP. ATTORNEY:( DZS   )

RE:   Clyde Hamstreet & Associates
      Sunwest
      FILE NUMBER:38062
              00002
      ------------------------------------------

TOTAL FOR INVOICE #6605720        :          104,646.84

PRIOR A/R BALANCE FOR THIS MATTER:           665,725.78
                                             ----------
TOTAL DUE FOR THIS MATTER         :     $    770,372.62

(THIS PAGE TO BE REMITTED WITH PAYMENT)

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

**CLIENT COPY**

Carmel Valley/Del Mar   ·   Los Angeles   ·   San Diego   ·   San Francisco   ·   Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                      CLOSING DATE   : OCTOBER 31, 2009
                                      CLIENT NUMBER  : 38062
                                      MATTER NUMBER  : 00002
Hamstreet & Associates                PAGE NUMBER    :        2
Mr. Clyde Hamstreet                   INVOICE NUMBER : 6605720
One SW Columbia, Suite 1000           RESP. ATTORNEY : ( DZS  )
Portland, OR  97258
```

```
        RE: Sunwest
            FILE NUMBER: 38062
                        00002
            ------------------------------------------

DATE      ATTY HOURS  AMOUNT    PROFESSIONAL SERVICES RENDERED

10/01/09  DZS   1.70  1,011.50  Work on structuring;
10/01/09  JAG   1.50    712.50  Review draft loan documents for restated loans;
10/02/09  DZS   8.50  5,057.50  Work on bankruptcy tax issues; attend meeting;
                                work on tax letters;
10/06/09  DZS   1.80  1,071.00  Investigate law re structure; investigate law re
                                REIT election;
10/06/09  DZS   1.00    595.00  Work on tax issues;
10/06/09  JAG   4.70  2,232.50  Legal research regarding effect on REIT taxation
                                of delay in election of REIT status, work on
                                memorandum regarding same;
10/06/09  AQG    .50    170.00  Work on tax disclosure;
10/07/09  DZS   2.00  1,190.00  Work on structuring issues;
10/07/09  JAG   3.60  1,710.00  Work on memorandum regarding tax treatment of
                                REIT if election to be REIT delayed;
10/08/09  DZS   1.80  1,071.00  Investigate law re documents;
10/08/09  JAG    .50    237.50  Legal research relating to conversion to REIT;
10/08/09  AQG   1.00    340.00  Work on tax disclosure;
10/09/09  DZS   1.70  1,011.50  Investigate law re investor options; conference
                                call;
10/10/09  DZS    .40    238.00  Investigate law re structure;
10/11/09  DZS   1.00    595.00  Review Divestco documents;
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

[ **CLIENT COPY** ]

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE   : OCTOBER 31, 2009
CLIENT NUMBER  : 38062
MATTER NUMBER  : 00002
PAGE NUMBER    :      3
INVOICE NUMBER : 6605720
RESP. ATTORNEY : ( DZS   )

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| 10/11/09 | JAG | 1.60 | 760.00 | Work on master lease; |
| 10/11/09 | AQG | 1.00 | 340.00 | Work on tax disclosure; |
| 10/12/09 | AQG | 1.00 | 340.00 | Work on tax disclosure; |
| 10/13/09 | DZS | 1.50 | 892.50 | Investigate law and conference re investor issues; work on documents; investigate law re REITs; |
| 10/14/09 | DZS | 11.70 | 6,961.50 | Attend meeting and work on documents; |
| 10/14/09 | AQG | 3.50 | 1,190.00 | Work on tax issues; |
| 10/15/09 | DZS | .50 | 297.50 | Investigate law re Disclosure and Purchasing Agreement; |
| 10/15/09 | AQG | 4.80 | 1,632.00 | Work on tax disclosure; |
| 10/16/09 | DZS | 1.30 | 773.50 | Investigate law re disclosure issues; |
| 10/16/09 | AQG | 1.00 | 340.00 | Work on tax disclosure; |
| 10/17/09 | DZS | 1.70 | 1,011.50 | Investigate law re disclosures; |
| 10/17/09 | JAG | 1.10 | 522.50 | Review revised draft of Restated Loan Agreement; conference with D. Steinhause, memorandum regarding draft; |
| 10/17/09 | AQG | 1.00 | 340.00 | Work on tax disclosure; |
| 10/18/09 | AQG | 1.50 | 510.00 | Work on disclosure statement and tax disclosure; |
| 10/20/09 | DZS | .50 | 297.50 | Investigate law and conference re letters and structure; conference with William Bryan; |
| 10/21/09 | DZS | 3.30 | 1,963.50 | Work re Adversary Proceeding; work re Disclosure; Investigate law re (3)(a)(10) hearing; |
| 10/21/09 | AQG | 6.30 | 2,142.00 | Work on tax disclosures; |
| 10/21/09 | K_O | 2.30 | 644.00 | Draft second supplement to 3(a)(10) offering regarding conclusion of fairness hearing, Blackstone negotiations, and status of distribution plan; |

