# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE   : NOVEMBER 30, 2009
CLIENT NUMBER  : 38062
MATTER NUMBER  : 00002
RESP. ATTORNEY:( DZS   )

RE:   Clyde Hamstreet & Associates
      Sunwest
      FILE NUMBER:38062
               00002
      ------------------------------------------

TOTAL FOR INVOICE #6610556      :         107,588.92

PRIOR A/R BALANCE FOR THIS MATTER:         770,372.62
                                        ------------------
TOTAL DUE FOR THIS MATTER       :    $     877,961.54

(THIS PAGE TO BE REMITTED WITH PAYMENT)

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR  97258

CLOSING DATE   : NOVEMBER 30, 2009
CLIENT NUMBER  : 38062
MATTER NUMBER  : 00002
PAGE NUMBER    :       2
INVOICE NUMBER : 6610556
RESP. ATTORNEY : ( DZS   )

```
        RE: Sunwest
            FILE NUMBER:38062
                        00002
            ------------------------------------------


DATE      ATTY HOURS   AMOUNT   PROFESSIONAL SERVICES RENDERED

11/01/09  DZS   8.00  4,760.00  Work on Disclosure issues;
11/01/09  JAG   8.00  3,800.00  Legal research regarding tax treatment of
                                distributions under plan of reorganization;
11/01/09  AQG   8.00  2,720.00  Work on tax disclosure;
11/02/09  DZS   5.50  3,272.50  Investigate law re Purchase and Sale Agreement;
                                investigate law re tax issues; investigate law re
                                disclosure;
11/02/09  MLM    .80    440.00  Conference with Attorney Steinhause re: tax
                                issues;
11/02/09  PLJ   1.00    525.00  Meeting with Attorney Steinhause; conference with
                                Attorney Grossman regarding Original Issue
                                Discount;
11/02/09  JAG   7.60  3,610.00  Analyze legal issues relating to contingent
                                payments to be made to claimants;
11/02/09  AQG   9.00  3,060.00  Work on tax disclosure;
11/02/09  LMF    .70    178.50  Work on tax section of Disclosure Statement,
                                including IRS Circular 230 compliance issues;
11/03/09  DZS   6.50  3,867.50  Investigate law and conference re Disclosure
                                issues;
11/03/09  MLM   1.30    715.00  Conference with Attorney Steinhause re: tax
                                issues; conference with Attorney Steinhause re:
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

CLIENT COPY

Carmel Valley/Del Mar  ·  Los Angeles  ·  San Diego  ·  San Francisco  ·  Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                    CLOSING DATE   : NOVEMBER 30, 2009
                                    CLIENT NUMBER  : 38062
                                    MATTER NUMBER  : 00002
Hamstreet & Associates              PAGE NUMBER    :      3
Mr. Clyde Hamstreet                 INVOICE NUMBER : 6610556
One SW Columbia, Suite 1000         RESP. ATTORNEY : ( DZS  )
Portland, OR  97258


DATE      ATTY HOURS    AMOUNT   PROFESSIONAL SERVICES RENDERED

                                 additional tax issues;
11/03/09  PLJ  1.50      787.50  Consultation with Attorney Steinhause regarding
                                 involuntary conversion and contribution to new
                                 partnership;
11/03/09  JAG  5.00    2,375.00  Legal analysis of issues relating to claims of
                                 creditors;
11/03/09  AQG  8.00    2,720.00  Work on tax disclosure;
11/03/09  LMF   .80      204.00  Work on tax section of Disclosure Statement;
11/04/09  DZS  3.20    1,904.00  Work on Disclosure Plan;
11/04/09  PLJ  1.00      525.00  Consultation with Attorney Grossman regarding
                                 disclosure of tax consequences;
11/04/09  JAG  4.90    2,327.50  Analyze issues regarding tax treatment of
                                 exchange of properties; work on discussion of tax
                                 treatment of secured lenders under plan;
11/04/09  AQG  3.50    1,190.00  Work on tax disclosure;
11/05/09  DZS  2.80    1,666.00  Investigate law re Disclosure issue;
11/05/09  JAG   .70      332.50  Analyze tax effect of foreclosure on lenders;
11/05/09  AQG  1.50      510.00  Work on disclosure issues;
11/06/09  DZS  1.70    1,011.50  Investigate law re Blackstone issues;
11/06/09  JAG  3.10    1,472.50  Conference regarding reorganization plan, analyze
                                 tax issues;
11/06/09  AQG   .20       68.00  Work on Blackstone issues;
11/06/09  LMF  2.80      714.00  Research law regarding timing of two year hold
                                 period required under REIT rules;
11/09/09  DZS  2.80    1,666.00  Investigate law and conference re structure;
11/09/09  JAG  3.00    1,425.00  Analyze tax effects of formation of REITCO;
11/09/09  AQG  1.20      408.00  Work on tax issues;
11/09/09  LMF  4.00      765.00  Research law regarding timing of two year hold
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

---

**CLIENT COPY**

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                    CLOSING DATE   : NOVEMBER 30, 2009
                                    CLIENT NUMBER  : 38062
                                    MATTER NUMBER  : 00002
Hamstreet & Associates              PAGE NUMBER    :     4
Mr. Clyde Hamstreet                 INVOICE NUMBER: 6610556
One SW Columbia, Suite 1000         RESP. ATTORNEY: ( DZS  )
Portland, OR  97258
```

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| | | | | period required under REIT rules; |
| 11/10/09 | DZS | 3.80 | 2,261.00 | Work on alternatives to REIT structure; |
| 11/10/09 | MLM | 1.80 | 990.00 | Conference with Attorneys Steinhause, Jelsma and Grossman re: Section 351 issues; further analysis re: same; conference with Attorney Grossman re: same; |
| 11/10/09 | JAG | 4.00 | 1,900.00 | Analyze issues relating to Section 351, liquidating trusts, qualified settlement funds; |
| 11/11/09 | DZS | .50 | 297.50 | Review Distribution Plan; |
| 11/11/09 | PLJ | 2.80 | 1,470.00 | Conference with Attorneys Steinhause and Grossman regarding possible Section 351 issues on transfer of property; research regarding provisions of Section 351; |
| 11/11/09 | JAG | 6.30 | 2,992.50 | Review revised drafts of restated loan agreement and note, call with J. Denton; analyze taxation of transfers of property to REITCO; |
| 11/11/09 | AQG | .50 | 170.00 | Work on distribution plan issues; |
| 11/12/09 | DZS | 12.00 | 7,140.00 | Meeting re structuring and Blackstone; work on Plan; |
| 11/13/09 | DZS | 1.30 | 773.50 | Investigate law and conference re structure; |
| 11/13/09 | PLJ | .50 | 262.50 | Consultation with Attorney Steinhause regarding structure of transaction; |
| 11/13/09 | JAG | .20 | 95.00 | Review revised draft of restated loan agreement; |
| 11/13/09 | A_L | .40 | 80.00 | Review files for the Alabama Blue Sky filing; e-mail evidence to K. Oreshack; |
| 11/15/09 | DZS | .40 | 238.00 | Investigate law re Blackstone; |
| 11/16/09 | DZS | .50 | 297.50 | Investigate law re Reorganization Plan; conference re alternatives; |

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE : NOVEMBER 30, 2009
CLIENT NUMBER : 38062
MATTER NUMBER : 00002
PAGE NUMBER : 5
INVOICE NUMBER: 6610556
RESP. ATTORNEY: ( DZS )

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| 11/16/09 | K_O | .60 | 168.00 | Research state securities laws in relation to newest participants in SWP Property Holdings, LP Offering; |
| 11/16/09 | LMF | 2.50 | 637.50 | Research law regarding deemed substantive consolidation and tax consequences regarding same; |
| 11/17/09 | DZS | 1.20 | 714.00 | Investigate law re Distribution and offering; |
| 11/17/09 | K_O | .30 | 84.00 | Conduct securities and tax law analysis of pending adversary proceedings for sale of 4 properties; |
| 11/18/09 | DZS | 1.00 | 595.00 | Investigate law re Reorganization Plan and Substantive Consolidation; |
| 11/18/09 | K_O | .40 | 112.00 | Conference with Ms. Cohn regarding sale of properties through adversary proceedings, conduct securities and tax law analysis regarding investor impact; |
| 11/19/09 | DZS | 1.50 | 892.50 | Conference re Distribution Plan; work on Supplement; |
| 11/19/09 | K_O | .50 | 140.00 | Work on SWP offering to TICs in adversary proceedings; |
| 11/20/09 | DZS | 1.80 | 1,071.00 | Investigate law re Supplement; investigate law re Distribution Plan; work on Master Lease; |
| 11/20/09 | K_O | 3.00 | 840.00 | Draft third supplement to Reg D offering of SWP for TIC Investors facing adversary proceedings, including discussion of 1033 option; |
| 11/21/09 | DZS | 2.20 | 1,309.00 | Work on Master Lease; work on Substantive Consolidation; work on Offering Supplement; |
| 11/22/09 | DZS | 4.00 | 2,380.00 | Work on offering; work on Substantive |

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

WE NOW ACCEPT CREDIT CARDS!

---

**CLIENT COPY**

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                     CLOSING DATE  : NOVEMBER 30, 2009
                                     CLIENT NUMBER : 38062
                                     MATTER NUMBER : 00002
Hamstreet & Associates               PAGE NUMBER   :      6
Mr. Clyde Hamstreet                  INVOICE NUMBER: 6610556
One SW Columbia, Suite 1000          RESP. ATTORNEY: ( DZS  )
Portland, OR  97258


DATE      ATTY HOURS   AMOUNT    PROFESSIONAL SERVICES RENDERED

                                 Consolidation, work on Master Lease; work on
                                 Supplement;
11/22/09  JAG   2.50  1,187.50   Work on master lease;
11/22/09  K_O   2.00    560.00   Draft third supplement to Reg D Offering
                                 Memorandum of SWP Property Holdings, LP regarding
                                 adversary proceedings and 1033 options;
11/22/09  LMF    .70    178.50   Research law regarding deemed substantive
                                 consolidation and tax consequences regarding
                                 same;
11/23/09  DZS   3.80  2,261.00   Work on/revise Disclosure to TIC investors;
                                 conference with Al Kennedy; work on Supplement;
                                 work on Master Lease;
11/23/09  JAG   1.70    807.50   Work on master lease;
11/23/09  K_O   2.30    644.00   Work on offering to TICs subject to Adversary
                                 Proceedings, draft supplement, procure no action
                                 letter from Oregon Securities Regulators;
11/23/09  LMF   6.00  1,530.00   Research law regarding deemed substantive
                                 consolidation and tax consequences regarding
                                 same; Work on comments to Motion for Substantive
                                 Consolidation and Disclosure Statement;
11/23/09  MRT   2.70    661.50   Research regarding Hotel and Medical Care
                                 Facilities REIT lease agreement between parent
                                 and subsidiary;
11/24/09  DZS   3.70  2,201.50   Work on Substantive Consolidation and Disclosure;
                                 work on Supplement, work on Master Lease;
11/24/09  JAG   4.80  2,280.00   Finalize draft of master lease; call with D.
                                 Steinhause, K. Oreshack, L. Fairfax regarding tax
                                 effect of contribution of property subject to
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

# CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

**LUCE FORWARD**
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

```
                                      CLOSING DATE  : NOVEMBER 30, 2009
                                      CLIENT NUMBER : 38062
                                      MATTER NUMBER : 00002
Hamstreet & Associates                PAGE NUMBER   :       7
Mr. Clyde Hamstreet                   INVOICE NUMBER: 6610556
One SW Columbia, Suite 1000           RESP. ATTORNEY: ( DZS  )
Portland, OR  97258


DATE      ATTY HOURS   AMOUNT    PROFESSIONAL SERVICES RENDERED

                                  foreclosure;
11/24/09  AQG   2.00    680.00   Work on tax issues;
11/24/09  K_O   4.10  1,148.00   Draft third supplement to Reg D Offering
                                  Memorandum for offering to TICs subject to
                                  Adversary Proceedings, tax research regarding
                                  same, phone calls and correspondence regarding
                                  same;
11/24/09  LMF    .50    127.50   Research law regarding assignment of income
                                  principle as applied to 1031 exchange subsequent
                                  to voluntary sale;
11/25/09  DZS   2.70  1,606.50   Investigate law re Disclosure;
11/25/09  AQG   2.00    680.00   Work on tax disclosure;
11/27/09  DZS    .80    476.00   Investigate law and conference re Disclosure
                                  Statement;
11/27/09  AQG   3.00  1,020.00   Work on tax disclosure;
11/29/09  DZS  12.00  7,140.00   Work on Disclosure;
11/29/09  JAG   8.30  3,942.50   Work on description of tax consequences of
                                  certain aspects of plan of reorganization;
11/29/09  AQG   8.50  2,890.00   Work on disclosure statement;
11/29/09  K_O   1.80    504.00   Review and comment on disclosure statement;
11/29/09  LMF   7.00  1,785.00   Work on tax section of Disclosure Statement, and
                                  research law regarding same;
11/30/09  DZS   5.00  2,975.00   Work re Disclosure;
11/30/09  JAG   2.90  1,377.50   Work on disclosure statement for plan;
11/30/09  AQG   5.50  1,870.00   Work on tax disclosure; work on comments to
                                  disclosure statement;
11/30/09  LMF   5.00  1,275.00   Work on tax section of Disclosure Statement, and
                                  research law regarding same;
```

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

WE NOW ACCEPT CREDIT CARDS!

**CLIENT COPY**

Carmel Valley/Del Mar  ·  Los Angeles  ·  San Diego  ·  San Francisco  ·  Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE   : NOVEMBER 30, 2009
CLIENT NUMBER  : 38062
MATTER NUMBER  : 00002
PAGE NUMBER    :        8
INVOICE NUMBER : 6610556
RESP. ATTORNEY : ( DZS  )

DATE     ATTY HOURS    AMOUNT    PROFESSIONAL SERVICES RENDERED


         263.40                  TOTAL HOURS

     FEES FOR SERVICES RENDERED                                   118,739.00


     DISBURSEMENT AND OTHER SERVICES

         Messenger Services, User: 92565 M Esp         60.00
         Number: 086132, Invoice Date: 10/30/09, Customer
         Name: LUCE FORWARD HAMILTON & SCRIPPS LLP,
         Picked-Up From: LUCE FORWARD HAMILTON & SCRIPP,
         Address: 600 W BROADWAY, To see: Maria, Room:
         2600, City: DOWNTOWN, Caller: M Espo, Deliver-To:
         DARRYL STEINHAUSE, Address: 12520 BIRCHBLUFF
         PLACE, City: SCRIPPS RNCH
         Refund/Reimb.                              -11,500.00
         Telephone - Long Distance                       41.57
         Computerized legal research                     70.00
         Photocopying                                    58.35
         Copies                                         120.00

     TOTAL REIMBURSABLE DISBURSEMENTS                              -11,150.08


**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

**CLIENT COPY**

Carmel Valley/Del Mar  ·  Los Angeles  ·  San Diego  ·  San Francisco  ·  Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
tadrian@luce.com - 619.235.3411

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE : NOVEMBER 30, 2009
CLIENT NUMBER : 38062
MATTER NUMBER : 00002
PAGE NUMBER : 9
INVOICE NUMBER: 6610556
RESP. ATTORNEY: ( DZS )

TOTAL FEES AND DISBURSEMENTS                              107,588.92

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

## CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine