November 10, 2009

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
October 01, 2009 - October 31, 2009

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 42.00 | 450.00 | $ 18,900.00 |
| Matt Marcos | Senior Director | 253.00 | 450.00 | 113,850.00 |
| Jeff Yim | Associate | 181.50 | 375.00 | 68,062.50 |
| Steve Kraus | Associate | 4.00 | 375.00 | 1,500.00 |
| **Total** | | **480.50** | | **$ 202,312.50** |

| | | |
|---|---|---|
| Total Fees | $ | 202,312.50 |
| Out-of-Pocket Expenses | | 17,807.15 |
| **Total Fees and Out-of-Pocket Expenses** | **$** | **220,119.65** |

**NOTES:**


**Wire Instructions:**
| | |
|---|---|
| Bank: | J.P. Morgan Chase |
| ABA: | 021000021 |
| Account Name: | Alvarez & Marsal, LLC |
| Account Number: | 9 5 7 3 4 7 8 4 7 |
| Project Number | 83009 |



1

**Alvarez & Marsal Healthcare Industry Group, LLC**

## Expense Summary

### October 01, 2009 - October 31, 2009

| Employee | Expense Type | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Meals | Hotel | |
| Paul Rundell | $ - | $ - | $ - | $ - | $ 277.40 | $ 153.94 | $ - | $ 431.34 |
| Matthew Marcos | 3,286.41 | - | 549.00 | - | 129.83 | 350.50 | 5,109.21 | 9,424.95 |
| Jeff Yim | 2,919.59 | 79.89 | 755.00 | | | 234.29 | 3,959.18 | 7,947.95 |
| Steve Kraus | - | - | - | - | 2.91 | - | - | 2.91 |
| | $ 6,206.00 | $ 79.89 | $ 1,304.00 | $ - | $ 410.14 | $ 738.73 | $ 9,068.39 | $ 17,807.15 |

# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---:|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|------|------------|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

# Alvarez & Marsal
# Time Detail

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 10/1/09 | 5 | Worked on various asset disposition issues | 1.00 | $ 450 | $ 450.00 |
| PBR | 10/1/09 | 31 | Worked on Statement & Schedule ("S&S") issues | 2.00 | $ 450 | 900.00 |
| PBR | 10/2/09 | 5 | Worked on various asset disposition issues | 1.00 | $ 450 | 450.00 |
| PBR | 10/2/09 | 31 | Worked on S&S issues | 1.00 | $ 450 | 450.00 |
| PBR | 10/5/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 2.00 | $ 450 | 900.00 |
| PBR | 10/6/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 1.70 | $ 450 | 765.00 |
| PBR | 10/6/09 | 5 | Call with Blackstone re assets to include in holdco and divest | 1.30 | $ 450 | 585.00 |
| PBR | 10/7/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 2.00 | $ 450 | 900.00 |
| PBR | 10/8/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 2.00 | $ 450 | 900.00 |
| PBR | 10/9/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 2.00 | $ 450 | 900.00 |
| PBR | 10/12/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 2.00 | $ 450 | 900.00 |
| PBR | 10/13/09 | 5 | Worked on asset disposition issues caused by lender not willing to release project | 2.00 | $ 450 | 900.00 |
| PBR | 10/14/09 | 5 | Worked on asset disposition issues caused by lender not willing to release project | 1.50 | $ 450 | 675.00 |
| PBR | 10/15/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 1.50 | $ 450 | 675.00 |
| PBR | 10/16/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 2.00 | $ 450 | 900.00 |
| PBR | 10/19/09 | 5 | Worked on asset disposition issues caused by lender not willing to release project | 2.00 | $ 450 | 900.00 |
| PBR | 10/20/09 | 5 | Worked on various asset disposition issues - buyer and broker issues caused by the filing | 2.00 | $ 450 | 900.00 |
| PBR | 10/21/09 | 5 | Worked on asset disposition issues caused by lender not willing to release project | 1.00 | $ 450 | 450.00 |
| PBR | 10/22/09 | 5 | Worked on asset disposition issues caused by lender not willing to release project | 2.00 | $ 450 | 900.00 |
| PBR | 10/23/09 | 5 | Calls with Tonkon and buyers re sales process and timeline | 2.00 | $ 450 | 900.00 |
| PBR | 10/26/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 10/27/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 10/28/09 | 5 | Discussed asset sales process with buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 10/29/09 | 5 | Discussed asset sales process with buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 10/30/09 | 5 | Worked on asset disposition issues (e.g., Northwesterly) - call with lender and buyer | 2.00 | $ 450 | 900.00 |
| VMM | 10/1/09 | 27 | Reviewed request for all documentation - litigation | 1.00 | $ 450 | 450.00 |
| VMM | 10/1/09 | 21 | Smart Park calls re: reserves and purchase price | 0.70 | $ 450 | 315.00 |
| VMM | 10/1/09 | 21 | Buyer due diligence calls | 1.60 | $ 450 | 720.00 |
| VMM | 10/1/09 | 21 | Call with CFO candidate | 0.70 | $ 450 | 315.00 |
| VMM | 10/1/09 | 21 | Calls with SW re: balance sheet items | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/1/09 | 21 | Review of SOFAs | 0.90 | $ 450 | 405.00 |
| VMM | 10/1/09 | 21 | Various calls re Buyer due diligence | 1.70 | $ 450 | 765.00 |
| VMM | 10/1/09 | 21 | Review of Moelis EL | 0.60 | $ 450 | 270.00 |
| VMM | 10/1/09 | 21 | Draft PSA review | 2.70 | $ 450 | 1,215.00 |
| VMM | 10/1/09 | 21 | Licensing call | 0.50 | $ 450 | 225.00 |
| VMM | 10/2/09 | 21 | Planning meeting | 6.00 | $ 450 | 2,700.00 |
| VMM | 10/2/09 | 21 | Meeting re: Moelis engagement | 1.30 | $ 450 | 585.00 |
| VMM | 10/2/09 | 21 | Lender call re: Term sheet | 0.60 | $ 450 | 270.00 |
| VMM | 10/4/09 | 21 | Buyer emails re: PSA and Facilities List | 1.30 | $ 450 | 585.00 |
| VMM | 10/5/09 | 25 | Call with 3rd party counsel re: valuation analyses | 0.70 | $ 450 | 315.00 |
| VMM | 10/5/09 | 21 | Lender negotiation planning | 2.70 | $ 450 | 1,215.00 |
| VMM | 10/5/09 | 21 | Buyer discussion re: additions/deletions | 1.20 | $ 450 | 540.00 |
| VMM | 10/5/09 | 21 | Worked on declaration re: Bond amount | 3.40 | $ 450 | 1,530.00 |
| VMM | 10/5/09 | 21 | Reviewed PSA | 2.70 | $ 450 | 1,215.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 10/5/09 | 21 | Call with Lender re: smart park | 0.70 | $ 450 | 315.00 |
| VMM | 10/5/09 | 21 | Calls/emails with buyer re due diligence and lender calls | 1.70 | $ 450 | 765.00 |
| VMM | 10/6/09 | 21 | Call with lender - Necanicum | 0.50 | $ 450 | 225.00 |
| VMM | 10/6/09 | 21 | Call with lender - Parkway | 0.70 | $ 450 | 315.00 |
| VMM | 10/6/09 | 21 | Call with Blackstone re: Lenders | 1.50 | $ 450 | 675.00 |
| VMM | 10/6/09 | 27 | Plan review, discussion | 1.30 | $ 450 | 585.00 |
| VMM | 10/6/09 | 21 | Review analysis of buyer kick out properties | 0.70 | $ 450 | 315.00 |
| VMM | 10/6/09 | 21 | Calls with GE re: loan restructuring | 1.30 | $ 450 | 585.00 |
| VMM | 10/6/09 | 21 | Lender calls | 1.30 | $ 450 | 585.00 |
| VMM | 10/6/09 | 21 | Cash collateral discussions | 0.90 | $ 450 | 405.00 |
| VMM | 10/6/09 | 21 | Planning meeting with Moelis | 0.60 | $ 450 | 270.00 |
| VMM | 10/6/09 | 21 | Calls with Smart Park lender | 0.40 | $ 450 | 180.00 |
| VMM | 10/6/09 | 21 | Declaration drafting | 1.70 | $ 450 | 765.00 |
| VMM | 10/6/09 | 21 | Due Dil re: Moelis scheduling | 0.90 | $ 450 | 405.00 |
| VMM | 10/6/09 | 21 | Review financials Smart Park | 1.30 | $ 450 | 585.00 |
| VMM | 10/6/09 | 21 | Calls with SW re: accounting info | 1.50 | $ 450 | 675.00 |
| VMM | 10/6/09 | 21 | Calls/emails with Moelis re: schedule, agenda | 0.70 | $ 450 | 315.00 |
| VMM | 10/7/09 | 21 | Loan analysis | 2.70 | $ 450 | 1,215.00 |
| VMM | 10/7/09 | 21 | Lender call - Westbrook | 0.70 | $ 450 | 315.00 |
| VMM | 10/7/09 | 21 | Lender call - Lubbock | 0.60 | $ 450 | 270.00 |
| VMM | 10/7/09 | 21 | Review term sheet - Lubbock | 0.70 | $ 450 | 315.00 |
| VMM | 10/7/09 | 21 | Lender calls | 1.70 | $ 450 | 765.00 |
| VMM | 10/7/09 | 21 | Calls with Moelis | 1.70 | $ 450 | 765.00 |
| VMM | 10/7/09 | 21 | Calls with SW re: due dil | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/7/09 | 21 | Calls/emails with buyer re due diligence | 1.60 | $ 450 | 720.00 |
| VMM | 10/7/09 | 21 | Edit declaration | 0.70 | $ 450 | 315.00 |
| VMM | 10/7/09 | 21 | Calls with SW re: Moelis agenda | 0.40 | $ 450 | 180.00 |
| VMM | 10/7/09 | 21 | Calls with buyer re: lender | 1.70 | $ 450 | 765.00 |
| VMM | 10/8/09 | 21 | Loan analysis | 1.70 | $ 450 | 765.00 |
| VMM | 10/8/09 | 27 | Various due diligence meetings re: Sale process | 3.70 | $ 450 | 1,665.00 |
| VMM | 10/8/09 | 27 | Call with buyer | 1.00 | $ 450 | 450.00 |
| VMM | 10/8/09 | 27 | Call with buyer | 0.60 | $ 450 | 270.00 |
| VMM | 10/8/09 | 27 | emails re: Smart Park | 0.40 | $ 450 | 180.00 |
| VMM | 10/8/09 | 21 | Admin | 1.30 | $ 450 | 585.00 |
| VMM | 10/9/09 | 27 | Moelis debrief on SW | 1.80 | $ 450 | 810.00 |
| VMM | 10/9/09 | 27 | Dataroom prividers review of proposals | 0.50 | $ 450 | 225.00 |
| VMM | 10/9/09 | 27 | Prepare and calls with SW executive committee | 0.80 | $ 450 | 360.00 |
| VMM | 10/9/09 | 27 | Calls with lender re: loan statement / balances | 0.60 | $ 450 | 270.00 |
| VMM | 10/9/09 | 27 | Calls with lender re: loan restructuring | 1.40 | $ 450 | 630.00 |
| VMM | 10/9/09 | 27 | Kick-off meeting with SW and Moelis | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/9/09 | 27 | Calls with buyer re: Smart Park | 0.40 | $ 450 | 180.00 |
| VMM | 10/9/09 | 27 | Call with lender re: loan restructuring | 0.50 | $ 450 | 225.00 |
| VMM | 10/9/09 | 27 | Prepare and call with CAH team re: stand-alone plan / sale | 1.40 | $ 450 | 630.00 |
| VMM | 10/10/09 | 27 | Revise lender term sheet | 0.60 | $ 450 | 270.00 |
| VMM | 10/10/09 | 27 | Calls/emails re: stand-along plan | 0.80 | $ 450 | 360.00 |
| VMM | 10/11/09 | 27 | Lender emails re: revised term sheet | 0.40 | $ 450 | 180.00 |
| VMM | 10/11/09 | 27 | Emails/calls re: stand-alone working session | 0.30 | $ 450 | 135.00 |
| VMM | 10/12/09 | 27 | Worked on lender term sheets | 0.70 | $ 450 | 315.00 |
| VMM | 10/12/09 | 27 | Buyer call re: due diligence - medicaid | 1.30 | $ 450 | 585.00 |
| VMM | 10/12/09 | 27 | Emails/Calls re: lender loan resturcturing | 0.80 | $ 450 | 360.00 |
| VMM | 10/12/09 | 27 | Planning calls with Moelis | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/13/09 | 27 | Planning meeting with CAH | 1.10 | $ 450 | 495.00 |
| VMM | 10/13/09 | 27 | Prepare and call with Buyer re: due diligence - bankruptcy | 1.30 | $ 450 | 585.00 |
| VMM | 10/13/09 | 27 | Prepare and call with team re: investor choice | 0.80 | $ 450 | 360.00 |
| VMM | 10/13/09 | 27 | Calls / emails re: smart park | 0.50 | $ 450 | 225.00 |
| VMM | 10/13/09 | 27 | Review and edit investor choice options | 0.70 | $ 450 | 315.00 |
| VMM | 10/13/09 | 27 | Review REIT rules | 0.50 | $ 450 | 225.00 |
| VMM | 10/13/09 | 27 | Review CIM | 3.80 | $ 450 | 1,710.00 |
| VMM | 10/13/09 | 27 | Preparing for Buyer meeting on Wed. 10/14 | 1.50 | $ 450 | 675.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 10/13/09 | 27 | Edit GE order approving loan restructuring | 0.70 | $ 450 | 315.00 |
| VMM | 10/13/09 | 27 | Drafting of loan restruturing guidelines for Buyer | 2.40 | $ 450 | 1,080.00 |
| VMM | 10/13/09 | 27 | Update loan restructuring schedule | 0.30 | $ 450 | 135.00 |
| VMM | 10/14/09 | 27 | Prepare and particiapte in Buyer negotiation session | 10.40 | $ 450 | 4,680.00 |
| VMM | 10/14/09 | 27 | Emails and calls re: loan interest rate caps | 0.80 | $ 450 | 360.00 |
| VMM | 10/14/09 | 27 | Review debt pricing model | 1.30 | $ 450 | 585.00 |
| VMM | 10/14/09 | 27 | Review CIM | 0.60 | $ 450 | 270.00 |
| VMM | 10/15/09 | 27 | Worked on Plan disclosure projections | 0.50 | $ 450 | 225.00 |
| VMM | 10/15/09 | 27 | Reviewed Moelis EL | 0.70 | $ 450 | 315.00 |
| VMM | 10/15/09 | 27 | Lender restructuring planning session | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/15/09 | 27 | Email/Calls with lenders | 1.10 | $ 450 | 495.00 |
| VMM | 10/15/09 | 27 | Emails and calls re: loan interest rate caps | 0.60 | $ 450 | 270.00 |
| VMM | 10/15/09 | 27 | Reviewed PSA | 1.30 | $ 450 | 585.00 |
| VMM | 10/15/09 | 27 | Reviewed debt schedules | 0.80 | $ 450 | 360.00 |
| VMM | 10/15/09 | 27 | Prepare and attend lender planning session | 1.10 | $ 450 | 495.00 |
| VMM | 10/15/09 | 27 | Prepare and call with Prudential | 0.70 | $ 450 | 315.00 |
| VMM | 10/15/09 | 27 | Calls re: PSA | 0.80 | $ 450 | 360.00 |
| VMM | 10/15/09 | 27 | Prepare and review CIM with Moelis team | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/16/09 | 27 | Prepare for and meet with KS, GY, TP re: PSA | 3.30 | $ 450 | 1,485.00 |
| VMM | 10/16/09 | 27 | Meeting re: taxes IN | 0.20 | $ 450 | 90.00 |
| VMM | 10/16/09 | 27 | Calls with Lenders | 1.30 | $ 450 | 585.00 |
| VMM | 10/16/09 | 27 | Calls/emails re: loan restructuring | 0.60 | $ 450 | 270.00 |
| VMM | 10/16/09 | 27 | Loan interest rate pricing analysis | 0.90 | $ 450 | 405.00 |
| VMM | 10/17/09 | 27 | PSA drafting session | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/17/09 | 27 | Review and prepare for PSA drating session | 3.50 | $ 450 | 1,575.00 |
| VMM | 10/17/09 | 27 | Industry overview for Moelis | 0.40 | $ 450 | 180.00 |
| VMM | 10/17/09 | 27 | Review revised projections | 1.40 | $ 450 | 630.00 |
| VMM | 10/17/09 | 27 | Worked on Lender presentation | 0.70 | $ 450 | 315.00 |
| VMM | 10/17/09 | 27 | emails re: Smart Park | 0.30 | $ 450 | 135.00 |
| VMM | 10/18/09 | 27 | Review PSA | 0.50 | $ 450 | 225.00 |
| VMM | 10/19/09 | 27 | Calls with cap providers re: pricing | 0.90 | $ 450 | 405.00 |
| VMM | 10/19/09 | 27 | Calls with KS, GY re: PSA | 1.50 | $ 450 | 675.00 |
| VMM | 10/19/09 | 27 | Review PSA | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/19/09 | 27 | Calls with buyer re: debt terms | 1.70 | $ 450 | 765.00 |
| VMM | 10/19/09 | 27 | Calls with buyer re: due dil | 0.90 | $ 450 | 405.00 |
| VMM | 10/19/09 | 27 | Calls re: smart park | 1.10 | $ 450 | 495.00 |
| VMM | 10/19/09 | 27 | Emails re: caps | 0.70 | $ 450 | 315.00 |
| VMM | 10/19/09 | 27 | Calls with SW re due dil | 1.30 | $ 450 | 585.00 |
| VMM | 10/19/09 | 27 | Calls with SW re: SnU | 1.20 | $ 450 | 540.00 |
| VMM | 10/20/09 | 27 | Plannng meeting with CAH, GY | 1.10 | $ 450 | 495.00 |
| VMM | 10/20/09 | 27 | Prepare and participate in Due Dil call with Buyer | 1.30 | $ 450 | 585.00 |
| VMM | 10/20/09 | 27 | Calls with SW re: SnU | 0.70 | $ 450 | 315.00 |
| VMM | 10/20/09 | 27 | Calls with buyer re: D.D. | 1.30 | $ 450 | 585.00 |
| VMM | 10/20/09 | 27 | Calls re: Receivership / CIM projections | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/20/09 | 27 | Calls re: loan pricing | 0.80 | $ 450 | 360.00 |
| VMM | 10/20/09 | 27 | Review due dil items with SW, H&A | 3.10 | $ 450 | 1,395.00 |
| VMM | 10/20/09 | 27 | Review Buyer issues list with SW, Moelis | 1.70 | $ 450 | 765.00 |
| VMM | 10/21/09 | 27 | Review Buyer d.d. issues with SW, H&A, and Moelis | 1.70 | $ 450 | 765.00 |
| VMM | 10/21/09 | 27 | Calls with SW re: projections and historical performance | 2.30 | $ 450 | 1,035.00 |
| VMM | 10/21/09 | 27 | Lender calls | 1.70 | $ 450 | 765.00 |
| VMM | 10/21/09 | 27 | Review 3rd party leases | 0.80 | $ 450 | 360.00 |
| VMM | 10/21/09 | 27 | Review entrance fee liabilities | 0.90 | $ 450 | 405.00 |
| VMM | 10/21/09 | 27 | Review medicaid census | 0.60 | $ 450 | 270.00 |
| VMM | 10/21/09 | 27 | Prepared debt pricing schedule | 2.10 | $ 450 | 945.00 |
| VMM | 10/22/09 | 27 | Calls with Moelis re: dd issues | 2.60 | $ 450 | 1,170.00 |
| VMM | 10/22/09 | 27 | Calls with SW re: entrance fees | 0.90 | $ 450 | 405.00 |
| VMM | 10/22/09 | 27 | Planning meeting with CAH team | 1.30 | $ 450 | 585.00 |
| VMM | 10/22/09 | 27 | Calls with SW re: out of period expenses | 0.80 | $ 450 | 360.00 |
| VMM | 10/22/09 | 27 | Review sources and uses with SW | 1.70 | $ 450 | 765.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 10/22/09 | 27 | Call with DIP lender | 0.50 | $ 450 | 225.00 |
| VMM | 10/22/09 | 27 | Worked on Lender presentation | 1.40 | $ 450 | 630.00 |
| VMM | 10/22/09 | 27 | Meetings re: lender timeline, schedule | 0.80 | $ 450 | 360.00 |
| VMM | 10/22/09 | 27 | Prepare for and participate in Buyer dd issue call | 1.40 | $ 450 | 630.00 |
| VMM | 10/23/09 | 27 | Worked on Lender presentation | 4.30 | $ 450 | 1,935.00 |
| VMM | 10/23/09 | 27 | Calls with Moelis re: buyer issues | 1.30 | $ 450 | 585.00 |
| VMM | 10/23/09 | 27 | Meeting re: Lender meeting | 1.70 | $ 450 | 765.00 |
| VMM | 10/23/09 | 27 | Review S&U | 0.90 | $ 450 | 405.00 |
| VMM | 10/24/09 | 27 | Worked on Lender presentation | 0.70 | $ 450 | 315.00 |
| VMM | 10/24/09 | 27 | Worked on loan pricing / purchase price adjustment analysis | 1.30 | $ 450 | 585.00 |
| VMM | 10/24/09 | 27 | Emails re: DD requests | 0.60 | $ 450 | 270.00 |
| VMM | 10/25/09 | 27 | Worked on Lender presentation | 1.40 | $ 450 | 630.00 |
| VMM | 10/26/09 | 27 | Emails/Calls re: lender negotiations | 0.70 | $ 450 | 315.00 |
| VMM | 10/26/09 | 27 | Reviewed stand-alone projections and sources and uses | 2.70 | $ 450 | 1,215.00 |
| VMM | 10/26/09 | 27 | Review Smart Park language | 1.20 | $ 450 | 540.00 |
| VMM | 10/27/09 | 27 | D.D. call with Blackstone | 1.10 | $ 450 | 495.00 |
| VMM | 10/27/09 | 27 | Lender planning meeting with CAH, GY | 1.20 | $ 450 | 540.00 |
| VMM | 10/27/09 | 27 | Worked on Lender presentation | 1.80 | $ 450 | 810.00 |
| VMM | 10/27/09 | 27 | Prepare and call with lender | 1.50 | $ 450 | 675.00 |
| VMM | 10/27/09 | 27 | Lender meeting - internal | 2.90 | $ 450 | 1,305.00 |
| VMM | 10/27/09 | 27 | Loan pricing review | 3.10 | $ 450 | 1,395.00 |
| VMM | 10/27/09 | 27 | Review recovery analysis | 0.60 | $ 450 | 270.00 |
| VMM | 10/27/09 | 27 | Lender calls | 1.40 | $ 450 | 630.00 |
| VMM | 10/28/09 | 27 | Prepare for and meet with GE | 1.30 | $ 450 | 585.00 |
| VMM | 10/28/09 | 27 | Review and prepare for Lender call | 1.50 | $ 450 | 675.00 |
| VMM | 10/28/09 | 27 | Emails and calls re: sale process | 0.50 | $ 450 | 225.00 |
| VMM | 10/28/09 | 27 | Call re: receivership properties | 0.60 | $ 450 | 270.00 |
| VMM | 10/28/09 | 27 | Review loan pricing schedule | 0.60 | $ 450 | 270.00 |
| VMM | 10/28/09 | 27 | Lender call | 1.70 | $ 450 | 765.00 |
| VMM | 10/28/09 | 27 | Review PSA | 3.50 | $ 450 | 1,575.00 |
| VMM | 10/28/09 | 27 | Review Moelis EL | 0.50 | $ 450 | 225.00 |
| VMM | 10/29/09 | 27 | Prepare for and calls re: Smart Park | 2.10 | $ 450 | 945.00 |
| VMM | 10/29/09 | 27 | Calls with Moelis re: sale | 1.40 | $ 450 | 630.00 |
| VMM | 10/29/09 | 27 | Meetings re: plan and professionals | 0.70 | $ 450 | 315.00 |
| VMM | 10/29/09 | 27 | Review Moelis EL | 0.40 | $ 450 | 180.00 |
| VMM | 10/29/09 | 27 | Prepare for and Call with Marathon | 1.10 | $ 450 | 495.00 |
| VMM | 10/29/09 | 27 | Review asset and liability schedule | 0.60 | $ 450 | 270.00 |
| VMM | 10/29/09 | 27 | Calls with Moelis re: D.D. | 1.60 | $ 450 | 720.00 |
| VMM | 10/29/09 | 27 | Review valuation analysis | 0.60 | $ 450 | 270.00 |
| VMM | 10/29/09 | 27 | Admin | 1.10 | $ 450 | 495.00 |
| VMM | 10/29/09 | 27 | Update recovery analysis | 0.80 | $ 450 | 360.00 |
| VMM | 10/30/09 | 27 | Prepare and Call with Regions | 1.50 | $ 450 | 675.00 |
| VMM | 10/30/09 | 27 | Prepare and Call with Prudential | 0.90 | $ 450 | 405.00 |
| VMM | 10/30/09 | 27 | Prepare and Call with TCB | 0.60 | $ 450 | 270.00 |
| VMM | 10/30/09 | 27 | Prepare and call with Marathon | 1.10 | $ 450 | 495.00 |
| VMM | 10/30/09 | 27 | Prepare and Call with buyer re: dd | 1.20 | $ 450 | 540.00 |
| VMM | 10/30/09 | 27 | Review loan portfolio | 1.30 | $ 450 | 585.00 |
| VMM | 10/30/09 | 27 | Calls re: cram down planning | 0.90 | $ 450 | 405.00 |
| VMM | 10/30/09 | 27 | Emails and calls re: Smart Park PSA | 0.60 | $ 450 | 270.00 |
| VMM | 10/30/09 | 27 | Review equity participation term sheet | 0.30 | $ 450 | 135.00 |
| VMM | 10/30/09 | 27 | Meetings with GY, SD re: lenders | 0.70 | $ 450 | 315.00 |
| VMM | 10/30/09 | 27 | Calls with MC | 0.60 | $ 450 | 270.00 |
| VMM | 10/30/09 | 27 | Calls with Moelis re: sale process | 0.70 | $ 450 | 315.00 |
| VMM | 10/30/09 | 27 | Capital structure review | 0.90 | $ 450 | 405.00 |
| VMM | 10/30/09 | 27 | Call with CAH re: process update | 0.30 | $ 450 | 135.00 |
| STK | 10/1/09 | 13 | Updating weekly cash reports for GE | 1.00 | $ 375 | 375.00 |
| STK | 10/7/09 | 13 | Updating weekly cash reports for GE | 1.00 | $ 375 | 375.00 |
| STK | 10/14/09 | 13 | Updating weekly cash reports for GE | 1.00 | $ 375 | 375.00 |
| STK | 10/21/09 | 13 | Updating weekly cash reports for GE | 1.00 | $ 375 | 375.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 10/1/09 | 21 | Model review with Moelis / Preparation and call | 3.50 | $ 375 | 1,312.50 |
| JY | 10/1/09 | 27 | SOFA review | 1.30 | $ 375 | 487.50 |
| JY | 10/1/09 | 21 | Financial model review and update | 5.20 | $ 375 | 1,950.00 |
| JY | 10/2/09 | 21 | Call re: model review and update | 1.00 | $ 375 | 375.00 |
| JY | 10/2/09 | 21 | Financial model review and update | 4.00 | $ 375 | 1,500.00 |
| JY | 10/5/09 | 21 | Blackstone kickout analysis | 3.50 | $ 375 | 1,312.50 |
| JY | 10/5/09 | 21 | Facility level financials review | 1.50 | $ 375 | 562.50 |
| JY | 10/5/09 | 21 | Financial model review and update | 3.00 | $ 375 | 1,125.00 |
| JY | 10/6/09 | 21 | Call re: model review and update - Moelis | 3.20 | $ 375 | 1,200.00 |
| JY | 10/6/09 | 21 | Working group list update | 0.80 | $ 375 | 300.00 |
| JY | 10/6/09 | 21 | Holdco Unit Analysis | 2.50 | $ 375 | 937.50 |
| JY | 10/5/09 | 21 | Financial model review and update | 2.00 | $ 375 | 750.00 |
| JY | 10/6/09 | 21 | Call re: model review and update - Moelis | 1.50 | $ 375 | 562.50 |
| JY | 10/7/09 | 27 | Opposition brief review | 1.20 | $ 375 | 450.00 |
| JY | 10/7/09 | 21 | Due Dil re: Moelis | 2.50 | $ 375 | 937.50 |
| JY | 10/7/09 | 21 | Financial model review and update | 3.50 | $ 375 | 1,312.50 |
| JY | 10/7/09 | 21 | Pendng and negotiated loan schedule review and update | 2.80 | $ 375 | 1,050.00 |
| JY | 10/8/09 | 27 | Various due diligence meetings re: Sale process | 4.00 | $ 375 | 1,500.00 |
| JY | 10/8/09 | 21 | Financial model review and update | 2.50 | $ 375 | 937.50 |
| JY | 10/9/09 | 21 | Debt pool analysis | 5.00 | $ 375 | 1,875.00 |
| JY | 10/9/09 | 21 | Holdco Unit Analysis | 0.50 | $ 375 | 187.50 |
| JY | 10/9/09 | 21 | Datasite review / access | 0.50 | $ 375 | 187.50 |
| JY | 10/12/09 | 27 | Planning calls with Moelis | 3.00 | $ 375 | 1,125.00 |
| JY | 10/12/09 | 21 | Holdco Unit Analysis | 2.00 | $ 375 | 750.00 |
| JY | 10/13/09 | 21 | CIM review | 2.60 | $ 375 | 975.00 |
| JY | 10/13/09 | 21 | Pending and negotiated loan schedule review and update | 2.20 | $ 375 | 825.00 |
| JY | 10/13/09 | 21 | Loan restructuring analysis | 2.40 | $ 375 | 900.00 |
| JY | 10/13/09 | 21 | Stock valuation analysis | 0.80 | $ 375 | 300.00 |
| JY | 10/14/09 | 21 | Pending and negotiated loan schedule review and update | 2.80 | $ 375 | 1,050.00 |
| JY | 10/14/09 | 21 | Various meetings / discussions regarding financial performance | 3.00 | $ 375 | 1,125.00 |
| JY | 10/14/09 | 21 | Various meetings / discussions regarding model update | 4.20 | $ 375 | 1,575.00 |
| JY | 10/15/09 | 21 | Various meetings / discussions regarding model update | 6.40 | $ 375 | 2,400.00 |
| JY | 10/15/09 | 21 | Capex and Def Maint Discussion | 1.20 | $ 375 | 450.00 |
| JY | 10/15/09 | 21 | Financial model review and update | 4.40 | $ 375 | 1,650.00 |
| JY | 10/16/09 | 21 | Pending and negotiated loan schedule review and update | 2.50 | $ 375 | 937.50 |
| JY | 10/16/09 | 21 | Financial model review and update | 3.50 | $ 375 | 1,312.50 |
| JY | 10/18/09 | 21 | Model review re: Moelis | 1.00 | $ 375 | 375.00 |
| JY | 10/19/09 | 21 | CIM review | 1.80 | $ 375 | 675.00 |
| JY | 10/19/09 | 21 | Pending and negotiated loan schedule review and update | 2.20 | $ 375 | 825.00 |
| JY | 10/19/09 | 21 | Worked on Lender presentation | 2.00 | $ 375 | 750.00 |
| JY | 10/20/09 | 27 | Plannng meeting with CAH, GY, MM | 1.10 | $ 375 | 412.50 |
| JY | 10/20/09 | 21 | Financial review re: Moelis - Receivership properties | 2.80 | $ 375 | 1,050.00 |
| JY | 10/20/09 | 21 | CIM review | 3.20 | $ 375 | 1,200.00 |
| JY | 10/20/09 | 21 | Financial model review and update | 4.90 | $ 375 | 1,837.50 |
| JY | 10/21/09 | 27 | Review Buyer d.d. issues with SW, H&A, and Moelis | 1.70 | $ 375 | 637.50 |
| JY | 10/21/09 | 27 | Calls with SW re: projections and historical performance | 2.30 | $ 375 | 862.50 |
| JY | 10/21/09 | 21 | Worked on Lender presentation | 2.30 | $ 375 | 862.50 |
| JY | 10/21/09 | 21 | Financial model review and update | 3.70 | $ 375 | 1,387.50 |
| JY | 10/22/09 | 21 | Blackstone bridge anlysis | 2.40 | $ 375 | 900.00 |
| JY | 10/22/09 | 21 | Worked on Lender presentation | 3.00 | $ 375 | 1,125.00 |
| JY | 10/22/09 | 21 | Pending and negotiated loan schedule review and update | 2.20 | $ 375 | 825.00 |
| JY | 10/22/09 | 21 | Review of SW financials | 1.40 | $ 375 | 525.00 |
| JY | 10/23/09 | 21 | Lender / loan restructuring analysis | 3.00 | $ 375 | 1,125.00 |
| JY | 10/26/09 | 21 | Projections comparison analysis | 1.20 | $ 375 | 450.00 |
| JY | 10/26/09 | 21 | Worked on Lender presentation / call preparations | 3.30 | $ 375 | 1,237.50 |
| JY | 10/27/09 | 21 | Worked on Lender presentation / call preparations | 2.00 | $ 375 | 750.00 |
| JY | 10/27/09 | 27 | Lender meeting - internal | 2.90 | $ 375 | 1,087.50 |
| JY | 10/27/09 | 27 | Loan pricing review | 3.10 | $ 375 | 1,162.50 |
| JY | 10/27/09 | 21 | Pending and negotiated loan schedule review and update | 4.00 | $ 375 | 1,500.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 10/28/09 | 27 | Loan pricing review | 3.70 | $ 375 | 1,387.50 |
| JY | 10/28/09 | 21 | Lender / loan restructuring analysis | 3.80 | $ 375 | 1,425.00 |
| JY | 10/28/09 | 21 | Pending and negotiated loan schedule review and update | 4.50 | $ 375 | 1,687.50 |
| JY | 10/29/09 | 21 | Financial model review and update | 4.30 | $ 375 | 1,612.50 |
| JY | 10/29/09 | 21 | Lender / loan restructuring analysis | 3.40 | $ 375 | 1,275.00 |
| JY | 10/29/09 | 21 | Preparation and call re: loan amortization with Blackstone | 2.80 | $ 375 | 1,050.00 |
| JY | 10/30/09 | 21 | Pending and negotiated loan schedule review and update | 3.00 | $ 375 | 1,125.00 |
| JY | 10/31/09 | 21 | Blackstone bridge anlysis | 2.00 | $ 375 | 750.00 |
| **Total** | | | | **480.50** | | **$202,312.50** |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| PBR | 10/1/09 | I | Wireless / Telecom usage charges | $ 277.40 |
| PBR | 10/1/09 | B | Working lunch PR, JY, MM, GY, Hamstreet Assoc | 153.94 |
| VMM | 10/12/09 | A | Flight JFK/PDX/JFK | 899.81 |
| VMM | 10/19/09 | A | Flight JFK/PDX/JFK | 1,467.80 |
| VMM | 10/26/09 | A | Flight JFK/PDX/JFK | 918.80 |
| VMM | 10/2/09 | B | Working dinner MM, BB | 78.00 |
| VMM | 10/7/09 | B | Working lunch PR, JY, KC, BB, MM, MC | 55.00 |
| VMM | 10/19/09 | B | Working dinner GY, JY, MM | 158.50 |
| VMM | 10/27/09 | B | Working Lunch with GY, SD, MM | 59.00 |
| VMM | 10/2/09 | D | Hotel Portland 1 night | 209.73 |
| VMM | 10/2/09 | D | Portland hotel 3 nights | 808.29 |
| VMM | 10/4/09 | D | Portland hotel 4 nights | 1,399.00 |
| VMM | 10/12/09 | D | Portland hotel 1night | 235.78 |
| VMM | 10/16/09 | D | Portland hotel 3 nights | 844.92 |
| VMM | 10/18/09 | D | Portland hotel 5 nights | 1,611.49 |
| VMM | 10/1/09 | I | Wireless / Telecom usage charges | 129.83 |
| VMM | 10/8/09 | J | Taxi from JFK | 80.00 |
| VMM | 10/8/09 | J | Taxi to PDX | 50.00 |
| VMM | 10/12/09 | J | Taxi to JFK | 80.00 |
| VMM | 10/16/09 | J | Taxi to PDX | 42.00 |
| VMM | 10/18/09 | J | Taxi from PDX | 50.00 |
| VMM | 10/23/09 | J | Taxi to PDX | 37.00 |
| VMM | 10/23/09 | J | Taxi from JFK | 80.00 |
| VMM | 10/26/09 | J | Taxi from PDX | 50.00 |
| VMM | 10/26/09 | J | Taxi to JFK | 80.00 |
| STK | 10/1/09 | I | Wireless / Telecom usage charges | 2.91 |
| JY | 10/2/09 | A | Flight Rountrip PDX | 797.39 |
| JY | 10/8/09 | A | Flight - PDX to MDW | 254.60 |
| JY | 10/13/09 | A | Flight - MDW to PDX | 244.60 |
| JY | 10/16/09 | A | Flight - PDX to MDW | 249.60 |
| JY | 10/19/09 | A | Flight - ORD to PDX | 574.60 |
| JY | 10/23/09 | A | Flight - PDX to ORD | 269.60 |
| JY | 10/27/09 | A | Flight - MDW to PDX | 259.60 |
| JY | 10/30/09 | A | Flight - PDX to ORD | 269.60 |
| JY | 10/2/09 | B | Working dinner | 17.48 |
| JY | 10/5/09 | B | Working lunch | 21.38 |
| JY | 10/8/09 | B | Working lunch | 13.90 |
| JY | 10/13/09 | B | Working lunch | 8.75 |
| JY | 10/15/09 | B | Working dinner MM, JY, MC, CH, BB | 147.50 |
| JY | 10/19/09 | B | Working lunch | 8.75 |
| JY | 10/27/09 | B | Working lunch | 8.75 |
| JY | 10/30/09 | B | Working lunch | 7.78 |
| JY | 10/15/09 | C | Car Rental - Parking | 1.36 |
| JY | 10/15/09 | C | Car Rental - Gas | 19.65 |
| JY | 10/22/09 | C | Car Rental - 2 days | 58.88 |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| JY | 10/2/09 | D | Portland hotel 3 nights | 773.77 |
| JY | 10/8/09 | D | Portland hotel 3 nights | 671.64 |
| JY | 10/16/09 | D | Portland hotel 4 nights | 749.27 |
| JY | 10/19/09 | D | Portland hotel 1 night | 152.75 |
| JY | 10/23/09 | D | Portland hotel 3 nights | 738.99 |
| JY | 10/30/09 | D | Portland hotel 4 nights | 872.76 |
| JY | 10/2/09 | J | Taxi from ORD | 40.00 |
| JY | 10/2/09 | J | Taxi to PDX | 40.00 |
| JY | 10/5/09 | J | Taxi to MDW | 40.00 |
| JY | 10/5/09 | J | Taxi from PDX | 40.00 |
| JY | 10/8/09 | J | Taxi to PDX | 40.00 |
| JY | 10/8/09 | J | Taxi from MDW | 40.00 |
| JY | 10/12/09 | J | Taxi from Office | 15.00 |
| JY | 10/13/09 | J | Taxi from PDX | 40.00 |
| JY | 10/13/09 | J | Taxi to MDW | 40.00 |
| JY | 10/13/09 | J | Taxi to Hotel | 10.00 |
| JY | 10/16/09 | J | Taxi to PDX | 40.00 |
| JY | 10/16/09 | J | Taxi from MDW | 40.00 |
| JY | 10/19/09 | J | Taxi to ORD | 40.00 |
| JY | 10/19/09 | J | Taxi from PDX | 40.00 |
| JY | 10/20/09 | J | Taxi to Hotel | 10.00 |
| JY | 10/23/09 | J | Taxi to PDX | 40.00 |
| JY | 10/23/09 | J | Taxi from ORD | 40.00 |
| JY | 10/27/09 | J | Taxi to MWD | 40.00 |
| JY | 10/27/09 | J | Taxi from PDX | 40.00 |
| JY | 10/30/09 | J | Taxi to PDX | 40.00 |
| JY | 10/30/09 | J | Taxi from ORD | 40.00 |
| **Total** | | | | **$ 17,807.15** |