Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302
1330 Connecticut Avenue NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

November 16, 2009

## INVOICE

Our Matter No. 017026.00001                                 Invoice No. 2323234
RESTRUCTURING ISSUES

**For Professional Services Rendered Through October 31, 2009:**

**Fees:**

| Attorney/Paralegal | Hours | Rate | Value |
|---|---|---|---|
| G.R. Yates | 269.10 | 450.00 | 121,095.00 |

**Total Fees:** $121,095.00

**Expenses:**

| | |
|---|---|
| Air Fare | 4,297.20 |
| Hotel | 5,534.51 |
| Rental Car | 265.51 |
| Taxis | 855.00 |
| Long Distance Telephone | 261.90 |
| Travel | 192.47 |
| Meals While On Travel | 3,185.47 |

**Total Expenses:** $14,592.06

**Total Due for this Period:** $135,687.06

Mr. Curtis Brody  
Chief Financial Officer  
Sunwest Management, Inc.  
3723 Fairview Industrial Drive SE  
PO Box 3006  
Salem, Oregon 97302

1330 Connecticut Avenue NW  
Washington, DC 20036-1795

Telephone 202.429.3000  
Facsimile 202.429.3902  
www.steptoe.com

IN ACCOUNT WITH

## STEPTOE & JOHNSON LLP

November 16, 2009

## REMITTANCE

Our Matter No. 017026.00001  
RESTRUCTURING ISSUES

Invoice No. 2323234

**For Professional Services Rendered Through October 31, 2009:**

| | |
|---|---:|
| Total Fees: | $121,095.00 |
| Total Expenses: | $14,592.06 |
| Total Due for this Period: | $135,687.06 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

---

Please send remittance to:  Steptoe & Johnson LLP  
Accounting Department  
1330 Connecticut Avenue, NW  
Washington, D.C. 20036-1795

Wiring Instructions:  
**Bank:** Wachovia Bank of Washington, D.C.  
**ABA#:** 054001220  
**Beneficiary's Account #:** 2000033223276  
**Swift Code** -- PNBP US 33  
**Beneficiary's Name:** Steptoe & Johnson LLP

Tax I.D. Number 52-1349790

# SUNWEST MANAGEMENT, INC.
# RESTRUCTURING ISSUES
# OCTOBER 2009

| Date | Name | Hour | Description |
|---|---|---|---|
| 10/01/09 | G.R. Yates | 11.30 | Meetings with CRO and Receiver to discuss game plan going forward with case. (6.9). Calls with secured lenders to explain plan (4.4). |
| 10/02/09 | G.R. Yates | 11.80 | Work on dispositions of property (7.4). Review and revise orders (4.4). |
| 10/05/09 | G.R. Yates | 11.30 | Work on secured lender restructurings (6.7) and despositions of properties (4.6) |
| 10/06/09 | G.R. Yates | 7.40 | Calls with secured lenders to discuss loan restructurings. |
| 10/06/09 | G.R. Yates | 4.20 | Calls with lenders to discuss disposition of properties. |
| 10/07/09 | G.R. Yates | 4.80 | Work on Blackstone Purchase and Sale Agreement issues. |
| 10/07/09 | G.R. Yates | 6.90 | Calls with secured lenders to discuss loan restructurings. |
| 10/08/09 | G.R. Yates | 5.80 | Calls with secured lenders to discuss loan restructurings. Review term sheets. |
| 10/08/09 | G.R. Yates | 6.40 | Work on bare land issues. |
| 10/09/09 | G.R. Yates | 6.70 | Meetings with secured lenders to discuss loan restructurings. |
| 10/09/09 | G.R. Yates | 5.70 | Work on issues relating to Blackstone sale. |
| 10/12/09 | G.R. Yates | 7.40 | Negotiations with secured lenders regarding loan restructurings. |
| 10/12/09 | G.R. Yates | 3.70 | Work on disposition of properties. |
| 10/13/09 | G.R. Yates | 6.70 | Meetings and preparation for Blackstone negotiating meeting. |
| 10/13/09 | G.R. Yates | 3.80 | Work on secured lender restructurings. |
| 10/14/09 | G.R. Yates | 8.30 | Meetings with various counsel and business representatives, including Blackstone, regarding the Purchase and Sale Agreement. |
| 10/14/09 | G.R. Yates | 4.30 | Work on secured lender loan restructurings. |
| 10/15/09 | G.R. Yates | 5.50 | Mediation with secured lenders regarding loan restructurings. |
| 10/15/09 | G.R. Yates | 5.90 | Work on GE issues including revision of Order approving loan restructuring. |

| Date | Name | Hour | Description |
|---|---|---|---|
| 10/16/09 | G.R. Yates | 6.30 | Work on Blackstone due diligence issues and representations and warranties. |
| 10/16/09 | G.R. Yates | 5.60 | Calls to secured lenders regarding loan restructurings. |
| 10/17/09 | G.R. Yates | 3.60 | Meetings to discuss and mark up Blackstone Purchase and Sale Agreement. |
| 10/18/09 | G.R. Yates | 3.80 | Close review and mark up of Blackstone Purchase and Sale Agreement. |
| 10/19/09 | G.R. Yates | 6.30 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/19/09 | G.R. Yates | 3.90 | Address property disposition issues. Calls to counsel regarding releases. |
| 10/20/09 | G.R. Yates | 5.80 | Work on Blackstone issues and due diligence. Meetings on representations and warranties. |
| 10/20/09 | G.R. Yates | 6.30 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/21/09 | G.R. Yates | 3.30 | Prepare for and participate in call with Blackstone to review Purchase and Sale comments. |
| 10/21/09 | G.R. Yates | 8.90 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/22/09 | G.R. Yates | 6.50 | Work on disposition issues. Calls to secured lenders. |
| 10/22/09 | G.R. Yates | 5.80 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/23/09 | G.R. Yates | 5.80 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/23/09 | G.R. Yates | 6.30 | Address Blackstone issues. Conference calls with Blackstone deal counsel. Conference calls with Blackstone regulatory counsel. |
| 10/26/09 | G.R. Yates | 7.80 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |

| Date | Name | Hour | Description |
|---|---|---|---|
| 10/26/09 | G.R. Yates | 5.20 | Work on disposition of properties. Review committee recommendations. |
| 10/27/09 | G.R. Yates | 7.60 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/27/09 | G.R. Yates | 4.90 | Work on Blackstone issues. Conference call with Blackstone counsel to discuss Purchase and Sale Agreement. |
| 10/28/09 | G.R. Yates | 6.90 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/28/09 | G.R. Yates | 5.70 | Work on property dispositions. |
| 10/29/09 | G.R. Yates | 7.30 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/29/09 | G.R. Yates | 4.80 | Address various investor issues related to Sunwest. |
| 10/30/09 | G.R. Yates | 6.60 | Work on secured lender issues. Calls to secured lender's counsel. Review existing loan documents. Draft term sheets. Discuss issues with Sunwest. |
| 10/30/09 | G.R. Yates | 6.20 | Address various issues related to the Blackstone transaction. |