December 15, 2009

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
November 01, 2009 - November 30, 2009

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 35.00 | 450.00 | $ 15,750.00 |
| Matt Marcos | Senior Director | 282.20 | 450.00 | 126,990.00 |
| Jeff Yim | Senior Associate | 234.30 | 375.00 | 87,862.50 |
| **Total** | | **551.50** | | **$ 230,602.50** |

| | |
|---|---|
| Total Fees | $ 230,602.50 |
| Out-of-Pocket Expenses | 18,290.28 |
| **Total Fees and Out-of-Pocket Expenses** | **$ 248,892.78** |

**NOTES:**


**Wire Instructions:**
| | |
|---|---|
| Bank: | J.P. Morgan Chase |
| ABA: | 021000021 |
| Account Name: | Alvarez & Marsal, LLC |
| Account Number: | 9 5 7 3 4 7 8 4 7 |
| Project Number | 83009 |



1

**Alvarez & Marsal Healthcare Industry Group, LLC**

## Expense Summary

### November 01, 2009 - November 30, 2009

| Employee | Expense Type | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Meals | Hotel | |
| Paul Rundell | $ - | $ - | $ - | $ - | $ 85.33 | $ - | $ - | $ 85.33 |
| Matthew Marcos | 3,972.10 | - | 1,511.07 | - | 114.04 | 982.90 | 4,899.32 | 11,479.43 |
| Jeff Yim | 2,947.20 | | 574.24 | | 160.21 | 321.88 | 2,721.99 | 6,725.52 |
| | $ 6,919.30 | $ - | $ 2,085.31 | $ - | $ 359.58 | $ 1,304.78 | $ 7,621.31 | $ 18,290.28 |

# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---:|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|------|------------|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 11/2/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | $ 900.00 |
| PBR | 11/3/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 11/4/09 | 5 | Worked on Plaza and Colonial deals and spoke to brokers | 2.00 | $ 450 | 900.00 |
| PBR | 11/5/09 | 5 | Worked on the Chancellor, Graysonview and Weatherly deals | 2.00 | $ 450 | 900.00 |
| PBR | 11/6/09 | 5 | Analyzed process, court hearings and worked on buyer concerns | 2.00 | $ 450 | 900.00 |
| PBR | 11/9/09 | 5 | Analyzed process, court hearings and worked on buyer concerns | 2.00 | $ 450 | 900.00 |
| PBR | 11/10/09 | 5 | Analyzed process, court hearings and worked on buyer concerns | 2.00 | $ 450 | 900.00 |
| PBR | 11/11/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 11/12/09 | 5 | Analyzed process, court hearings and worked on buyer concerns. Including call with GE regarding various issues | 2.00 | $ 450 | 900.00 |
| PBR | 11/13/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 11/16/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 11/17/09 | 5 | Analyzed process, court hearings and worked on buyer concerns | 2.00 | $ 450 | 900.00 |
| PBR | 11/18/09 | 5 | Analyzed process, court hearings and worked on buyer concerns | 1.00 | $ 450 | 450.00 |
| PBR | 11/19/09 | 5 | Analyzed process, court hearings and worked on buyer concerns. Issue with Graysonview deal | 2.00 | $ 450 | 900.00 |
| PBR | 11/20/09 | 5 | Analyzed process, court hearings and worked on buyer concerns. Including call with GE regarding various issues | 1.80 | $ 450 | 810.00 |
| PBR | 11/20/09 | 5 | Reviewed motions for 363 sales | 2.20 | $ 450 | 990.00 |
| PBR | 11/23/09 | 5 | Discussed asset sales process with buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 11/24/09 | 5 | Analyzed process, court hearings and worked on buyer concerns | 1.00 | $ 450 | 450.00 |
| PBR | 11/25/09 | 5 | Analyzed process, court hearings and worked on buyer concerns. Including call with GE regarding various issues | 2.00 | $ 450 | 900.00 |
| JY | 11/2/09 | 21 | Admin | 1.30 | $ 375 | 487.50 |
| JY | 11/2/09 | 21 | Lender / loan restructuring analysis | 3.70 | $ 375 | 1,387.50 |
| JY | 11/3/09 | 21 | Review of SW financials | 3.30 | $ 375 | 1,237.50 |
| JY | 11/3/09 | 21 | Financial model review and update | 4.00 | $ 375 | 1,500.00 |
| JY | 11/3/09 | 21 | Admin | 1.40 | $ 375 | 525.00 |
| JY | 11/3/09 | 21 | CIM review | 3.30 | $ 375 | 1,237.50 |
| JY | 11/4/09 | 21 | Review of SW financials | 3.30 | $ 375 | 1,237.50 |
| JY | 11/4/09 | 21 | Financial model review and update | 4.00 | $ 375 | 1,500.00 |
| JY | 11/4/09 | 21 | CIM review | 3.80 | $ 375 | 1,425.00 |
| JY | 11/4/09 | 21 | Pending and negotiated loan schedule review and update | 0.40 | $ 375 | 150.00 |
| JY | 11/5/09 | 21 | Financial model review and update | 4.60 | $ 375 | 1,725.00 |
| JY | 11/5/09 | 21 | Blackstone S/U analysis | 3.80 | $ 375 | 1,425.00 |
| JY | 11/5/09 | 21 | Blackstone Bridge analysis | 3.60 | $ 375 | 1,350.00 |
| JY | 11/6/09 | 21 | Financial model review and update | 3.00 | $ 375 | 1,125.00 |
| JY | 11/8/09 | 36 | Public ALF Comparable valuations | 3.00 | $ 375 | 1,125.00 |
| JY | 11/9/09 | 21 | Blackstone bridge anlysis | 2.00 | $ 375 | 750.00 |
| JY | 11/9/09 | 36 | Public ALF Comparable valuations | 3.40 | $ 375 | 1,275.00 |
| JY | 11/9/09 | 36 | ESC Earnings call | 1.00 | $ 375 | 375.00 |
| JY | 11/9/09 | 31 | PSA schedule review | 2.60 | $ 375 | 975.00 |
| JY | 11/9/09 | 36 | ALF Transaction analysis | 2.50 | $ 375 | 937.50 |
| JY | 11/10/09 | 21 | CIM review | 2.40 | $ 375 | 900.00 |
| JY | 11/10/09 | 31 | PSA schedule review | 2.60 | $ 375 | 975.00 |
| JY | 11/10/09 | 21 | Blackstone bridge anlysis | 2.50 | $ 375 | 937.50 |
| JY | 11/10/09 | 36 | Public ALF Comparable valuations | 1.20 | $ 375 | 450.00 |
| JY | 11/10/09 | 21 | Financial model review and update | 3.30 | $ 375 | 1,237.50 |
| JY | 11/11/09 | 31 | PSA schedule review | 1.20 | $ 375 | 450.00 |
| JY | 11/11/09 | 21 | Pending and negotiated loan schedule review and update | 2.20 | $ 375 | 825.00 |
| JY | 11/11/09 | 36 | Public ALF WACC analysis | 1.20 | $ 375 | 450.00 |
| JY | 11/11/09 | 21 | Loan term sheet review | 4.50 | $ 375 | 1,687.50 |
| JY | 11/11/09 | 21 | Loan term sheet review with Blackstone | 2.90 | $ 375 | 1,087.50 |
| JY | 11/12/09 | 21 | Loan amortization review | 0.50 | $ 375 | 187.50 |
| JY | 11/12/09 | 21 | Blackstone S/U analysis | 2.80 | $ 375 | 1,050.00 |
| JY | 11/12/09 | 21 | Financial model review and update | 2.60 | $ 375 | 975.00 |
| JY | 11/12/09 | 21 | Review of SW financials | 3.30 | $ 375 | 1,237.50 |
| JY | 11/12/09 | 21 | Loan term sheet review | 1.30 | $ 375 | 487.50 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 11/13/09 | 21 | Loan amortization review | 0.40 | $ 375 | 150.00 |
| JY | 11/13/09 | 21 | Loan term sheet review | 3.20 | $ 375 | 1,200.00 |
| JY | 11/13/09 | 21 | Financial model review and update | 0.80 | $ 375 | 300.00 |
| JY | 11/13/09 | 21 | Call with SW re: PSA and business issues | 1.50 | $ 375 | 562.50 |
| JY | 11/13/09 | 21 | Call with Moelis re: Blackstone | 1.10 | $ 375 | 412.50 |
| JY | 11/14/09 | 21 | Loan term sheet review | 2.50 | $ 375 | 937.50 |
| JY | 11/14/09 | 21 | Pending and negotiated loan schedule review and update | 1.10 | $ 375 | 412.50 |
| JY | 11/14/09 | 21 | Blackstone S/U analysis | 1.90 | $ 375 | 712.50 |
| JY | 11/15/09 | 21 | Blackstone S/U analysis | 2.40 | $ 375 | 900.00 |
| JY | 11/15/09 | 21 | Loan term sheet review / call | 3.40 | $ 375 | 1,275.00 |
| JY | 11/15/09 | 21 | Black Scholes analysis | 4.20 | $ 375 | 1,575.00 |
| JY | 11/16/09 | 21 | Financial model review and update | 3.40 | $ 375 | 1,275.00 |
| JY | 11/16/09 | 21 | Black Scholes analysis | 2.30 | $ 375 | 862.50 |
| JY | 11/16/09 | 21 | Pending and negotiated loan schedule review and update | 4.30 | $ 375 | 1,612.50 |
| JY | 11/16/09 | 21 | Call with Blackstone re: Loan terms | 1.50 | $ 375 | 562.50 |
| JY | 11/17/09 | 21 | Call with Moelis re: PSA and S/U | 1.60 | $ 375 | 600.00 |
| JY | 11/17/09 | 21 | Strategic Alternatives presentation | 2.50 | $ 375 | 937.50 |
| JY | 11/17/09 | 31 | PSA schedule review | 2.60 | $ 375 | 975.00 |
| JY | 11/17/09 | 21 | Pending and negotiated loan schedule review and update | 3.50 | $ 375 | 1,312.50 |
| JY | 11/17/09 | 21 | Loan amortization review | 0.40 | $ 375 | 150.00 |
| JY | 11/17/09 | 21 | PSA dry closing schedule review | 0.70 | $ 375 | 262.50 |
| JY | 11/17/09 | 21 | PSA section 2.5(b) schedule review | 1.70 | $ 375 | 637.50 |
| JY | 11/18/09 | 21 | Call with Blackstone re: PSA | 5.60 | $ 375 | 2,100.00 |
| JY | 11/18/09 | 31 | PSA review | 3.40 | $ 375 | 1,275.00 |
| JY | 11/18/09 | 21 | Pending and negotiated loan schedule review and update | 2.80 | $ 375 | 1,050.00 |
| JY | 11/18/09 | 31 | PSA schedule review | 2.60 | $ 375 | 975.00 |
| JY | 11/18/09 | 21 | PSA section 2.5(b) schedule review | 0.90 | $ 375 | 337.50 |
| JY | 11/18/09 | 21 | Loan term sheet review | 1.20 | $ 375 | 450.00 |
| JY | 11/19/09 | 21 | Call with Blackstone re: PSA | 4.20 | $ 375 | 1,575.00 |
| JY | 11/19/09 | 21 | PSA section 2.5(b) schedule review | 0.90 | $ 375 | 337.50 |
| JY | 11/19/09 | 21 | PSA purchase price allocation analysis | 2.40 | $ 375 | 900.00 |
| JY | 11/19/09 | 21 | Pending and negotiated loan schedule review and update | 3.60 | $ 375 | 1,350.00 |
| JY | 11/19/09 | 21 | Call with Blackstone re: Loan terms | 1.30 | $ 375 | 487.50 |
| JY | 11/19/09 | 21 | Loan term sheet review | 2.50 | $ 375 | 937.50 |
| JY | 11/19/09 | 21 | Strategic Alternatives presentation | 0.60 | $ 375 | 225.00 |
| JY | 11/20/09 | 21 | Call with Blackstone re: Lender reserves | 1.00 | $ 375 | 375.00 |
| JY | 11/20/09 | 21 | Loan term sheet review | 1.00 | $ 375 | 375.00 |
| JY | 11/20/09 | 31 | PSA schedule review | 2.40 | $ 375 | 900.00 |
| JY | 11/20/09 | 21 | Call with Blackstone re: NPV Interest Rate schedule review | 3.50 | $ 375 | 1,312.50 |
| JY | 11/20/09 | 21 | Pending and negotiated loan schedule review and update | 3.60 | $ 375 | 1,350.00 |
| JY | 11/22/09 | 21 | Pending and negotiated loan schedule review and update | 2.50 | $ 375 | 937.50 |
| JY | 11/23/09 | 21 | Loan term sheet review | 2.00 | $ 375 | 750.00 |
| JY | 11/23/09 | 21 | Pending and negotiated loan schedule review and update | 3.20 | $ 375 | 1,200.00 |
| JY | 11/23/09 | 21 | Loan amortization review | 0.40 | $ 375 | 150.00 |
| JY | 11/23/09 | 21 | Call with Blackstone re: Lender reserves / PSA schedules | 1.00 | $ 375 | 375.00 |
| JY | 11/23/09 | 31 | PSA schedule review | 2.40 | $ 375 | 900.00 |
| JY | 11/24/09 | 21 | PSA section 2.5(b) schedule review | 3.40 | $ 375 | 1,275.00 |
| JY | 11/24/09 | 21 | Call with Moelis re: PSA | 1.00 | $ 375 | 375.00 |
| JY | 11/24/09 | 21 | Pending and negotiated loan schedule review and update | 3.20 | $ 375 | 1,200.00 |
| JY | 11/24/09 | 36 | Public ALF Comparable valuations | 1.40 | $ 375 | 525.00 |
| JY | 11/24/09 | 21 | NPV Interest Rate schedule review | 3.50 | $ 375 | 1,312.50 |
| JY | 11/25/09 | 21 | Divestco Bridge analysis | 3.50 | $ 375 | 1,312.50 |
| JY | 11/25/09 | 36 | Public ALF Comparable valuations | 0.50 | $ 375 | 187.50 |
| JY | 11/25/09 | 21 | Loan term sheet review | 3.00 | $ 375 | 1,125.00 |
| JY | 11/25/09 | 21 | NPV Interest Rate schedule review | 2.00 | $ 375 | 750.00 |
| JY | 11/27/09 | 21 | Pending and negotiated loan schedule review and update | 4.30 | $ 375 | 1,612.50 |
| JY | 11/27/09 | 21 | Loan term sheet review | 2.00 | $ 375 | 750.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 11/28/09 | 21 | Call with Blackstone re: PSA section 2.5(b) schedule review | 2.50 | $ 375 | 937.50 |
| JY | 11/29/09 | 21 | PSA section 2.5(b) schedule review | 1.50 | $ 375 | 562.50 |
| JY | 11/30/09 | 21 | Financial model review and update | 4.00 | $ 375 | 1,500.00 |
| JY | 11/30/09 | 21 | Review of SW financials | 3.30 | $ 375 | 1,237.50 |
| JY | 11/30/09 | 21 | NPV Interest Rate schedule review | 0.70 | $ 375 | 262.50 |
| VMM | 11/2/09 | 21 | Calls and emails with GY, SD re: lender status | 0.70 | $ 450 | 315.00 |
| VMM | 11/2/09 | 21 | Calls with Lenders -- Marathon | 1.10 | $ 450 | 495.00 |
| VMM | 11/2/09 | 21 | Calls with Lenders -- Plains Capital | 0.80 | $ 450 | 360.00 |
| VMM | 11/2/09 | 21 | Review projections -- Autumns | 1.30 | $ 450 | 585.00 |
| VMM | 11/2/09 | 21 | Lender negotiation -- Prudential | 1.20 | $ 450 | 540.00 |
| VMM | 11/2/09 | 15 | Review sources and uses -- BS sale | 1.40 | $ 450 | 630.00 |
| VMM | 11/2/09 | 15 | Review claimant investor term sheet | 0.90 | $ 450 | 405.00 |
| VMM | 11/3/09 | 15 | Calls with buyer re: diligence, loan terms | 1.30 | $ 450 | 585.00 |
| VMM | 11/3/09 | 21 | Negotiations with lenders - Tutera | 1.70 | $ 450 | 765.00 |
| VMM | 11/3/09 | 15 | Review CIM | 3.30 | $ 450 | 1,485.00 |
| VMM | 11/3/09 | 15 | Review Sept YTD financials | 2.10 | $ 450 | 945.00 |
| VMM | 11/3/09 | 21 | Calls with GY re: lender negotiations | 0.80 | $ 450 | 360.00 |
| VMM | 11/3/09 | 15 | Review projections for CIM, disclosure statement | 0.90 | $ 450 | 405.00 |
| VMM | 11/4/09 | 21 | Lender negotiations - Marathon | 0.90 | $ 450 | 405.00 |
| VMM | 11/4/09 | 21 | Lender negotiations - Plains Capital | 1.30 | $ 450 | 585.00 |
| VMM | 11/4/09 | 21 | Lender negotiations - Internal | 0.70 | $ 450 | 315.00 |
| VMM | 11/4/09 | 15 | Review CIM | 2.70 | $ 450 | 1,215.00 |
| VMM | 11/4/09 | 15 | Calls with SW re: recievership financials | 0.70 | $ 450 | 315.00 |
| VMM | 11/4/09 | 15 | Breakfast meeting re: lender status and buyer status | 1.10 | $ 450 | 495.00 |
| VMM | 11/4/09 | 15 | Meeting with MC, AK, CAH re: stand-alone plan | 1.20 | $ 450 | 540.00 |
| VMM | 11/4/09 | 15 | Review buyer term sheet ammendment | 0.70 | $ 450 | 315.00 |
| VMM | 11/4/09 | 15 | Calls with Moelis re: buyer adjustments | 1.30 | $ 450 | 585.00 |
| VMM | 11/4/09 | 15 | Calls with SW re: sources and uses | 0.60 | $ 450 | 270.00 |
| VMM | 11/4/09 | 15 | Review smart park PSA | 0.50 | $ 450 | 225.00 |
| VMM | 11/4/09 | 15 | Call DZ re: Smart Park | 0.40 | $ 450 | 180.00 |
| VMM | 11/5/09 | 15 | Calls with buyer re: cash proceeds | 1.30 | $ 450 | 585.00 |
| VMM | 11/5/09 | 21 | Call with Prudential re: Englewood heaights | 0.60 | $ 450 | 270.00 |
| VMM | 11/5/09 | 15 | Internal meetings re: lenders | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/5/09 | 15 | Meeting with MC, re: stand-alone plan | 1.40 | $ 450 | 630.00 |
| VMM | 11/5/09 | 21 | Calls with lender - Tutera | 0.70 | $ 450 | 315.00 |
| VMM | 11/5/09 | 21 | Calls with potential DIP lender | 0.40 | $ 450 | 180.00 |
| VMM | 11/5/09 | 15 | Meeting with potential operator | 1.40 | $ 450 | 630.00 |
| VMM | 11/5/09 | 15 | Calls / emails re: receivership financials | 0.70 | $ 450 | 315.00 |
| VMM | 11/5/09 | 15 | Review buyer bridge analysis | 0.60 | $ 450 | 270.00 |
| VMM | 11/5/09 | 15 | Review loan balances | 2.50 | $ 450 | 1,125.00 |
| VMM | 11/5/09 | 15 | Review smart park PSA | 0.80 | $ 450 | 360.00 |
| VMM | 11/5/09 | 21 | Review Autumns financials | 0.80 | $ 450 | 360.00 |
| VMM | 11/5/09 | 15 | Calls re: Smart Park PSA | 0.40 | $ 450 | 180.00 |
| VMM | 11/5/09 | 21 | Review Lender term sheet - New South | 0.50 | $ 450 | 225.00 |
| VMM | 11/5/09 | 15 | Internal meetings, emails re: Disclosure and Plan | 1.20 | $ 450 | 540.00 |
| VMM | 11/6/09 | 15 | Worked on revised sources and uses for sale | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/6/09 | 15 | Worked on revised recovery from sale | 2.50 | $ 450 | 1,125.00 |
| VMM | 11/6/09 | 21 | Revised term sheet for Marathon loan | 0.70 | $ 450 | 315.00 |
| VMM | 11/6/09 | 15 | Calls re: Smart Park sale | 1.30 | $ 450 | 585.00 |
| VMM | 11/6/09 | 15 | Worked on revised PSA | 3.10 | $ 450 | 1,395.00 |
| VMM | 11/6/09 | 15 | Review of Blackstone downard price adjustments | 2.70 | $ 450 | 1,215.00 |
| VMM | 11/7/09 | 15 | Review of market comps for ALF | 0.40 | $ 450 | 180.00 |
| VMM | 11/7/09 | 15 | Emails re: unencumbered assets | 0.30 | $ 450 | 135.00 |
| VMM | 11/7/09 | 15 | Preparation of unencumbered asset schedule | 0.50 | $ 450 | 225.00 |
| VMM | 11/7/09 | 15 | Review of sources and uses for BX deal | 1.10 | $ 450 | 495.00 |
| VMM | 11/8/09 | 15 | Review market comps | 0.70 | $ 450 | 315.00 |
| VMM | 11/9/09 | 15 | Review PSA schedule to prepare | 0.70 | $ 450 | 315.00 |
| VMM | 11/9/09 | 15 | Review Blackstone closing items | 1.40 | $ 450 | 630.00 |
| VMM | 11/9/09 | 15 | Schedules for PSA | 2.30 | $ 450 | 1,035.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 11/9/09 | 15 | Prepared for and internal call re: response to buyer re: PSA changes | 2.60 | $ 450 | 1,170.00 |
| VMM | 11/9/09 | 21 | Prepared for and call with lender -- PCB | 0.90 | $ 450 | 405.00 |
| VMM | 11/9/09 | 21 | Prepared for and call with lender -- Autumns | 0.80 | $ 450 | 360.00 |
| VMM | 11/9/09 | 15 | Prepard for and call re: BX PSA adjustments | 2.80 | $ 450 | 1,260.00 |
| VMM | 11/9/09 | 15 | Reviewed market comps | 0.50 | $ 450 | 225.00 |
| VMM | 11/10/09 | 15 | Reviewed Smart Park PSA | 1.30 | $ 450 | 585.00 |
| VMM | 11/10/09 | 21 | Prepared for and call with lender -- Tutera | 0.70 | $ 450 | 315.00 |
| VMM | 11/10/09 | 15 | Worked on closing statement | 1.40 | $ 450 | 630.00 |
| VMM | 11/10/09 | 15 | Reviewed bridge analysis for BX deal | 1.70 | $ 450 | 765.00 |
| VMM | 11/10/09 | 21 | Prepared for and call with lender -- Autumns | 1.30 | $ 450 | 585.00 |
| VMM | 11/10/09 | 21 | Reviewed CS 20 and CS 27 term sheet | 0.60 | $ 450 | 270.00 |
| VMM | 11/10/09 | 21 | Prepared for and met re: CS loans | 1.10 | $ 450 | 495.00 |
| VMM | 11/10/09 | 15 | Reviewed and met re: PSA revisions | 3.40 | $ 450 | 1,530.00 |
| VMM | 11/10/09 | 21 | Prepared for and met re: FNMA loans | 1.50 | $ 450 | 675.00 |
| VMM | 11/10/09 | 21 | Prepared for and call with Marathon | 0.70 | $ 450 | 315.00 |
| VMM | 11/11/09 | 15 | Prepared for and call re: PSA | 3.50 | $ 450 | 1,575.00 |
| VMM | 11/11/09 | 21 | Prepared for and call re: Marathon | 0.60 | $ 450 | 270.00 |
| VMM | 11/11/09 | 15 | Analyzed market comps | 0.50 | $ 450 | 225.00 |
| VMM | 11/11/09 | 21 | Prepared for and call re: Prudential | 0.70 | $ 450 | 315.00 |
| VMM | 11/11/09 | 15 | Prepard for and call re: BX PSA adjustments | 3.70 | $ 450 | 1,665.00 |
| VMM | 11/11/09 | 15 | Reviewed declaration re: SubCon | 0.70 | $ 450 | 315.00 |
| VMM | 11/11/09 | 15 | Gathered receiverships financial information | 1.70 | $ 450 | 765.00 |
| VMM | 11/12/09 | 15 | Prepared for and Calls with buyer re: PSA | 5.30 | $ 450 | 2,385.00 |
| VMM | 11/12/09 | 21 | Prepared for and call re: Prudential | 0.50 | $ 450 | 225.00 |
| VMM | 11/12/09 | 15 | Prepard for and meeting re: BX PSA adjustments | 4.00 | $ 450 | 1,800.00 |
| VMM | 11/12/09 | 15 | Reviewed sources and uses | 1.10 | $ 450 | 495.00 |
| VMM | 11/12/09 | 15 | Reviewed sale process update | 1.20 | $ 450 | 540.00 |
| VMM | 11/13/09 | 15 | Prepared for and Calls with buyer re: PSA | 4.60 | $ 450 | 2,070.00 |
| VMM | 11/13/09 | 21 | Prepared for and call re: Prudential | 0.20 | $ 450 | 90.00 |
| VMM | 11/13/09 | 15 | Prepard for and call re: BX PSA adjustments | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/13/09 | 15 | Reviewed sources and uses | 1.60 | $ 450 | 720.00 |
| VMM | 11/13/09 | 15 | Reviewed sale process update | 1.40 | $ 450 | 630.00 |
| VMM | 11/14/09 | 15 | Reviewed sources and uses | 1.30 | $ 450 | 585.00 |
| VMM | 11/14/09 | 15 | Reviewed sale process update | 1.80 | $ 450 | 810.00 |
| VMM | 11/14/09 | 15 | Worked on stand alone plan financials | 3.00 | $ 450 | 1,350.00 |
| VMM | 11/14/09 | 15 | Reviewed draft closing statement | 2.80 | $ 450 | 1,260.00 |
| VMM | 11/14/09 | 15 | Meeting re: sale process | 1.40 | $ 450 | 630.00 |
| VMM | 11/15/09 | 15 | Reviewed PSA | 5.50 | $ 450 | 2,475.00 |
| VMM | 11/15/09 | 15 | Reviewed stand alone plan | 1.30 | $ 450 | 585.00 |
| VMM | 11/15/09 | 15 | Reviewed black scholes analysis | 1.10 | $ 450 | 495.00 |
| VMM | 11/15/09 | 15 | Reviewed stand alone projections | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/16/09 | 15 | Reviewed PSA | 6.50 | $ 450 | 2,925.00 |
| VMM | 11/16/09 | 21 | Prepared for and call with stand-alone lender | 1.00 | $ 450 | 450.00 |
| VMM | 11/16/09 | 21 | Prepared for and call with stand-alone lender2 | 1.30 | $ 450 | 585.00 |
| VMM | 11/16/09 | 15 | Reviewed sources and uses | 0.90 | $ 450 | 405.00 |
| VMM | 11/16/09 | 15 | Prepared for and call re: sources and uses | 2.10 | $ 450 | 945.00 |
| VMM | 11/16/09 | 21 | Prepared for and Call with Lender -- Marathon | 0.90 | $ 450 | 405.00 |
| VMM | 11/17/09 | 15 | Reviewed PSA | 4.40 | $ 450 | 1,980.00 |
| VMM | 11/17/09 | 15 | Prepared for and Call with buyer re: debt schedule | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/17/09 | 15 | Prepared for and Calls with buyer re: PSA | 3.70 | $ 450 | 1,665.00 |
| VMM | 11/17/09 | 15 | Reviewed debt schedule | 0.90 | $ 450 | 405.00 |
| VMM | 11/17/09 | 15 | Reviewed A/R aging | 0.60 | $ 450 | 270.00 |
| VMM | 11/17/09 | 15 | Reviewed sources and uses | 1.30 | $ 450 | 585.00 |
| VMM | 11/17/09 | 15 | Prepared for and call re: sources and uses | 1.10 | $ 450 | 495.00 |
| VMM | 11/17/09 | 21 | Prepared for and Call with Lender -- Marathon | 0.60 | $ 450 | 270.00 |
| VMM | 11/18/09 | 15 | Prepared for and Calls with buyer re: PSA | 4.20 | $ 450 | 1,890.00 |
| VMM | 11/18/09 | 21 | Prepared for and call re: Prudential | 0.30 | $ 450 | 135.00 |
| VMM | 11/18/09 | 15 | Prepard for and call re: BX PSA adjustments | 3.40 | $ 450 | 1,530.00 |
| VMM | 11/18/09 | 15 | Reviewed sources and uses | 3.40 | $ 450 | 1,530.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 11/18/09 | 15 | Reviewed sale process update | 1.70 | $ 450 | 765.00 |
| VMM | 11/19/09 | 15 | Reviewed PSA | 2.70 | $ 450 | 1,215.00 |
| VMM | 11/19/09 | 15 | Prepared for and Call with buyer re: debt schedule | 1.30 | $ 450 | 585.00 |
| VMM | 11/19/09 | 15 | Prepared for and Calls with buyer re: PSA | 6.70 | $ 450 | 3,015.00 |
| VMM | 11/19/09 | 15 | Reviewed debt schedule | 1.30 | $ 450 | 585.00 |
| VMM | 11/19/09 | 15 | Reviewed A/R aging | 0.40 | $ 450 | 180.00 |
| VMM | 11/19/09 | 15 | Reviewed sources and uses | 1.70 | $ 450 | 765.00 |
| VMM | 11/19/09 | 15 | Prepared for and call re: sources and uses | 1.60 | $ 450 | 720.00 |
| VMM | 11/20/09 | 15 | Calls / emails with buyer re: schedules, debt | 2.70 | $ 450 | 1,215.00 |
| VMM | 11/20/09 | 15 | Calls / emails with Moelis re: sale process | 1.30 | $ 450 | 585.00 |
| VMM | 11/20/09 | 15 | Review of PSA | 2.70 | $ 450 | 1,215.00 |
| VMM | 11/20/09 | 15 | Calls re: PSA | 1.60 | $ 450 | 720.00 |
| VMM | 11/20/09 | 15 | Review of schedules | 0.60 | $ 450 | 270.00 |
| VMM | 11/20/09 | 15 | Calls re: schedules | 0.70 | $ 450 | 315.00 |
| VMM | 11/20/09 | 15 | Review of debt schedule | 1.40 | $ 450 | 630.00 |
| VMM | 11/20/09 | 15 | Worked on stand alone plan financials | 1.00 | $ 450 | 450.00 |
| VMM | 11/20/09 | 15 | Reviewed reserve balances | 0.40 | $ 450 | 180.00 |
| VMM | 11/20/09 | 15 | Prepared for and call re: reserve schedule | 0.50 | $ 450 | 225.00 |
| VMM | 11/21/09 | 15 | Calls / emails with potential buyer | 1.70 | $ 450 | 765.00 |
| VMM | 11/21/09 | 15 | Call re: Smart Park | 0.70 | $ 450 | 315.00 |
| VMM | 11/21/09 | 15 | Reviewed A/R aging | 0.40 | $ 450 | 180.00 |
| VMM | 11/21/09 | 15 | Reviewed sources and uses | 0.60 | $ 450 | 270.00 |
| VMM | 11/21/09 | 15 | Reviewed reserve balances | 0.70 | $ 450 | 315.00 |
| VMM | 11/21/09 | 15 | Review of schedules | 0.50 | $ 450 | 225.00 |
| VMM | 11/22/09 | 15 | Calls with MC re: plan | 0.60 | $ 450 | 270.00 |
| VMM | 11/22/09 | 15 | Review plan documents | 1.30 | $ 450 | 585.00 |
| VMM | 11/22/09 | 15 | Reviewed debt schedule | 0.40 | $ 450 | 180.00 |
| VMM | 11/23/09 | 15 | Meetings with BX re: PSA and loan terms | 6.50 | $ 450 | 2,925.00 |
| VMM | 11/23/09 | 15 | Calls with Lender re: term sheet | 1.30 | $ 450 | 585.00 |
| VMM | 11/23/09 | 15 | Prepared for and Call with buyer re: debt schedule | 1.70 | $ 450 | 765.00 |
| VMM | 11/23/09 | 15 | Reviewed debt schedule | 0.80 | $ 450 | 360.00 |
| VMM | 11/23/09 | 15 | Reviewed A/R aging | 0.40 | $ 450 | 180.00 |
| VMM | 11/23/09 | 15 | Reviewed sources and uses | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/24/09 | 15 | Calls / emails with buyer re: schedules, debt | 2.40 | $ 450 | 1,080.00 |
| VMM | 11/24/09 | 15 | Calls / emails with Moelis re: sale process | 1.20 | $ 450 | 540.00 |
| VMM | 11/24/09 | 15 | Review of PSA | 3.40 | $ 450 | 1,530.00 |
| VMM | 11/24/09 | 15 | Calls re: PSA | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/24/09 | 15 | Review of schedules | 0.60 | $ 450 | 270.00 |
| VMM | 11/24/09 | 15 | Calls re: schedules | 0.40 | $ 450 | 180.00 |
| VMM | 11/24/09 | 15 | Reviewed sources and uses | 1.70 | $ 450 | 765.00 |
| VMM | 11/25/09 | 15 | Calls / emails with buyer re: schedules, debt | 2.40 | $ 450 | 1,080.00 |
| VMM | 11/25/09 | 15 | Calls / emails with Moelis re: sale process | 1.10 | $ 450 | 495.00 |
| VMM | 11/25/09 | 15 | Review of PSA | 2.70 | $ 450 | 1,215.00 |
| VMM | 11/25/09 | 15 | Calls re: PSA | 2.30 | $ 450 | 1,035.00 |
| VMM | 11/25/09 | 15 | Review of schedules | 0.40 | $ 450 | 180.00 |
| VMM | 11/25/09 | 15 | Calls re: schedules | 0.50 | $ 450 | 225.00 |
| VMM | 11/25/09 | 15 | Reviewed sources and uses | 0.90 | $ 450 | 405.00 |
| VMM | 11/26/09 | 15 | Meeting re: BX deal | 0.90 | $ 450 | 405.00 |
| VMM | 11/26/09 | 21 | Reviewed CS 20 and CS 27 term sheet | 0.70 | $ 450 | 315.00 |
| VMM | 11/27/09 | 15 | Calls / emails with buyer re: schedules, debt | 2.80 | $ 450 | 1,260.00 |
| VMM | 11/27/09 | 15 | Review of PSA | 4.80 | $ 450 | 2,160.00 |
| VMM | 11/27/09 | 15 | Calls re: PSA | 1.40 | $ 450 | 630.00 |
| VMM | 11/27/09 | 15 | Calls re: schedules | 0.60 | $ 450 | 270.00 |
| VMM | 11/28/09 | 15 | Calls / emails with buyer re: schedules, debt | 0.70 | $ 450 | 315.00 |
| VMM | 11/28/09 | 15 | Calls re: schedules | 0.60 | $ 450 | 270.00 |
| VMM | 11/29/09 | 15 | Calls / emails with buyer re: schedules, debt | 0.80 | $ 450 | 360.00 |
| VMM | 11/29/09 | 15 | Review of PSA | 1.10 | $ 450 | 495.00 |
| VMM | 11/29/09 | 15 | Calls re: PSA | 1.20 | $ 450 | 540.00 |
| VMM | 11/29/09 | 15 | Reviewed sources and uses | 2.30 | $ 450 | 1,035.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 11/30/09 | 15 | Calls / emails with buyer re: schedules, debt | 4.10 | $ 450 | 1,845.00 |
| VMM | 11/30/09 | 15 | Calls / emails with Moelis re: sale process | 1.30 | $ 450 | 585.00 |
| VMM | 11/30/09 | 15 | Review of PSA | 1.70 | $ 450 | 765.00 |
| VMM | 11/30/09 | 15 | Calls re: PSA | 2.90 | $ 450 | 1,305.00 |
| VMM | 11/30/09 | 15 | Review of schedules | 0.30 | $ 450 | 135.00 |
| VMM | 11/30/09 | 15 | Calls re: schedules | 0.30 | $ 450 | 135.00 |
| VMM | 11/30/09 | 15 | Reviewed sources and uses | 1.70 | $ 450 | 765.00 |
| **Total** | | | | **551.50** | | **$230,602.50** |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| JY | 11/3/09 | A | Flight - MDW to PDX | $ 264.60 |
| JY | 11/6/09 | A | Flight - PDX to JFK | 474.60 |
| JY | 11/8/09 | A | Flight - JFK to PDX | 474.60 |
| JY | 11/13/09 | A | Flight - PDX to ORD | 269.60 |
| JY | 11/16/09 | A | Flight - ORD to PDX | 679.60 |
| JY | 11/19/09 | A | Flight - PDX to ORD | 379.60 |
| JY | 11/30/09 | A | Flight - JFK to PDX | 404.60 |
| JY | 11/3/09 | B | Working meal | 12.75 |
| JY | 11/4/09 | B | Working meal | 22.24 |
| JY | 11/4/09 | B | Working meal (MM, JY, MC, CH, GY) | 108.75 |
| JY | 11/8/09 | B | Working meal | 20.68 |
| JY | 11/9/09 | B | Working meal | 15.55 |
| JY | 11/10/09 | B | Working meal | 8.85 |
| JY | 11/10/09 | B | Working meal (MM, JY, CR - Sunwest) | 59.40 |
| JY | 11/11/09 | B | Working meal | 8.75 |
| JY | 11/12/09 | B | Working meal | 7.00 |
| JY | 11/19/09 | B | Working meal | 18.45 |
| JY | 11/20/09 | B | Working meal | 15.36 |
| JY | 11/30/09 | B | Working meal | 24.10 |
| JY | 11/10/09 | D | Portland hotel 3 nights | 388.89 |
| JY | 11/13/09 | D | Portland hotel 4 nights | 1,163.46 |
| JY | 11/20/09 | D | Portland hotel 3 nights | 1,169.64 |
| JY | 11/2/09 | I | Wireless / Telecom usage charges | 160.21 |
| JY | 11/3/09 | J | Taxi to MDW | 40.00 |
| JY | 11/3/09 | J | Taxi from PDX | 40.00 |
| JY | 11/5/09 | J | Taxi to Hotel | 10.00 |
| JY | 11/5/09 | J | Taxi to PDX | 40.00 |
| JY | 11/6/09 | J | Taxi from JFK | 36.24 |
| JY | 11/8/09 | J | Taxi to JFK | 40.00 |
| JY | 11/8/09 | J | Taxi from PDX | 40.00 |
| JY | 11/9/09 | J | Taxi to Hotel | 10.00 |
| JY | 11/13/09 | J | Taxi to PDX | 40.00 |
| JY | 11/13/09 | J | Taxi from ORD | 40.00 |
| JY | 11/16/09 | J | Taxi to ORD | 40.00 |
| JY | 11/16/09 | J | Taxi from PDX | 40.00 |
| JY | 11/19/09 | J | Taxi to PDX | 40.00 |
| JY | 11/19/09 | J | Taxi from ORD | 40.00 |
| JY | 11/30/09 | J | Taxi to JFK | 40.00 |
| JY | 11/30/09 | J | Taxi from PDX | 38.00 |
| PBR | 11/1/09 | I | Wireless / Telecom usage charges | 66.58 |
| PBR | 11/2/09 | I | Conference call usage charges | 18.75 |
| VMM | 11/1/09 | I | Wireless / Telecom usage charges | 11.93 |
| VMM | 11/2/09 | I | Conference call usage charges | 2.86 |
| VMM | 11/23/09 | I | Wireless / Telecom usage charges | 99.25 |
| VMM | 11/8/09 | J | Taxi to JFK | 80.00 |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| VMM | 11/6/09 | J | Taxi from JFK | 80.00 |
| VMM | 10/31/09 | J | Taxi from JFK | 120.00 |
| VMM | 11/3/09 | J | Taxi to JFK | 80.00 |
| VMM | 10/30/09 | J | Tai to PDX | 40.00 |
| VMM | 11/23/09 | J | Taxi to meeting with BX | 13.00 |
| VMM | 11/20/09 | J | Taxi from JFK | 200.00 |
| VMM | 11/24/09 | J | Taxi to meeting with BX | 13.00 |
| VMM | 12/6/09 | J | Taxi to JFK | 80.00 |
| VMM | 12/11/09 | J | Taxi from JFK | 80.00 |
| VMM | 12/4/09 | J | Taxi from JFK | 55.07 |
| VMM | 11/8/09 | J | Taxi from PDX | 40.00 |
| VMM | 11/3/09 | J | Taxi from PDX | 40.00 |
| VMM | 11/6/09 | J | Taxi to PDX | 40.00 |
| VMM | 11/20/09 | J | Taxito PDX | 40.00 |
| VMM | 11/8/09 | J | Taxi from PDX | 50.00 |
| VMM | 11/21/09 | J | Taxi to PDX | 50.00 |
| VMM | 11/29/09 | J | Taxi from PDX | 50.00 |
| VMM | 12/7/09 | J | Taxi from PDX | 50.00 |
| VMM | 12/4/09 | J | Taxi to PDX | 50.00 |
| VMM | 12/11/09 | J | Taxi to PDX | 50.00 |
| VMM | 11/29/09 | J | Taxi to JFK | 80.00 |
| VMM | 12/14/09 | J | Taxi to JFK | 80.00 |
| VMM | 12/14/09 | J | Taxi from PDX | 50.00 |
| VMM | 11/16/09 | B | Working dinner SD, GY, JY, MM | 290.00 |
| VMM | 12/10/09 | B | Working breakfast CH, MM | 10.55 |
| VMM | 11/24/09 | B | Working lunch RL | 58.63 |
| VMM | 11/29/09 | B | Working dinner | 71.50 |
| VMM | 11/15/09 | B | Working lunch | 41.40 |
| VMM | 11/11/09 | B | Working dinner BB | 121.50 |
| VMM | 11/11/09 | B | Working lunch BB | 38.50 |
| VMM | 11/11/09 | B | Working breafast | 9.95 |
| VMM | 11/9/09 | B | Working lunch JY, MM, CH | 86.50 |
| VMM | 10/29/09 | B | Working lunch | 48.50 |
| VMM | 11/4/09 | B | Working dinner BB, MM | 180.25 |
| VMM | 11/5/09 | B | Working breakfast H&A office | 25.62 |
| VMM | 11/6/09 | D | Hotel in PDX 11/3-6 | 732.14 |
| VMM | 10/30/09 | D | Hotel in PDX 10/26-30 | 1,128.92 |
| VMM | 11/16/09 | D | Hotel in PDX 11/8-16 | 2,229.68 |
| VMM | 11/18/09 | D | Hotel in PDX 11/18 | 326.95 |
| VMM | 11/16/09 | D | Hotel in PDX 11/16 | 481.63 |
| VMM | 11/3/09 | A | Airfare JFK/PDX/JFK w/ change fee | 970.40 |
| VMM | 11/29/09 | A | Airfare JFK/PDX/JFK | 1,033.30 |
| VMM | 11/6/09 | A | Airfare PDX/JFK reissue ticket w/ fee | 584.60 |
| VMM | 11/21/09 | A | Airfare PDX/JFK reissue ticket w/ fee | 584.60 |
| VMM | 11/8/09 | A | Airfare JFK/PDX/JFK | 799.20 |
| **Total** | | | | **$ 18,290.28** |