# STATEMENT
LAW OFFICES
## GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

December 8, 2009

CLYDE A HAMSTREET & ASSOCIATES LLC  6622-001
ATTN CLYDE HAMSTREET
1 SW COLUMBIA ST STE 1000
PORTLAND OR 97258-2024

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT    Amount Enclosed $ _____

---

## STATEMENT FOR PERIOD THROUGH 11/30/09

LEGAL SERVICES REGARDING: Sunwest Management, Inc.

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 11/02/09 | Review series of e-mails re CRO agreement issues and e-mails re Velure mediation matters (.10); Review Stayton SW Assisted Living electronic case docket and filings (1.40); Review SEC action electronic case docket and new filings (.10). | DAF | 1.60 | $664.00 |
| 11/03/09 | Review electronic case dockets and new filings. | DAF | .20 | $83.00 |
| 11/04/09 | Review electronic case dockets and new filings. | DAF | .30 | $124.50 |
| 11/05/09 | Review electronic case dockets and new filings (.10); Receive and review series of e-mails from B Miller re dispute over HFG notes under CRO agreement and related e-mails from Clyde and A Kennedy (.20); Analyze same and review distribution plan (.30); E-mail to B Miller re CRO's response to demand for HFG notes under CRO agreement (.40). | DAF | 1.00 | $415.00 |
| 11/06/09 | Review electronic case dockets and new filings (.40); E-mail to G Yates re transmittal of G&M's billing statement for October 2009 for filing in SEC action (.10). | DAF | .50 | $207.50 |
| 11/09/09 | Review electronic case dockets and | DAF | .20 | $83.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%),
will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.

# STATEMENT

LAW OFFICES

# GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC        12/08/09            6622-001    PAGE  2

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT       Amount Enclosed $ _____

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | new filings. | | | |
| 11/10/09 | Review electronic case dockets and new filings (.10); Receive and review e-mail from M Fick's with proposed stipulation dismissing Clyde and Hamstreet & Associates as relief defendants in SEC action and draft proposed revisions to same (.60). | DAF | .70 | $290.50 |
| 11/11/09 | E-mail to M Fickes et al re transmittal of revised draft of stipulation and receive and review e-mails from M Fickes re acknowledgement of same (.10); Review electronic case dockets and new filings (.10); Exchange e-mails with G Yates re application for payment of 20 percent holdback to Hamstreet and other professionals (.10). | DAF | .30 | $124.50 |
| 11/12/09 | Telephone call to Clyde re SEC stipulation (.10); Exchange e-mails with M Fick's re approval of stipulation and timing for submission of same (.20); Review electronic case dockets and new filings (.70). | DAF | 1.00 | $415.00 |
| 11/17/09 | Review electronic case dockets and new filings. | DAF | .10 | $41.50 |
| 11/18/09 | Review electronic case dockets and new filings. | DAF | .10 | $41.50 |
| 11/19/09 | Review electronic case dockets and new filings. | DAF | .10 | $41.50 |
| 11/20/09 | Review electronic case dockets and new filings. | DAF | .10 | $41.50 |
| 11/23/09 | Review electronic case dockets and | DAF | .30 | $124.50 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

GREENE & MARKLEY, P.C.

# STATEMENT
LAW OFFICES
## GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC     12/08/09     6622-001    PAGE 3

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT    Amount Enclosed $ _____

---

```
               new filings.
  11/24/09    Review electronic case dockets and    DAF    .30         $124.50
               new filings.
  11/30/09    Review electronic case dockets and    DAF    .20          $83.00
               new filings.
                                                                      ---------
               TOTAL FEES                                              $2,905.00

               BALANCE IN TRUST                         $54,877.50CR

PRIOR STATEMENT BALANCE                                               $56,739.20
                                                                      ---------
PAY THIS AMOUNT                                                       $59,644.20

TO DATE FEES BILLED         $362,432.50

TO DATE COSTS BILLED             $554.69

               STATEMENT OF ACCOUNT
          4/10/09 Bill      12,458.90
          5/08/09 Bill      10,723.60
          6/05/09 Bill       9,719.30
          7/09/09 Bill       2,265.70
          8/10/09 Bill       2,431.90
          9/09/09 Bill       2,249.30
         10/07/09 Bill      11,578.50
         11/06/09 Bill       5,312.00
         12/08/09 Bill       2,905.00
                          ----------
                           $59,644.20

Any Payments Received After December 8, 2009
Will Appear on Your Next Statement
```

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed