Mr. Curtis Brody  
Chief Financial Officer  
Sunwest Management, Inc.  
3723 Fairview Industrial Drive SE  
PO Box 3006  
Salem, Oregon 97302  

1330 Connecticut Avenue NW  
Washington, DC 20036-1795  

Telephone 202.429.3000  
Facsimile 202.429.3902  
www.steptoe.com  

IN ACCOUNT WITH  

# STEPTOE & JOHNSON LLP

December 9, 2009

## INVOICE

Our Matter No. 017026.00001  Invoice No. 2325937  
RESTRUCTURING ISSUES

**For Professional Services Rendered Through November 30, 2009:**

**Fees:**

| Attorney/Paralegal | Hours | Rate | Value |
|---|---|---|---|
| G.R. Yates | 238.50 | 450.00 | 107,325.00 |

| | |
|---|---|
| **Total Fees:** | **$107,325.00** |

**Expenses:**

| | |
|---|---|
| Air Fare | 2,407.10 |
| NY Fax | 4.60 |
| Hotel | 1,350.35 |
| Taxis | 495.00 |
| Teleconferencing Calls - Long Distance | 122.16 |
| Long Distance Telephone | 266.04 |
| Travel | 95.43 |
| Meals While On Travel | 842.65 |

| | |
|---|---|
| **Total Expenses:** | **$5,583.33** |
| **Total Due for this Period:** | **$112,908.33** |

Tax I.D. Number 52-1349790

Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

1330 Connecticut Avenue NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

December 9, 2009

## REMITTANCE

Our Matter No. 017026.00001
RESTRUCTURING ISSUES

Invoice No. 2325937

**For Professional Services Rendered Through November 30, 2009:**

| | |
|---|---:|
| Total Fees: | $107,325.00 |
| Total Expenses: | $5,583.33 |
| Total Due for this Period: | $112,908.33 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

| Please send remittance to: | Steptoe & Johnson LLP<br>Accounting Department<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036-1795 | **Wiring Instructions:**<br>**Bank:** Wachovia Bank of Washington, D.C.<br>**ABA#:** 054001220<br>**Beneficiary's Account #:** 2000033223276<br>**Swift Code** -- PNBP US 33<br>**Beneficiary's Name:** Steptoe & Johnson LLP |
|---|---|---|

Tax I.D. Number 52-1349790

# SUNWEST MANAGEMENT, INC.
# RESTRUCTURING ISSUES
# NOVEMBER 2009

| Date | Name | Hour | Description |
|---|---|---|---|
| 11/02/09 | G.R. Yates | 5.30 | Revise GE loan modification documents. |
| 11/02/09 | G.R. Yates | 3.70 | Prepare for mediations on 11/3 with Bank of Whitman, Ventas and Yellowstone Bank. |
| 11/02/09 | G.R. Yates | 3.30 | Conference calls with Capmark and Stillwater National Bank to discuss loan restructurings. Discuss issues with client. |
| 11/03/09 | G.R. Yates | 12.40 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/04/09 | G.R. Yates | 11.80 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/05/09 | G.R. Yates | 12.30 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/06/09 | G.R. Yates | 11.90 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/09/09 | G.R. Yates | 12.60 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/10/09 | G.R. Yates | 11.80 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/11/09 | G.R. Yates | 12.30 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |

| Date | Name | Hour | Description |
|---|---|---|---|
| 11/12/09 | G.R. Yates | 12.40 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/13/09 | G.R. Yates | 11.90 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/16/09 | G.R. Yates | 12.60 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/17/09 | G.R. Yates | 12.30 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/18/09 | G.R. Yates | 11.80 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/19/09 | G.R. Yates | 12.10 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/20/09 | G.R. Yates | 11.90 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/23/09 | G.R. Yates | 12.50 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/24/09 | G.R. Yates | 11.80 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |

| Date | Name | Hour | Description |
|---|---|---|---|
| 11/25/09 | G.R. Yates | 12.60 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/27/09 | G.R. Yates | 6.90 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |
| 11/30/09 | G.R. Yates | 12.30 | Work on secured lender issues regarding restructuring loans. Work on disposition of properties. Address issues related to Blackstone transaction. Numerous calls to discuss various operational issues at Sunwest. |