Mr. Curtis Brody  
Chief Financial Officer  
Sunwest Management, Inc.  
3723 Fairview Industrial Drive SE  
PO Box 3006  
Salem, Oregon 97302

1330 Connecticut Avenue NW  
Washington, DC 20036-1795

Telephone 202.429.3000  
Facsimile 202.429.3902  
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

January 15, 2010

## INVOICE

Our Matter No. 017026.00001  
RESTRUCTURING ISSUES

Invoice No. 2329419

**For Professional Services Rendered Through December 31, 2009:**

**Fees:**

| Attorney/Paralegal | Hours | Rate | Value |
|---|---|---|---|
| G.R. Yates | 231.60 | 450.00 | 104,220.00 |

**Total Fees:** $104,220.00

**Expenses:**

| | |
|---|---|
| Air Fare | 3,822.60 |
| Local Messenger | 8.70 |
| Federal Express | 34.05 |
| Hotel | 4,554.90 |
| Taxis | 564.30 |
| Teleconferencing Calls - Long Distance | 33.83 |
| Long Distance Telephone | 642.75 |
| Travel | 221.42 |
| Meals While On Travel | 3,641.86 |
| Westlaw On-line Research | 11.98 |

**Total Expenses:** $13,536.39

**Total Due for this Period:** $117,756.39

Tax I.D. Number 52-1349790

Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

1330 Connecticut Avenue NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

January 15, 2010

## REMITTANCE

Our Matter No. 017026.00001
RESTRUCTURING ISSUES

Invoice No. 2329419

**For Professional Services Rendered Through December 31, 2009:**

| | |
|---|---:|
| **Total Fees:** | $104,220.00 |
| **Total Expenses:** | $13,536.39 |
| **Total Due for this Period:** | $117,756.39 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

| Please send remittance to: | Steptoe & Johnson LLP<br>Accounting Department<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036-1795 | Wiring Instructions:<br>**Bank:** Wachovia Bank of Washington, D.C.<br>**ABA#:** 054001220<br>**Beneficiary's Account #:** 2000033223276<br>**Swift Code** -- PNBP US 33<br>**Beneficiary's Name:** Steptoe & Johnson LLP |
|---|---|---|

Tax I.D. Number 52-1349790

# SUNWEST MANAGEMENT, INC.
# RESTRUCTURING ISSUES
# DECEMBER 2009

| Date | Name | Hour | Description |
| --- | --- | --- | --- |
| 12/01/09 | G.R. Yates | 3.60 | Work on Blackstone issues including preparing comments on Purchase and Sale Agreement. |
| 12/01/09 | G.R. Yates | 2.90 | Address secured lender issues and negotiate restructuring agreements. |
| 12/02/09 | G.R. Yates | 4.80 | Mediation with Judge Velure on issues relating to Dr. Falk's investments and claims. |
| 12/02/09 | G.R. Yates | 5.10 | Mediation with Judge Velure relating to Tutera loans and claims including tax issues. |
| 12/02/09 | G.R. Yates | 0.90 | Work on GE loan restructuring issues. |
| 12/03/09 | G.R. Yates | 5.80 | Address Blackstone issues including due diligence schedules and review of Purchase and Sale Agreement. |
| 12/03/09 | G.R. Yates | 1.80 | Conference call with Blackstone to discuss remaining issues. |
| 12/03/09 | G.R. Yates | 4.70 | Numerous secured creditor calls to move restructuring negotiations forward. Revise term sheets. |
| 12/04/09 | G.R. Yates | 1.70 | Conference call to discuss Blackstone issues including licensing and exclusivity. |
| 12/04/09 | G.R. Yates | 4.30 | Work on disposition of properties with Sunwest employees and lenders. |
| 12/04/09 | G.R. Yates | 6.80 | Work on secured lender issues involving restructuring of loans. Revise loan modification agreements. |
| 12/07/09 | G.R. Yates | 6.70 | Work on restructuring secured loans. |
| 12/07/09 | G.R. Yates | 7.20 | Address various issues relating to the Blackstone Purchase and Sale Agreement. |
| 12/08/09 | G.R. Yates | 8.10 | Work on Blackstone matter including numerous conference calls. |
| 12/08/09 | G.R. Yates | 6.20 | Address secured lender issues and negotiate restructurings. |
| 12/09/09 | G.R. Yates | 3.90 | Work on property disposition matters including drafting orders. |
| 12/09/09 | G.R. Yates | 6.80 | Work on Blackstone Agreement and related issues. |
| 12/09/09 | G.R. Yates | 3.80 | Address various secured lender restructuring issues. |
| 12/10/09 | G.R. Yates | 9.30 | Work on Blackstone issues. |

| Date | Name | Hour | Description |
|---|---|---|---|
| 12/10/09 | G.R. Yates | 4.60 | Address issues related to secured loan restructuring. |
| 12/11/09 | G.R. Yates | 6.80 | Work on Blackstone matters including conference calls. |
| 12/11/09 | G.R. Yates | 3.90 | Work on property dispositions. |
| 12/11/09 | G.R. Yates | 3.60 | Address secured lender restructuring issues. |
| 12/14/09 | G.R. Yates | 6.70 | Work on secured lender issues involving GE and Columbia Pacific. Review documents and discuss issues with borrowers's counsel. |
| 12/14/09 | G.R. Yates | 4.30 | Work on issues related to Blackstone sale. Review schedules. |
| 12/14/09 | G.R. Yates | 3.40 | Work on disposition of bare land and revisions to term sheet. |
| 12/15/09 | G.R. Yates | 8.40 | Work on secured lender issues with Marathon, US Bank, and The National Bank. |
| 12/15/09 | G.R. Yates | 5.90 | Address issues with Blackstone. |
| 12/16/09 | G.R. Yates | 6.10 | Address secured lender issues including Lewis & Clark Bank, Bank of Whitman and Prudential. |
| 12/16/09 | G.R. Yates | 3.60 | Work on sales of property including Smart Park 1 and 3, and blueberry farm. |
| 12/17/09 | G.R. Yates | 5.80 | Address issues relating to Blackstone transaction including issues on secured lender guidelines. |
| 12/17/09 | G.R. Yates | 3.10 | Work on process for bare land investors to elect out of bankruptcy. |
| 12/18/09 | G.R. Yates | 4.30 | Begin work on CS-27 Loan Modification. Discuss issues with Sunwest employees. |
| 12/18/09 | G.R. Yates | 5.20 | Work on disposition issues including analysis of the properties that have value in excess of 100% of investment. |
| 12/19/09 | G.R. Yates | 8.30 | Review CS-27 Loan Modification Agreement and CS-27 Loan Documents. Begin revision to Loan Modification Agreement. |
| 12/20/09 | G.R. Yates | 5.80 | Revise CS-27 Loan Modification Agreement. Communicate with various Sunwest employees to obtain factual information. Discuss issues with Mr. Marcos. |

| Date | Name | Hour | Description |
|---|---|---|---|
| 12/21/09 | G.R. Yates | 5.90 | Work on CS-20 and CS-27 restructuring documents. |
| 12/21/09 | G.R. Yates | 2.50 | Address property disposition issues including bare land. |
| 12/22/09 | G.R. Yates | 4.90 | Address CS-20 and CS-27 issues related to restructuring and related Blackstone issues. |
| 12/22/09 | G.R. Yates | 3.80 | Work on First Sound and Hillside loan restructurings. |
| 12/23/09 | G.R. Yates | 7.90 | Work on Sterling Bank, The National Bank and First Sound Bank restructuring agreements. |
| 12/23/09 | G.R. Yates | 2.70 | Address property disposition issues including bare land. |
| 12/24/09 | G.R. Yates | 4.80 | Negotiate CS-20 and CS-27 restructuring agreements. |
| 12/24/09 | G.R. Yates | 3.40 | Work on bare land issues to finalize proposal. |
| 12/28/09 | G.R. Yates | 2.10 | Negotiate CS-20 and CS-27 terms for restructuring. |
| 12/29/09 | G.R. Yates | 3.70 | Work on restructuring documents for First Sound Bank. |
| 12/30/09 | G.R. Yates | 0.90 | Work on finalizing Columbia Pacific loan modifications. |
| 12/30/09 | G.R. Yates | 4.80 | Work on loan modification documents for First Sound Bank. |