January 15, 2010

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
December 01, 2009 - December 31, 2009

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 40.00 | 450.00 | $ 18,000.00 |
| Matt Marcos | Senior Director | 178.30 | 450.00 | 80,235.00 |
| Jeff Yim | Senior Associate | 168.50 | 400.00 | 67,400.00 |
| **Total** | | **386.80** | | **$ 165,635.00** |

| | | |
|---|---|---|
| Total Fees | $ | 165,635.00 |
| Out-of-Pocket Expenses | | 13,329.63 |
| **Total Fees and Out-of-Pocket Expenses** | **$** | **178,964.63** |

**NOTES:**


**Wire Instructions:**
Bank:              J.P. Morgan Chase
ABA:               021000021
Account Name:      Alvarez & Marsal, LLC
Account Number:    9 5 7 3 4 7 8 4 7
Project Number     83009



1

**Alvarez & Marsal Healthcare Industry Group, LLC**

# Expense Summary

### December 01, 2009 - December 31, 2009

| Employee | Expense Type | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Meals | Hotel | |
| Paul Rundell | $ - | $ 152.78 | $ 79.00 | $ - | $ 40.24 | $ 43.00 | $ 506.77 | $ 821.79 |
| Matthew Marcos | 3,577.00 | - | 625.07 | - | 639.69 | 80.55 | 1,862.54 | 6,784.85 |
| Jeff Yim | 2,038.60 | | 555.31 | - | 100.67 | 720.69 | 2,307.72 | 5,722.99 |
| | $ 5,615.60 | $ 152.78 | $ 1,259.38 | $ - | $ 780.60 | $ 844.24 | $ 4,677.03 | $ 13,329.63 |

# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---:|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|------|------------|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 12/1/09 | 5 | Discussed asset sales process with buyers and brokers | 1.00 | $ 450 | $ 450.00 |
| PBR | 12/2/09 | 5 | Analyzed process, court hearings and worked on buyer concerns | 2.00 | $ 450 | 900.00 |
| PBR | 12/3/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 12/4/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 12/7/09 | 5 | Discussed asset sales process with buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 12/8/09 | 5 | Discussed asset sales process with buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 12/9/09 | 5 | Discussed asset sales process with buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 12/10/09 | 5 | Discussed Northwesterly issue with counsel and reviewed objection | 2.00 | $ 450 | 900.00 |
| PBR | 12/11/09 | 5 | Worked on plan for asset disposition hearing | 2.00 | $ 450 | 900.00 |
| PBR | 12/14/09 | 34 | Prepared for asset disposition hearing | 2.70 | $ 450 | 1,215.00 |
| PBR | 12/14/09 | 5 | Worked on resolving objections on asset dispositions | 4.30 | $ 450 | 1,935.00 |
| PBR | 12/15/09 | 34 | Prepared for asset disposition hearing | 4.80 | $ 450 | 2,160.00 |
| PBR | 12/15/09 | 34 | Attended asset disposition hearing | 1.40 | $ 450 | 630.00 |
| PBR | 12/15/09 | 34 | Prepared for substantive consolidation hearing | 3.80 | $ 450 | 1,710.00 |
| PBR | 12/16/09 | 34 | Attended substantive consolidation hearing | 1.30 | $ 450 | 585.00 |
| PBR | 12/16/09 | 5 | Worked on asset dispositions issues | 2.70 | $ 450 | 1,215.00 |
| PBR | 12/17/09 | 5 | Worked on asset dispositions issues | 1.00 | $ 450 | 450.00 |
| PBR | 12/28/09 | 5 | Worked on asset dispositions issues | 2.00 | $ 450 | 900.00 |
| PBR | 12/29/09 | 5 | Worked on asset dispositions issues | 1.00 | $ 450 | 450.00 |
| JY | 12/1/09 | 10 | Loan fee and reserves schedule | 2.50 | $ 400 | 1,000.00 |
| JY | 12/1/09 | 21 | Financial model review and update | 5.50 | $ 400 | 2,200.00 |
| JY | 12/1/09 | 21 | NPV Interest Rate schedule review | 1.00 | $ 400 | 400.00 |
| JY | 12/1/09 | 21 | Sunwest Cash Flow and Balance Sheet review | 3.00 | $ 400 | 1,200.00 |
| JY | 12/2/09 | 21 | Call with Blackstone re: PSA section 2.5(b) schedule review | 2.50 | $ 400 | 1,000.00 |
| JY | 12/2/09 | 21 | Financial model review and update | 4.00 | $ 400 | 1,600.00 |
| JY | 12/2/09 | 21 | Call with Sunwest re: Cash Flow and Balance Sheet review | 3.00 | $ 400 | 1,200.00 |
| JY | 12/2/09 | 21 | Buy-in schedule review | 1.50 | $ 400 | 600.00 |
| JY | 12/3/09 | 21 | Pending and negotiated loan schedule review and update | 6.50 | $ 400 | 2,600.00 |
| JY | 12/3/09 | 21 | Financial model review and update | 4.00 | $ 400 | 1,600.00 |
| JY | 12/3/09 | 15 | Review sources and uses -- BS sale | 2.00 | $ 400 | 800.00 |
| JY | 12/4/09 | 21 | Call with Blackstone re: PSA | 2.00 | $ 400 | 800.00 |
| JY | 12/4/09 | 21 | Sunwest Cash Flow review | 3.70 | $ 400 | 1,480.00 |
| JY | 12/4/09 | 31 | PSA schedule review | 3.30 | $ 400 | 1,320.00 |
| JY | 12/5/09 | 21 | Sunwest Cash Flow review | 0.50 | $ 400 | 200.00 |
| JY | 12/5/09 | 21 | Sunwest Financials review | 0.50 | $ 400 | 200.00 |
| JY | 12/5/09 | 36 | Sunwest Valuation analysis | 1.00 | $ 400 | 400.00 |
| JY | 12/6/09 | 21 | Sunwest Financials review | 2.00 | $ 400 | 800.00 |
| JY | 12/6/09 | 21 | Call with Blackstone re: Lender reserves | 1.50 | $ 400 | 600.00 |
| JY | 12/6/09 | 21 | Pending and negotiated loan schedule review and update | 0.50 | $ 400 | 200.00 |
| JY | 12/7/09 | 21 | Sunwest Cash Flow review | 2.60 | $ 400 | 1,040.00 |
| JY | 12/7/09 | 21 | Call with Blackstone re: PSA | 1.50 | $ 400 | 600.00 |
| JY | 12/7/09 | 15 | Meeting with Moelis re: sale process | 3.50 | $ 400 | 1,400.00 |
| JY | 12/7/09 | 21 | Sunwest Financials review | 2.90 | $ 400 | 1,160.00 |
| JY | 12/8/09 | 21 | Sunwest Cash Flow review | 3.70 | $ 400 | 1,480.00 |
| JY | 12/8/09 | 31 | PSA schedule review | 3.40 | $ 400 | 1,360.00 |
| JY | 12/8/09 | 21 | Strategic Alternatives presentation | 0.60 | $ 400 | 240.00 |
| JY | 12/8/09 | 15 | Review sources and uses -- BS sale | 2.00 | $ 400 | 800.00 |
| JY | 12/8/09 | 10 | Reserves schedule review | 1.30 | $ 400 | 520.00 |
| JY | 12/9/09 | 21 | Sunwest Cash Flow review | 1.40 | $ 400 | 560.00 |
| JY | 12/9/09 | 15 | Review sources and uses -- BS sale | 1.00 | $ 400 | 400.00 |
| JY | 12/9/09 | 36 | Sunwest Valuation analysis | 2.60 | $ 400 | 1,040.00 |
| JY | 12/10/09 | 15 | Review sources and uses -- BS sale | 2.00 | $ 400 | 800.00 |
| JY | 12/10/09 | 21 | Sunwest Cash Flow review | 2.70 | $ 400 | 1,080.00 |
| JY | 12/10/09 | 21 | Loan term sheet review | 2.40 | $ 400 | 960.00 |
| JY | 12/10/09 | 21 | Pending and negotiated loan schedule review and update | 2.50 | $ 400 | 1,000.00 |
| JY | 12/10/09 | 21 | Sunwest Financials review | 0.90 | $ 400 | 360.00 |
| JY | 12/11/09 | 15 | Review Recovery analysis | 0.70 | $ 400 | 280.00 |
| JY | 12/11/09 | 21 | Sunwest Cash Flow review | 3.40 | $ 400 | 1,360.00 |
| JY | 12/11/09 | 36 | Sunwest Valuation analysis | 2.40 | $ 400 | 960.00 |

# Alvarez & Marsal
# Time Detail

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 12/12/09 | 31 | Sunwest Property review | 0.50 | $ 400 | 200.00 |
| JY | 12/14/09 | 21 | Financial model review and update | 2.00 | $ 400 | 800.00 |
| JY | 12/14/09 | 21 | Sunwest Cash Flow review | 2.30 | $ 400 | 920.00 |
| JY | 12/14/09 | 21 | Loan term sheet review | 0.70 | $ 400 | 280.00 |
| JY | 12/14/09 | 21 | Pending and negotiated loan schedule review and update | 2.50 | $ 400 | 1,000.00 |
| JY | 12/15/09 | 21 | Pending and negotiated loan schedule review and update | 4.20 | $ 400 | 1,680.00 |
| JY | 12/15/09 | 34 | Prepared for substantive consolidation hearing | 3.80 | $ 400 | 1,520.00 |
| JY | 12/16/09 | 36 | Sunwest Kick-out Valuation analysis | 3.50 | $ 400 | 1,400.00 |
| JY | 12/16/09 | 31 | Sunwest Property review | 1.00 | $ 400 | 400.00 |
| JY | 12/17/09 | 36 | Sunwest Valuation analysis | 6.50 | $ 400 | 2,600.00 |
| JY | 12/17/09 | 21 | Financial model review and update | 4.00 | $ 400 | 1,600.00 |
| JY | 12/18/09 | 36 | Sunwest Valuation analysis | 4.60 | $ 400 | 1,840.00 |
| JY | 12/18/09 | 31 | PSA schedule review | 4.40 | $ 400 | 1,760.00 |
| JY | 12/19/09 | 31 | PSA schedule review | 1.00 | $ 400 | 400.00 |
| JY | 12/20/09 | 21 | Financial model review and update | 0.50 | $ 400 | 200.00 |
| JY | 12/20/09 | 21 | Sunwest Cash Flow and Balance Sheet review | 1.00 | $ 400 | 400.00 |
| JY | 12/21/09 | 21 | Financial model review and update | 4.50 | $ 400 | 1,800.00 |
| JY | 12/21/09 | 21 | Sunwest Financials review | 1.00 | $ 400 | 400.00 |
| JY | 12/21/09 | 21 | Sunwest Cash Flow review | 2.50 | $ 400 | 1,000.00 |
| JY | 12/21/09 | 31 | PSA schedule review | 1.00 | $ 400 | 400.00 |
| JY | 12/22/09 | 21 | Financial model review and update | 3.50 | $ 400 | 1,400.00 |
| JY | 12/22/09 | 21 | Sunwest Cash Flow review | 2.50 | $ 400 | 1,000.00 |
| JY | 12/22/09 | 15 | Review Recovery analysis | 1.00 | $ 400 | 400.00 |
| JY | 12/23/09 | 21 | Financial model review and update | 2.00 | $ 400 | 800.00 |
| JY | 12/23/09 | 21 | Sunwest Cash Flow and Balance Sheet review | 3.50 | $ 400 | 1,400.00 |
| JY | 12/23/09 | 21 | Sunwest CapEx review | 1.00 | $ 400 | 400.00 |
| JY | 12/24/09 | 21 | Financial model review and update | 1.50 | $ 400 | 600.00 |
| JY | 12/28/09 | 36 | Sunwest Valuation analysis | 2.50 | $ 400 | 1,000.00 |
| JY | 12/29/09 | 31 | PSA schedule review | 1.00 | $ 400 | 400.00 |
| JY | 12/29/09 | 21 | Sunwest Cash Flow and Balance Sheet review | 3.00 | $ 400 | 1,200.00 |
| JY | 12/31/09 | 21 | Loan term sheet review | 1.50 | $ 400 | 600.00 |
| VMM | 12/1/09 | 21 | Meeting with DB re: CS term sheets | 3.00 | $ 450 | 1,350.00 |
| VMM | 12/1/09 | 5 | Calls re: Smart Park | 0.70 | $ 450 | 315.00 |
| VMM | 12/1/09 | 6 | Worked on holdco cash balances | 2.10 | $ 450 | 945.00 |
| VMM | 12/1/09 | 6 | Worked on holdco balance sheet | 1.10 | $ 450 | 495.00 |
| VMM | 12/1/09 | 21 | Calls with lenders | 1.40 | $ 450 | 630.00 |
| VMM | 12/1/09 | 15 | Meeting with team re: BX deal and other matters | 3.10 | $ 450 | 1,395.00 |
| VMM | 12/2/09 | 15 | Meeting with CAH et al re: BX trx | 3.50 | $ 450 | 1,575.00 |
| VMM | 12/2/09 | 15 | Calls with BX to finalize the PSA | 2.40 | $ 450 | 1,080.00 |
| VMM | 12/2/09 | 15 | Review BX PSA | 1.20 | $ 450 | 540.00 |
| VMM | 12/2/09 | 21 | Review CS term sheets | 1.30 | $ 450 | 585.00 |
| VMM | 12/2/09 | 6 | Calls with HDG re: SW | 2.10 | $ 450 | 945.00 |
| VMM | 12/2/09 | 21 | Call with GE | 0.70 | $ 450 | 315.00 |
| VMM | 12/3/09 | 15 | Worked on BX trx proceeds | 1.60 | $ 450 | 720.00 |
| VMM | 12/3/09 | 15 | Worked on BX trx revised recovery | 1.70 | $ 450 | 765.00 |
| VMM | 12/3/09 | 15 | Worked on dry closing statement | 1.40 | $ 450 | 630.00 |
| VMM | 12/3/09 | 21 | Worked on updated debt schedule | 0.30 | $ 450 | 135.00 |
| VMM | 12/3/09 | 15 | Calls re: BX deal PSA reps and warranties | 3.20 | $ 450 | 1,440.00 |
| VMM | 12/3/09 | 15 | Calls re: BX net proceeds | 1.30 | $ 450 | 585.00 |
| VMM | 12/3/09 | 15 | Meeting re: BX recovery and net proceeds | 1.20 | $ 450 | 540.00 |
| VMM | 12/3/09 | 6 | Review of capex spend for holdco | 1.10 | $ 450 | 495.00 |
| VMM | 12/4/09 | 15 | Worked on BX closing statement | 1.20 | $ 450 | 540.00 |
| VMM | 12/4/09 | 6 | Worked on holdco cash balances | 1.40 | $ 450 | 630.00 |
| VMM | 12/4/09 | 15 | BX calls | 2.10 | $ 450 | 945.00 |
| VMM | 12/4/09 | 6 | Review cash flow statement for HoldCo | 1.20 | $ 450 | 540.00 |
| VMM | 12/5/09 | 21 | Calls re: DIP | 0.80 | $ 450 | 360.00 |
| VMM | 12/5/09 | 15 | Calls re: BX rx valuation | 0.90 | $ 450 | 405.00 |
| VMM | 12/6/09 | 21 | Calls with DIP lenders | 1.60 | $ 450 | 720.00 |
| VMM | 12/6/09 | 6 | Review of projections, cash with HDG | 2.30 | $ 450 | 1,035.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 12/6/09 | 6 | Calls with HDG re: SW | 1.70 | $ 450 | 765.00 |
| VMM | 12/6/09 | 6 | Calls with SW re: Cash balances | 2.10 | $ 450 | 945.00 |
| VMM | 12/7/09 | 27 | Meetings re: stand-alone plan | 4.10 | $ 450 | 1,845.00 |
| VMM | 12/7/09 | 6 | Review of cash budget | 1.20 | $ 450 | 540.00 |
| VMM | 12/7/09 | 6 | Meeting with HDG re: SW | 2.50 | $ 450 | 1,125.00 |
| VMM | 12/7/09 | 15 | Meetings/calls re: BX deal | 3.10 | $ 450 | 1,395.00 |
| VMM | 12/7/09 | 6 | Review projections | 1.30 | $ 450 | 585.00 |
| VMM | 12/8/09 | 6 | Prepare for meetings in Eugene | 3.70 | $ 450 | 1,665.00 |
| VMM | 12/8/09 | 15 | Review BX trx proceeds | 0.90 | $ 450 | 405.00 |
| VMM | 12/8/09 | 15 | Review final PSA and schedules | 0.60 | $ 450 | 270.00 |
| VMM | 12/8/09 | 15 | Calls re: PSA | 1.20 | $ 450 | 540.00 |
| VMM | 12/8/09 | 21 | Calls re: CS loans | 0.70 | $ 450 | 315.00 |
| VMM | 12/8/09 | 21 | Calls with DIP lender | 0.30 | $ 450 | 135.00 |
| VMM | 12/8/09 | 6 | Meeting with HDG re: SW | 3.50 | $ 450 | 1,575.00 |
| VMM | 12/8/09 | 5 | Reviewed Smart Park agreement | 0.70 | $ 450 | 315.00 |
| VMM | 12/8/09 | 21 | Review CS term sheets | 1.10 | $ 450 | 495.00 |
| VMM | 12/9/09 | 6 | Meetings re: Stand-alone business, cash position, sale proceeds | 5.10 | $ 450 | 2,295.00 |
| VMM | 12/9/09 | 6 | Calls re: cash position, cash flow, BX | 3.30 | $ 450 | 1,485.00 |
| VMM | 12/9/09 | 21 | Calls re: lenders | 1.30 | $ 450 | 585.00 |
| VMM | 12/10/09 | 21 | Reviewed debt schedule | 1.10 | $ 450 | 495.00 |
| VMM | 12/10/09 | 21 | Worked on Prudential loan | 0.50 | $ 450 | 225.00 |
| VMM | 12/10/09 | 6 | Meeting with CAH re: plan | 3.50 | $ 450 | 1,575.00 |
| VMM | 12/10/09 | 15 | BX net proceeds analysis | 1.30 | $ 450 | 585.00 |
| VMM | 12/10/09 | 6 | Reviewed stand-alone plan | 0.60 | $ 450 | 270.00 |
| VMM | 12/10/09 | 15 | Worked on bidding alternatives | 2.30 | $ 450 | 1,035.00 |
| VMM | 12/11/09 | 15 | Meeting re: auction process | 2.10 | $ 450 | 945.00 |
| VMM | 12/11/09 | 15 | Meeting re: recovery from BX trx | 1.70 | $ 450 | 765.00 |
| VMM | 12/11/09 | 21 | Calls re: Marathon term sheet | 0.40 | $ 450 | 180.00 |
| VMM | 12/11/09 | 15 | Calls re: CIM | 0.70 | $ 450 | 315.00 |
| VMM | 12/11/09 | 21 | Review Prudential loan docs | 0.30 | $ 450 | 135.00 |
| VMM | 12/11/09 | 6 | Review cash position | 1.30 | $ 450 | 585.00 |
| VMM | 12/11/09 | 15 | Review estimated returns for BX | 1.20 | $ 450 | 540.00 |
| VMM | 12/11/09 | 6 | Worked on cash flow bridge | 2.30 | $ 450 | 1,035.00 |
| VMM | 12/12/09 | 21 | Calls re: CS loans | 0.70 | $ 450 | 315.00 |
| VMM | 12/12/09 | 6 | Calls re: holdco and divestco | 0.90 | $ 450 | 405.00 |
| VMM | 12/14/09 | 21 | Review Marathon term sheet and projections | 0.90 | $ 450 | 405.00 |
| VMM | 12/14/09 | 6 | Reviewed cash position | 0.70 | $ 450 | 315.00 |
| VMM | 12/14/09 | 6 | Reviewed projections / 12 month forecast | 0.80 | $ 450 | 360.00 |
| VMM | 12/14/09 | 15 | Reviewed BX trx net proceeds and recovery | 1.30 | $ 450 | 585.00 |
| VMM | 12/14/09 | 6 | Worked on cash flow presentation | 3.20 | $ 450 | 1,440.00 |
| VMM | 12/14/09 | 6 | Meetings re: stand-alone management | 1.40 | $ 450 | 630.00 |
| VMM | 12/15/09 | 6 | Hearing prep | 5.10 | $ 450 | 2,295.00 |
| VMM | 12/15/09 | 5 | Calls re: smart park | 0.80 | $ 450 | 360.00 |
| VMM | 12/15/09 | 6 | Meeting with CAH, PR re: plan | 1.40 | $ 450 | 630.00 |
| VMM | 12/15/09 | 6 | Calls re: stand-alone plan | 3.10 | $ 450 | 1,395.00 |
| VMM | 12/15/09 | 6 | Review stand-alone plan | 2.30 | $ 450 | 1,035.00 |
| VMM | 12/16/09 | 21 | Calls with lenders | 0.60 | $ 450 | 270.00 |
| VMM | 12/16/09 | 6 | Calls with SW re: LLC members | 0.40 | $ 450 | 180.00 |
| VMM | 12/16/09 | 6 | Calls re: stand-alone plan | 3.10 | $ 450 | 1,395.00 |
| VMM | 12/16/09 | 21 | Calls with Marathon re: term sheet | 0.70 | $ 450 | 315.00 |
| VMM | 12/16/09 | 21 | Call with GE | 0.60 | $ 450 | 270.00 |
| VMM | 12/16/09 | 6 | SubCon hearing | 0.70 | $ 450 | 315.00 |
| VMM | 12/16/09 | 6 | Hearing pre-meeting | 1.10 | $ 450 | 495.00 |
| VMM | 12/16/09 | 6 | All committee meeting | 2.30 | $ 450 | 1,035.00 |
| VMM | 12/17/09 | 6 | Meetings re: cash position | 5.70 | $ 450 | 2,565.00 |
| VMM | 12/17/09 | 21 | Calls with lenders | 1.30 | $ 450 | 585.00 |
| VMM | 12/17/09 | 6 | Calls re: stand-alone plan | 1.10 | $ 450 | 495.00 |
| VMM | 12/17/09 | 5 | Calls re: Smart Park | 0.60 | $ 450 | 270.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 12/17/09 | 5 | Review smart park settlement | 0.80 | $ 450 | 360.00 |
| VMM | 12/17/09 | 6 | Review stand-alone report | 1.60 | $ 450 | 720.00 |
| VMM | 12/18/09 | 6 | Meeting with CAH, et al re: stand alone planning | 6.40 | $ 450 | 2,880.00 |
| VMM | 12/18/09 | 6 | Reviewed stand-alone plan | 1.70 | $ 450 | 765.00 |
| VMM | 12/18/09 | 5 | Worked on Smart Park settlement | 1.40 | $ 450 | 630.00 |
| VMM | 12/18/09 | 21 | Worked on Marathon term sheet | 0.80 | $ 450 | 360.00 |
| VMM | 12/18/09 | 6 | Calls re: stand-alone plan | 1.30 | $ 450 | 585.00 |
| VMM | 12/20/09 | 6 | Reviewed cash position | 0.70 | $ 450 | 315.00 |
| VMM | 12/20/09 | 6 | Reviewed stand-alone plan | 1.20 | $ 450 | 540.00 |
| VMM | 12/20/09 | 21 | Reviewed CS 20 and 27 loan docs | 4.30 | $ 450 | 1,935.00 |
| VMM | 12/21/09 | 6 | Reviewed cash position | 1.30 | $ 450 | 585.00 |
| VMM | 12/21/09 | 6 | Reviewed stand-alone plan | 2.10 | $ 450 | 945.00 |
| VMM | 12/21/09 | 21 | Reviewed CS 20 and 27 loan docs | 3.50 | $ 450 | 1,575.00 |
| VMM | 12/21/09 | 6 | Reviewed investor letter | 0.40 | $ 450 | 180.00 |
| VMM | 12/21/09 | 5 | Reviewed Smart Park agreement | 0.70 | $ 450 | 315.00 |
| VMM | 12/21/09 | 5 | Calls re: Smart Park | 1.40 | $ 450 | 630.00 |
| VMM | 12/22/09 | 6 | Reviewed investor letter | 0.60 | $ 450 | 270.00 |
| VMM | 12/22/09 | 21 | Calls with DIP lender | 0.70 | $ 450 | 315.00 |
| VMM | 12/22/09 | 6 | Calls with SW re: Balance sheet and cash | 1.20 | $ 450 | 540.00 |
| VMM | 12/22/09 | 2 | Administration | 1.80 | $ 450 | 810.00 |
| **Total** | | | | **386.80** | | **$165,635.00** |

# Alvarez & Marsal
# Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| PBR | 12/14/09 | B | Breakfast at ORD | $ 18.00 |
| PBR | 12/15/09 | B | Working meal - Starbucks | 25.00 |
| PBR | 12/17/09 | C | Car rental | 152.78 |
| PBR | 12/17/09 | D | Hotel - 3 nights | 506.77 |
| PBR | 12/31/09 | I | Wireless Charges - Sunwest allocation | 40.24 |
| PBR | 12/14/09 | J | Cab - PDX-Hotel | 40.00 |
| PBR | 12/17/09 | J | Cab - Hotel-PDX | 39.00 |
| JY | 12/3/09 | A | Flight - JFK to PDX | 474.60 |
| JY | 12/7/09 | A | Flight - JFK to PDX | 404.60 |
| JY | 12/11/09 | A | Flight - PDX / ORD Roundtrip | 552.20 |
| JY | 12/17/09 | A | Flight - PDX to ORD | 607.20 |
| JY | 12/1/09 | B | Working meal | 9.75 |
| JY | 12/2/09 | B | Working meal | 10.75 |
| JY | 12/3/09 | B | Working Meal (GY, MM, JY) | 98.50 |
| JY | 12/3/09 | B | Working meal | 24.60 |
| JY | 12/7/09 | B | Working meal | 23.29 |
| JY | 12/9/09 | B | Working meal | 12.30 |
| JY | 12/15/09 | B | Working meal | 9.75 |
| JY | 12/15/09 | B | Working meal (PR, MM, JY, CH, SD, 4 CRO/MC Counsel) | 492.10 |
| JY | 12/16/09 | B | Working meal | 16.65 |
| JY | 12/17/09 | B | Working meal | 23.00 |
| JY | 12/3/09 | D | Portland hotel 4 nights | 554.73 |
| JY | 12/11/09 | D | Portland hotel 4 nights | 876.66 |
| JY | 12/17/09 | D | Portland hotel 4 nights | 876.33 |
| JY | 12/31/09 | I | Wireless Charges - Sunwest allocation | 100.67 |
| JY | 12/3/09 | J | Taxi to Hotel | 15.00 |
| JY | 12/3/09 | J | Taxi to PDX | 38.00 |
| JY | 12/4/09 | J | Taxi from Airport | 32.40 |
| JY | 12/7/09 | J | Taxi to Moelis Offices | 9.00 |
| JY | 12/7/09 | J | Taxi to JFK | 61.32 |
| JY | 12/7/09 | J | Taxi to Hotel | 40.00 |
| JY | 12/11/09 | J | Taxi to PDX | 40.00 |
| JY | 12/11/09 | J | Taxi from ORD | 40.00 |
| JY | 12/14/09 | J | Taxi to ORD | 45.00 |
| JY | 12/14/09 | J | Taxi from PDX | 40.00 |
| JY | 12/17/09 | J | Taxi to PDX | 40.00 |
| JY | 12/18/09 | J | Taxi from JFK | 61.75 |
| JY | 12/19/09 | J | Taxi to Home | 12.84 |
| JY | 12/28/09 | J | Taxi from ORD | 40.00 |
| JY | 12/28/09 | J | Taxi to JFK | 40.00 |
| VMM | 12/14/09 | A | Airfare JFK/PDX | 445.20 |
| VMM | 12/6/09 | A | Airfare JFK/PDX | 799.20 |
| VMM | 12/11/09 | A | Airfare PDX/JFK | 809.80 |
| VMM | 12/21/09 | A | Flight JFK/PDX | 1,068.20 |
| VMM | 12/19/09 | A | Flight PDX/JFK | 454.60 |

# Alvarez & Marsal
# Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| VMM | 12/10/09 | B | Working breakfast CH, MM | 10.55 |
| VMM | 12/18/09 | B | Working lunch GY, SD | 70.00 |
| VMM | 12/7/09 | D | Portland Hotel | 359.70 |
| VMM | 12/14/09 | D | Portland Hotel | 279.25 |
| VMM | 12/15/09 | D | Eugene Hilton | 242.84 |
| VMM | 12/31/09 | D | Portland Hotel | 980.75 |
| VMM | 12/31/09 | I | Wireless Charges - Sunwest allocation | 639.69 |
| VMM | 12/21/09 | J | taxi from JFK | 80.00 |
| VMM | 12/11/09 | J | Taxi from JFK | 80.00 |
| VMM | 12/4/09 | J | Taxi from JFK | 55.07 |
| VMM | 12/7/09 | J | Taxi from PDX | 50.00 |
| VMM | 12/14/09 | J | Taxi from PDX | 50.00 |
| VMM | 12/6/09 | J | Taxi to JFK | 80.00 |
| VMM | 12/14/09 | J | Taxi to JFK | 80.00 |
| VMM | 12/21/09 | J | taxi to PDX | 50.00 |
| VMM | 12/4/09 | J | Taxi to PDX | 50.00 |
| VMM | 12/11/09 | J | Taxi to PDX | 50.00 |
| **Total** | | | | **$ 13,329.63** |