February 5, 2010

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
January 01, 2010 - January 31, 2010

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 26.00 | 450.00 | $ 11,700.00 |
| Matt Marcos | Senior Director | 135.80 | 450.00 | 61,110.00 |
| Jeff Yim | Senior Associate | 90.00 | 375.00 | 33,750.00 |
| **Total** | | **251.80** | | **$ 106,560.00** |
| Total Fees | | | | $ 106,560.00 |
| Adjustment (1) | | | | (4,212.50) |
| Out-of-Pocket Expenses | | | | 15,461.28 |
| **Total Fees and Out-of-Pocket Expenses** | | | | **$ 117,808.78** |

**NOTES:**
(1)  The adjustment is a reversal of a rate adjustment for the month oif December as requested by client

**Wire Instructions:**
Bank:             J.P. Morgan Chase
ABA:              021000021
Account Name:     Alvarez & Marsal, LLC
Account Number:   9 5 7 3 4 7 8 4 7
Project Number    83009



1

**Alvarez & Marsal Healthcare Industry Group, LLC**

## Expense Summary

### January 01, 2010 - January 31, 2010

| Employee | Expense Type | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Meals | Hotel | |
| Paul Rundell | $ - | $ - | $ - | $ - | $ 61.40 | $ - | $ - | $ 61.40 |
| Matthew Marcos | 4,897.30 | | 1,119.07 | | 29.95 | 1,214.90 | 3,364.29 | 10,625.51 |
| Jeff Yim | 1,861.17 | 364.30 | 475.00 | | 12.27 | 228.35 | 1,833.28 | 4,774.37 |
| | $ 6,758.47 | $ 364.30 | $ 1,594.07 | $ - | $ 103.62 | $ 1,443.25 | $ 5,197.57 | $ 15,461.28 |

# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---:|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|---|---|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 1/4/10 | 5 | Worked on Graysonview and other sale issues | 2.00 | $ 450 | 900.00 |
| PBR | 1/5/10 | 5 | Worked on Graysonview and other sale issues, including conversations with buyers | 2.00 | $ 450 | 900.00 |
| PBR | 1/6/10 | 5 | Worked on asset disposition issues with a few brokers and Tim Conway | 2.00 | $ 450 | 900.00 |
| PBR | 1/7/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 1/8/10 | 5 | Worked on asset disposition issues with a few buyers | 2.00 | $ 450 | 900.00 |
| PBR | 1/11/10 | 5 | Worked on Graysonview issues | 1.00 | $ 450 | 450.00 |
| PBR | 1/12/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 1/13/10 | 5 | Call with GE and worked on asset disposition issues | 1.00 | $ 450 | 450.00 |
| PBR | 1/14/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 1/15/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 1/19/10 | 5 | Worked on asset disposition issues with a few buyers and brokers (Graysonview, Coopervila and Legacy of Dallas) | 1.00 | $ 450 | 450.00 |
| PBR | 1/20/10 | 5 | Worked on asset disposition issues with a few buyers and brokers (Graysonview, Coopervila and Legacy of Dallas) | 1.00 | $ 450 | 450.00 |
| PBR | 1/21/10 | 5 | Worked on asset disposition issues with a few buyers and brokers (Graysonview, Coopervila and Legacy of Dallas) | 2.00 | $ 450 | 900.00 |
| PBR | 1/25/10 | 5 | Worked on asset disposition issues with a few buyers and brokers (Graysonview, Coopervila and Legacy of Dallas) | 1.00 | $ 450 | 450.00 |
| PBR | 1/26/10 | 5 | Worked on asset disposition issues with a few buyers and brokers (Graysonview, Coopervila and Legacy of Dallas) | 1.00 | $ 450 | 450.00 |
| PBR | 1/27/10 | 5 | Worked on asset disposition issues with a few buyers and brokers - Weatherly & Waterfield | 1.00 | $ 450 | 450.00 |
| PBR | 1/28/10 | 5 | Worked on asset disposition issues with a few buyers and brokers - closing of Weatherly & Legacy of Dallas | 2.00 | $ 450 | 900.00 |
| PBR | 1/29/10 | 5 | Worked on asset disposition issues with a few buyers and brokers - closing of Weatherly & Legacy of Dallas | 1.00 | $ 450 | 450.00 |
| JY | 1/1/10 | 15 | Pending and negotiated loan schedule review and update | 0.50 | $ 375 | 187.50 |
| JY | 1/1/10 | 21 | Financial model review and update | 0.50 | $ 375 | 187.50 |
| JY | 1/3/10 | 15 | Working Group List Re: AEW Financing | 0.20 | $ 375 | 75.00 |
| JY | 1/3/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 0.30 | $ 375 | 112.50 |
| JY | 1/4/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 0.40 | $ 375 | 150.00 |
| JY | 1/4/10 | 21 | Financial model review and update | 3.40 | $ 375 | 1,275.00 |
| JY | 1/4/10 | 21 | CS Debt review / confirmation | 0.20 | $ 375 | 75.00 |
| JY | 1/5/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 4.50 | $ 375 | 1,687.50 |
| JY | 1/5/10 | 21 | 13 week cash flow preparation - Re: AEW Financing | 3.50 | $ 375 | 1,312.50 |
| JY | 1/6/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 3.80 | $ 375 | 1,425.00 |
| JY | 1/6/10 | 21 | 13 week cash flow preparation - Re: AEW Financing | 3.20 | $ 375 | 1,200.00 |
| JY | 1/6/10 | 21 | Due Diligence meeting - Re: AEW Financing / Property review | 1.00 | $ 375 | 375.00 |
| JY | 1/7/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 2.20 | $ 375 | 825.00 |
| JY | 1/7/10 | 21 | 13 week cash flow preparation - Re: AEW Financing | 3.30 | $ 375 | 1,237.50 |
| JY | 1/7/10 | 21 | Due Diligence meeting - Re: AEW Financing / Property review | 1.50 | $ 375 | 562.50 |
| JY | 1/7/10 | 31 | PSA schedule review | 0.40 | $ 375 | 150.00 |
| JY | 1/7/10 | 21 | Sunwest Financials review -  November YTD | 0.60 | $ 375 | 225.00 |
| JY | 1/9/10 | 21 | 13 week cash flow preparation - Re: AEW Financing | 3.20 | $ 375 | 1,200.00 |
| JY | 1/9/10 | 15 | GE Cash / Reserve analysis | 2.80 | $ 375 | 1,050.00 |
| JY | 1/10/10 | 36 | Preparation / Call - Sunwest Valuation analysis - Re: AEW Financing | 2.20 | $ 375 | 825.00 |
| JY | 1/10/10 | 36 | Sunwest Valuation analysis - Call Re: AEW Financing | 1.80 | $ 375 | 675.00 |
| JY | 1/11/10 | 15 | GE Cash / Reserve analysis | 0.80 | $ 375 | 300.00 |
| JY | 1/11/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 1.50 | $ 375 | 562.50 |
| JY | 1/11/10 | 21 | 13 week cash flow preparation - Re: AEW Financing | 2.70 | $ 375 | 1,012.50 |
| JY | 1/11/10 | 21 | Recovery analysis - Re: AEW Financing | 2.50 | $ 375 | 937.50 |
| JY | 1/12/10 | 15 | Preparation / Call with Moelis re: Sunwest valuation | 1.20 | $ 375 | 450.00 |
| JY | 1/12/10 | 21 | CS Debt review / confirmation | 0.20 | $ 375 | 75.00 |
| JY | 1/12/10 | 21 | Monthly cash flow preparation - Re: AEW Financing | 6.40 | $ 375 | 2,400.00 |
| JY | 1/12/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 1.40 | $ 375 | 525.00 |
| JY | 1/12/10 | 15 | GE Property Financial analysis | 0.30 | $ 375 | 112.50 |
| JY | 1/13/10 | 36 | Preparation / Call - Re: AEW Financing | 1.50 | $ 375 | 562.50 |
| JY | 1/13/10 | 31 | PSA schedule review | 0.50 | $ 375 | 187.50 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 1/14/10 | 21 | Sunwest Debt / Term Sheet Analysis and schedule preparation | 6.50 | $ 375 | 2,437.50 |
| JY | 1/15/10 | 15 | Moelis re: Sunwest valuation | 0.50 | $ 375 | 187.50 |
| JY | 1/18/10 | 21 | Sunwest Financials review - November LTM | 1.50 | $ 375 | 562.50 |
| JY | 1/19/10 | 36 | Preparation / Call - Sunwest Valuation analysis - Re: AEW Financing | 2.00 | $ 375 | 750.00 |
| JY | 1/20/10 | 21 | Due Diligence meeting - Re: AEW Financing / Property review | 5.80 | $ 375 | 2,175.00 |
| JY | 1/20/10 | 15 | Pending and negotiated loan schedule review and update | 2.70 | $ 375 | 1,012.50 |
| JY | 1/21/10 | 21 | Due Diligence meeting - Re: AEW Financing / Property review | 5.40 | $ 375 | 2,025.00 |
| JY | 1/21/10 | 15 | Pending and negotiated loan schedule review and update | 2.60 | $ 375 | 975.00 |
| JY | 1/22/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 0.30 | $ 375 | 112.50 |
| JY | 1/22/10 | 15 | Pending and negotiated loan schedule review and update | 1.70 | $ 375 | 637.50 |
| JY | 1/23/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 0.50 | $ 375 | 187.50 |
| JY | 1/25/10 | 15 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| JY | 1/25/10 | 21 | Due Diligence assistance / schedule preparation - Re: AEW Financing | 0.50 | $ 375 | 187.50 |
| JY | 1/26/10 | 15 | Pending and negotiated loan schedule review and update | 0.50 | $ 375 | 187.50 |
| VMM | 1/1/10 | 21 | Call with PCB re: loan restructuring | 0.90 | $ 450 | 405.00 |
| VMM | 1/2/10 | 21 | Review CS 20 and 27 load modification agreement | 1.40 | $ 450 | 630.00 |
| VMM | 1/2/10 | 15 | AEW due diligence requests | 0.50 | $ 450 | 225.00 |
| VMM | 1/4/10 | 21 | Review CS 20 and 27 load modification agreement | 1.50 | $ 450 | 675.00 |
| VMM | 1/5/10 | 15 | Review AEW PFA | 0.90 | $ 450 | 405.00 |
| VMM | 1/5/10 | 15 | Reviewed weekly cash flow | 0.80 | $ 450 | 360.00 |
| VMM | 1/5/10 | 5 | Smart Park sale | 0.40 | $ 450 | 180.00 |
| VMM | 1/5/10 | 15 | Meeting with AEW re due diligence | 3.70 | $ 450 | 1,665.00 |
| VMM | 1/5/10 | 15 | Meeting with AEW and SW re due diligence | 2.50 | $ 450 | 1,125.00 |
| VMM | 1/6/10 | 15 | Meeting with AEW and SW re due diligence | 8.40 | $ 450 | 3,780.00 |
| VMM | 1/6/10 | 21 | Call with GE | 0.80 | $ 450 | 360.00 |
| VMM | 1/6/10 | 21 | Call with Marathon about loan | 0.40 | $ 450 | 180.00 |
| VMM | 1/7/10 | 15 | Meeting with AEW re due diligence | 9.30 | $ 450 | 4,185.00 |
| VMM | 1/8/10 | 21 | Review of GE loan dox to prepare CF analysis | 1.30 | $ 450 | 585.00 |
| VMM | 1/8/10 | 21 | Call with Marathon about loan | 0.50 | $ 450 | 225.00 |
| VMM | 1/8/10 | 15 | Prepared recovery, cash flow analysis for FE | 5.70 | $ 450 | 2,565.00 |
| VMM | 1/8/10 | 15 | Reviewed BX final PSA comments | 0.30 | $ 450 | 135.00 |
| VMM | 1/8/10 | 15 | Reviewed weekly cash flow | 0.70 | $ 450 | 315.00 |
| VMM | 1/9/10 | 6 | Reviewed HDG report | 1.10 | $ 450 | 495.00 |
| VMM | 1/9/10 | 21 | Reviewed GE projections | 0.70 | $ 450 | 315.00 |
| VMM | 1/10/10 | 15 | Calls with MC advisors on the AEW deal | 1.70 | $ 450 | 765.00 |
| VMM | 1/10/10 | 15 | Reviewed weekly cash flow | 0.40 | $ 450 | 180.00 |
| VMM | 1/10/10 | 6 | Reviewed HDG report | 0.70 | $ 450 | 315.00 |
| VMM | 1/11/10 | 15 | Prepared recovery, cash flow analysis for FE | 1.30 | $ 450 | 585.00 |
| VMM | 1/11/10 | 15 | Discussed recovery analysis | 1.60 | $ 450 | 720.00 |
| VMM | 1/11/10 | 21 | Reviewed GE projections | 0.50 | $ 450 | 225.00 |
| VMM | 1/11/10 | 6 | Update stand-alone sources and uses | 1.70 | $ 450 | 765.00 |
| VMM | 1/11/10 | 15 | Calls with FE re: recovery, etc. | 1.10 | $ 450 | 495.00 |
| VMM | 1/11/10 | 15 | Calls with MC re: recoveries, etc. | 0.70 | $ 450 | 315.00 |
| VMM | 1/11/10 | 15 | Worked on weekly CF | 0.30 | $ 450 | 135.00 |
| VMM | 1/12/10 | 32 | Meeting with CRO team et al re: planning | 8.10 | $ 450 | 3,645.00 |
| VMM | 1/12/10 | 15 | Worked on bridge from H&A projections to A&M projections to CF | 1.70 | $ 450 | 765.00 |
| VMM | 1/13/10 | 15 | Meeting with AEW re due diligence | 4.50 | $ 450 | 2,025.00 |
| VMM | 1/13/10 | 15 | Meeting with MC re: deal points | 1.10 | $ 450 | 495.00 |
| VMM | 1/14/10 | 15 | Meeting with AEW re due diligence | 9.10 | $ 450 | 4,095.00 |
| VMM | 1/15/10 | 15 | Reviewed BX communication | 0.30 | $ 450 | 135.00 |
| VMM | 1/15/10 | 15 | Reviewed CF with SD | 0.30 | $ 450 | 135.00 |
| VMM | 1/15/10 | 15 | Calls with Moelis about how to value Senior Housing | 1.50 | $ 450 | 675.00 |
| VMM | 1/15/10 | 2 | Administration | 0.80 | $ 450 | 360.00 |
| VMM | 1/16/10 | 15 | Calls with MC | 0.70 | $ 450 | 315.00 |
| VMM | 1/17/10 | 15 | Calls with MC | 1.30 | $ 450 | 585.00 |
| VMM | 1/17/10 | 15 | Calls re: recovery analysis | 0.90 | $ 450 | 405.00 |
| VMM | 1/18/10 | 15 | Calls, email with AEW re: due diligence | 2.40 | $ 450 | 1,080.00 |
| VMM | 1/19/10 | 32 | Meeting with CRO | 1.30 | $ 450 | 585.00 |
| VMM | 1/19/10 | 15 | Meeting with MC re: deal points | 1.20 | $ 450 | 540.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 1/19/10 | 15 | Meeting with AEW, CRO, MC | 2.50 | $ 450 | 1,125.00 |
| VMM | 1/19/10 | 21 | Call with GE re: fee allocations | 0.60 | $ 450 | 270.00 |
| VMM | 1/20/10 | 15 | Meeting with AEW re: due diligence | 9.60 | $ 450 | 4,320.00 |
| VMM | 1/21/10 | 21 | Meeting e: loan status and asset disposition | 2.70 | $ 450 | 1,215.00 |
| VMM | 1/21/10 | 15 | Meeting with SW and AEW re: diligence | 7.30 | $ 450 | 3,285.00 |
| VMM | 1/21/10 | 21 | Call with GE re: reserves | 0.70 | $ 450 | 315.00 |
| VMM | 1/21/10 | 15 | Call with CRO team re: deal status | 0.50 | $ 450 | 225.00 |
| VMM | 1/22/10 | 15 | Calls with Mc re: AEW deal | 1.30 | $ 450 | 585.00 |
| VMM | 1/22/10 | 15 | Calls with potential CEO candidate | 0.70 | $ 450 | 315.00 |
| VMM | 1/22/10 | 21 | Calls with PCB re: loan | 0.50 | $ 450 | 225.00 |
| VMM | 1/23/10 | 15 | Calls with MC re: AEW deal | 0.90 | $ 450 | 405.00 |
| VMM | 1/25/10 | 15 | BX trx analysis | 0.70 | $ 450 | 315.00 |
| VMM | 1/25/10 | 15 | Calls with AEW re: Due diligence, market comps | 1.30 | $ 450 | 585.00 |
| VMM | 1/25/10 | 15 | Estimate of claims for AEW | 0.60 | $ 450 | 270.00 |
| VMM | 1/26/10 | 15 | Discussed claims estimates with AEW | 0.70 | $ 450 | 315.00 |
| VMM | 1/26/10 | 21 | Reviewed debt schedule | 0.30 | $ 450 | 135.00 |
| VMM | 1/26/10 | 5 | Call with GG re: smart park sale | 0.60 | $ 450 | 270.00 |
| VMM | 1/26/10 | 15 | Calls with AEW re: Due diligence | 2.30 | $ 450 | 1,035.00 |
| VMM | 1/26/10 | 21 | Reviewed various loan term sheets | 0.50 | $ 450 | 225.00 |
| VMM | 1/27/10 | 21 | Call with GE | 0.50 | $ 450 | 225.00 |
| VMM | 1/27/10 | 21 | Calls with PCB re: loan restructuring | 1.30 | $ 450 | 585.00 |
| VMM | 1/27/10 | 21 | Review PCB term sheet | 0.30 | $ 450 | 135.00 |
| VMM | 1/27/10 | 15 | Review of holdco, divestco, trustco for BX, AEW, and stand-alone | 0.30 | $ 450 | 135.00 |
| VMM | 1/27/10 | 15 | Calls with AEW re: due dil | 4.20 | $ 450 | 1,890.00 |
| VMM | 1/28/10 | 15 | Calls re: BX information request | 0.60 | $ 450 | 270.00 |
| VMM | 1/28/10 | 15 | Calls with AEW re due dil | 3.70 | $ 450 | 1,665.00 |
| VMM | 1/28/10 | 15 | Calls with AEW, SW re: tax schedules | 1.20 | $ 450 | 540.00 |
| VMM | 1/28/10 | 5 | Review smart park dox | 0.20 | $ 450 | 90.00 |
| VMM | 1/29/10 | 15 | Review memo re: sale process | 0.30 | $ 450 | 135.00 |
| VMM | 1/29/10 | 15 | Calls with SW re: BX additional information requests | 0.60 | $ 450 | 270.00 |
| VMM | 1/29/10 | 15 | Various due diligence requests from AEW | 1.30 | $ 450 | 585.00 |
| **Total** | | | | **251.80** | | **$106,560.00** |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| PBR | 1/31/10 | I | Sunwest Portion of wireless calls | $ 61.40 |
| VMM | 1/4/10 | A | Flight SLC/PDX | 645.70 |
| VMM | 1/8/10 | A | Flight PDX/JFK | 445.40 |
| VMM | 1/10/10 | A | Flight JFK/PDX | 375.40 |
| VMM | 1/12/10 | A | Flight PDX/BOS | 460.40 |
| VMM | 1/14/10 | A | Flight BOS/LGA | 224.70 |
| VMM | 1/16/10 | A | LGA/PDX | 793.60 |
| VMM | 1/22/10 | A | PDX/JFK | 434.70 |
| VMM | 1/25/10 | A | JFK/PDX | 1,062.70 |
| VMM | 1/28/10 | A | PDX/JFK | 454.70 |
| VMM | 1/4/10 | B | Working breakfast | 7.53 |
| VMM | 1/7/10 | B | Working Dinner 10 people | 469.55 |
| VMM | 1/13/10 | B | Working breakfast | 11.25 |
| VMM | 1/14/10 | B | Working meal BOS | 33.62 |
| VMM | 1/18/10 | B | Working meal MSP | 28.85 |
| VMM | 1/20/10 | B | Working meal with AEW, MC - 10 pax | 664.10 |
| VMM | 1/4/10 | D | Portland Hotel | 923.50 |
| VMM | 1/10/10 | D | Portland Hotel | 436.80 |
| VMM | 1/14/10 | D | Boston Hotel | 378.29 |
| VMM | 1/22/10 | D | Portland Hotel | 1,114.90 |
| VMM | 1/28/10 | D | Portland Hotel | 510.80 |
| VMM | 1/10/10 | G | Wireless access | 29.95 |
| VMM | 1/4/10 | J | taxi from PDX | 50.00 |
| VMM | 1/4/10 | J | To SLC | 120.00 |
| VMM | 1/8/10 | J | taxi from JFK | 80.00 |
| VMM | 1/8/10 | J | taxi to PDX | 50.00 |
| VMM | 1/10/10 | J | taxi to JFK | 80.00 |
| VMM | 1/10/10 | J | taxi from PDX | 50.00 |
| VMM | 1/13/10 | J | taxi from BOS | 24.00 |
| VMM | 1/13/10 | J | taxi to PDX | 40.00 |
| VMM | 1/14/10 | J | To BOS | 20.00 |
| VMM | 1/14/10 | J | From LGA | 50.00 |
| VMM | 1/17/10 | J | To LGA | 200.00 |
| VMM | 1/18/10 | J | From PDX | 40.00 |
| VMM | 1/22/10 | J | From JFK | 80.00 |
| VMM | 1/22/10 | J | To PDX | 50.00 |
| VMM | 1/25/10 | J | Taxi from JFK | 55.07 |
| VMM | 1/28/10 | J | From JFK | 80.00 |
| VMM | 1/28/10 | J | To PDX | 50.00 |
| JY | 1/4/10 | A | Flight - ORD to PDX | 294.70 |
| JY | 1/7/10 | A | Flight - PDX to ORD | 289.70 |
| JY | 1/11/10 | A | Flight - MDW to PDX | 252.70 |
| JY | 1/13/10 | A | Flight - PDX to ORD | 296.69 |
| JY | 1/19/10 | A | Flight - ORD to PDX | 430.69 |
| JY | 1/22/10 | A | Flight - PDX to ORD | 296.69 |
| JY | 1/4/10 | B | Working Meal | 21.00 |
| JY | 1/5/10 | B | Working Meal | 17.00 |
| JY | 1/11/10 | B | Working Meal | 20.45 |
| JY | 1/12/10 | B | Working Meal | 20.00 |
| JY | 1/20/10 | B | Working Meal | 30.50 |
| JY | 1/20/10 | B | Working Meal (MM, JY, BB, and 7 representatives of MC) | 62.95 |
| JY | 1/21/10 | B | Working Meal (MM, JY, BB, and 7 representatives of MC) | 56.45 |
| JY | 1/7/10 | C | Gas for Rental | 29.69 |

# Alvarez & Marsal
# Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| JY | 1/8/10 | C | Rental Car | 169.07 |
| JY | 1/22/10 | C | Rental Car | 165.54 |
| JY | 1/8/10 | D | Hotel Costs - 1/4 - 1/8 | 641.47 |
| JY | 1/13/10 | D | Hotel Costs - 1/11 - 1/13 | 580.09 |
| JY | 1/22/10 | D | Hotel Costs - 1/19 - 1/22 | 611.72 |
| JY | 1/27/10 | I | Sunwest Portion of wireless calls | 12.27 |
| JY | 1/4/10 | J | Taxi Fares - to Hotel | 40.00 |
| JY | 1/4/10 | J | Taxi Fares - to ORD | 40.00 |
| JY | 1/8/10 | J | Taxi Fares - to Home from ORD | 40.00 |
| JY | 1/8/10 | J | Taxi Fares - to PDX | 35.00 |
| JY | 1/11/10 | J | Taxi Fares - to Hamstreet Office | 40.00 |
| JY | 1/11/10 | J | Taxi Fares - to MDW | 40.00 |
| JY | 1/13/10 | J | Taxi Fares - to Home from ORD | 40.00 |
| JY | 1/13/10 | J | Taxi Fares - to PDX | 40.00 |
| JY | 1/19/10 | J | Taxi Fares - to Hotel | 40.00 |
| JY | 1/19/10 | J | Taxi Fares - to ORD | 40.00 |
| JY | 1/22/10 | J | Taxi Fares - to Home from ORD | 40.00 |
| JY | 1/22/10 | J | Taxi Fares - to PDX | 40.00 |
| **Total** | | | | **$ 15,461.28** |