## STATEMENT

LAW OFFICES

## GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

February 9, 2010

CLYDE A HAMSTREET & ASSOCIATES LLC
ATTN CLYDE HAMSTREET
1 SW COLUMBIA ST STE 1000
PORTLAND OR 97258-2024

6622-001

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT        Amount Enclosed $ _____

---

### STATEMENT FOR PERIOD THROUGH 1/29/10

LEGAL SERVICES REGARDING: Sunwest Management, Inc.

| Date | Description | | | |
|---|---|---|---|---|
| 1/04/10 | Review electronic case dockets and recent filings. | DAF | .70 | $297.50 |
| 1/05/10 | Review electronic case dockets and new filings. | DAF | .10 | $42.50 |
| 1/06/10 | Review electronic case dockets and new filings. | DAF | .10 | $42.50 |
| 1/12/10 | Telephone conference with Bob Coffin (attorney for deceased residents of Hillside Senior Living Community) re case status and requests for information (.30); Review electronic case dockets and new filings (.10). | DAF | .40 | $170.00 |
| 1/13/10 | Exchange e-mails with B Coffin re resident refund claims matters/referral to T Conway et al. | DAF | .30 | $127.50 |
| 1/18/10 | Review electronic case dockets and new filings. | DAF | .20 | $85.00 |
| 1/19/10 | Review electronic case dockets and new filings. | DAF | .70 | $297.50 |
| 1/20/10 | Review electronic case dockets and new filings. | DAF | .10 | $42.50 |
| 1/25/10 | Review electronic case dockets and new filings. | DAF | .10 | $42.50 |
| 1/26/10 | Review electronic case dockets and new filings. | DAF | .10 | $42.50 |
| 1/28/10 | Review electronic case dockets and new filings and e-mail to S Dunn et al re transmittal of ODHS' notice | DAF | .40 | $170.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.

# STATEMENT
LAW OFFICES
## GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC          2/09/10                6622-001   PAGE   2

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT          **Amount Enclosed $**_____

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | of regulatory action. | | | |
| 1/29/10 | Review electronic case dockets and new filings. | DAF | .10 | $42.50 |

```
            TOTAL FEES                                              $1,402.50

            BALANCE IN TRUST                      $54,877.50CR

PRIOR STATEMENT BALANCE                                            $47,708.60

PAY THIS AMOUNT                                                    $49,111.10

TO DATE FEES BILLED          $365,412.00

TO DATE COSTS BILLED             $554.69

                STATEMENT OF ACCOUNT

        4/10/09  Bill       12,458.90
        5/08/09  Bill       10,723.60
        6/05/09  Bill        9,719.30
        7/09/09  Bill        2,265.70
        8/10/09  Bill        2,431.90
        9/09/09  Bill        2,249.30
       10/07/09  Bill        2,315.50
       11/06/09  Bill        1,062.40
       12/08/09  Bill        2,905.00
        1/13/10  Bill        1,577.00
        2/09/10  Bill        1,402.50
                           ----------
                           $49,111.10
```

Any Payments Received After February 9, 2010
Will Appear on Your Next Statement

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed