Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

1330 Connecticut Avenue NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

February 22, 2010

## INVOICE

Our Matter No. 017026.00001　　　　　　　　　　　　　　　Invoice No. 2332738
RESTRUCTURING ISSUES

**For Professional Services Rendered Through January 31, 2010:**

**Fees:**

| Attorney/Paralegal | Hours | Rate | Value |
|---|---|---|---|
| G.R. Yates | 24.75 | 450.00 | 11,137.50 |

| | |
|---|---|
| **Total Fees:** | **$11,137.50** |

**Expenses:**

| | |
|---|---|
| Air Fare | 4,281.90 |
| Local Messenger | 10.60 |
| NY Fax | 3.45 |
| Hotel | 2,508.95 |
| Taxis | 901.50 |
| Long Distance Telephone | 964.16 |
| Travel | 146.47 |
| Meals While On Travel | 1,319.52 |
| Westlaw On-line Research | 29.15 |

| | |
|---|---|
| **Total Expenses:** | **$10,165.70** |
| **Total Due for this Period:** | **$21,303.20** |

Tax I.D. Number 52-1349790

Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

1330 Connecticut Avenue NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

February 22, 2010

## REMITTANCE

Our Matter No. 017026.00001
RESTRUCTURING ISSUES

Invoice No. 2332738

**For Professional Services Rendered Through January 31, 2010:**

| | |
|---|---:|
| Total Fees: | $11,137.50 |
| Total Expenses: | $10,165.70 |
| Total Due for this Period: | $21,303.20 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

| Please send remittance to: | Steptoe & Johnson LLP<br>Accounting Department<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036-1795 | Wiring Instructions:<br>**Bank:** Wachovia Bank of Washington, D.C.<br>**ABA#:** 054001220<br>**Beneficiary's Account #:** 2000033223276<br>**Swift Code** -- PNBP US 33<br>**Beneficiary's Name:** Steptoe & Johnson LLP |
|---|---|---|

Tax I.D. Number 52-1349790

## SUNWEST MANAGEMENT, INC.
## RESTRUCTURING ISSUES
## JANUARY 2010

| Date | Name | Hour | Description |
|---|---|---|---|
| 01/05/10 | G.R. Yates | 1.50 | Address Blackstone issue with PSA. |
| 01/06/10 | G.R. Yates | 1.25 | Address issues with CS-20 loan modification. |
| 01/07/10 | G.R. Yates | 1.75 | Work on CS27 loan modification. |
| 01/08/10 | G.R. Yates | 0.75 | Revise GE cash management agreement. |
| 01/11/10 | G.R. Yates | 1.50 | Revise CS27 loan modification. |
| 01/12/10 | G.R. Yates | 1.25 | Address issues on Blackstone PSA. |
| 01/13/10 | G.R. Yates | 1.25 | Work with Sunwest on licensing issues. |
| 01/14/10 | G.R. Yates | 1.00 | Address issues on CS27 loan modification. |
| 01/15/10 | G.R. Yates | 1.50 | Finalize Prudential loan modification term sheet. |
| 01/18/10 | G.R. Yates | 1.25 | Work on Lewis & Clark Bank loan modification. |
| 01/19/10 | G.R. Yates | 1.50 | Work on Blackstone issues. |
| 01/20/10 | G.R. Yates | 1.50 | Work on general loan restructuring matters. |
| 01/21/10 | G.R. Yates | 1.25 | Work on issues related to the CS loan modifications. |
| 01/22/10 | G.R. Yates | 1.00 | Revise term sheet for Marathon. |
| 01/25/10 | G.R. Yates | 1.25 | Work on Blackstone issues. |
| 01/26/10 | G.R. Yates | 1.50 | Work on general loan modification issues. |
| 01/27/10 | G.R. Yates | 1.50 | Address issues with GE cash management. |
| 01/28/10 | G.R. Yates | 1.25 | Revise loan modification agreement (generic). |
| 01/29/10 | G.R. Yates | 1.00 | Work on bare land issues for Blackstone. |