# EXHIBIT B


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444478
Matter No.  034737-00001

Yakima Senior Living Property, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
PO Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 1/31/10</u>

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|------|-------------|--------|
| 01/20/09 | Search fees - - Unisearch, Inc. | $30.00 |
| 01/21/09 | Search fees - - Unisearch, Inc. | $67.00 |
| 02/19/09 | Postage | $17.55 |
| 02/27/09 | Postage | $13.44 |
| 03/04/09 | Postage | $16.00 |
| 03/05/09 | Postage | $16.00 |
| 03/05/09 | Postage | $6.72 |
| 03/09/09 | Postage | $6.72 |
| 03/13/09 | Postage | $18.90 |
| 03/16/09 | Postage | $6.72 |
| 04/08/09 | Postage | $6.72 |
| 04/28/09 | Filing fees - Amended Matrix | $26.00 |
| 04/28/09 | Postage | $4.00 |
| 05/06/09 | Postage | $6.72 |
| 05/22/09 | Postage | $20.05 |
| 06/05/09 | Postage | $25.02 |
| 06/12/09 | Postage | $7.92 |
| 06/29/09 | Postage | $21.96 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/31/10 | Copying Costs | $214.30 |
| | TOTAL COSTS AND EXPENSES | $531.74 |

CURRENT CHARGES                                    $531.74

PLEASE PAY THIS AMOUNT                             $531.74

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444479
Matter No. 034737-03001

Yakima Senior Living Property, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
PO Box 3006
Salem, OR 97302-0006

### STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED: Business Operations

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 03/13/09 | Correspondence from and to Ms. Gardella (.2); review and work on proposed revisions to bankruptcy schedules and statement of financial affairs (.9); work on and analyze valuation calculations and issues (.8); telephone conference with Ms. Dunn regarding valuation strategy (.2); multiple correspondence from and to Ms. Dunn (.2); multiple correspondence from and to Mr. Rundell (.2); conference with Ms. Lindberg (.2); additional review and consultations regarding amendments to drafts of bankruptcy schedules and statement of financial affairs (.5). | TJC | 3.20 | 400.00 | $1,280.00 |
| 04/03/09 | Corporate document organization (.3) | AMC | .30 | 100.00 | $30.00 |
| TOTAL FEES | | | | | $1,310.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 0.30 | 100.00 | $30.00 |
| Timothy J. Conway | 3.20 | 400.00 | $1,280.00 |
| TOTALS | 3.50 | | $1,310.00 |

CURRENT CHARGES                                    $1,310.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

 **TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

PLEASE PAY THIS AMOUNT                        $1,310.00

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444480
Matter No. 034737-04001

Yakima Senior Living Property, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
PO Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:  Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 01/16/09 | Research current status of Yakima Senior Living receivership case (.5); review trustee's notice of sale (.2); review and organize corporate organizational and loan documents (4.8) | AMC | 5.50 | 100.00 | $550.00 |
| 01/17/09 | Review operating agreements of Yakima Senior Living Property, LLC and Yakima Senior Living Holdings, LLC (2.1) | HBB | 2.10 | 195.00 | $409.50 |
| 01/19/09 | Review correspondence regarding bankruptcy filing; telephone conferences regarding preparations for filing and information pertaining to debtor; begin review of filing documents | TJC | 2.70 | 400.00 | $1,080.00 |
| 01/20/09 | Order and review Washington State UCC search regarding Yakima Senior Living (.5); prepare document review checklist (.4); additional loan document review and organization (1.0); draft petition, exhibit C-1, and attorney compensation disclosure statement (3.6) | AMC | 5.50 | 100.00 | $550.00 |
| 01/20/09 | Review operating agreement for Senior Living Properties II, LLC (.6) | HBB | .60 | 195.00 | $117.00 |
| 01/20/09 | Work on first day motions in preparation for bankruptcy filing | NEK | .30 | 90.00 | $27.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 01/21/09 | Complete Yakima Senior Living document review (3.3); revise bankruptcy petition (1.0); review UCC search results and request Oregon UCC search (.3); review Oregon UCC search results (.4); prepare summary of UCC findings (.5) | AMC | 5.50 | 100.00 | $550.00 |
| 01/21/09 | Conference with Mr. Denton to discuss authority to file bankruptcy petition (1.9); review memoranda of action for chief restructuring officer relating to Yakima Senior Living Property, LLC, Yakima Senior Living Holdings, LLC, and Senior Living Properties II, LLC (1.0); draft memorandum to file regarding same; (1.5) review results of UCC search (.80) | HBB | 5.20 | 195.00 | $1,014.00 |
| 01/21/09 | Work on, review and revise pleadings and documents for bankruptcy filing (1.4); communications regarding bankruptcy filings and preparations for filings (1.7); review and modify budget (.5); review and work on payroll issues (.4); review and work on utility matters (.3) | TJC | 4.30 | 400.00 | $1,720.00 |
| 01/22/09 | Complete document review and organization regarding Yakima Senior Living (.5) | AMC | .50 | 100.00 | $50.00 |
| 02/19/09 | Revise notice of bankruptcy and automatic stay with bankruptcy case number and obtain signature for filing (.3) | HBB | .30 | 195.00 | $58.50 |
| 02/19/09 | Telephone conference from bankruptcy court regarding filing and hearing settings (.1) | TJC | .10 | 400.00 | $40.00 |
| 02/20/09 | Review and organize pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 02/20/09 | Correspondence from U.S. Trustee regarding McDade waiver (.1); review notice of plaintiff's motion to retain receiver filed in state court (.1); review motion to retain receiver filed in bankruptcy court (.4); review Grace declaration and testimony (.6) | TJC | 1.20 | 400.00 | $480.00 |
| 02/23/09 | Review motion and supporting documents filed by Prudential relating to waiver of requirements of 543(a) (.7) | ANK | .70 | 450.00 | $315.00 |
| 02/23/09 | Review and analyze Prudential motion regarding receiver (.8) | JC | .80 | 375.00 | $300.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444480                              034737-04001                Page 3

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 02/23/09 | Conference with Ms. Chamberlain regarding discrepancies with bank's motion and evidence at temporary restraining order hearing and begin review of temporary restraining order proceeding materials (.8) | TJC | .80 | 400.00 | $320.00 |
| 02/24/09 | E-mail regarding extension of deadline to file schedules (.1); pleading review and organization, and forward motion to extend schedule deadline to Ms. Jones and KCC (.2) | LJL | .30 | 100.00 | $30.00 |
| 02/24/09 | Multiple correspondence regarding preparation of schedules (.1); review, revise and sign motion for extension of time and proposed order regarding filing schedules (.2) | TJC | .30 | 400.00 | $120.00 |
| 02/26/09 | Review e-mail from and conference with Mr. Conway regarding rescheduled foreclosure sale (1.0) | HBB | 1.00 | 195.00 | $195.00 |
| 02/26/09 | E-mail and pleading organization and e-mail to Ms. Jones and KCC regarding order entered setting schedule deadline, e-mail to Mr. Conway regarding same (.3) | LJL | .30 | 100.00 | $30.00 |
| 02/26/09 | Multiple correspondence with court regarding hearings (.1); communications regarding preparation of schedules (.2); review notice of continued foreclosure sale and analyze response (.2) | TJC | .50 | 400.00 | $200.00 |
| 02/27/09 | Prepare and mail letter to foreclosure trustee regarding violation of automatic stay by scheduling a foreclosure sale post-petition without court approval and conference with Mr. Conway regarding same (2.8) | HBB | 2.80 | 195.00 | $546.00 |
| 02/27/09 | Multiple correspondence with Mr. Vandell regarding schedule preparations (.2); review order regarding case management conference and note dates and documents (.1) | TJC | .30 | 400.00 | $120.00 |
| 03/02/09 | Review correspondence (.1) | JKH | .10 | 225.00 | $22.50 |
| 03/02/09 | Review and organize e-mails including electronic organization of recent pleadings, and review and note upcoming case deadlines (.2) | LJL | .20 | 100.00 | $20.00 |
| 03/02/09 | Correspondence and voice mail from Mr. Stein (.1); telephone conference with Mr. Stein (.3); meeting with Mr. Rundell (.2) | TJC | .60 | 400.00 | $240.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 03/03/09 | Review letter from Ms. Pearson, foreclosure trustee, in response to our letter regarding violation of automatic stay by scheduling a foreclosure sale post-petition without court approval and research regarding same (.9) | HBB | .90 | 195.00 | $175.50 |
| 03/03/09 | Begin review and analysis of loan and formation documents (1.0); analyze 543 response issues (.6); review SEC order and implications for case (.3) | TJC | 1.70 | 400.00 | $680.00 |
| 03/04/09 | Review correspondence from foreclosure trustee regarding staying March 6, 2009 foreclosure sale and e-mail Mr. Conway regarding same (.2) | HBB | .20 | 195.00 | $39.00 |
| 03/04/09 | Review court's docket to plan responses to upcoming motions and hearings (.1) | JKH | .10 | 225.00 | $22.50 |
| 03/04/09 | Review and organize e-mails, including electronic organization of recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 03/06/09 | Review proposed stipulated receivership order with comments from SEC and analyze treatment of and implications for bankruptcy cases (.2); communications with Messrs. Foraker and Bush regarding same (.1) | ANK | .30 | 450.00 | $135.00 |
| 03/06/09 | Review additional affidavits submitted by lender (.2) | TJC | .20 | 400.00 | $80.00 |
| 03/09/09 | Series of meetings with Mr. Hamstreet and others to review draft SEC receivership order, consider implications for pending bankruptcy cases and suggest modifications (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/09/09 | Review and respond to e-mail from Ms. Bruck regarding upcoming schedule deadline for Yakima case and addressing various document distribution issues (.2) | LJL | .20 | 100.00 | $20.00 |
| 03/09/09 | Review and revise motion for extension of time to file monthly report (.2); review tax claims (.2) | TJC | .40 | 400.00 | $160.00 |
| 03/10/09 | E-mail to Ms. Jones requesting information regarding money owed to any bankrupt debtor (.2) | AMC | .20 | 100.00 | $20.00 |
| 03/10/09 | Travel to and from Eugene (.1); attend hearing regarding appointment of receiver (.1); review final order and analyze implications (.1) | ANK | .30 | 450.00 | $135.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 03/10/09 | Correspondence and conferences regarding inter-company transactions (.2) | TJC | .20 | 400.00 | $80.00 |
| 03/11/09 | Attend mediation session concerning restructuring (.2) | ANK | .20 | 450.00 | $90.00 |
| 03/11/09 | Conference with Mr. Conway regarding pending motions and effect of Judge Hogan's order (.2) | JKH | .20 | 225.00 | $45.00 |
| 03/12/09 | Conferences with Ms. Klimowicz and Mr. Conway and e-mails to Ms. Gardella, Ms. Jones and Mr. Pearse regarding retainer issues and disclosures for schedules and statement of financial affairs to be filed on behalf of Yakima Assisted Living, LLC (1.4); review and organize pleadings and e-mail to Ms. Jones forwarding Rule 2015 report and organize working files, noting calendar items regarding same (1.1) | LJL | 2.50 | 100.00 | $250.00 |
| 03/13/09 | Conference with Ms. Lindberg regarding pending state court litigation (.3) | HBB | .30 | 195.00 | $58.50 |
| 03/13/09 | Review preliminary comments from Ms. Bruck and Ms. Jones regarding first drafts of schedules and statement of financial affairs for Yakima Senior Living, LLC and e-mail to same per review of background documents and working file notes (.9); compare schedules and statement of financial affairs drafts to initial matrix and create revised schedules E, F and G to reflect consistent names, addresses and certain precautionary claims, and review and respond to additional e-mails regarding same (3.5); review revised drafts and e-mail to Ms. Gardella regarding same (.6); telephone conference with Ms. Bruck regarding insurance issues and voice mail to Mr. Stradley regarding same (.3); conference with Mr. Conway regarding schedules and final preparation, and forward to KCC separate spreadsheet of comments and requested revisions to debtor's schedules (1.0) | LJL | 6.30 | 100.00 | $630.00 |
| 03/14/09 | Correspondence and work on additional issues pertaining to preparation of schedules and statement of financial affairs (.4) | TJC | .40 | 400.00 | $160.00 |
| 03/15/09 | Review and respond to e-mails from Mr. Elsaesser regarding status of bankruptcy cases (.3) | ANK | .30 | 450.00 | $135.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444480                            034737-04001        Page 6

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/16/09 | Telephone conference with Ms. Gardella regarding clarification requested on final edits to summary of schedules (.1); review final drafts of schedules and statement of financial affairs and e-mail regarding signatures needed for filing (.5); final preparation and filing of schedules and statement of financial affairs and route same to internal working group (.6); review and organize e-mail relating to debtor (.1) | LJL | 1.30 | 100.00 | $130.00 |
| 03/16/09 | Final review and resolution of issues regarding bankruptcy schedules and statement of financial affairs and multiple correspondence related thereto (.3) | TJC | .30 | 400.00 | $120.00 |
| 03/18/09 | Review correspondence from receiver to counsel and interested parties relating to implications of receiver order and analyze impact on development and structure of plans of reorganization (.1) | ANK | .10 | 450.00 | $45.00 |
| 03/18/09 | Correspondence from Mr. Jackson regarding retention of receiver (.1); multiple correspondence regarding proposed reply (.1); investigate facts regarding status and nature of pending state court receivership (.2); review correspondence from SEC receiver and analyze implications to bankruptcy case (.1) | TJC | .50 | 400.00 | $200.00 |
| 03/19/09 | Communications with Mr. Jackson regarding April 6 hearing (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/19/09 | Review original executed documents from Ms. Bruck and retrieve associated documentation (.1) | LJL | .10 | 100.00 | $10.00 |
| 03/19/09 | Review loan, lease and tenants-in-common agreements (1.1); meeting with Messrs. Grenley and McKittrick (1.3); multiple correspondence regarding proposed arrangement with lender (.2) | TJC | 2.60 | 400.00 | $1,040.00 |
| 03/20/09 | Exchange e-mails with Mr. Jackson relating to April 6 hearing and potential resolution (.3); review receiver reports for November, December and January and analyze course of action (.5) | ANK | .80 | 450.00 | $360.00 |
| 03/24/09 | Review e-mail from Mr. Jackson (.2); revise draft stipulated order concerning receivership (.4) | ANK | .60 | 450.00 | $270.00 |
| 03/25/09 | Revise draft order regarding retention of receiver (.8) | ANK | .80 | 450.00 | $360.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 03/26/09 | Work on revisions to proposed order allowing retention of receiver (.9); telephone conference with Ms. McClurg regarding tenants-in-common and committee appointment (.2); review case management order and correspondence to client regarding same (.3) | TJC | 1.40 | 400.00 | $560.00 |
| 03/27/09 | Correspondence from Ms. Barton (.1); review documents for case management submissions (.3); work on draft and revisions to case management report (1.1); review receiver's February report (.2) | TJC | 1.70 | 400.00 | $680.00 |
| 03/30/09 | Review revised stipulated order from Mr. Jackson (.3); communications with client regarding terms of revised stipulated order (.3); revise stipulated order regarding receiver and communicate with Mr. Jackson (.4); review case management memorandum submitted by Mr. Jackson (.2) | ANK | 1.20 | 450.00 | $540.00 |
| 03/30/09 | Review and revise case management submissions (.7); review case management documents filed by lender (.2) | TJC | .90 | 400.00 | $360.00 |
| 03/31/09 | Attend first meeting of creditors (.8); communications with Mr. Jackson regarding stipulated order regarding continuance of receiver (.4) | ANK | 1.20 | 450.00 | $540.00 |
| 04/03/09 | Review motion for withdrawal of reference (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/06/09 | Review and organize e-mail, including electronic organization of pleadings filed during prior week (.3) | LJL | .30 | 100.00 | $30.00 |
| 04/06/09 | Prepare for hearings (.4); court appearance at hearing on case management and other issues (.8) | TJC | 1.20 | 400.00 | $480.00 |
| 04/07/09 | Review motion for relief from stay and response (.2) | ANK | .20 | 450.00 | $90.00 |
| 04/07/09 | Review and organize e-mails and pleadings (.2) | LJL | .20 | 100.00 | $20.00 |
| 04/09/09 | Review and organize e-mail, including electronic organization of pleadings, and note upcoming case deadlines (.2) | LJL | .20 | 100.00 | $20.00 |
| 04/09/09 | Prepare certificate of service of order authorizing employment of Tonkon Torp pursuant to court's notice to serve documents (.1) | NEK | .10 | 90.00 | $9.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/10/09 | Retrieve and forward notice of bankruptcy and petition to Ms. Bruck and Mr. Wettlaufer (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/13/09 | Work on status report (.3) | TJC | .30 | 400.00 | $120.00 |
| 04/14/09 | Review various pleadings and other documents for information needed to complete status report for Judge Hogan (.3) | NEK | .30 | 90.00 | $27.00 |
| 04/14/09 | Work on, review and revise status report for district court (1.2) | TJC | 1.20 | 400.00 | $480.00 |
| 04/15/09 | Review debtor's status report (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/15/09 | Correspondence from Mr. Jackson (.2) | TJC | .20 | 400.00 | $80.00 |
| 04/16/09 | Retrieve and forward pleading from state litigation relating to receiver for Englewood Heights property to Ms. Aydelott (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/17/09 | Review loan documents and analyze Prudential proposal (.5) | TJC | .50 | 400.00 | $200.00 |
| 04/20/09 | Review correspondence from bank's counsel (.1); review court order regarding deadlines (.1); review and revise proposed response to bank's counsel (.1) | TJC | .30 | 400.00 | $120.00 |
| 04/22/09 | Review Prudential objection to SEC motion to withdraw reference and e-mail to Ms. Okano regarding same (.3) | LJL | .30 | 100.00 | $30.00 |
| 04/27/09 | Review filed schedules, compare to original matrix, and prepare first supplemental matrix (.5); prepare form LBF 728 and attached matrix (.3); prepare letter to added creditors and additional preparation to file first supplemental matrix (.3) | AMC | 1.10 | 100.00 | $110.00 |
| 04/28/09 | Review filed schedules and prepare exhibit to first supplemental matrix (.5); final matrix review and organize letter and exhibits to creditors and interested parties (.3) | AMC | .80 | 100.00 | $80.00 |
| 04/28/09 | Final edits to first supplemental matrix (.1); revise letter to affected creditors, conference with Ms. Crowther, and file supplemental matrix (.4) | LJL | .50 | 100.00 | $50.00 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|------------|------|------|------|--------|
| 05/01/09 | Correspondence regarding items to present to district court (.1) | TJC | .10 | 400.00 | $40.00 |
| 05/04/09 | Review court records and list of interested parties (.1); begin drafting letter to Judge Hogan regarding parties needing electronic notice (.1) | NEK | .20 | 90.00 | $18.00 |
| 05/04/09 | Correspondence from U.S. Trustee regarding insurance issues (.1) | TJC | .10 | 400.00 | $40.00 |
| 05/05/09 | Review and organize pleadings filed during two weeks prior, and conference with Ms. Kennedy regarding withdrawal of case to U.S. District Court and effect on case administration (.2) | LJL | .20 | 100.00 | $20.00 |
| 05/06/09 | Review and organize recent U.S. District Court pleadings and organize working papers for debtor (.3) | LJL | .30 | 100.00 | $30.00 |
| 05/07/09 | Draft certificate of service of order withdrawing reference (.1); compare and update list of interested parties and mailing labels for U.S. District Court case (.4) | NEK | .50 | 90.00 | $45.00 |
| 05/08/09 | Communications with U.S. Trustee regarding insurance certificate (.2) | JKH | .20 | 225.00 | $45.00 |
| 05/20/09 | Draft spreadsheet to calculate case deadlines, including exclusivity period and nonresidential real property leases (.2) | LJL | .20 | 100.00 | $20.00 |
| 05/21/09 | Draft motion and proposed order to extend exclusivity period (.3); draft motion and proposed order to extend deadline to assume or reject nonresidential real property leases, and conferences with Mr. Conway and Ms. Kennedy regarding same and overall status of pleadings (.7) | LJL | 1.00 | 100.00 | $100.00 |
| 05/21/09 | Review motion to extend time to assume or reject leases (.2); review and revise motion to extend exclusivity (.2) | TJC | .40 | 400.00 | $160.00 |
| 05/22/09 | Review claims register provided by KCC to determine non-affiliate unsecured creditors with claims of $25,000 or larger to be included in proposed master service list for U.S. District Court cases (.3) | LJL | .30 | 100.00 | $30.00 |
| 05/27/09 | Review and analyze proposed 2015 reports (.1) | TJC | .10 | 400.00 | $40.00 |
| 06/10/09 | Review receiver's monthly financial report (.2) | ANK | .20 | 450.00 | $90.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 06/11/09 | Draft motion to extend proof of claim deadline (.1) | JKH | .10 | 225.00 | $22.50 |
| 06/26/09 | Review and electronic organization of working copies of pleadings filed during prior month (.5) | LJL | .50 | 100.00 | $50.00 |
| 06/26/09 | Review 2015 report and related attachments (.1) | TJC | .10 | 400.00 | $40.00 |
| 07/10/09 | Review and organize recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 07/26/09 | Review proposed 2015 reports and related attachments and documents (.1) | TJC | .10 | 400.00 | $40.00 |
| 08/03/09 | Review and organize pleadings filed during weeks prior (.2) | LJL | .20 | 100.00 | $20.00 |
| 08/20/09 | Review and organize pleadings filed (.1) | LJL | .10 | 100.00 | $10.00 |
| 08/29/09 | Review proposed monthly report and related attachments and documents (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $20,531.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Albert N. Kennedy | 7.50 | 450.00 | $3,375.00 |
| Anita Crowther | 19.10 | 100.00 | $1,910.00 |
| Haley B. Bjerk | 13.40 | 195.00 | $2,613.00 |
| James K. Hein | 0.70 | 225.00 | $157.50 |
| Jeanne M. Chamberlain | 0.80 | 375.00 | $300.00 |
| Laura J. Lindberg | 16.10 | 100.00 | $1,610.00 |
| Nancy E. Kennedy | 1.40 | 90.00 | $126.00 |
| Timothy J. Conway | 26.10 | 400.00 | $10,440.00 |
| TOTALS | 85.10 | | $20,531.50 |

CURRENT CHARGES                                                    $20,531.50

PLEASE PAY THIS AMOUNT                                            $20,531.50

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444481
Matter No. 034737-07001

Yakima Senior Living Property, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
PO Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Fee/Employment Applications

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 01/14/09 | Revise 19 amended Tonkon Torp 2014 statements (.3) | SLD | .30 | 100.00 | $30.00 |
| 01/21/09 | Draft 2014 statements and exhibits for Tonkon Torp and Hamstreet & Associates (.5) | SLD | .50 | 100.00 | $50.00 |
| 02/17/09 | Revise 2014 statements for Tonkon Torp and Hamstreet & Associates (.4) | SLD | .40 | 100.00 | $40.00 |
| 02/18/09 | Work on exhibits to 2014 statements for Tonkon Torp and Hamstreet & Associates (.8); telephone conference to Ms. Million of Hamstreet & Associates regarding list of creditors for conflict and e-mail same (.2) | SLD | 1.00 | 100.00 | $100.00 |
| 02/23/09 | Confirm Hamstreet's response to creditor conflict check and e-mail Mr. Hein regarding same (.2) | SLD | .20 | 100.00 | $20.00 |
| 03/03/09 | Draft application to employ KCC (1.1) | JKH | 1.10 | 225.00 | $247.50 |
| 03/03/09 | Review correspondence and revise KCC employment application (.1) | TJC | .10 | 400.00 | $40.00 |
| 03/04/09 | Analyze issues related to supplement to Tonkon Torp's 2014 statement in response to questions posed by creditor (.3) | JKH | .40 | 225.00 | $90.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 03/04/09 | E-mail with Messrs. Conway and Hein regarding retainer source and detail where reflected within initial petition, schedules and statement of financial affairs (.7); forward additional e-mail with retainer tracking spreadsheet regarding same (.1) | LJL | .80 | 100.00 | $80.00 |
| 03/04/09 | Multiple correspondence regarding amendment of 2014 statement (.2) | TJC | .20 | 400.00 | $80.00 |
| 03/09/09 | Telephone conference with court and review and revise notice of hearing on employment (.2); review spreadsheet for employment notice (.2) | TJC | .40 | 400.00 | $160.00 |
| 03/10/09 | Telephone conference with Ms. Jones to confirm no debt owed to other debtor affiliates represented by Tonkon Torp for purposes of notice of hearing on employment (.1); conference with Messrs. Hein and Conway regarding same (.1) | LJL | .20 | 100.00 | $20.00 |
| 03/10/09 | Work on and revise notice of intent to employ Tonkon Torp (.2) | TJC | .20 | 400.00 | $80.00 |
| 03/16/09 | Analyze issues related to employment of Hamstreet & Associates (.1) | JKH | .10 | 225.00 | $22.50 |
| 03/16/09 | Update 2014 statement and exhibits for Hamstreet & Associates | SLD | .50 | 100.00 | $50.00 |
| 03/19/09 | Work on application to employ Hamstreet & Associates (.4) | JKH | .40 | 225.00 | $90.00 |
| 04/03/09 | Review Prudential's supplemental submittal regarding objection to retention of Tonkon Torp and work on proposed response thereto (.9) | TJC | .90 | 400.00 | $360.00 |
| 04/06/09 | Attend hearing on employment of Tonkon Torp (.8) | JKH | .80 | 225.00 | $180.00 |
| 05/22/09 | Draft 2014 statement and exhibits for Moss Adams LLP  (.5) | SLD | .50 | 100.00 | $50.00 |
| 06/02/09 | Prepare application for interim professional compensation (.7); prepare and complete fee-cost breakout summary spreadsheet (.4); draft notice of intent to compensate professionals and chapter 11 interim report No. 1 (.2) | NEK | 1.30 | 90.00 | $117.00 |
| 06/03/09 | Continue work on application to employ Hamstreet & Associates and accompanying 2014 statement (.4) | JKH | .40 | 225.00 | $90.00 |
| 06/04/09 | Continue work on application to employ Hamstreet & Associates and supporting 2014 statement (.9) | JKH | .90 | 225.00 | $202.50 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 06/15/09 | Revise application for interim professional compensation (.2) | NEK | .20 | 90.00 | $18.00 |
| 06/18/09 | Revise 2014 statement and exhibits for Moss Adams (.3) | SLD | .30 | 100.00 | $30.00 |
| 06/22/09 | Revise summary spreadsheet detailing Tonkon Torp retainer funds with amounts billed and outstanding, conference with Ms. Klimowicz to confirm same, and forward same to various Sunwest and Hamstreet parties as requested (.6) | LJL | .60 | 100.00 | $60.00 |
| 06/26/09 | Continue working on application to employ Moss Adams and supporting 2014 statement (.1) | JKH | .10 | 225.00 | $22.50 |
| 07/08/09 | Revise notice of intent to compensate professionals (.1), application for final professional compensation and related schedules and exhibits (.4) | NEK | .50 | 90.00 | $45.00 |
| 08/05/09 | Review and revise interim fee application for Tonkon Torp and related documents (.4) | NEK | .40 | 90.00 | $36.00 |
| 08/24/09 | Work on applications for interim compensation of professionals for Tonkon Torp and Hamstreet and work on revisions thereto and to interim report and notice of intent to compensate (.8) | TJC | .80 | 400.00 | $320.00 |
| TOTAL FEES | | | | | $2,731.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| James K. Hein | 4.20 | 225.00 | $945.00 |
| Laura J. Lindberg | 1.60 | 100.00 | $160.00 |
| Nancy E. Kennedy | 2.40 | 90.00 | $216.00 |
| Sandra L. Dennis | 3.70 | 100.00 | $370.00 |
| Timothy J. Conway | 2.60 | 400.00 | $1,040.00 |
| TOTALS | 14.50 | | $2,731.00 |

CURRENT CHARGES                                          $2,731.00

PLEASE PAY THIS AMOUNT                                   $2,731.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444482
Matter No.  034737-08001

Yakima Senior Living Property, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
PO Box 3006
Salem, OR  97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Fee/Employment Objections

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 03/06/09 | Review lender's objection to employment of Tonkon Torp and analyze response (.2) | TJC | .20 | 400.00 | $80.00 |
| TOTAL FEES | | | | | $80.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 0.20 | | $80.00 |

CURRENT CHARGES                                                $80.00

PLEASE PAY THIS AMOUNT                                   $80.00

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444483
Matter No. 034737-11001

Yakima Senior Living Property, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
PO Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:  Plan and Disclosure Statement

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 03/16/09 | Telephone conference with Messrs. McKittrick and Grenley regarding meeting concerning plan preparation (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/19/09 | Meeting with Messrs. Grenley and McKittrick regarding development of plan of reorganization (1.3); | ANK | 1.30 | 450.00 | $585.00 |
| 04/08/09 | Review order regarding plan and disclosure statement deadline (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/17/09 | Review e-mail from Mr. Jackson regarding outline of issues concerning restructuring of Prudential debt (.3); conference conference with Mr. Jackson regarding course of action (.4); e-mail to client regarding same (.4) | ANK | 1.10 | 450.00 | $495.00 |
| 05/20/09 | Review term sheet from Prudential (.3); draft term sheet on behalf of debtor to outline restructuring of loan (.5) | ANK | .80 | 450.00 | $360.00 |
| 05/21/09 | Review and revise term sheet for restructuring Prudential loan (.6) | ANK | .60 | 450.00 | $270.00 |
| TOTAL FEES | | | | | $1,885.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Albert N. Kennedy | 4.10 | 450.00 | $1,845.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 4.20 | | $1,885.00 |

CURRENT CHARGES                                              $1,885.00

PLEASE PAY THIS AMOUNT                                       $1,885.00

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.