# EXHIBIT C



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444485
Matter No. 034761-00001

Briarwood Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED: Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/20/09 | Postage | $31.71 |
| 02/25/09 | Postage | $24.57 |
| 02/27/09 | Postage | $12.39 |
| 03/03/09 | Postage | $15.85 |
| 03/05/09 | Postage | $21.00 |
| 03/31/09 | Pacer Services - - Pacer Service Center | $58.64 |
| 03/31/09 | Copy charge (out-of-office) - - Stoel Rives, LLP | $47.28 |
| 04/29/09 | Filing Fee - Amended Matrix | $26.00 |
| 04/29/09 | Postage | $8.40 |
| 04/29/09 | Postage | $2.68 |
| 05/06/09 | Postage | $8.40 |
| 05/22/09 | Postage | $27.30 |
| 06/03/09 | Postage | $15.25 |
| 06/05/09 | Postage | $34.75 |
| 06/12/09 | Postage | $11.00 |
| 06/17/09 | Postage | $10.12 |
| 06/29/09 | Postage | $31.97 |
| 08/24/09 | Postage | $3.08 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444485　　　　　　　　　　　　　　034761-00001　　　　　　Page 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31/10 | Copying Costs | $178.80 |
| | **TOTAL COSTS AND EXPENSES** | $569.19 |

**CURRENT CHARGES**　　　　　　　　　　　　　　　　　　　　　$569.19

**PLEASE PAY THIS AMOUNT**　　　　　　　　　　　　　　　　　$569.19

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444486
Matter No. 034761-03001

Briarwood Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED: Business Operations

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01/09 | Review and organize loan documents (1.5) | AMC | 1.50 | 100.00 | $150.00 |
| TOTAL FEES | | | | | $150.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 1.50 | 100.00 | $150.00 |
| TOTALS | 1.50 | | $150.00 |

CURRENT CHARGES $150.00

PLEASE PAY THIS AMOUNT $150.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


# TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444487
Matter No. 034761-04001

Briarwood Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED: Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/09/09 | Review Middle District of Tennessee docket to begin analysis of status and course of action (.8) | ANK | .80 | 450.00 | $360.00 |
| 02/10/09 | Conference with Mr. Hamstreet and Ms. Dunn regarding course of action (.4); review docket and e-mails regarding background (.3); analyze course of action (.3) | ANK | 1.00 | 450.00 | $450.00 |
| 02/10/09 | Meeting with Mr. Hamstreet and Ms. Dunn regarding case status and course of action (.2); review invoice from ombudsman (.1) | TJC | .30 | 400.00 | $120.00 |
| 02/12/09 | Telephone conference with counsel for bank concerning continued use of cash collateral (.3); review December 2015 reports and analyze financial status (.8); continued review of docket to determine status (.7) | ANK | 1.80 | 450.00 | $810.00 |
| 02/12/09 | Review debtor-in-possession budget (.2) | LS | .20 | 450.00 | $90.00 |
| 02/13/09 | Telephone conference with court regarding calendaring and transfer issues (.1); review information and pleadings related to case (.8) | TJC | .90 | 400.00 | $360.00 |
| 02/16/09 | Conference with Ms. Schleicher and Mr. Carney regarding course of action concerning bankruptcy and plan structure (.4); attend mediation on behalf of debtors (.5) | ANK | .90 | 450.00 | $405.00 |
| 02/16/09 | Review selected pleadings from Nashville court (.8) | TJC | .80 | 400.00 | $320.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/17/09 | Review Tennessee bankruptcy court docket and begin review of pleadings concerning use of cash collateral (1.4) | ANK | 1.40 | 450.00 | $630.00 |
| 02/18/09 | Communications concerning course of action (.5) | ANK | .50 | 450.00 | $225.00 |
| 02/18/09 | Multiple correspondence with court (.1); correspondence regarding notice of hearings (.1) | TJC | .20 | 400.00 | $80.00 |
| 02/19/09 | Work on notice of hearing regarding continued use of cash collateral and extension of exclusivity period (.1); draft proposed order regarding use of cash collateral (.2) | ANK | .30 | 450.00 | $135.00 |
| 02/19/09 | E-mail Ms. Lindsay regarding Rule 2015 report deadline, review order setting case management scheduling, conference with Ms. Kennedy regarding same (.2) | LJL | .20 | 100.00 | $20.00 |
| 02/20/09 | Review and revise notices of hearings (.1); review memorandum relating to use of cash collateral and perfection of security interests filed by debtor and bank in Tennessee proceedings (.3) | ANK | .40 | 450.00 | $180.00 |
| 02/20/09 | E-mails with Ms. Kennedy, Messrs. Yates and Guy, and KCC regarding private resident lists needed from transferred Tennessee case for list of interested parties, and conferences with Ms. Kennedy regarding same (.3); review and organize pleadings from Ms. Kennedy (.2) | LJL | .50 | 100.00 | $50.00 |
| 02/20/09 | Review docket and pleadings to establish list of interested parties for newly-transferred case (.5) | NEK | .50 | 90.00 | $45.00 |
| 02/23/09 | Correspondence with Ms. Kennedy regarding filed schedules and related resident and noticing issues (.2) | LJL | .20 | 100.00 | $20.00 |
| 02/25/09 | Prepare case management conference report (.3); communications with Mr. Rundell in preparation for case management meeting (.2); review communication from Stoel Rives regarding proposed changes to cash collateral order and consider course of action (.6) | ANK | 1.10 | 450.00 | $495.00 |
| 02/25/09 | Review Tennessee case docket, consolidated service list, orders and other pleadings to ascertain appropriate parties for service in newly-transferred case (.3) | NEK | .30 | 90.00 | $27.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/26/09 | Communications relating to preparation for hearing on use of cash collateral (.3) | ANK | .30 | 450.00 | $135.00 |
| 02/26/09 | Draft motion and proposed order to alter monthly reporting cycles for 2015 reports (.2) | NEK | .20 | 90.00 | $18.00 |
| 02/26/09 | Review and revise motion and order to alter reporting cycle for 2015 reports (.2); review correspondence regarding operating funds (.2) | TJC | .40 | 400.00 | $160.00 |
| 02/27/09 | Initial review of 2015 report (.1) | TJC | .10 | 400.00 | $40.00 |
| 03/01/09 | Review objections (.3); review January 2015 reports (.3); communications with Mr. Rundell and Ms. Dunn regarding preparation for hearing (.2) | ANK | .80 | 450.00 | $360.00 |
| 03/02/09 | Prepare for hearing on use of cash collateral (1.3); meeting with Mr. Rundell to prepare for hearing (.6); attend hearing on use of cash collateral and case management (.8) | ANK | 2.70 | 450.00 | $1,215.00 |
| 03/02/09 | Review and organize e-mail, including electronic organization of recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 03/02/09 | Telephone conference from court regarding hearing settings (.1); meeting with Mr. Rundell regarding hearings (.1) | TJC | .20 | 400.00 | $80.00 |
| 03/03/09 | Draft cash collateral order (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/03/09 | Review and respond to e-mail from Ms. Bjerk regarding engagement letters and background research to determine whether Mr. Hamstreet was appointed chief restructuring officer for debtor (.2); review and organize e-mail (.2) | LJL | .40 | 100.00 | $40.00 |
| 03/03/09 | Telephone conference with creditor (.1); prepare and file change of address for creditor (.1) | NEK | .20 | 90.00 | $18.00 |
| 03/03/09 | Telephone conference from Ms. Del Balzo regarding executory contract and pre- and post-petition payment analysis (.2) | TJC | .20 | 400.00 | $80.00 |
| 03/04/09 | Draft motion to extend exclusivity period (.5); exchange communications with counsel for bank (.1) | ANK | .60 | 450.00 | $270.00 |
| 03/04/09 | Review recent hearing proceeding records and compare to docket reports, and pleading organization (.2) | LJL | .20 | 100.00 | $20.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/04/09 | Coordinate service of seventh interim order approving continued use of cash collateral, order extending exclusivity period, and order continuing authority to alter reporting cycle for 2015 reports and prepare certificate of service for filing with court (.2) | NEK | .20 | 90.00 | $18.00 |
| 03/06/09 | Review proposed stipulated receivership order with comments from SEC and analyze treatment of and implications for bankruptcy cases (.2; communications with Messrs. Foraker and Bush regarding same (.1) | ANK | .30 | 450.00 | $135.00 |
| 03/09/09 | Meetings with Mr. Hamstreet and others to review draft SEC receivership order, consider implications for pending bankruptcy cases and suggest modifications (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/10/09 | Travel to and from Eugene (.1); attend hearing regarding appointment of receiver (.1); review final order and analyze implications (.1) | ANK | .30 | 450.00 | $135.00 |
| 03/10/09 | Retrieve and forward to Ms. Barton seventh interim order authorizing use of cash collateral and current budget (.2) | LJL | .20 | 100.00 | $20.00 |
| 03/11/09 | Communications with client regarding settlement of insurance claim and implication for bankruptcy case (.7) | ANK | .70 | 450.00 | $315.00 |
| 03/11/09 | Attend mediation session concerning restructuring (.2) | ANK | .20 | 450.00 | $90.00 |
| 03/11/09 | Telephone conference with Ms. Jones regarding monthly report and other accounting issues (.2) | TJC | .20 | 400.00 | $80.00 |
| 03/12/09 | Review and respond to e-mail from Ms. Bernard regarding status of Tennessee consolidated debtor Waterford in Bellevue and forward Tennessee case information, including two debtors transferred to Oregon Bankruptcy Court, and update spreadsheet summary regarding same (.2) | LJL | .20 | 100.00 | $20.00 |
| 03/15/09 | Review and respond to e-mail from Mr. Elsaesser regarding status of bankruptcy cases (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/16/09 | Review third report of patient care ombudsman (.2) | TJC | .20 | 400.00 | $80.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 03/17/09 | Telephone conference with ombudsman's office regarding ombudsman's invoices (.1); telephone conference with Department of Justice regarding same (.1) | NEK | .20 | 90.00 | $18.00 |
| 03/27/09 | Communications relating to request by bank for information and appraisal (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/27/09 | Request copies of loan documents from Stoel Rives (.1) | JKH | .10 | 225.00 | $22.50 |
| 03/28/09 | Review and analyze monthly report and attachments (.3); review and analyze proposed amendments to monthly reports (.3) | TJC | .60 | 400.00 | $240.00 |
| 04/03/09 | Prepare certificate of service of order denying receiver's motion to dismiss case and arrange for service pursuant to court's order (.2) | NEK | .20 | 90.00 | $18.00 |
| 04/06/09 | Review orders and create spreadsheet identifying expiration dates (.3) | AMC | .30 | 100.00 | $30.00 |
| 04/06/09 | Review and organize e-mail, including electronic organization of pleadings filed during prior week (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/07/09 | Review and organize e-mails and pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/10/09 | Retrieve and forward notice of bankruptcy, petition and case transfer documentation to Ms. Bruck and Mr. Wettlaufer (.1); review and organize e-mail and pleadings (.1) | LJL | .20 | 100.00 | $20.00 |
| 04/14/09 | Review bank objection to motion to extend exclusivity period (.2); exchange e-mail relating to access of appraiser (.1) | ANK | .30 | 450.00 | $135.00 |
| 04/14/09 | Review various pleadings and other documents for information needed to complete status report for Judge Hogan (.5) | NEK | .50 | 90.00 | $45.00 |
| 04/15/09 | Review New South Federal Bank's objection to extension of exclusivity (.2) | TJC | .20 | 400.00 | $80.00 |
| 04/22/09 | Telephone conference with Ms. Kosydar regarding position of bank on use of cash collateral, loan restructuring and plan structure (.2); review motion to withdraw reference (.2); consider response to issues raised by Ms. Kosydar concerning course of action in development of plan and debt restructuring (.3) | ANK | .70 | 450.00 | $315.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444487                            034761-04001                         Page 6

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/22/09 | Review SEC motion to withdraw reference (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/22/09 | Telephone conference with Ms. Dunn (.2); analyze issues raised by bank (.3) | TJC | .50 | 400.00 | $200.00 |
| 04/23/09 | Review documents and information in preparation for hearing (.8); court appearance at hearing on motion for authority to continue use of cash collateral and extension of exclusivity (.4); telephone conference with Ms. Dunn (.1); draft final order regarding use of cash collateral (.2) | TJC | 1.50 | 400.00 | $600.00 |
| 04/27/09 | Review issues regarding cash collateral (.1); telephone conference with Ms. Barton regarding budget issues (.2); correspondence from Ms. Barton and Ms. Robinson (.1); review revised budget (.2) | TJC | .60 | 400.00 | $240.00 |
| 04/28/09 | Review court website to update electronic court filing participants, draft certificate of service for final order authorizing use of cash collateral and arrange for service (.2) | NEK | .20 | 90.00 | $18.00 |
| 04/29/09 | Prepare form LBF 728 and supplemental matrix to include additional interested parties (.3); prepare letter to interested parties with case details (.3); prepare exhibits to letter (.5) | AMC | 1.20 | 100.00 | $120.00 |
| 04/29/09 | Conferences with Mr. Conway and Ms. Crowther regarding preparation of LBF 728 and supplemental matrix to add interested SEC parties, and finalize letter to affected creditors and file same (.5) | LJL | .50 | 100.00 | $50.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| 05/04/09 | Review court records and list of interested parties (.1); begin drafting letter to Judge Hogan regarding parties needing electronic notice (.1) | NEK | .20 | 90.00 | $18.00 |
| 05/05/09 | Series of e-mail exchanges with counsel for bank regarding financial reports (.2) | ANK | .20 | 450.00 | $90.00 |
| 05/05/09 | Review and organize pleadings filed during prior two weeks, and conference with Ms. Kennedy regarding withdrawal of case to U.S. District Court and effect on case administration (.6) | LJL | .60 | 100.00 | $60.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444487                           034761-04001                    Page 7

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 05/07/09 | Draft certificate of service of order withdrawing reference (.1); compare and update list of interested parties and mailing labels for U.S. District Court case (.4) | NEK | .50 | 90.00 | $45.00 |
| 05/12/09 | Review and respond to e-mail from Ms. White and forward notice of bankruptcy documents (.1) | LJL | .10 | 100.00 | $10.00 |
| 05/16/09 | Correspondence from and to Ms. Jones (.2); correspondence regarding mediations (.1); correspondence to client regarding receivership status and issues (.2) | TJC | .50 | 400.00 | $200.00 |
| 05/20/09 | Draft spreadsheet to calculate case deadlines for exclusivity period, cash collateral, and nonresidential real property leases, and review background documents (.2) | LJL | .20 | 100.00 | $20.00 |
| 05/21/09 | Draft motion and proposed order to extend exclusivity period (.3) | LJL | .30 | 100.00 | $30.00 |
| 05/21/09 | Review status and cash collateral issues (.1); review correspondence from and to U.S. Trustee regarding insurance issues (.1); review and revise motion to extend exclusivity (.2) | TJC | .40 | 400.00 | $160.00 |
| 05/27/09 | Review and analyze proposed 2015 reports (.2) | TJC | .20 | 400.00 | $80.00 |
| 06/18/09 | Review and respond to e-mail from Ms. White regarding past due notices from Integra Telecom utility for Briarwood and Lakeside facilities and suggested handling of same (.3); additional e-mails with Ms. Barton regarding same (.1) | LJL | .40 | 100.00 | $40.00 |
| 06/26/09 | Review and electronic organization of working copies of pleadings filed during month prior (.3) | LJL | .30 | 100.00 | $30.00 |
| 06/27/09 | Review 2015 report and related attachments (.2) | TJC | .20 | 400.00 | $80.00 |
| 07/10/09 | Review and organize recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 07/26/09 | Review proposed 2015 reports and related attachments and documents (.2) | TJC | .20 | 400.00 | $80.00 |
| 08/03/09 | Review and organize pleadings filed during weeks prior (.2) | LJL | .20 | 100.00 | $20.00 |
| 08/27/09 | Review and organize recent pleadings filed (.1) | LJL | .10 | 100.00 | $10.00 |
| TOTAL FEES | | | | | $11,905.50 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
| --- | --- | --- | --- |
| Albert N. Kennedy | 16.50 | 450.00 | $7,425.00 |
| Anita Crowther | 1.50 | 100.00 | $150.00 |
| James K. Hein | 0.10 | 225.00 | $22.50 |
| Laura J. Lindberg | 5.30 | 100.00 | $530.00 |
| Leon Simson | 0.20 | 450.00 | $90.00 |
| Nancy E. Kennedy | 3.20 | 90.00 | $288.00 |
| Timothy J. Conway | 8.50 | 400.00 | $3,400.00 |
| TOTALS | 35.30 | | $11,905.50 |

CURRENT CHARGES                                   $11,905.50

PLEASE PAY THIS AMOUNT                            $11,905.50

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP**LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444488
Matter No. 034761-07001

Briarwood Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

### STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Fee/Employment Applications

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/13/09 | Analyze issues related to application to employ accountants (.2) | JKH | .20 | 225.00 | $45.00 |
| 03/16/09 | Conference with Ms. Dennis, retrieve and forward new business memoranda with supplemental statement of financial affairs ownership details to Ms. Dennis to determine if additional conflicts checks required for Rule 2014 disclosure purposes, and e-mail to Ms. Dennis and Mr. Hein regarding same (.3) | LJL | .30 | 100.00 | $30.00 |
| 03/16/09 | Draft 2014 statement and exhibits for Tonkon Torp and Hamstreet & Associates (.6) | SLD | .60 | 100.00 | $60.00 |
| 03/17/09 | Analyze issues related to Hamstreet & Associates' employment application (.1) | JKH | .10 | 225.00 | $22.50 |
| 03/17/09 | Conference with Ms. Sullivan to prepare matrix regarding additional employment conflict checks (.1); revise spreadsheet from Ms. Sullivan to add resident information and forward to Ms. Dennis for Rule 2014 purposes (.5) | LJL | .60 | 100.00 | $60.00 |
| 03/18/09 | Prepare creditor lists for conflict checks by Tonkon Torp and Hamstreet & Associates and e-mail same to Hamstreet & Associates (1.7) | SLD | 1.70 | 100.00 | $170.00 |
| 03/19/09 | Work on application to employ Hamstreet & Associates (.4) | JKH | .40 | 225.00 | $90.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/19/09 | Work on application to affirm employment of Tonkon Torp (.3) | JKH | .30 | 225.00 | $67.50 |
| 03/19/09 | Revise exhibits to 2014 statement and research ownership (.7) | SLD | .70 | 100.00 | $70.00 |
| 03/20/09 | Revise Tonkon Torp's 2014 statement (.3) | JKH | .30 | 225.00 | $67.50 |
| 03/20/09 | Follow-up with Ms. Million of Hamstreet & Associates regarding response to creditor check (.2) | SLD | .20 | 100.00 | $20.00 |
| 03/25/09 | Analyze issues related to Tonkon Torp's 2014 statement disclosures (.5) | JKH | .50 | 225.00 | $112.50 |
| 04/02/09 | Revise motion to affirm employment of Tonkon Torp (.3) | JKH | .30 | 225.00 | $67.50 |
| 05/22/09 | Draft 2014 statement and exhibits for Moss Adams LLP (.5) | SLD | .50 | 100.00 | $50.00 |
| 06/02/09 | Work on application for interim compensation of professionals (.2); compile information and prepare spreadsheet of cost-fee breakdown for fee application (.3) | NEK | .50 | 90.00 | $45.00 |
| 06/03/09 | Finalize and file application to affirm employment of Tonkon Torp (.2) | JKH | .20 | 225.00 | $45.00 |
| 06/03/09 | Continue work on application to employ Hamstreet & Associates and accompanying 2014 statement (.2) | JKH | .20 | 225.00 | $45.00 |
| 06/03/09 | Review and sign 2014 statement (.1) | TJC | .10 | 400.00 | $40.00 |
| 06/04/09 | Continue work on application to employ Hamstreet and supporting 2014 statement (.9) | JKH | .90 | 225.00 | $202.50 |
| 06/18/09 | Revise 2014 statement and exhibits for Moss Adams (.2) | SLD | .20 | 100.00 | $20.00 |
| 06/22/09 | Revise spreadsheet detailing Tonkon Torp retainer, amounts billed and outstanding, conference with Ms. Klimowicz to confirm same, and forward to various Sunwest and Hamstreet parties (.6); review prior correspondence regarding refund retainers from prior Tennessee counsel, retrieve and review initial client engagement letter, and draft and forward to Mr. Hamstreet letter confirming application of prior law firm's minimal unused retainer toward Tonkon Torp's trust funds (.6) | LJL | 1.20 | 100.00 | $120.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444488                                              034761-07001                        Page 3

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/26/09 | Continue working on application to employ Moss Adams and supporting 2014 statement (.1) | JKH | .10 | 225.00 | $22.50 |
| 07/14/09 | Update spreadsheet figures in preparation for filing interim fee application (.1); draft schedules and other exhibits for interim fee application (.3) | NEK | .40 | 90.00 | $36.00 |
| 08/05/09 | Review and revise interim fee application for Tonkon Torp and related documents (.4) | NEK | .40 | 90.00 | $36.00 |
| 08/11/09 | Review and update interim fee application, notice of intent to compensate professionals and chapter 11 interim report (.2) ; prepare draft interim fee application for Hamstreet & Associates (.2) | NEK | .40 | 90.00 | $36.00 |
| 08/24/09 | Work on applications for interim compensation of professionals for Tonkon Torp and Hamstreet and work on revisions thereto and to interim report and notice of intent to compensate (.4) | TJC | .40 | 400.00 | $160.00 |
| TOTAL FEES | | | | | $1,740.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| James K. Hein | 3.50 | 225.00 | $787.50 |
| Laura J. Lindberg | 2.10 | 100.00 | $210.00 |
| Nancy E. Kennedy | 1.70 | 90.00 | $153.00 |
| Sandra L. Dennis | 3.90 | 100.00 | $390.00 |
| Timothy J. Conway | 0.50 | 400.00 | $200.00 |
| TOTALS | 11.70 | | $1,740.50 |

CURRENT CHARGES                                                                                 $1,740.50

PLEASE PAY THIS AMOUNT                                                                          $1,740.50

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP**LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444489
Matter No. 034761-08001

Briarwood Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Fee/Employment Objections

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/15/09 | Review bank's motion to vacate order regarding employment of Hamstreet and employment of Tonkon Torp and consider response thereto (.2) | TJC | .20 | 400.00 | $80.00 |
| **TOTAL FEES** | | | | | $80.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 0.20 | | $80.00 |

CURRENT CHARGES                                     $80.00

PLEASE PAY THIS AMOUNT                              $80.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444490
Matter No. 034761-11001

Briarwood Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Plan and Disclosure Statement

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/05/09 | Conference conference with counsel for bank regarding development of plan (.3) | ANK | .30 | 450.00 | $135.00 |
| TOTAL FEES | | | | | $135.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Albert N. Kennedy | 0.30 | 450.00 | $135.00 |
| TOTALS | 0.30 | | $135.00 |

CURRENT CHARGES                                       $135.00

PLEASE PAY THIS AMOUNT                                $135.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444491
Matter No. 034761-12001

Briarwood Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Relief from Stay Proceedings

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/30/09 | Review receiver's reply to debtor's response to receiver's motion for relief from stay (.3); review receiver's motion for limited relief from automatic stay (.2) | TJC | .50 | 400.00 | $200.00 |
| TOTAL FEES | | | | | $200.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 0.50 | 400.00 | $200.00 |
| TOTALS | 0.50 | | $200.00 |

CURRENT CHARGES                                                                                   $200.00

PLEASE PAY THIS AMOUNT                                                                     $200.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.