# EXHIBIT D



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444492
Matter No. 034762-00001

Century Fields Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

### STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED: Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/20/09 | Postage | $24.16 |
| 02/25/09 | Postage | $19.89 |
| 02/27/09 | Postage | $10.03 |
| 03/03/09 | Postage | $15.85 |
| 03/04/09 | Postage | $28.92 |
| 03/05/09 | Postage | $18.00 |
| 03/06/09 | Postage | $22.33 |
| 03/31/09 | Pacer Services | $76.40 |
| 03/31/09 | Copy charge (out-of-office) - - Stoel Rives, LLP | $36.36 |
| 04/29/09 | Filing Fees - Amended Matrix | $26.00 |
| 04/29/09 | Postage | $6.72 |
| 04/29/09 | Postage | $2.68 |
| 05/06/09 | Postage | $6.72 |
| 05/22/09 | Postage | $22.05 |
| 06/03/09 | Postage | $24.40 |
| 06/05/09 | Postage | $27.80 |
| 06/12/09 | Postage | $8.80 |
| 06/17/09 | Postage | $7.92 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29/09 | Postage | $25.02 |
| 08/24/09 | Postage | $3.08 |
| 01/31/10 | Copying Costs | $149.15 |
| | TOTAL COSTS AND EXPENSES | $562.28 |

**CURRENT CHARGES**          $562.28

**PLEASE PAY THIS AMOUNT**          $562.28

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444493
Matter No. 034762-03001

Century Fields Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED: Business Operations

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01/09 | Review and organize loan documents (1.5) | AMC | 1.50 | 100.00 | $150.00 |
| TOTAL FEES | | | | | $150.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 1.50 | 100.00 | $150.00 |
| TOTALS | 1.50 | | $150.00 |

CURRENT CHARGES $150.00

PLEASE PAY THIS AMOUNT $150.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP LLP**
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444494
Matter No. 034762-04001

Century Fields Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/10/09 | Meeting with Mr. Hamstreet and Ms. Dunn regarding case status and course of action (.2) | TJC | .20 | 400.00 | $80.00 |
| 02/12/09 | Review debtor-in-possession budget (.3) | LS | .30 | 450.00 | $135.00 |
| 02/13/09 | Telephone conference with court regarding calendaring and transfer issues (.1); review information and pleadings related to case (.8) | TJC | .90 | 400.00 | $360.00 |
| 02/16/09 | Review selected pleadings from Nashville court (.9) | TJC | .90 | 400.00 | $360.00 |
| 02/18/09 | Multiple correspondence with court (.1); correspondence regarding notice of hearings (.1) | TJC | .20 | 400.00 | $80.00 |
| 02/19/09 | Work on notice of hearing regarding continued use of cash collateral and extension of exclusivity period (.1); draft proposed order regarding use of cash collateral (.2) | ANK | .30 | 450.00 | $135.00 |
| 02/19/09 | E-mail Ms. Lindsay regarding Rule 2015 report deadline, review order setting case management scheduling and conference with Ms. Kennedy regarding same (.2) | LJL | .20 | 100.00 | $20.00 |
| 02/20/09 | Review and revise notices of hearings (.1); review memorandum relating to use of cash collateral and perfection of security interests filed by debtor and bank in Tennessee proceedings (.3) | ANK | .40 | 450.00 | $180.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/20/09 | E-mails with Ms. Kennedy, Messrs. Yates and Guy and KCC regarding private resident lists needed from transferred Tennessee case for list of interested parties and conferences with Ms. Kennedy regarding same (.3); review and organize pleadings from Ms. Kennedy (.2) | LJL | .50 | 100.00 | $50.00 |
| 02/20/09 | Review docket and pleadings to establish list of interested parties for newly-transferred case (.5) | NEK | .50 | 90.00 | $45.00 |
| 02/23/09 | Correspondence with Ms. Kennedy regarding schedules and resident noticing issues (.2) | LJL | .20 | 100.00 | $20.00 |
| 02/25/09 | Prepare case management conference report (.3); communications with Mr. Rundell in preparation for case management meeting (.2); review communication from Stoel Rives regarding proposed changes to cash collateral order and consider course of action (.6) | ANK | 1.10 | 450.00 | $495.00 |
| 02/25/09 | Review Tennessee case docket, consolidated service list, orders and other pleadings to ascertain appropriate parties for service in newly-transferred case (.3) | NEK | .30 | 90.00 | $27.00 |
| 02/26/09 | Communications relating to preparation for hearing on use of cash collateral (.3) | ANK | .30 | 450.00 | $135.00 |
| 02/26/09 | Draft motion and proposed order to alter monthly reporting cycles for 2015 reports (.2) | NEK | .20 | 90.00 | $18.00 |
| 02/26/09 | Review multiple communications with Mr. Rundell regarding operating issues and funds (.2); review and revise motion and order to alter reporting cycle for 2015 reports (.2) | TJC | .40 | 400.00 | $160.00 |
| 02/27/09 | Review 2015 report (.1) | TJC | .10 | 400.00 | $40.00 |
| 03/01/09 | Review objections (.3); review January 2015 reports (.3); communications with Mr. Rundell and Ms. Dunn regarding preparation for hearing (.2) | ANK | .80 | 450.00 | $360.00 |
| 03/02/09 | Prepare for hearing on use of cash collateral (1.3); meeting with Mr. Rundell to prepare for hearing (.6); attend hearing on use of cash collateral and case management (.8) | ANK | 2.70 | 450.00 | $1,215.00 |
| 03/02/09 | Review and organize e-mail including electronic organization of recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/02/09 | Telephone conference from and to court clerk regarding hearings (.1); meeting with Mr. Rundell regarding hearing results (.1) | TJC | .20 | 400.00 | $80.00 |
| 03/03/09 | Draft cash collateral order (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/03/09 | Conference with Mr. Denton regarding engagement letters (.1); draft engagement letters for Briarwood and Century Fields and e-mail to Mr. Hamstreet for review (.9) | HBB | 2.00 | 195.00 | $390.00 |
| 03/03/09 | Review and respond to e-mail from Ms. Bjerk regarding engagement letters and background research to determine whether Mr. Hamstreet was appointed chief restructuring officer for debtor (.2); review and organize e-mail and recent pleadings (.2) | LJL | .40 | 100.00 | $40.00 |
| 03/04/09 | Draft motion to extend exclusivity period (.5); communications with counsel for bank (.1) | ANK | .60 | 450.00 | $270.00 |
| 03/04/09 | Review recent hearing proceeding records and compare to docket reports (.1) | LJL | .10 | 100.00 | $10.00 |
| 03/04/09 | Coordinate service of order extending exclusivity period and order continuing authority to alter reporting cycle for 2015 reports and prepare certificate of service for filing with court (.2) | NEK | .20 | 90.00 | $18.00 |
| 03/06/09 | Review proposed stipulated receivership order with comments from SEC and analyze treatment of and implications for bankruptcy cases (.2); communications with Messrs. Foraker and Bush regarding same (.1) | ANK | .30 | 450.00 | $135.00 |
| 03/09/09 | Meetings with Mr. Hamstreet and others to review draft SEC receivership order, consider implications for pending bankruptcy cases and suggest modifications (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/10/09 | Travel to and from Eugene (.1); attend hearing regarding appointment of receiver (.1); review final order and analyze implications (.1) | ANK | .30 | 450.00 | $135.00 |
| 03/10/09 | Retrieve and forward to Ms. Barton seventh interim order authorizing use of cash collateral and attached current budget (.2) | LJL | .20 | 100.00 | $20.00 |
| 03/11/09 | Attend mediation session concerning restructuring (.2) | ANK | .20 | 450.00 | $90.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444494                                   034762-04001                  Page 4

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/11/09 | Telephone conference with Ms. Jones regarding monthly report and other accounting issues (.2) | TJC | .20 | 400.00 | $80.00 |
| 03/12/09 | Review and respond to e-mail from Ms. Bernard regarding status of Tennessee consolidated debtor Waterford in Bellevue and forward Tennessee case information, including two debtors transferred to Oregon bankruptcy court, and update spreadsheet summary (.2) | LJL | .20 | 100.00 | $20.00 |
| 03/15/09 | Review and respond to e-mail from Mr. Elsaesser regarding status of bankruptcy cases (.3) | ANK | .30 | 450.00 | $135.00 |
| 03/23/09 | Telephone conference with Mr. Fickes, counsel for SEC, regarding status of case and course of action (.2) | ANK | .20 | 450.00 | $90.00 |
| 03/24/09 | Review and respond to e-mail from Ms. Hurd regarding suggested handling of creditor inquiry (.1) | LJL | .10 | 100.00 | $10.00 |
| 03/31/09 | Review monthly report and attachments (.2); review prior month's amended report (.2) | TJC | .40 | 400.00 | $160.00 |
| 04/06/09 | Review orders and create spreadsheet identifying expiration dates (.3) | AMC | .30 | 100.00 | $30.00 |
| 04/06/09 | Review and organize e-mail including electronic organization of pleadings filed during prior week (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/07/09 | Review and organize e-mail and pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/10/09 | Retrieve and forward notice of bankruptcy, petition and case transfer documentation to Ms. Bruck and Mr. Wettlaufer (.1); review and organize e-mail and pleadings (.1) | LJL | .20 | 100.00 | $20.00 |
| 04/14/09 | Review objection filed by bank to motion to extend exclusivity period (.2); exchange e-mail regarding appraiser (.1) | ANK | .30 | 450.00 | $135.00 |
| 04/14/09 | Review various pleadings and other documents for information needed to complete status report for Judge Hogan (.5) | NEK | .50 | 90.00 | $45.00 |
| 04/15/09 | Review New South Federal Bank's objection to extension of exclusivity period (.2) | TJC | .20 | 400.00 | $80.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/22/09 | Telephone conference with Ms. Kosydar regarding position of bank on use of cash collateral, loan restructuring and plan structure (.2); review motion to withdraw reference (.2); consider response to issues raised by Ms. Kosydar concerning course of action in development of plan and debt restructuring (.3) | ANK | .70 | 450.00 | $315.00 |
| 04/22/09 | Review SEC motion to withdraw reference (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/22/09 | Telephone conference with Ms. Dunn (.2); analyze response to issues raised by bank (.3) | TJC | .50 | 400.00 | $200.00 |
| 04/23/09 | Review documents and information in preparation for hearing (.8); court appearance at hearing on motion for authority to continue use of cash collateral and extend exclusivity (.4); telephone conference with Ms. Dunn (.1); draft final order regarding use of cash collateral (.2) | TJC | 1.50 | 400.00 | $600.00 |
| 04/27/09 | Review issues regarding cash collateral (.1); telephone conference with Ms. Barton regarding cash collateral budget issues (.2); correspondence from Ms. Barton and Ms. Robinson (.1); review revised budget (.2) | TJC | .60 | 400.00 | $240.00 |
| 04/28/09 | Review court website to update electronic court filing participants, draft certificate of service for final order authorizing use of cash collateral and arrange for service (.2) | NEK | .20 | 90.00 | $18.00 |
| 04/29/09 | Prepare form LBF 728 and supplemental matrix to include additional interested parties (.3); prepare letter to interested parties with case details (.3); prepare exhibits to letter (.5) | AMC | 1.20 | 100.00 | $120.00 |
| 04/29/09 | Conferences with Mr. Conway and Ms. Crowther regarding preparation of LBF 728 with supplemental matrix to add interested SEC parties, finalize letter to affected creditors and file same with court (.5) | LJL | .50 | 100.00 | $50.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| 05/04/09 | Review court records and list of interested parties (.1); begin drafting letter to Judge Hogan regarding parties needing electronic notice (.1) | NEK | .20 | 90.00 | $18.00 |
| 05/05/09 | Series of e-mail exchanges with counsel for bank regarding financial reports (.2) | ANK | .20 | 450.00 | $90.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444494   034762-04001   Page 6

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/05/09 | Review and organize pleadings filed during two weeks prior, and conference with Ms. Kennedy regarding withdrawal of case to U.S. District Court and effect on case administration (.6) | LJL | .60 | 100.00 | $60.00 |
| 05/07/09 | Draft certificate of service of order withdrawing reference (.1); compare and update list of interested parties and mailing labels for U.S. District Court case (.4) | NEK | .50 | 90.00 | $45.00 |
| 05/12/09 | Review and respond to e-mail from Ms. White and forward notice of bankruptcy documents (.1) | LJL | .10 | 100.00 | $10.00 |
| 05/20/09 | Draft spreadsheet to calculate case deadlines, including exclusivity period, cash collateral and nonresidential real property leases, and review background documents regarding same (.2) | LJL | .20 | 100.00 | $20.00 |
| 05/21/09 | Draft motion and proposed order to extend exclusivity period (.3) | LJL | .30 | 100.00 | $30.00 |
| 05/27/09 | Review and analyze proposed 2015 reports (.2) | TJC | .20 | 400.00 | $80.00 |
| 06/26/09 | Review and electronic organization of pleadings filed during prior month (.3) | LJL | .30 | 100.00 | $30.00 |
| 06/27/09 | Review 2015 report and related attachments (.2) | TJC | .20 | 400.00 | $80.00 |
| 07/10/09 | Review and organize recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 07/27/09 | Review and analyze proposed monthly report and related documents and attachments (.2) | TJC | .20 | 400.00 | $80.00 |
| 08/03/09 | Review and organize pleadings filed during prior weeks (.2) | LJL | .20 | 100.00 | $20.00 |
| 08/27/09 | Review and organize recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 08/29/09 | Review proposed monthly report and related attachments and documents (.2) | TJC | .20 | 400.00 | $80.00 |

TOTAL FEES $8,464.00

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Albert N. Kennedy | 9.30 | 450.00 | $4,185.00 |
| Anita Crowther | 1.50 | 100.00 | $150.00 |
| Haley B. Bjerk | 2.00 | 195.00 | $390.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Laura J. Lindberg | 4.90 | 100.00 | $490.00 |
| Leon Simson | 0.30 | 450.00 | $135.00 |
| Nancy E. Kennedy | 2.60 | 90.00 | $234.00 |
| Timothy J. Conway | 7.20 | 400.00 | $2,880.00 |
| TOTALS | 27.80 | | $8,464.00 |

CURRENT CHARGES                                                $8,464.00

PLEASE PAY THIS AMOUNT                                         $8,464.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444495
Matter No. 034762-07001

Century Fields Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Fee/Employment Applications

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/13/09 | Analyze issues related to application to employ accountants (.2) | JKH | .20 | 225.00 | $45.00 |
| 03/16/09 | Conference with Ms. Dennis, retrieve and forward new business memoranda with supplemental statement of financial affairs ownership details to Ms. Dennis to determine if additional conflicts checks required for Rule 2014 disclosure purposes, and e-mail to Ms. Dennis and Mr. Hein regarding same (.3) | LJL | .30 | 100.00 | $30.00 |
| 03/16/09 | Draft 2014 statement and exhibits for Tonkon Torp and Hamstreet & Associates (.6) | SLD | .60 | 100.00 | $60.00 |
| 03/17/09 | Analyze issues related to Hamstreet & Associates' employment application (.1) | JKH | .10 | 225.00 | $22.50 |
| 03/17/09 | Conference with Ms. Sullivan to prepare matrix regarding additional employment conflict checks(.1); revise spreadsheet to add resident information and forward to Ms. Dennis for Rule 2014 purposes (.5) | LJL | .60 | 100.00 | $60.00 |
| 03/18/09 | Prepare creditor lists for conflict checks by Tonkon Torp and Hamstreet & Associates and e-mail same to Hamstreet & Associates (1.7) | SLD | 1.70 | 100.00 | $170.00 |
| 03/19/09 | Work on application to employ Hamstreet & Associates (.4) | JKH | .40 | 225.00 | $90.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/19/09 | Work on application to affirm employment of Tonkon Torp (.2) | JKH | .20 | 225.00 | $45.00 |
| 03/19/09 | Revise exhibits to 2014 statement and research ownership (.7) | SLD | .70 | 100.00 | $70.00 |
| 03/20/09 | Revise Tonkon Torp's 2014 statement (1.2) | JKH | 1.20 | 225.00 | $270.00 |
| 03/20/09 | Follow-up with Ms. Million of Hamstreet & Associates regarding response to creditor check (.2) | SLD | .20 | 100.00 | $20.00 |
| 03/24/09 | Continue work on Tonkon Torp's 2014 statement (.2) | JKH | .20 | 225.00 | $45.00 |
| 04/02/09 | Revise motion to affirm employment of Tonkon Torp (.3) | JKH | .30 | 225.00 | $67.50 |
| 05/22/09 | Draft 2014 statement and exhibits for Moss Adams LLP (.5) | SLD | .50 | 100.00 | $50.00 |
| 06/03/09 | Finalize and file application to affirm employment of Tonkon Torp (.2) | JKH | .20 | 225.00 | $45.00 |
| 06/03/09 | Continue work on application to employ Hamstreet & Associates and accompanying 2014 statement (.2) | JKH | .20 | 225.00 | $45.00 |
| 06/03/09 | Review and sign amended 2014 statement (.1) | TJC | .10 | 400.00 | $40.00 |
| 06/04/09 | Continue work on application to employ Hamstreet & Associates and supporting 2014 statement (1.0) | JKH | 1.00 | 225.00 | $225.00 |
| 06/18/09 | Revise 2014 statement and exhibits for Moss Adams (.3) | SLD | .30 | 100.00 | $30.00 |
| 06/22/09 | Revise summary spreadsheet detailing Tonkon Torp retainer with amounts billed and outstanding, conference with Ms. Klimowicz to confirm same, and forward to various Sunwest and Hamstreet parties (.6); review prior correspondence regarding refund retainers from prior Tennessee counsel, retrieve and review initial client engagement letter, and draft and forward to Mr. Hamstreet letter confirming application of prior law firm's minimal unused retainer toward Tonkon Torp's trust funds for debtor (.6) | LJL | 1.20 | 100.00 | $120.00 |
| 06/26/09 | Continue working on application to employ Moss Adams and supporting 2014 statement (.1) | JKH | .10 | 225.00 | $22.50 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444495                   034762-07001                   Page 3

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/05/09 | Review and revise interim fee application for Tonkon Torp and related documents (.4) | NEK | .40 | 90.00 | $36.00 |
| 08/11/09 | Review and update interim fee application, notice of intent to compensate professionals and chapter 11 interim report (.2); prepare draft of interim fee application for Hamstreet & Associates (.2) | NEK | .40 | 90.00 | $36.00 |
| 08/24/09 | Work on applications for interim compensation of professionals for Tonkon Torp and Hamstreet and work on revisions thereto and to interim report and notice of intent to compensate (.5) | TJC | .50 | 400.00 | $200.00 |
| TOTAL FEES | | | | | $1,844.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| James K. Hein | 4.10 | 225.00 | $922.50 |
| Laura J. Lindberg | 2.10 | 100.00 | $210.00 |
| Nancy E. Kennedy | 0.80 | 90.00 | $72.00 |
| Sandra L. Dennis | 4.00 | 100.00 | $400.00 |
| Timothy J. Conway | 0.60 | 400.00 | $240.00 |
| TOTALS | 11.60 | | $1,844.50 |

CURRENT CHARGES                                     $1,844.50

PLEASE PAY THIS AMOUNT                              $1,844.50

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444496
Matter No. 034762-08001

Century Fields Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Fee/Employment Objections

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/15/09 | Review bank's motion to vacate order regarding employment of Hamstreet and Tonkon Torp and consider response thereto (.2) | TJC | .20 | 400.00 | $80.00 |
| TOTAL FEES | | | | | $80.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 0.20 | | $80.00 |

CURRENT CHARGES                                                                 $80.00

PLEASE PAY THIS AMOUNT                                                     $80.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444497
Matter No. 034762-09001

Century Fields Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:  Financing

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/27/09 | Review objection to use of cash collateral (.2) | TJC | .20 | 400.00 | $80.00 |
| TOTAL FEES | | | | | $80.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 0.20 | | $80.00 |

CURRENT CHARGES                                         $80.00

PLEASE PAY THIS AMOUNT                                  $80.00

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 16, 2010

Invoice No. 1444498
Matter No. 034762-11001

Century Fields Retirement and Assisted Living Community, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

STATEMENT FOR PERIOD THROUGH 1/31/10

FOR LEGAL SERVICES RENDERED:   Plan and Disclosure Statement

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/20/09 | Review outline of essential elements of plan of reorganization prepared by former counsel and circulated to tenants-in-common (.4) | ANK | .40 | 450.00 | $180.00 |
| 02/25/09 | Meeting with Mr. Wada and Ms. Schleicher regarding terms of plan of reorganization (1.2) | ANK | 1.20 | 450.00 | $540.00 |
| 03/05/09 | Conference conference with counsel for bank regarding development of plan (.2); communications with Ms. Schleicher regarding retention of appraiser (.2) | ANK | .40 | 450.00 | $180.00 |
| 03/18/09 | Review e-mail from Ms. Schleicher regarding plan (.2); e-mail to Ms. Schleicher regarding implications of position of receiver and SEC on development and structure of plan (.6) | ANK | .80 | 450.00 | $360.00 |

TOTAL FEES                                                                                              $1,260.00

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Albert N. Kennedy | 2.80 | 450.00 | $1,260.00 |
| TOTALS | 2.80 | | $1,260.00 |

CURRENT CHARGES                                                                          $1,260.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444498                                   034762-11001          Page 2

PLEASE PAY THIS AMOUNT                                  $1,260.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.