# EXHIBIT E



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444707
Matter No. 034671-00001

Moses Lake Senior Care L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

### STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28/09 | Postage | $115.72 |
| 08/28/09 | Postage | $33.36 |
| 09/28/09 | Postage | $14.64 |
| 02/24/10 | Copying Costs | $151.85 |
| | TOTAL COSTS AND EXPENSES | $315.57 |

| | |
|---|---|
| CURRENT CHARGES | $315.57 |
| PRIOR STATEMENT BALANCE | $819.26 |
| PAYMENTS RECEIVED | ($819.26) |
| PLEASE PAY THIS AMOUNT | $315.57 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444708
Matter No. 034671-04001

Moses Lake Senior Care L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED: Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/03/09 | Review and organize pleadings filed during prior weeks (.3) | LJL | .30 | 100.00 | $30.00 |
| 08/03/09 | Correspondence from Mr. Cushing and review proposed revisions to term sheet (.3); draft correspondence to Ms. Dunn regarding proposed term revisions and suggestions (.4); work on response (.5) | TJC | 1.20 | 400.00 | $480.00 |
| 08/14/09 | Work on issues regarding Charter Bank restructuring terms (.3) | TJC | .30 | 400.00 | $120.00 |
| 08/15/09 | Meeting with Ms. Dunn regarding loan restructuring terms with Charter Bank (.5) | TJC | .50 | 400.00 | $200.00 |
| 08/17/09 | Telephone conference with Mr. Cushing regarding proposed terms (.2); correspondence from and to Mr. Cushing regarding restructuring issues (.3) | TJC | .50 | 400.00 | $200.00 |
| 08/20/09 | Correspondence to Ms. Dunn (.1); telephone conference with Ms. Dunn regarding terms with Charter Bank (.2); work on revisions to Charter Bank term sheet (.5) | TJC | .80 | 400.00 | $320.00 |
| 08/21/09 | Review proposed deal terms and telephone conference with Mr. Cushing regarding terms (.2) | TJC | .20 | 400.00 | $80.00 |
| 08/26/09 | Finalize billing statements for interim fee application (.1); correspondence to client (.1) | NEK | .20 | 90.00 | $18.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444708  034671-04001  Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 08/29/09 | Review proposed monthly report and related attachments and documents (.2) | TJC | .20 | 400.00 | $80.00 |
| 08/29/09 | Review proposed monthly report and related attachments and documents (.2) | TJC | .20 | 400.00 | $80.00 |
| 08/31/09 | Work on revisions to term sheet (.9); correspondence with client regarding terms (.2); further revisions to term sheet (.4) | TJC | 1.50 | 400.00 | $600.00 |
| TOTAL FEES | | | | | $2,208.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Laura J. Lindberg | 0.30 | 100.00 | $30.00 |
| Nancy E. Kennedy | 0.20 | 90.00 | $18.00 |
| Timothy J. Conway | 5.40 | 400.00 | $2,160.00 |
| TOTALS | 5.90 | | $2,208.00 |

| | |
|---|---|
| CURRENT CHARGES | $2,208.00 |
| PRIOR STATEMENT BALANCE | $40,952.00 |
| PAYMENTS RECEIVED | ($40,952.00) |
| PLEASE PAY THIS AMOUNT | $2,208.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444709
Matter No. 034671-07001

Moses Lake Senior Care L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

### STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED: Fee/Employment Applications

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/05/09 | Review and revise interim fee application for Tonkon Torp and related documents (.4) | NEK | .40 | 90.00 | $36.00 |
| 08/11/09 | Review and update interim fee application, notice of intent to compensate professionals and chapter 11 interim report (.2); prepare draft interim fee application for Hamstreet & Associates (.2) | NEK | .40 | 90.00 | $36.00 |
| 08/21/09 | Work on applications for compensation of professionals including interim report and notice of intent (1.6) | TJC | 1.60 | 400.00 | $640.00 |
| 08/24/09 | Review and revise applications for interim compensation of professionals, notice, interim reports and drafting of proposed orders and revisions thereto (.9) | TJC | .90 | 400.00 | $360.00 |
| 08/28/09 | Review and revise proposed fee application and related documents (.4) | TJC | .40 | 400.00 | $160.00 |
| TOTAL FEES | | | | | $1,232.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Nancy E. Kennedy | 0.80 | 90.00 | $72.00 |
| Timothy J. Conway | 2.90 | 400.00 | $1,160.00 |
| TOTALS | 3.70 | | $1,232.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



| | |
|---|---|
| CURRENT CHARGES | $1,232.00 |
| PRIOR STATEMENT BALANCE | $1,527.50 |
| PAYMENTS RECEIVED | ($1,527.50) |
| PLEASE PAY THIS AMOUNT | <u>$1,232.00</u> |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444710
Matter No. 034671-08001

Moses Lake Senior Care L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED: Fee/Employment Objections

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/17/09 | Review and identify objections to PCO's fee request (.2) | JKH | .20 | 225.00 | $45.00 |
| 09/17/09 | Review Charter Bank's objections to payment of Hamstreet and Tonkon fees and draft responses (.9) | JKH | .90 | 225.00 | $202.50 |
| 09/23/09 | Revise memorandum regarding fee objections (.1) | JKH | .10 | 225.00 | $22.50 |
| 09/24/09 | Work on fee objections for PCO and debtor's professionals (.5) | JKH | .50 | 225.00 | $112.50 |
| 09/24/09 | Work on fee objections for PCO and debtor's professionals (.4) | JKH | .40 | 225.00 | $90.00 |
| TOTAL FEES | | | | | $472.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| James K. Hein | 2.10 | 225.00 | $472.50 |
| TOTALS | 2.10 | | $472.50 |

CURRENT CHARGES                                           $472.50

PRIOR STATEMENT BALANCE                                    $80.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444710                                              034671-08001                        Page 2

PAYMENTS RECEIVED                                                              ($80.00)

PLEASE PAY THIS AMOUNT                                                         $472.50

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.