# EXHIBIT F



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444701
Matter No.  034660-00001

Mountain View Village Assisted Living and Retirement
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 2/24/10</u>

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|------|-------------|--------|
| 08/28/09 | Postage | $87.12 |
| 08/28/09 | Postage | $30.58 |
| 09/18/09 | Postage | $6.30 |
| 09/28/09 | Postage | $10.12 |
| 02/24/10 | Copying Costs | $21.65 |
| TOTAL COSTS AND EXPENSES | | $155.77 |

CURRENT CHARGES                                          $155.77

PRIOR STATEMENT BALANCE                        $1,218.84

PAYMENTS RECEIVED                                  ($1,218.84)

PLEASE PAY THIS AMOUNT                            <u>$155.77</u>

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444702
Matter No. 034660-04001

Mountain View Village Assisted Living and Retirement
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

## STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 08/03/09 | Review and organize pleadings filed during prior weeks (.2) | LJL | .20 | 100.00 | $20.00 |
| 08/05/09 | Multiple correspondence and telephone conferences with Ms. Barton regarding budget and payment issues (.2) | TJC | .20 | 400.00 | $80.00 |
| 08/26/09 | Finalize billing statements for interim fee application (.1); letter to client (.1) | NEK | .20 | 90.00 | $18.00 |
| 08/27/09 | Review and organize recent pleadings (.1) | LJL | .10 | 100.00 | $10.00 |
| 08/27/09 | Correspondence from and to Mr. Ross regarding claims (.1); correspondence from and to Ms. Pearson regarding worker's compensation (.1); correspondence with client regarding worker's compensation issues and insurance coverage (.1) | TJC | .30 | 400.00 | $120.00 |
| 08/28/09 | Correspondence from and to Ms. Pearson regarding worker's compensation (.1) | TJC | .10 | 400.00 | $40.00 |
| 08/29/09 | Review proposed monthly report and related attachments and documents (.2) | TJC | .20 | 400.00 | $80.00 |
| 08/31/09 | Telephone conference with Mr. Ross (.5); correspondence to client (.1) | TJC | .60 | 400.00 | $240.00 |
| 09/03/09 | Review returned mail address change for resident refund and update master spreadsheet to reflect same (.1) | LJL | .10 | 100.00 | $10.00 |
| TOTAL FEES | | | | | $618.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Laura J. Lindberg | 0.40 | 100.00 | $40.00 |
| Nancy E. Kennedy | 0.20 | 90.00 | $18.00 |
| Timothy J. Conway | 1.40 | 400.00 | $560.00 |
| TOTALS | 2.00 | | $618.00 |

| | |
|---|---|
| CURRENT CHARGES | $618.00 |
| PRIOR STATEMENT BALANCE | $33,877.00 |
| PAYMENTS RECEIVED | ($33,877.00) |
| PLEASE PAY THIS AMOUNT | $618.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444704
Matter No. 034660-07001

Mountain View Village Assisted Living and Retirement
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

<u>STATEMENT FOR PERIOD THROUGH 2/24/10</u>

FOR LEGAL SERVICES RENDERED:   Fee/Employment Applications

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 08/05/09 | Review and revise interim fee application for Tonkon Torp and related documents (.4) | NEK | .40 | 90.00 | $36.00 |
| 08/11/09 | Review and update interim fee application, notice of intent to compensate professionals and chapter 11 interim report (.2); prepare draft of interim fee application for Hamstreet & Associates (.3) | NEK | .50 | 90.00 | $45.00 |
| 08/28/09 | Review and revise fee application pleadings and related documents (.5) | TJC | .50 | 400.00 | $200.00 |
| TOTAL FEES | | | | | $281.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Nancy E. Kennedy | 0.90 | 90.00 | $81.00 |
| Timothy J. Conway | 0.50 | 400.00 | $200.00 |
| TOTALS | 1.40 | | $281.00 |

CURRENT CHARGES                                    $281.00

PRIOR STATEMENT BALANCE                        $4,001.50

PAYMENTS RECEIVED                                ($4,001.50)

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP**LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

PLEASE PAY THIS AMOUNT                              $281.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.

**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444705
Matter No.  034660-08001

Mountain View Village Assisted Living and Retirement
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

### STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED:  Fee/Employment Objections

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 09/17/09 | Review and identify objections to PCO's fee request (.2) | JKH | .20 | 225.00 | $45.00 |
| 09/23/09 | Revise memorandum regarding fee objections (.1) | JKH | .10 | 225.00 | $22.50 |
| 09/24/09 | Work on fee objections for PCO and debtor's professionals (.5) | JKH | .50 | 225.00 | $112.50 |
| TOTAL FEES | | | | | $180.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| James K. Hein | 0.80 | 225.00 | $180.00 |
| TOTALS | 0.80 | | $180.00 |

| | |
|---|---|
| CURRENT CHARGES | $180.00 |
| PRIOR STATEMENT BALANCE | $500.00 |
| PAYMENTS RECEIVED | ($500.00) |
| PLEASE PAY THIS AMOUNT | $180.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444706
Matter No.  034660-09001

Mountain View Village Assisted Living and Retirement
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 2/24/10</u>

FOR LEGAL SERVICES RENDERED:   Financing

<u>Time Detail</u>

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>INIT</u> | <u>TIME</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 08/27/09 | Multiple correspondence from and to Ms. Barton regarding cash collateral issues (.2) | TJC | .20 | 400.00 | $80.00 |
| TOTAL FEES | | | | | $80.00 |

<u>Timekeeper Summary</u>

| <u>TIMEKEEPER</u> | <u>TIME</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 0.20 | | $80.00 |

| | |
|---|---|
| CURRENT CHARGES | $80.00 |
| PRIOR STATEMENT BALANCE | $9,460.00 |
| PAYMENTS RECEIVED | ($9,460.00) |
| PLEASE PAY THIS AMOUNT | <u>$80.00</u> |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.