# EXHIBIT G



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444711
Matter No. 034807-00001

Neawanna by the Sea Limited Partnership
c/o Shirley Dunn
Hamstreet & Company
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-00006

STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13/09 | Filing fees - Amended Matrix | $26.00 |
| 04/17/09 | Postage | $2.10 |
| 05/06/09 | Postage | $2.40 |
| 05/22/09 | Postage | $8.40 |
| 02/24/10 | Copying Costs | $22.45 |
| TOTAL COSTS AND EXPENSES | | $61.35 |

CURRENT CHARGES                                         $61.35

PLEASE PAY THIS AMOUNT                                  $61.35

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444712
Matter No. 034807-03001

Neawanna by the Sea Limited Partnership
c/o Shirley Dunn
Hamstreet & Company
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-00006

## STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED: Business Operations

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/03/09 | Corporate document organization (.3) | AMC | .30 | 100.00 | $30.00 |
| TOTAL FEES | | | | | $30.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 0.30 | 100.00 | $30.00 |
| TOTALS | 0.30 | | $30.00 |

CURRENT CHARGES                                                     $30.00

PLEASE PAY THIS AMOUNT                                              $30.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP**LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444713
Matter No. 034807-04001

Neawanna by the Sea Limited Partnership
c/o Shirley Dunn
Hamstreet & Company
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-00006

## STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED: Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/26/09 | Review corporate documents to determine consent necessary to authorize filing bankruptcy petition and conference with Mr. Conway regarding same (1.0); conference with Ms. Bruck regarding consent resolutions and revised chief restructuring officer consent (1.9); draft engagement letter and forward to Messrs. Conway and Kennedy (1.9); e-mail status of authority to file to Ms. Lindberg (.1) | HBB | 4.90 | 195.00 | $955.50 |
| 03/27/09 | Conference with Mr. Conway regarding sending notice of bankruptcy letters to buyers and title company (.4) | HBB | .40 | 195.00 | $78.00 |
| 03/30/09 | Review and organize corporate documents (1.8) | AMC | 1.80 | 100.00 | $180.00 |
| 03/30/09 | E-mails with counsel for SEC and counsel for receiver (.4) | ANK | .40 | 450.00 | $180.00 |
| 03/30/09 | Draft and notice of bankruptcy letters to buyer, buyer's counsel, Mr. Swanson, and escrow agent (2.3); draft memorandum to file regarding authority to file bankruptcy petition (.6); conference with Ms. Crowther regarding corporate documents authorizing filing (.1) | HBB | 3.00 | 195.00 | $585.00 |
| 03/30/09 | Review and revise notices of bankruptcy (.2) | TJC | .20 | 400.00 | $80.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/02/09 | Telephone conference with Mr. Swanson (.2); analyze issues and strategy regarding escrowed funds and review sale documents (1.1); correspondence to Messrs. Coleman and Yates (.3); telephone conference with Ms. Dunn (.1); telephone conference with Mr. Yates (.2) | TJC | 1.90 | 400.00 | $760.00 |
| 04/03/09 | Conference with Ms. Crowther regarding consent resolutions authorizing filing (.2); follow-up on engagement letter (.3) | HBB | .50 | 195.00 | $97.50 |
| 04/03/09 | Telephone conference with Messrs. Coleman and Yates (.3); analyze and work on issues regarding work deposit funds in escrow account (.2); review motion for withdrawal of reference by SEC receiver (.1); correspondence from Mr. Coleman (.1); review and revise proposed complaint (.8); correspondence to Mr. Coleman (.1); correspondence from Mr. Coleman (.1) | TJC | 1.70 | 400.00 | $680.00 |
| 04/06/09 | Review orders and create spreadsheet identifying expiration dates (.2) | AMC | .20 | 100.00 | $20.00 |
| 04/06/09 | Review and organize e-mail regarding filing petition and organize working papers regarding same (1.3); review e-mail from Ms. Jones attaching final creditor changes and revise matrix and top 20 list spreadsheets to reflect final filed versions (.4) | LJL | 1.70 | 100.00 | $170.00 |
| 04/07/09 | Conference with Mr. Conway regarding upcoming schedule deadline (.1); e-mail to Ms. Jones and Ms. Bruck regarding preparation of draft schedules and statement of financial affairs (.4); forward notice of bankruptcy with proof of claim form to Ms. Petersen and Ms. White for future reference (.1); review e-mail from Ms. Bruck regarding Schedule G and response e-mails to Ms. Jones and Ms. Bruck (.2) | LJL | .80 | 100.00 | $80.00 |
| 04/08/09 | Review schedules prepared by Ms. Jones for statement of financial affairs (.8); confirm addresses against matrix (.5); prepare statement of financial affairs based on Sunwest backup (1.2) | AMC | 2.50 | 100.00 | $250.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/08/09 | Review and respond to e-mails from Ms. Bruck and Ms. Jones regarding buyer address to use for schedules and statement of financial affairs (.2); initial review of e-mail from Ms. Jones with data for schedules and statement of financial affairs, and conference with Ms. Crowther regarding entering of statement of financial affairs information into software (.5) | LJL | .70 | 100.00 | $70.00 |
| 04/09/09 | Review and revise schedules (1.0); conference with Ms. Lindberg regarding same (.7) | AMC | 1.70 | 100.00 | $170.00 |
| 04/09/09 | Review initial draft statement of financial affairs from Ms. Crowther and compare to spreadsheet from Ms. Jones, conference with Ms. Crowther, revise statement of financial affairs and create attachments to same (2.3); draft schedules per review of notes and spreadsheet from Ms. Jones (1.7); create and revise attachment to schedules and finalize initial draft of schedules (.6); conference with Mr. Conway to review draft schedules and statement of financial affairs and address pending questions (.7); perform PACER U.S. Party-Case Index search to confirm no litigation regarding statement of financial affairs, and revise schedules and statement of financial affairs to reflect changes per conference with Mr. Conway (.9) | LJL | 6.20 | 100.00 | $620.00 |
| 04/09/09 | Review and revise proposed schedules and statement of financial affairs (1.5); meeting with Ms. Lindberg regarding same (.7) | TJC | 2.20 | 400.00 | $880.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/10/09 | Telephone conference with Ms. Jones to resolve pending questions concerning schedules and statement of financial affairs (.3); final edits to schedules and statement of financial affairs per conference with Ms. Jones, create master spreadsheet updated from petition spreadsheet to conform to filed schedules and forward draft schedules and statement of financial affairs to Sunwest working group for comments with pending questions and notes (2.1); e-mail with Mr. Kennedy regarding summary of bankruptcies filed, and e-mail to Mr. Hein regarding Rule 2014 amendment needed per debtor's schedule of accounts receivable (.3); file organization (.1); revise bankruptcy affiliate summary chart to include case information (.1); review and respond to e-mail from Mr. Kennedy regarding addition of claim against Mr. Harder as debtor asset and other SEC-related issues (.2); retrieve and forward notice of bankruptcy and petition to Ms. Bruck and Mr. Wettlaufer (.1) | LJL | 3.20 | 100.00 | $320.00 |
| 04/13/09 | Revise schedules and statement of financial affairs per e-mails from Mr. Kennedy and Ms. Bruck, and conference with Mr. Conway regarding same (.9); make final edits per conference with Mr. Conway and forward revised draft to Sunwest, Hamstreet & Associates and internal attorneys for final review and approval (.7); retrieve, review and draft LBF 728 with attached first supplemental matrix, draft letter to affected creditor, prepare enclosures to same, and review and respond to e-mail from Mr. Conway forwarding U.S. Trustee comments regarding debtor's Rule 2014 statement (1.4); telephone conference and e-mails with Ms. Dunn, revise and finalize schedules and statement of financial affairs, and forward final version to working group for review and signature (1.1); file same, route and serve pleadings, and organize electronic and working files (.8) | LJL | 4.90 | 100.00 | $490.00 |
| 04/13/09 | Draft motion for authority to alter reporting cycle for 2015 reports (.2) | NEK | .20 | 90.00 | $18.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444713　　　　　　　　　　　034807-04001　　　　Page 5

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/13/09 | Review and final revisions to schedules and statement of financial affairs (.3); conference with Ms. Lindberg (.3); correspondence from Ms. McClurg regarding claims (.1); multiple correspondence regarding resolution of issues for schedules (.2); draft motion for extension of time to file monthly reports (.3 ) | TJC | 1.20 | 400.00 | $480.00 |
| 04/14/09 | Review e-mails regarding pending case issues (.3) | LJL | .30 | 100.00 | $30.00 |
| 04/14/09 | Review pleadings and other documents for information needed to complete status report for Judge Hogan (.3) | NEK | .30 | 90.00 | $27.00 |
| 04/14/09 | Revise motion regarding 2015 report (.1); work on status report to district court (.3) | TJC | .40 | 400.00 | $160.00 |
| 04/15/09 | Review status report filed per Judge Hogan's order (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/21/09 | Organize pleadings and forward Rule 2015 order to Ms. Jones (.1) | LJL | .10 | 100.00 | $10.00 |
| 04/22/09 | Research client documents for correct address of creditor and prepare change of address form (.2) | NEK | .20 | 90.00 | $18.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| 05/01/09 | Analyze issues for presentation to district court (.1); correspondence to Ms. Dunn and Ms. Barton regarding events (.1) | TJC | .20 | 400.00 | $80.00 |
| 05/04/09 | Review court records and list of interested parties (.1); begin drafting letter to Judge Hogan regarding parties needing electronic notice (.1) | NEK | .20 | 90.00 | $18.00 |
| 05/04/09 | Correspondence from and to Ms. Dunn (.2) | TJC | .20 | 400.00 | $80.00 |
| 05/05/09 | Review and organize pleadings filed during prior two weeks, and conference with Ms. Kennedy regarding withdrawal of case to U.S. District Court and effect on case administration (.1) | LJL | .10 | 100.00 | $10.00 |
| 05/06/09 | Review and organize recent U.S. District Court pleadings and organize working papers (.3) | LJL | .30 | 100.00 | $30.00 |
| 05/07/09 | Draft certificate of service of order withdrawing reference (.1); compare and update list of interested parties and mailing labels for U.S. District Court case (.4) | NEK | .50 | 90.00 | $45.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444713                    034807-04001              Page 6

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/20/09 | Draft spreadsheet to calculate case deadlines, including exclusivity period and nonresidential real property leases, per search of background documents (.2) | LJL | .20 | 100.00 | $20.00 |
| 05/21/09 | Draft motion and proposed order to extend exclusivity period (.3) | LJL | .30 | 100.00 | $30.00 |
| 05/21/09 | Multiple correspondence responding to U.S. Trustee inquiries regarding accounts, names, insurance and other miscellaneous issues (.4); review and revise motion to extend exclusivity (.2) | TJC | .60 | 400.00 | $240.00 |
| 05/29/09 | Correspondence from and to Ms. Barton (.1); review 2015 report (.1) | TJC | .20 | 400.00 | $80.00 |
| 06/26/09 | Review and electronic organization of working copies of pleadings filed during prior month (.2) | LJL | .20 | 100.00 | $20.00 |
| 06/26/09 | Review 2015 report and related attachments (.1) | TJC | .10 | 400.00 | $40.00 |
| 07/26/09 | Review proposed 2015 reports and related attachments and documents (.1) | TJC | .10 | 400.00 | $40.00 |
| 08/03/09 | Review and organize pleadings filed during weeks prior (.1) | LJL | .10 | 100.00 | $10.00 |
| 08/29/09 | Review proposed monthly report and related attachments and documents (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $8,242.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Albert N. Kennedy | 0.40 | 450.00 | $180.00 |
| Anita Crowther | 6.20 | 100.00 | $620.00 |
| Haley B. Bjerk | 8.80 | 195.00 | $1,716.00 |
| Laura J. Lindberg | 19.20 | 100.00 | $1,920.00 |
| Nancy E. Kennedy | 1.40 | 90.00 | $126.00 |
| Timothy J. Conway | 9.20 | 400.00 | $3,680.00 |
| TOTALS | 45.20 | | $8,242.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



Invoice # 1444713                034807-04001           Page 7

CURRENT CHARGES                                    $8,242.00

PLEASE PAY THIS AMOUNT                             $8,242.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP**LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444714
Matter No. 034807-07001

Neawanna by the Sea Limited Partnership
c/o Shirley Dunn
Hamstreet & Company
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-00006

## STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED: Fee/Employment Applications

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/14/09 | Analyze issues related to U.S. Trustee's questions concerning Tonkon Torp's 2014 statement (.7) | JKH | .70 | 225.00 | $157.50 |
| 05/04/09 | Analyze issues related to U.S. Trustee's questions (.4) | JKH | .40 | 225.00 | $90.00 |
| 05/22/09 | Finalize and file supplemental 2014 statement regarding Tonkon Torp employment as restructuring counsel (.1) | JKH | .10 | 225.00 | $22.50 |
| 05/22/09 | Draft 2014 statement and exhibits for Moss Adams LLP (.5) | SLD | .50 | 100.00 | $50.00 |
| 06/03/09 | Continue work on application to employ Hamstreet & Associates and supporting 2014 statement (.3) | JKH | .30 | 225.00 | $67.50 |
| 06/03/09 | Follow-up e-mail to Ms. Million of Hamstreet & Associates requesting response to creditor conflict check in connection with 2014 statement filing; confirm two parties listed for precautionary notice purposes and respond to Ms. Million's query (.5) | SLD | .50 | 100.00 | $50.00 |
| 06/04/09 | Continue work on application to employ Hamstreet & Associates and supporting 2014 statement (.3) | JKH | .30 | 225.00 | $67.50 |
| 06/18/09 | Revise 2014 statement and exhibits for Moss Adams (.2) | SLD | .20 | 100.00 | $20.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1444714                           034807-07001                Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/22/09 | Revise summary spreadsheet detailing Tonkon Torp retainer funds with amounts billed and outstanding, conference with Ms. Klimowicz to confirm same, and forward same to various Sunwest and Hamstreet parties as requested (.6) | LJL | .60 | 100.00 | $60.00 |
| 08/05/09 | Review and revise interim fee application for Tonkon Torp and related documents (.3) | NEK | .30 | 90.00 | $27.00 |
| 08/11/09 | Review and update interim fee application, notice of intent to compensate professionals and chapter 11 interim report (.2) | NEK | .20 | 90.00 | $18.00 |
| TOTAL FEES | | | | | $630.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| James K. Hein | 1.80 | 225.00 | $405.00 |
| Laura J. Lindberg | 0.60 | 100.00 | $60.00 |
| Nancy E. Kennedy | 0.50 | 90.00 | $45.00 |
| Sandra L. Dennis | 1.20 | 100.00 | $120.00 |
| TOTALS | 4.10 | | $630.00 |

CURRENT CHARGES                                              $630.00

PLEASE PAY THIS AMOUNT                                       $630.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2010

Invoice No. 1444703
Matter No. 034807-10001

Neawanna by the Sea Limited Partnership
c/o Shirley Dunn
Hamstreet & Company
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-00006

## STATEMENT FOR PERIOD THROUGH 2/24/10

FOR LEGAL SERVICES RENDERED:   Meetings of Creditors or Committee

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/05/09 | Telephone conference with Ms. Dunn (.1); prepare for and attend first meeting of creditors (1.4) | TJC | 1.50 | 400.00 | $600.00 |
| TOTAL FEES | | | | | $600.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 1.50 | 400.00 | $600.00 |
| TOTALS | 1.50 | | $600.00 |

CURRENT CHARGES                                                $600.00

PLEASE PAY THIS AMOUNT                                         $600.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.