March 15, 2010

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
February 01, 2010 - February 28, 2010

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 20.00 | 450.00 | $ 9,000.00 |
| Matt Marcos | Senior Director | 129.60 | 450.00 | 58,320.00 |
| Jeff Yim | Senior Associate | 67.00 | 375.00 | 25,125.00 |
| **Total** | | **216.60** | | **$ 92,445.00** |
| Total Fees | | | | $ 92,445.00 |
| Out-of-Pocket Expenses | | | | 8,752.95 |
| **Total Fees and Out-of-Pocket Expenses** | | | | **$ 101,197.95** |

**Wire Instructions:**
Bank:             J.P. Morgan Chase
ABA:              021000021
Account Name:     Alvarez & Marsal, LLC
Account Number:   9 5 7 3 4 7 8 4 7
Project Number:   83009



1

**Alvarez & Marsal Healthcare Industry Group, LLC**

## Expense Summary

### February 01, 2010 - February 28, 2010

| Employee | Expense Type | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Meals | Hotel | |
| Paul Rundell | $ - | $ - | $ - | $ - | $ 33.49 | $ - | $ - | $ 33.49 |
| Matthew Marcos | 3,486.20 | | 1,314.12 | | 39.26 | 579.10 | 3,298.84 | 8,717.52 |
| Jeff Yim | - | - | - | - | 1.94 | - | - | 1.94 |
| | $ 3,486.20 | $ - | $ 1,314.12 | $ - | $ 74.69 | $ 579.10 | $ 3,298.84 | $ 8,752.95 |



# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|------|------------|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 2/1/10 | 5 | Worked on asset disposition issues with a few buyers and brokers - closing of Weatherly & Legacy of Dallas | 1.00 | $ 450 | 450.00 |
| PBR | 2/2/10 | 5 | Call with AEW and Metcap regarding asset dispositions | 1.40 | $ 450 | 630.00 |
| PBR | 2/2/10 | 5 | Worked on asset disposition issues with a few buyers and brokers - Coopervilla issues | 0.60 | $ 450 | 270.00 |
| PBR | 2/3/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 2/4/10 | 5 | Worked on asset disposition issues with a few buyers and brokers - explained 363 process to buyer and broker | 1.00 | $ 450 | 450.00 |
| PBR | 2/5/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 2/8/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 2/9/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 2.00 | $ 450 | 900.00 |
| PBR | 2/10/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 2/11/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 2/12/10 | 5 | Worked on Weatherly closing issues as well as Legacy closing | 2.00 | $ 450 | 900.00 |
| PBR | 2/15/10 | 5 | Worked on Weatherly closing issues as well as Legacy closing | 1.00 | $ 450 | 450.00 |
| PBR | 2/17/10 | 5 | Worked on graysonview, legacy closing issues and GE call | 2.00 | $ 450 | 900.00 |
| PBR | 2/18/10 | 5 | Worked on closing issues | 1.00 | $ 450 | 450.00 |
| PBR | 2/22/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 2/23/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| PBR | 2/25/10 | 5 | Worked on asset disposition issues with a few buyers and brokers | 1.00 | $ 450 | 450.00 |
| VMM | 2/1/10 | 15 | Review estimated closing statements | 2.30 | $ 450 | 1,035.00 |
| VMM | 2/1/10 | 15 | Discuss closing statements with buyer | 0.80 | $ 450 | 360.00 |
| VMM | 2/1/10 | 5 | Worked on SPH 1 sale | 1.30 | $ 450 | 585.00 |
| VMM | 2/1/10 | 21 | Review loan modification schedule | 0.50 | $ 450 | 225.00 |
| VMM | 2/1/10 | 15 | Calls re: AEW due diligence questions | 3.40 | $ 450 | 1,530.00 |
| VMM | 2/2/10 | 5 | Worked on SPH 1 sale | 0.50 | $ 450 | 225.00 |
| VMM | 2/2/10 | 15 | Calls re: AEW due diligence questions | 1.60 | $ 450 | 720.00 |
| VMM | 2/2/10 | 15 | Review industry comps | 0.30 | $ 450 | 135.00 |
| VMM | 2/2/10 | 15 | Review HoldCo for AEW, BX | 0.70 | $ 450 | 315.00 |
| VMM | 2/2/10 | 21 | Worked on Ventas release of ALF | 0.50 | $ 450 | 225.00 |
| VMM | 2/2/10 | 15 | Various calls with GE | 1.30 | $ 450 | 585.00 |
| VMM | 2/2/10 | 21 | Various calls with Plains Capital | 0.90 | $ 450 | 405.00 |
| VMM | 2/2/10 | 15 | Review dispositions | 0.70 | $ 450 | 315.00 |
| VMM | 2/2/10 | 15 | Review Lone Oak and Blossom Valley | 0.20 | $ 450 | 90.00 |
| VMM | 2/3/10 | 15 | Calls re: AEW due diligence questions | 3.60 | $ 450 | 1,620.00 |
| VMM | 2/3/10 | 15 | Review HoldCo for AEW | 1.50 | $ 450 | 675.00 |
| VMM | 2/3/10 | 15 | Review debt terms with AEW | 1.40 | $ 450 | 630.00 |
| VMM | 2/3/10 | 21 | Lender calls | 0.70 | $ 450 | 315.00 |
| VMM | 2/4/10 | 15 | Calls re: AEW due diligence questions | 3.70 | $ 450 | 1,665.00 |
| VMM | 2/4/10 | 5 | Worked on SPH 1 sale | 1.40 | $ 450 | 630.00 |
| VMM | 2/4/10 | 15 | Meeting with Ventas counsel | 1.30 | $ 450 | 585.00 |
| VMM | 2/4/10 | 15 | Admin | 1.90 | $ 450 | 855.00 |
| VMM | 2/5/10 | 21 | Meeting re: loan restructuring | 2.30 | $ 450 | 1,035.00 |
| VMM | 2/5/10 | 15 | Review A/P analysis | 0.60 | $ 450 | 270.00 |
| VMM | 2/5/10 | 21 | Calls, prepare for Plains Capital loan | 0.50 | $ 450 | 225.00 |
| VMM | 2/5/10 | 21 | Calls re: AEW due diligence questions | 2.30 | $ 450 | 1,035.00 |
| VMM | 2/8/10 | 15 | Meeting, calls with AEW re: due diligence | 5.70 | $ 450 | 2,565.00 |
| VMM | 2/8/10 | 15 | Calls with potential investor | 1.50 | $ 450 | 675.00 |
| VMM | 2/9/10 | 15 | Meetings with SW, AEW re: due diligence | 3.70 | $ 450 | 1,665.00 |
| VMM | 2/9/10 | 15 | Calls re: sale/recap process with AEW / BX | 1.20 | $ 450 | 540.00 |
| VMM | 2/9/10 | 15 | Review sources and uses with AEW | 0.80 | $ 450 | 360.00 |
| VMM | 2/9/10 | 15 | Review valuation work | 0.60 | $ 450 | 270.00 |
| VMM | 2/9/10 | 15 | Calls re: plains capital | 0.40 | $ 450 | 180.00 |
| VMM | 2/9/10 | 15 | Call re: process with BX/AEW | 0.70 | $ 450 | 315.00 |
| VMM | 2/10/10 | 15 | Meetings with SW, AEW re: due diligence | 8.70 | $ 450 | 3,915.00 |
| VMM | 2/10/10 | 15 | Calls re: sale/recap process with AEW / BX | 1.30 | $ 450 | 585.00 |
| VMM | 2/10/10 | 15 | Call re: process with BX/AEW | 0.30 | $ 450 | 135.00 |
| VMM | 2/10/10 | 15 | Reviewed tax issue for each plan | 0.20 | $ 450 | 90.00 |
| VMM | 2/10/10 | 15 | Reviewed MC financial analysis | 0.20 | $ 450 | 90.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 2/11/10 | 15 | Meeting with BX re: deal | 4.40 | $ 450 | 1,980.00 |
| VMM | 2/11/10 | 15 | Calls with MC | 1.60 | $ 450 | 720.00 |
| VMM | 2/12/10 | 15 | Calls re: processes BX/AEW | 0.70 | $ 450 | 315.00 |
| VMM | 2/12/10 | 15 | Meetings with SW, AEW re: due diligence | 4.30 | $ 450 | 1,935.00 |
| VMM | 2/12/10 | 21 | Calls/Emails re: debt modifications | 0.70 | $ 450 | 315.00 |
| VMM | 2/13/10 | 15 | LLC valuation questions | 0.70 | $ 450 | 315.00 |
| VMM | 2/14/10 | 15 | LLC valuation questions | 0.60 | $ 450 | 270.00 |
| VMM | 2/14/10 | 15 | Recovery questions from MC | 1.30 | $ 450 | 585.00 |
| VMM | 2/14/10 | 15 | MC questions re: projections | 0.70 | $ 450 | 315.00 |
| VMM | 2/15/10 | 15 | Calls/emails re: BX deal | 0.60 | $ 450 | 270.00 |
| VMM | 2/15/10 | 15 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 2/16/10 | 21 | Plains capital loan negotiations | 0.30 | $ 450 | 135.00 |
| VMM | 2/16/10 | 15 | Calls/emails with MC | 4.50 | $ 450 | 2,025.00 |
| VMM | 2/16/10 | 15 | Review recovery analyses | 3.10 | $ 450 | 1,395.00 |
| VMM | 2/17/10 | 15 | Calls/emails re: closing statements | 3.30 | $ 450 | 1,485.00 |
| VMM | 2/17/10 | 21 | Plains capital loan negotiations | 0.40 | $ 450 | 180.00 |
| VMM | 2/17/10 | 15 | Review PFA, tax documents | 2.60 | $ 450 | 1,170.00 |
| VMM | 2/18/10 | 15 | Calls re: closing statements | 1.80 | $ 450 | 810.00 |
| VMM | 2/18/10 | 21 | Plains capital loan negotiations | 0.20 | $ 450 | 90.00 |
| VMM | 2/18/10 | 15 | Calls/emails with AEW re: tax treatments, diligence | 3.20 | $ 450 | 1,440.00 |
| VMM | 2/18/10 | 15 | Calls/email AEW re: debt | 1.50 | $ 450 | 675.00 |
| VMM | 2/19/10 | 15 | Call with Marathon | 0.50 | $ 450 | 225.00 |
| VMM | 2/19/10 | 11 | Emails re: LLC claims | 0.30 | $ 450 | 135.00 |
| VMM | 2/19/10 | 15 | Review CS loan balances | 0.10 | $ 450 | 45.00 |
| VMM | 2/19/10 | 15 | Reviewed YTD financials | 1.80 | $ 450 | 810.00 |
| VMM | 2/19/10 | 15 | Calls/email with BX and AEW re: transaction | 2.30 | $ 450 | 1,035.00 |
| VMM | 2/20/10 | 15 | LLC valuation questions | 0.30 | $ 450 | 135.00 |
| VMM | 2/21/10 | 15 | Call with EJ re: POD file | 0.60 | $ 450 | 270.00 |
| VMM | 2/21/10 | 15 | Review BX/AEW comparison | 0.50 | $ 450 | 225.00 |
| VMM | 2/21/10 | 15 | Call with Moelis re: valuation, recovery | 1.30 | $ 450 | 585.00 |
| VMM | 2/21/10 | 15 | Review dispositions | 0.20 | $ 450 | 90.00 |
| VMM | 2/22/10 | 21 | Century Fields discussion | 0.10 | $ 450 | 45.00 |
| VMM | 2/22/10 | 15 | Calls/email with CAH re: LLC / MC | 0.40 | $ 450 | 180.00 |
| VMM | 2/22/10 | 15 | Review BX transaction comparison | 0.30 | $ 450 | 135.00 |
| VMM | 2/22/10 | 15 | Calls with SW re: LLC interest | 0.40 | $ 450 | 180.00 |
| VMM | 2/22/10 | 21 | Call with Marathon / AEW | 0.30 | $ 450 | 135.00 |
| VMM | 2/23/10 | 15 | Review closing statement with SD and AEW | 1.40 | $ 450 | 630.00 |
| VMM | 2/23/10 | 15 | Review comparison report of AEW BX transaction | 1.10 | $ 450 | 495.00 |
| VMM | 2/24/10 | 15 | Call with AEW re closing statement and cash | 2.40 | $ 450 | 1,080.00 |
| VMM | 2/24/10 | 15 | Review AEW /BX comparison | 2.50 | $ 450 | 1,125.00 |
| VMM | 2/25/10 | 15 | Review PFA | 0.80 | $ 450 | 360.00 |
| VMM | 2/25/10 | 15 | Prepare PFA schedules | 2.30 | $ 450 | 1,035.00 |
| VMM | 2/25/10 | 15 | Review Dec results | 0.90 | $ 450 | 405.00 |
| VMM | 2/25/10 | 15 | Review closing statement | 0.60 | $ 450 | 270.00 |
| VMM | 2/25/10 | 11 | Review claims | 1.30 | $ 450 | 585.00 |
| VMM | 2/25/10 | 21 | Plains capital loan negotiations | 0.40 | $ 450 | 180.00 |
| VMM | 2/26/10 | 15 | Review closing statement | 1.30 | $ 450 | 585.00 |
| VMM | 2/26/10 | 15 | Review schedules | 2.60 | $ 450 | 1,170.00 |
| VMM | 2/26/10 | 15 | Review comparison report of AEW BX transaction | 1.80 | $ 450 | 810.00 |
| VMM | 2/26/10 | 11 | Review claims | 2.10 | $ 450 | 945.00 |
| JY | 2/1/10 | 15 | Pending and negotiated loan schedule review and update | 1.20 | $ 375 | 450.00 |
| JY | 2/1/10 | 21 | Term sheet review / AEW due diligence | 1.50 | $ 375 | 562.50 |
| JY | 2/1/10 | 15 | BX closing statement review and call - Moelis | 2.50 | $ 375 | 937.50 |
| JY | 2/3/10 | 21 | Term sheet review / AEW due diligence | 2.00 | $ 375 | 750.00 |
| JY | 2/4/10 | 15 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| JY | 2/4/10 | 21 | Term sheet review / AEW due diligence | 0.50 | $ 375 | 187.50 |
| JY | 2/5/10 | 15 | Working Group List Re: AEW Financing | 0.20 | $ 375 | 75.00 |
| JY | 2/5/10 | 21 | Term sheet review / AEW due diligence | 1.50 | $ 375 | 562.50 |
| JY | 2/5/10 | 15 | Pending and negotiated loan schedule review and update | 1.50 | $ 375 | 562.50 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 2/5/10 | 21 | Financial model review and update | 2.60 | $ 375 | 975.00 |
| JY | 2/8/10 | 21 | Term sheet review / AEW due diligence | 0.50 | $ 375 | 187.50 |
| JY | 2/8/10 | 21 | Financial model review and update | 2.50 | $ 375 | 937.50 |
| JY | 2/9/10 | 21 | Financial model review and update | 2.00 | $ 375 | 750.00 |
| JY | 2/9/10 | 21 | Term sheet review / AEW due diligence | 1.00 | $ 375 | 375.00 |
| JY | 2/10/10 | 15 | Pending and negotiated loan schedule review and update | 1.50 | $ 375 | 562.50 |
| JY | 2/10/10 | 15 | Preparation and call with HDG re: Pending and negotiated loan schedule | 1.80 | $ 375 | 675.00 |
| JY | 2/10/10 | 21 | Term sheet review / AEW due diligence | 1.50 | $ 375 | 562.50 |
| JY | 2/11/10 | 15 | LIBOR curve review / preparation | 2.50 | $ 375 | 937.50 |
| JY | 2/11/10 | 21 | Term sheet review / AEW due diligence | 1.50 | $ 375 | 562.50 |
| JY | 2/15/10 | 21 | Financial model review and update | 3.50 | $ 375 | 1,312.50 |
| JY | 2/16/10 | 15 | Pending and negotiated loan schedule review and update | 1.50 | $ 375 | 562.50 |
| JY | 2/17/10 | 21 | Term sheet review / AEW due diligence | 1.20 | $ 375 | 450.00 |
| JY | 2/18/10 | 21 | Term sheet review / AEW due diligence | 1.00 | $ 375 | 375.00 |
| JY | 2/18/10 | 21 | Financial model review and update | 2.00 | $ 375 | 750.00 |
| JY | 2/19/10 | 21 | Term sheet review / AEW due diligence | 1.50 | $ 375 | 562.50 |
| JY | 2/19/10 | 15 | Preparation and call with AEW re: Pending and negotiated loan schedule | 1.50 | $ 375 | 562.50 |
| JY | 2/20/10 | 21 | Sunwest Financials review - December YTD | 2.50 | $ 375 | 937.50 |
| JY | 2/21/10 | 21 | Sunwest Property Ownership review / schedule preparation | 2.00 | $ 375 | 750.00 |
| JY | 2/21/10 | 21 | Review of Moelis transactions comparison and valuation | 1.50 | $ 375 | 562.50 |
| JY | 2/22/10 | 21 | Term sheet review / AEW due diligence | 0.50 | $ 375 | 187.50 |
| JY | 2/25/10 | 21 | Term sheet review / AEW due diligence | 1.00 | $ 375 | 375.00 |
| JY | 2/25/10 | 21 | Review of Moelis transactions comparison and valuation | 1.50 | $ 375 | 562.50 |
| JY | 2/25/10 | 21 | Sunwest Financials review - December YTD | 1.00 | $ 375 | 375.00 |
| JY | 2/26/10 | 21 | Financial model review and update | 4.50 | $ 375 | 1,687.50 |
| JY | 2/26/10 | 21 | Preparation and call re: Review of Moelis transactions comparison and | 2.00 | $ 375 | 750.00 |
| JY | 2/26/10 | 21 | Call re: AEW due diligence / schedule review | 1.50 | $ 375 | 562.50 |
| JY | 2/27/10 | 21 | Financial model review and update | 4.00 | $ 375 | 1,500.00 |
| JY | 2/28/10 | 21 | Financial model review and update | 3.50 | $ 375 | 1,312.50 |
| **Total** | | | | **216.60** | | **$ 92,445.00** |

# Alvarez & Marsal
# Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| PBR | 2/28/10 | I | Sunwest Portion of wireless calls | $ 33.49 |
| JY | 2/28/10 | I | Sunwest Portion of wireless calls | 1.94 |
| VMM | 3/2/10 | A | JFK/PDX/JFK | 760.80 |
| VMM | 2/16/10 | A | JFK/PDX/JFK | 830.80 |
| VMM | 2/12/10 | A | LGA/BOS | 399.40 |
| VMM | 2/8/10 | A | JFK/PDX/JFK | 810.10 |
| VMM | 2/1/10 | A | LGA/BOS | 224.70 |
| VMM | 2/3/10 | A | BOS/PDX | 460.40 |
| VMM | 2/9/10 | B | Working lunch - 7 pax | 34.65 |
| VMM | 2/8/10 | B | Working dinner - CAH, VMM | 203.15 |
| VMM | 2/12/10 | B | Working lunch - AEW, VMM | 114.82 |
| VMM | 2/10/10 | B | Working lunch | 29.59 |
| VMM | 2/4/10 | B | Working snacks - CC, GY, MM | 45.00 |
| VMM | 2/5/10 | B | Working snacks - GY, MM | 7.25 |
| VMM | 2/16/10 | B | Working lunch | 8.26 |
| VMM | 2/10/10 | B | Working lunch | 12.94 |
| VMM | 2/1/10 | B | Working meal BOS - 3 pax | 123.44 |
| VMM | 2/10/10 | D | Hotel - storm delay | 236.72 |
| VMM | 2/3/10 | D | Portland Hotel | 526.90 |
| VMM | 2/8/10 | D | Portland Hotel | 1,058.99 |
| VMM | 2/8/10 | D | Portland Hotel | 793.94 |
| VMM | 3/2/10 | D | Portland Hotel | 682.29 |
| VMM | 2/28/10 | I | Sunwest Portion of wireless calls | 39.26 |
| VMM | 2/19/10 | J | to PDX | 50.00 |
| VMM | 2/16/10 | J | from PDX | 50.00 |
| VMM | 2/10/10 | J | to PDX | 50.00 |
| VMM | 2/3/10 | J | from PDX | 50.00 |
| VMM | 1/25/10 | J | from PDX | 50.00 |
| VMM | 2/10/10 | J | from LAS | 55.00 |
| VMM | 2/11/10 | J | to LAS | 55.00 |
| VMM | 2/11/10 | J | from JFK | 80.00 |
| VMM | 2/12/10 | J | to LGA | 24.12 |
| VMM | 2/12/10 | J | from BOS | 20.00 |
| VMM | 2/19/10 | J | from JFK | 80.00 |
| VMM | 2/16/10 | J | to JFK | 80.00 |
| VMM | 2/3/10 | J | to JFK | 80.00 |
| VMM | 1/25/10 | J | to JFK | 80.00 |
| VMM | 3/2/10 | J | to JFK | 80.00 |
| VMM | 3/2/10 | J | from PDX | 50.00 |
| VMM | 3/4/10 | J | from JFK | 80.00 |
| VMM | 3/4/10 | J | to PDX | 50.00 |
| VMM | 2/1/10 | J | Taxi from BOS | 50.00 |
| VMM | 2/1/10 | J | To LGA | 50.00 |
| VMM | 2/3/10 | J | Taxi to BOS | 50.00 |
| VMM | 2/3/10 | J | From PDX | 50.00 |
| VMM | 1/22/10 | J | To PDX | 50.00 |
| **Total** | | | | **$ 8,752.95** |