# STATEMENT

LAW OFFICES

# GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

March 9, 2010

CLYDE A HAMSTREET & ASSOCIATES LLC  6622-001
ATTN CLYDE HAMSTREET
1 SW COLUMBIA ST STE 1000
PORTLAND OR 97258-2024

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT   Amount Enclosed $ _____

---

## STATEMENT FOR PERIOD THROUGH 2/28/10

LEGAL SERVICES REGARDING: Sunwest Management, Inc.

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 2/01/10 | Review electronic case dockets and new filings; Receive and review e-mail from G Yates re new contact information. | DAF | .10 | $42.50 |
| 2/02/10 | Review electronic case dockets and new filings. | DAF | .10 | $42.50 |
| 2/04/10 | Exchange e-mails with C McClurg re UST's direct communications with Clyde about certain filings (.10); Review electronic case dockets and new filings (.10). | DAF | .20 | $85.00 |
| 2/05/10 | Receive and review e-mail from Hanna Schmidt re CRO's request for updated fee budgets from case professionals and e-mail to Clyde re Greene & Markley's role (.20); Review electronic case dockets and new filings (.10). | DAF | .30 | $127.50 |
| 2/08/10 | Review electronic case dockets and new filings, and receive and review e-mail notice of Velure mediations. | DAF | .20 | $85.00 |
| 2/09/10 | Review electronic case dockets and new filings, and e-mail to G Yates re transmittal of Greene & Markley's billing statement for January 2010 for filing. | DAF | .10 | $42.50 |
| 2/11/10 | Review electronic case dockets and new filings and miscellaneous correspondence. | DAF | .20 | $85.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%),
will be made on all amounts unpaid for more than 60 days after first being billed

# GREENE & MARKLEY, P.C.

# STATEMENT
## LAW OFFICES
### GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC          3/09/10              6622-001   PAGE   2

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT          Amount Enclosed $ _____

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 2/12/10 | Exchange of e-mails with H Schmidt re professional fee budget matters and with Clyde re suspension of G&M's services. | DAF | .20 | $85.00 |

TOTAL FEES                                                                                  $595.00

BALANCE IN TRUST                                          $54,877.50CR

PRIOR STATEMENT BALANCE                                                         $49,111.10

PAY THIS AMOUNT                                                                        $49,706.10

TO DATE FEES BILLED           $366,007.00

TO DATE COSTS BILLED              $554.69

### STATEMENT OF ACCOUNT

| Date | | Amount |
|---|---|---|
| 4/10/09 | Bill | 12,458.90 |
| 5/08/09 | Bill | 10,723.60 |
| 6/05/09 | Bill | 9,719.30 |
| 7/09/09 | Bill | 2,265.70 |
| 8/10/09 | Bill | 2,431.90 |
| 9/09/09 | Bill | 2,249.30 |
| 10/07/09 | Bill | 2,315.50 |
| 11/06/09 | Bill | 1,062.40 |
| 12/08/09 | Bill | 2,905.00 |
| 1/13/10 | Bill | 1,577.00 |
| 2/09/10 | Bill | 1,402.50 |
| 3/09/10 | Bill | 595.00 |
| | | $49,706.10 |

Any Payments Received After March 9, 2010
Will Appear on Your Next Statement

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

### GREENE & MARKLEY, P.C.