

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2010

Invoice No. 1701225
4327 68911 / 68911-000002
Restructuring

Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
Salem, OR 97302

---

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $194,038.00 |
| Total Disbursements | 40.13 |
| Total Fees and Disbursements This Statement | $194,078.13 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 12, 2010

Invoice No. 1701225
4327 68911 / 68911-000002
W6S

Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
Salem, OR 97302

---

For legal services rendered through March 10, 2010

**Restructuring**

| **Date** | **Attorney** | **Hours** | **Description** |
|---|---|---|---|
| 02/01/10 | G. Yates | 1.30 | Analyze issues related to potential sale of Fairway Group Warehouse. |
| 02/01/10 | G. Yates | 4.70 | Work on Capmark Finance loan modifications. |
| 02/01/10 | G. Yates | 0.90 | Call from AEW to discuss secured loan modifications. |
| 02/01/10 | G. Yates | 3.30 | Drafting on Cornerstone Community Bank loan modification. |
| 02/02/10 | G. Yates | 4.60 | Drafting First Nation Bank of Waupaca loan modifications. |
| 02/02/10 | G. Yates | 5.10 | Work on DNB National Bank loan modifications. |
| 02/02/10 | G. Yates | 1.20 | Review Chino Hills/Chancellor closing agreements. |
| 02/02/10 | F. Weindling | 0.80 | Confer w/ G. Yates and W. Moore regarding modification of various loans. Review of existing modification documents so as to determine how to proceed with same. |
| 02/02/10 | J. Kurtz | 0.60 | Analyze structure for preparation of numerous loan modifications. |
| 02/03/10 | G. Yates | 5.80 | Work on First National Bank of Mcalester. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/03/10 | G. Yates | 0.60 | Call with GE business representatives and counsel addressing issues with loan administration and disposition. |
| 02/03/10 | G. Yates | 1.30 | Analyze Grahams Ferry and lenders desire to sale; discuss with Muth and Dunn. |
| 02/03/10 | G. Yates | 1.30 | Address issues relating to the Yakima Medical Center settlement. |
| 02/03/10 | G. Yates | 1.30 | Analyze claims by Robert Price concerning commingling; call to Receiver's counsel to discuss issues and plan for addressing claims. |
| 02/03/10 | F. Weindling | 3.00 | Review and compilation of various existing loan documents in preparation for modification of same. Confer w/ K. Jiu regarding work required in connection with same. |
| 02/04/10 | P. Korda | 0.50 | Telephone conversations with G. Yates, F. Weindling regarding scope of modification review; meeting with F. Weindling regarding same. |
| 02/04/10 | G. Yates | 0.60 | Discuss Waterfield sale potential with Rundell. |
| 02/04/10 | G. Yates | 1.40 | Call with Committee counsel and AEW representatives to address issues with a potential exit financing structure for Sunwest. |
| 02/04/10 | G. Yates | 5.80 | Analyze First Sound Bank loan modification issues. |
| 02/04/10 | G. Yates | 1.40 | Revise Chancellor Place purchase and sale agreement. |
| 02/04/10 | G. Yates | 1.50 | Revise Emerald Square purchase and sale agreement. |
| 02/04/10 | G. Yates | 0.00 | Discuss AEW deal with their counsel. |
| 02/04/10 | F. Weindling | 2.50 | Work on modification of existing loans. Review of existing loan documents and terms sheets in connection with same. |
| 02/04/10 | F. Weindling | 1.10 | Review of Mortgage Modifications prepared in connection with CS-20 and CS-27 loans. Review of existing loan documents in connection with same. |
| 02/04/10 | W. Moore | 1.10 | Continue review of existing loan documents, loan modification term sheets and purchase and sale agreement with Blackstone. |
| 02/04/10 | W. Moore | 0.90 | Review existing loan documents and term sheets. |
| 02/04/10 | W. Moore | 2.80 | Review required loan document amendments and discuss with G. Yates. Co-ordinate associate staffing and workload for loan document amendment process. Commence review of electronic data room documents. |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/05/10 | S. Epstein | 0.30 | Meeting with F. Weindling to review assignment. |
| 02/05/10 | P. Korda | 0.30 | Review with F. Weindling necessary documents and provisions to review in commenting on mortgage modifications and preparation of questions list. |
| 02/05/10 | G. Yates | 3.20 | Drafting Nebraskaland Bank loan modifications. |
| 02/05/10 | G. Yates | 0.90 | Review Smart Park 1 pleadings and discuss with Conway. |
| 02/05/10 | G. Yates | 4.30 | Work on Lewis & Clark Bank loan modification. |
| 02/05/10 | G. Yates | 2.30 | Meet with Hamstreet, Marcos and Dunn to discuss secured loan modifications including status, negotiations and documentation. |
| 02/05/10 | F. Weindling | 1.20 | Review of Mortgage Modifications prepared in connection with CS-20 loans. Review of existing loan documents in connection with same. Confer w/ S. Epstein and P. Korda regarding same. |
| 02/05/10 | F. Weindling | 2.80 | Work in connection with existing loan modifications. Compilation and review of existing loan documents in connection with same. |
| 02/05/10 | W. Moore | 0.20 | Co-ordinate production of loan modification documents. |
| 02/06/10 | F. Weindling | 0.50 | Work on review of CS-20 Mortgage Modifications as compared to the approved form. |
| 02/06/10 | F. Weindling | 3.50 | Work on Nebraskaland - 5 Loan Modification Agreement. Review of existing loan documents, lender term sheet and Emeritus purchase conditions in connection with same. |
| 02/07/10 | F. Weindling | 3.50 | Work on review of CS-20 Mortgage Modifications as compared to the approved form. Review of corresponding existing mortgages and assignments of leases and rents in connection with same. |
| 02/08/10 | G. Yates | 1.80 | Revise Steinmetz Bluffs Stipulated Order to release property to TICs. |
| 02/08/10 | G. Yates | 2.30 | Review Glenellen in connection with lender's request that Sunwest conduct a Section 363 sales process; discuss with Mahoney, Wettlaufer and Conway. |
| 02/08/10 | G. Yates | 0.90 | Discuss Grahams Ferry counter offer with Alberts and Dunn. |
| 02/08/10 | G. Yates | 4.70 | Work on The National Bank loan modification. |
| 02/08/10 | G. Yates | 0.80 | Conversation with AEW counsel about plan funding agreement. |
| 02/08/10 | F. Weindling | 2.80 | Ongoing work in connection with modification of existing loans. Ongoing correspondence w/ W. Moore regarding same. |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/08/10 | F. Weindling | 1.70 | Work on review of CS-20 Mortgage Modifications. |
| 02/08/10 | W. Moore | 1.40 | Review draft loan modification agreement. Discuss open issues with G. Yates. |
| 02/09/10 | P. Korda | 0.50 | Review and then discuss with F. Weindling her summary document review. |
| 02/09/10 | G. Yates | 1.30 | Revise Colonial Gardens purchase and sale agreement. |
| 02/09/10 | G. Yates | 4.70 | Work on SelCo Community Credit Union loan modification. |
| 02/09/10 | G. Yates | 5.20 | Drafting loan modification for Bay Bank. |
| 02/09/10 | F. Weindling | 4.90 | Work on Nebraskaland - 5 loan modification. Ongoing correspondence w/ W. Moore regarding same. Work in connection with modification of additional loans for which an executed term sheet exists. |
| 02/09/10 | K. Jiu | 3.10 | Compile transaction documents for loan modification |
| 02/09/10 | W. Moore | 1.20 | Review draft loan modification agreement and direct further revisions. |
| 02/10/10 | G. Yates | 0.90 | Revise Nebraskaland Extension Agreement. |
| 02/10/10 | G. Yates | 1.40 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/10/10 | G. Yates | 7.40 | Work on Community Bank of Walla Walla loan modification. |
| 02/10/10 | G. Yates | 0.70 | Discuss Peachtree and Rainbow disposition with Carson. |
| 02/10/10 | G. Yates | 0.80 | Call with GE business representatives and counsel addressing issues with loan administration and disposition. |
| 02/10/10 | F. Weindling | 5.90 | Ongoing work on loan modification agreements. Work on work on Nebraskaland-5 |
| 02/10/10 | W. Moore | 1.60 | Review and revise draft loan modification agreement. |
| 02/11/10 | G. Yates | 0.80 | Follow up on Carnegie Village release and closing. |
| 02/11/10 | G. Yates | 5.40 | Drafting First Citizen Bank loan modification. |
| 02/11/10 | G. Yates | 1.20 | Discuss secured loans and AEW agreement with their counsel. |
| 02/11/10 | G. Yates | 0.90 | Discuss Greenleaf Farm issues with Albert and Wettlaufer. |
| 02/11/10 | G. Yates | 1.10 | Revise Canyon Crest purchase and sale agreement. |
| 02/11/10 | G. Yates | 1.20 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/11/10 | F. Weindling | 3.70 | Review of Mortgage Modifications prepared in connection with CS-27 loans. Review of existing loan documents in connection with same. Correspondence w/ G. Yates regarding same. |
| 02/11/10 | F. Weindling | 3.80 | Work on loan modifications. Work on Lubbock modification. |
| 02/11/10 | A. Sangese | 0.30 | Conference with W. Moore and F. Weindling regarding Sunwest restructuring and loan modification. |
| 02/11/10 | K. Jiu | 3.10 | Compile transaction documents for loan modification |
| 02/11/10 | W. Moore | 1.60 | Review and revise draft loan modification agreement. |
| 02/12/10 | G. Yates | 4.30 | Revision of Plains Capital Bank loan modification. |
| 02/12/10 | G. Yates | 1.10 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/12/10 | G. Yates | 4.90 | Work on Sterling Savings Bank loan modification revisions. |
| 02/12/10 | G. Yates | 1.30 | Call from Conway to discuss Weatherly Springs licensing and closing; discuss situation with Hamstreet. |
| 02/12/10 | F. Weindling | 3.70 | Work on Loan Modification Agreements. Review of Nebraskaland 2 loan documents with A. Sangese in preparation for drafting of modification agreements. |
| 02/12/10 | A. Sangese | 3.10 | Conference with F. Weindling and W. Moore regarding loan restructuring; Begin reviewing various transaction documents; |
| 02/12/10 | K. Jiu | 2.50 | Compile transaction documents for loan modification |
| 02/12/10 | W. Moore | 3.20 | Review and revise draft loan modification agreements. |
| 02/13/10 | F. Weindling | 9.00 | Work on modification of Plainscapital loan modification agreement in response to comments received from W. Moore. Work on Nebraskaland-2 (Maplewood) Loan Modification Agreement. Confer w/ A. Sangese regarding same. |
| 02/13/10 | A. Sangese | 6.80 | Continue reviewing transaction documents and prepare loan modification agreement; Correspondence with F. Weindling regarding same. |
| 02/13/10 | W. Moore | 0.30 | Revise draft loan modification agreement. |
| 02/14/10 | F. Weindling | 7.10 | Work on modification of Englewood loan, and Waupaca loans. Review of existing documents in connection with same. |
| 02/15/10 | G. Yates | 5.90 | Drafting Tutera Investments loan modifications. |
| 02/15/10 | G. Yates | 1.30 | Call with Zaro and Wettlaufer to discuss Vestin and potential fraudulent conveyance issues relating to Meadowlark. |

Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/15/10 | G. Yates | 1.30 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/15/10 | G. Yates | 0.00 | Discuss Plan Funding Agreement and issues on secured loans with AEW and their counsel. |
| 02/15/10 | G. Yates | 1.40 | Resolve final issues relating to Yakima Medical School deal reached at mediation and push to get pleadings finalized. |
| 02/15/10 | G. Yates | 1.20 | Commutations with Hopkins over release of SP IV. |
| 02/15/10 | F. Weindling | 6.20 | Work on modification of Marathon loan. Confer w/ W. Moore regarding further revision required in connection with Nebraskaland-5, Nebraskaland-2 and Marathon agreements. Further revision on same. |
| 02/15/10 | J. Kurtz | 0.20 | Analyze structure for preparation of numerous loan modifications. |
| 02/15/10 | W. Moore | 3.50 | Review and revise draft loan modification agreements. |
| 02/16/10 | G. Yates | 0.90 | Call with GE counsel and business representative and Dunn to resolve the termination of the ML7 receiver and the process involved. |
| 02/16/10 | G. Yates | 1.30 | Analyze Chaparral Heights valuation issues with Wettlaufer and Muth. |
| 02/16/10 | G. Yates | 4.70 | Drafting Marathon loan modifications. |
| 02/16/10 | G. Yates | 0.90 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/16/10 | F. Weindling | 4.00 | Work on loan modification agreements, Finalization of Englewood Heights modification. Confer w. J. Kurtz and W. Moore regarding modification of HUD loans. Work in preparation for same. |
| 02/16/10 | W. Moore | 0.30 | Review draft loan modification agreements. |
| 02/17/10 | G. Yates | 1.30 | Analyze Broomfield valuation with Muth and Wettlaufer. |
| 02/17/10 | G. Yates | 1.20 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/17/10 | G. Yates | 7.60 | Work on Prudential loan modification agreement. |


Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/17/10 | F. Weindling | 6.20 | Work on modification of Englewood Heights and McAlester loans. Review of various Capmark loan documents to determine extent of modification required in connection with same. Confer w/ G. Yates regarding same. Telephone conference w/ L. Walker regarding same. |
| 02/17/10 | W. Moore | 3.80 | Review and mark up draft loan modification agreements. Review loan documents for HUD-insured or HUD-financed properties. |
| 02/18/10 | G. Yates | 0.80 | Address Yakima Medical School issues concerning consent by TICs. |
| 02/18/10 | G. Yates | 0.70 | Discuss Puyallup sale with Dean and Wettlaufer as it relates to seller take back note. |
| 02/18/10 | G. Yates | 1.70 | Analyze issues relating to termination of lease at Graysonview Harrisburg; call to leasee's counsel to discuss issues; call to Rundell to discuss. |
| 02/18/10 | G. Yates | 4.30 | Work on Tennessee Commerce Bank loan modifications; discuss issues with TCB counsel. |
| 02/18/10 | G. Yates | 1.30 | Discuss Plan Funding Agreement with AEW counsel. |
| 02/18/10 | G. Yates | 1.40 | Call with Dean and Wettlaufer to finalize the Bare Land Election and process to incorporate it into Distribution Plan. |
| 02/18/10 | G. Yates | 1.10 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/18/10 | F. Weindling | 2.80 | Confer w/ G. Yates regarding comments on Loan Modification Agreements and regarding preparation of Capmark Agreements. Confer w/ W. Moore regarding same. Work on global revisions to Modification Agreements in response to comments received from G., Yates and W. Moore. |
| 02/18/10 | K. Jiu | 1.70 | Compile transaction documents for loan modification |
| 02/18/10 | W. Moore | 1.70 | Review and mark up draft loan modification agreements. Discuss open issues with G. Yates. |
| 02/19/10 | G. Yates | 1.20 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/19/10 | G. Yates | 1.70 | Revise pleadings to lift stay on Rainbow and Peachtree; discuss issues with Carson. |
| 02/19/10 | G. Yates | 0.90 | Revise Legacy at Dallas closing documents. |
| 02/19/10 | G. Yates | 6.80 | Work on revisions to GE loan modification documents. |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/19/10 | G. Yates | 0.70 | Analyze offer on Bluffs and Northwood; discuss with Zaro. |
| 02/19/10 | F. Weindling | 5.60 | Further work on revision of existing Loan Modification Agreements so as to incorporate global comments to same received from G. Yates and W. Moore. Compilation of existing financial reporting sections from corresponding Loan Agreements. Transmittal of Loam Modification Agreements and Financial Reporting sections for client review. |
| 02/19/10 | K. Jiu | 1.20 | Compile transaction documents for loan modification |
| 02/19/10 | W. Moore | 1.60 | Review and revise draft loan modification agreements. |
| 02/20/10 | F. Weindling | 5.90 | Work on 7 Capmark Loan Modification Agreements. Review of corresponding existing loan documents in connection with same. |
| 02/21/10 | W. Moore | 1.10 | Review draft loan modification agreements. |
| 02/22/10 | P. Korda | 0.10 | Meeting with F. Weindling regarding mortgage modifications. |
| 02/22/10 | G. Yates | 0.40 | Address Weatherly Springs transfer issues. |
| 02/22/10 | G. Yates | 0.50 | Resolve issues with release of Desert Springs. |
| 02/22/10 | G. Yates | 6.90 | Revisions to Capmark Financial loan modifications. |
| 02/22/10 | G. Yates | 0.80 | Revise Cooper Villa Purchase and Sale Agreement. |
| 02/22/10 | G. Yates | 0.60 | Discuss resolution of bare land issues relating to valuation with Wettlaufer. |
| 02/22/10 | G. Yates | 1.20 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/22/10 | G. Yates | 0.60 | Call from Pearson to discuss issues on Parkview Estates Cottages, Yakima Medical Center and Bank of Whitman. |
| 02/22/10 | F. Weindling | 3.10 | Confer w/ W. Moore regarding comments to Capmark agreements. Revision of agreements in connection with same. Correspondence w/ G. Yates regarding debt service provisions in CS-20 Loan Agreement. |
| 02/22/10 | W. Moore | 0.10 | Review draft loan modification agreements for HUD-insured projects. |
| 02/23/10 | G. Yates | 0.80 | Resolve issues relating to the sale of Grahams Ferry; discuss with Wettlaufer. |
| 02/23/10 | G. Yates | 1.30 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/23/10 | G. Yates | 8.40 | Work on revisions to Columbia Pacific loan modifications. |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/23/10 | F. Weindling | 3.00 | Review of Peachtree- GA loan documents. Work on Loan Modification Agreement. Compilation and review of existing loan documents in connection with modification of same. |
| 02/24/10 | G. Yates | 4.60 | Revisions to Plains Capital Bank loan modifications. |
| 02/24/10 | G. Yates | 0.80 | Discuss issues on secured loans with AEW. |
| 02/24/10 | G. Yates | 0.60 | Discuss issues relating to closing of Columbia Pacific modifications with Criswell. |
| 02/24/10 | G. Yates | 1.70 | Discuss disposition issues with Hamstreet, Muth, Wettlaufer and Conway to speed up the process for having secured lenders take over responsibility for properties. |
| 02/24/10 | G. Yates | 0.80 | Discuss issues on secured loan modifications with AEW counsel. |
| 02/24/10 | G. Yates | 1.10 | Call with Hamstreet, Marcos, Kennedy, Stephens and Dunn to discuss issues and strategy for addressing Blackstone and AEW. |
| 02/24/10 | G. Yates | 1.60 | Revise stipulation with GE on ML 7 receiver. |
| 02/24/10 | F. Weindling | 4.50 | Work on Loan Modification Agreement, Peachtree-GA. |
| 02/24/10 | K. Jiu | 1.70 | Compile documents for loan restructuring |
| 02/24/10 | W. Moore | 0.50 | Review and mark up draft loan modification agreement. |
| 02/25/10 | G. Yates | 1.70 | Review differences between AEW and Blackstone deals. |
| 02/25/10 | G. Yates | 5.30 | Work on revisions to The National Bank loan modifications. |
| 02/25/10 | G. Yates | 0.40 | Analyze pleadings concerning Yakima Medical Center deal. |
| 02/25/10 | G. Yates | 1.40 | Call with Hamstreet, Marcos, Kennedy, Stephens, Dunn and Moelis to discuss issues and strategy for addressing Blackstone and AEW and comparing the plans. |
| 02/25/10 | G. Yates | 0.70 | Review upcoming mediation issues with Wettlaufer. |
| 02/25/10 | G. Yates | 0.70 | Call with GE business representatives and counsel addressing issues with loan administration and disposition. |
| 02/25/10 | F. Weindling | 1.50 | Further work on global revisions to Loan Modification Agreements. |
| 02/26/10 | G. Yates | 4.70 | Work on revisions to Nebraskaland National Bank loan modifications. |
| 02/26/10 | G. Yates | 2.30 | Two calls with Hamstreet, Marcos, Kennedy, Stephens, Dunn and Moelis to discuss issues and strategy for addressing Blackstone and AEW and comparing the plans. |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/26/10 | G. Yates | 0.40 | Respond to Sunwest questions involving property taxes at Autumn Village. |
| 02/26/10 | G. Yates | 0.40 | Call to Zaro to discuss Bob Price issues in connection with sale of SP1. |
| 02/26/10 | G. Yates | 0.40 | Discuss issues with AEW sale with Marcos. |
| 02/26/10 | G. Yates | 0.70 | Discuss the deposition of Waterfield with Hamstreet. Call Rundell to check status. |
| 02/26/10 | G. Yates | 1.90 | Analyze issues concerning letter to investors from Management Committee and potential ramifications in bankruptcy. |
| 02/26/10 | G. Yates | 1.30 | Revise stipulated order to release Park Estates Cottages to lender and require lender to assume responsibility. |
| 02/28/10 | G. Yates | 1.70 | Revise memo regarding management committee letter; conference call with Hamstreet, Kennedy and Stephens to discuss; call with Elsasser to discuss. |
| 02/28/10 | G. Yates | 0.40 | Review GE stipulated motion to dismiss ML7 receiver and communicate with GE counsel. |
| 03/01/10 | G. Yates | 4.80 | Revise Plains Capital loan modification agreement and discuss issues with Sunwest. |
| 03/01/10 | G. Yates | 0.40 | Discuss GE disposition properties with Testes in light of potential ANEW deal. |
| 03/01/10 | G. Yates | 2.90 | Work on bidding issues related to Blackstone and ANEW. |
| 03/01/10 | G. Yates | 0.30 | Follow up on status of loan modification agreements with Dunn. |
| 03/01/10 | G. Yates | 2.70 | Revise form of order concerning management committee letter; numerous discussions with Stephens about implications of letter and order; call with Lapser to discuss order; discuss order with Homestretch. |
| 03/01/10 | F. Weindling | 0.50 | Revision of Plainscapital modification agreement based on comments received from client. Confer w/ W. Moore regarding same. |
| 03/01/10 | W. Moore | 0.20 | Review revised loan modification agreement. |
| 03/02/10 | G. Yates | 5.60 | Work on analysis of Blackstone and AEW deals including comparison of proposals and potential improvements. |
| 03/02/10 | G. Yates | 6.30 | Review and revise CS-20 and CS-27 documents for loan modification closing. |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/02/10 | F. Weindling | 0.20 | Telephone conference w/ G. Yates regarding rationale for various modifications to Plainscapital modification agreement and principal balance listed therein. |
| 03/03/10 | G. Yates | 3.80 | Revise CS20 and CS27 loan modification closing documents. |
| 03/03/10 | G. Yates | 7.80 | Work on issues relates to Blackstone and AEW deals and the comparisons of the deals. |
| 03/03/10 | F. Weindling | 2.70 | Review of revised CS-20 and CS-27 mortgage modifications. Correspondence w/ G. Yates regarding same. |
| 03/04/10 | G. Yates | 0.60 | Discuss process in Eugene and AEW deal with Gold. |
| 03/04/10 | G. Yates | 5.90 | Work on Columbia Pacific loan modification closing documents. |
| 03/04/10 | G. Yates | 4.60 | Work on comparison of Blackstone and AEW deals and comparison of the advantages and disadvantages of each. |
| 03/04/10 | G. Yates | 0.60 | Discuss AEW deal and process with Elsasser. |
| 03/05/10 | G. Yates | 6.70 | Work on comparison of legal issues with Blackstone and AEW deals. |
| 03/05/10 | G. Yates | 4.30 | Revise Plains Capital loan modification agreement and discuss with Sunwest. |
| 03/08/10 | G. Yates | 8.80 | Work on comparison and analysis of Blackstone and AEW proposals; prepare for hearing and mediation on March 10. |
| 03/08/10 | G. Yates | 2.90 | Finalize ColPac loan modification documents. |
| 03/08/10 | F. Weindling | 2.50 | Work on spreadsheet indicating status of outstanding term sheets. Work on spreadsheet detailing requirements of various loan modification terms. Confer w/ G. Yates regarding same. |
| 03/10/10 | G. Yates | 1.90 | Attend hearing in Eugene on bid procedures, settlements and other matters. |
| 03/10/10 | G. Yates | 6.90 | Work with CRO and other professionals on negotiation process and necessary next steps to insure that value to estate is maximized. |
| 03/10/10 | G. Yates | 2.90 | Prepare for hearings in Eugene on bid procedures and other matters. |

**Total Hours** 460.60

**Total Fees** $194,038.00



Sunwest Management, Inc.

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| S. Epstein | - | 0.30 | hours at | $450.00 | per hour |
| P. Korda | - | 1.40 | hours at | $450.00 | per hour |
| G. Yates | - | 297.30 | hours at | $450.00 | per hour |
| F. Weindling | - | 110.20 | hours at | $365.00 | per hour |
| J. Kurtz | - | 0.80 | hours at | $360.00 | per hour |
| A. Sangese | - | 10.20 | hours at | $365.00 | per hour |
| K. Jiu | - | 13.30 | hours at | $230.00 | per hour |
| W. Moore | - | 27.10 | hours at | $450.00 | per hour |

| **Disbursements** | **Value** | |
|---|---|---|
| Copying | 18.20 | |
| Meals | 21.93 | |
| **Total Disbursements** | | 40.13 |
| **Total Fees And Disbursements This Statement** | | $194,078.13 |