# STATEMENT

### LAW OFFICES
# GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

April 8, 2010

CLYDE A HAMSTREET & ASSOCIATES LLC      6622-001
ATTN CLYDE HAMSTREET
1 SW COLUMBIA ST STE 1000
PORTLAND OR 97258-2024

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT      Amount Enclosed $ _____

---

## STATEMENT FOR PERIOD THROUGH  3/31/10

LEGAL SERVICES REGARDING:  Sunwest Management, Inc.

| Date | Description | | Amount |
|---|---|---|---|
| 3/02/10 | Telephone call from Ken Stephens (attorney for Stayton SW Assisted Living LLC) re request for documents relating to Hamstreet's compensation arrangements with Sunwest entities (.10); Review files to locate relevant documents (1.20); E-mail to K Stephens re same (.30). | DAF 1.60 | $680.00 |
| | TOTAL FEES | | $680.00 |

TRUST TRANSACTIONS
| | | |
|---|---|---|
| 3/10/10 | Wired funds received from Sunwest Mangagement Inc to pay 80% fees on 12/08/09 statement | $2,324.16CR |
| 3/10/10 | Wired funds received from Sunwest Mangagement Inc to pay 80% fees on 1/13/10 statement | $1,261.60CR |
| 3/12/10 | Greene & Markley, PC/80% fees 12/09 & 1/10 statements | $3,585.76 |
| | BALANCE IN TRUST | $54,877.50CR |

PRIOR STATEMENT BALANCE                                       $49,706.10

PAYMENTS AND ADJUSTMENTS
3/12/10  Client payment from trust 80% fees        $3,585.76CR

---

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

# GREENE & MARKLEY, P.C.

# STATEMENT

LAW OFFICES

## GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC    4/08/10    6622-001  PAGE  2

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT    Amount Enclosed $ _____

---

| | |
|---|---:|
| TOTAL PAYMENTS AND ADJUSTMENTS | $3,585.76CR |
| PAY THIS AMOUNT | $46,800.34 |
| TO DATE FEES BILLED | $366,687.00 |
| TO DATE COSTS BILLED | $554.69 |

### STATEMENT OF ACCOUNT

| Date | | Amount |
|---|---|---:|
| 4/10/09 | Bill | 12,458.90 |
| 5/08/09 | Bill | 10,723.60 |
| 6/05/09 | Bill | 9,719.30 |
| 7/09/09 | Bill | 2,265.70 |
| 8/10/09 | Bill | 2,431.90 |
| 9/09/09 | Bill | 2,249.30 |
| 10/07/09 | Bill | 2,315.50 |
| 11/06/09 | Bill | 1,062.40 |
| 12/08/09 | Bill | 580.84 |
| 1/13/10 | Bill | 315.40 |
| 2/09/10 | Bill | 1,402.50 |
| 3/09/10 | Bill | 595.00 |
| 4/08/10 | Bill | 680.00 |
| | | $46,800.34 |

Any Payments Received After April 8, 2010
Will Appear on Your Next Statement

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

GREENE & MARKLEY, P.C.