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

## CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                       CLOSING DATE   : OCTOBER 31, 2009
                                       CLIENT NUMBER  : 38062
                                       MATTER NUMBER  : 00002
Hamstreet & Associates                 PAGE NUMBER    :     4
Mr. Clyde Hamstreet                    INVOICE NUMBER: 6605720
One SW Columbia, Suite 1000            RESP. ATTORNEY: ( DZS  )
Portland, OR  97258


DATE       ATTY  HOURS   AMOUNT    PROFESSIONAL SERVICES RENDERED

10/21/09   K_O     .20      56.00  Negotiate approval of Oregon DFCS for 3a10
                                   offering;
10/21/09   K_O     .20      56.00  Analysis and correspondence with Mr. Schumacher
                                   of Sunwest regarding investor communication;
10/22/09   DZS    3.20   1,904.00  Work re disclosure;
10/22/09   JAG    2.00     950.00  Conference with D. Steinhause regarding revised
                                   draft of restated loan agreement, call with J.
                                   Denton regarding draft agreement;
10/22/09   AQG   10.00   3,400.00  Work on disclosure statement and tax issues;
10/22/09   LMF    1.50     382.50  Research law regarding tax consequences
                                   associated with a deemed substantive
                                   consolidation under the unique facts presented;
10/23/09   DZS    2.80   1,666.00  Investigate law re disclosure issues;
10/23/09   PLJ    2.00   1,050.00  Review memorandum regarding bankruptcy plan;
                                   conference with Attorney Steinhause;
10/23/09   JAG     .80     380.00  Conference with A. Giannamore, pull materials,
                                   regarding tax effect on holders of debt of
                                   exchange for stock in REIT;
10/23/09   AQG    7.00   2,380.00  Work on tax disclosure;
10/23/09   LMF    3.00     765.00  Research law regarding tax consequences
                                   associated with a deemed substantive
                                   consolidation under the unique facts presented
                                   (1.20); Work on tax section of Disclosure
                                   Statement (1.80);
10/24/09   DZS    4.70   2,796.50  Work re disclosure;
10/24/09   AQG    2.00     680.00  Work on tax disclosure;
10/24/09   LMF     .50     127.50  Research law regarding tax consequences
                                   associated with a deemed substantive
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

**CLIENT COPY**

Carmel Valley/Del Mar   ·   Los Angeles   ·   San Diego   ·   San Francisco   ·   Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                    CLOSING DATE   : OCTOBER 31, 2009
                                    CLIENT NUMBER  : 38062
                                    MATTER NUMBER  : 00002
Hamstreet & Associates              PAGE NUMBER    :        5
Mr. Clyde Hamstreet                 INVOICE NUMBER : 6605720
One SW Columbia, Suite 1000         RESP. ATTORNEY : ( DZS   )
Portland, OR  97258
```

```
DATE       ATTY HOURS   AMOUNT    PROFESSIONAL SERVICES RENDERED
                                  consolidation under the unique facts presented;
10/25/09   DZS   4.00   2,380.00  Work re disclosure;
10/25/09   JAG   1.40     665.00  Review draft restated loan agreement;
10/25/09   AQG   6.50   2,210.00  Work on disclosure statement; investigate law
                                  regarding tax issues;
10/25/09   LMF   3.50     892.50  Research law regarding tax consequences
                                  associated with a 1033 exchange under the unique
                                  facts presented;
10/26/09   DZS   4.00   2,380.00  Conference call re structure; investigate law re
                                  (3)(a)(10);
10/26/09   JAG    .50     237.50  Call with J. Denton regarding draft Restated Loan
                                  Agreement;
10/26/09   AQG   8.00   2,720.00  Work on tax disclosure; investigate law regarding
                                  sale issues;
10/26/09   K_O   2.10     588.00  Conference call regarding investor communication,
                                  work on no-action request with Oregon DFCS,
                                  revise and finalize 3(a)(10) offering documents;
10/26/09   LMF   4.30   1,096.50  Research law regarding tax consequences
                                  associated with adversary proceeding in
                                  bankruptcy case involving the taking of TIC
                                  property (2.8); Review Disclosure Statement and
                                  provide comments (1.5);
10/27/09   DZS   4.30   2,558.50  Investigate law and conference re disclosures;
10/27/09   JAG   3.70   1,757.50  Calls with J. Denton regarding draft restated
                                  loan agreement (1.00); work on form of master
                                  lease (2.70);
10/27/09   AQG   5.50   1,870.00  Work on tax disclosure;
10/27/09   LMF   7.30   1,861.50  Research law regarding tax consequences
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

**LUCE FORWARD**
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                          CLOSING DATE  : OCTOBER 31, 2009
                                          CLIENT NUMBER : 38062
                                          MATTER NUMBER : 00002
Hamstreet & Associates                    PAGE NUMBER   :      6
Mr. Clyde Hamstreet                       INVOICE NUMBER: 6605720
One SW Columbia, Suite 1000               RESP. ATTORNEY: ( DZS  )
Portland, OR  97258
```

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| | | | | associated with adversary proceeding in bankruptcy case involving the taking of TIC property (1.00); Review Disclosure Statement and provide comments (6.30); |
| 10/28/09 | DZS | 3.20 | 1,904.00 | Meeting re tax issues; |
| 10/28/09 | MLM | 4.50 | 2,475.00 | Review of draft tax section; meeting with Attorneys Steinhause, Jelsma and Giannamore re: same; |
| 10/28/09 | PLJ | 2.00 | 1,050.00 | Meeting with Attorneys Steinhause and Mann; |
| 10/28/09 | JAG | .30 | 142.50 | Work on form of master lease; |
| 10/28/09 | AQG | 5.00 | 1,700.00 | Work on tax disclosure; |
| 10/28/09 | K_O | .50 | 140.00 | Work on investor disclosure documents, conference call regarding same; |
| 10/28/09 | LMF | 6.80 | 1,734.00 | Review Disclosure Statement and provide comments (4.00); Research law regarding tax consequences associated with a deemed substantive consolidation under the unique facts presented, and work on tax section of Disclosure Statement (2.8); |
| 10/29/09 | DZS | 6.80 | 4,046.00 | Investigate law re tax disclosure; |
| 10/29/09 | JAG | 7.00 | 3,325.00 | Legal research regarding Section 351 and formation of corporation to take title to properties; legal research regarding potential capital shift; |
| 10/29/09 | AQG | 7.00 | 2,380.00 | Work on tax disclosure; |
| 10/29/09 | LMF | 8.80 | 2,244.00 | Review Disclosure Statement and provide comments (7.30); Research law regarding tax consequences associated with a deemed substantive |

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

**CLIENT COPY**

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                        CLOSING DATE   : OCTOBER 31, 2009
                                        CLIENT NUMBER  : 38062
                                        MATTER NUMBER  : 00002
Hamstreet & Associates                  PAGE NUMBER    :       7
Mr. Clyde Hamstreet                     INVOICE NUMBER: 6605720
One SW Columbia, Suite 1000             RESP. ATTORNEY: ( DZS   )
Portland, OR  97258


DATE       ATTY HOURS  AMOUNT     PROFESSIONAL SERVICES RENDERED
                                  consolidation under the unique facts presented,
                                  and work on tax section of Disclosure Statement
                                  (1.50);
10/30/09  DZS   7.20  4,284.00    Investigate law re 351; investigate law re tax
                                  distribution; work on disclosures;
10/30/09  JAG   1.30    617.50    Work on memorandum addressing Section 351 and
                                  formation of corporation to take title to
                                  properties;
10/30/09  AQG   8.00  2,720.00    Work on tax disclosure;
10/30/09  LMF   4.80  1,224.00    Research law regarding tax consequences
                                  associated with a deemed substantive
                                  consolidation under the unique facts presented,
                                  and work on tax section of Disclosure Statement
                                  (2.00); Research law regarding interplay between
                                  state and federal laws for tax purposes (1.30);
                                  Research law regarding tax implications of using
                                  MIMO (1.50);
10/31/09  DZS   4.30  2,558.50    Work on disclosure statements; investigate law re
                                  1033;
10/31/09  AQG   8.00  2,720.00    Work on tax disclosure;

          257.80                  TOTAL HOURS

     FEES FOR SERVICES RENDERED                                   111,276.00


     LESS COURTESY DISCOUNT                                       -10,000.00
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

| CLIENT COPY |
|---|

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873  
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway  
Suite 2600  
San Diego, CA 92101

619.236.1414 - Main  
619.645.5335 fax  
lmoose@luce.com - 619.235.3474  
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates  
Mr. Clyde Hamstreet  
One SW Columbia, Suite 1000  
Portland, OR 97258

CLOSING DATE : OCTOBER 31, 2009  
CLIENT NUMBER : 38062  
MATTER NUMBER : 00002  
PAGE NUMBER : 8  
INVOICE NUMBER: 6605720  
RESP. ATTORNEY: ( DZS )

NET FEES     101,276.00

DISBURSEMENT AND OTHER SERVICES

| | |
|---|---:|
| EXPRESS MAIL (UPS, FEDX & NETWORK) | 13.58 |
| Mailing Charges | 2.61 |
| Travel Expenses | 3,075.10 |
| Computerized legal research | 40.00 |
| Photocopying | 157.05 |
| Color Copies | 82.50 |

TOTAL REIMBURSABLE DISBURSEMENTS     3,370.84

TOTAL FEES AND DISBURSEMENTS     104,646.84

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

---

**CLIENT COPY**

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine