April 17, 2010

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
March 01, 2010 - March 31, 2010

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 25.00 | 450.00 | $ 11,250.00 |
| Matt Marcos | Senior Director | 255.80 | 450.00 | 115,110.00 |
| Jeff Yim | Senior Associate | 126.00 | 375.00 | 47,250.00 |
| **Total** | | **406.80** | | **$ 173,610.00** |
| Total Fees | | | | $ 173,610.00 |
| Out-of-Pocket Expenses | | | | 14,078.57 |
| **Total Fees and Out-of-Pocket Expenses** | | | | **$ 187,688.57** |

**Wire Instructions:**

| | |
|---|---|
| Bank: | J.P. Morgan Chase |
| ABA: | 021000021 |
| Account Name: | Alvarez & Marsal, LLC |
| Account Number: | 9 5 7 3 4 7 8 4 7 |
| Project Number | 83009 |



1

**Alvarez & Marsal Healthcare Industry Group, LLC**

# Expense Summary

**March 01, 2010 - March 31, 2010**

| Employee | Expense Type | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Meals | Hotel | |
| Paul Rundell | $ - | $ - | $ - | $ - | $ 46.51 | $ - | $ - | $ 46.51 |
| Matthew Marcos | 2,670.70 | - | 1,026.87 | - | 34.90 | 301.56 | 4,090.50 | 8,124.53 |
| Jeff Yim | 2,879.69 | 381.62 | 510.58 | - | 12.91 | 303.32 | 1,819.41 | 5,907.53 |
| | $ 5,550.39 | $ 381.62 | $ 1,537.45 | $ - | $ 94.32 | $ 604.88 | $ 5,909.91 | $ 14,078.57 |

# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|------|------------|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

# Alvarez & Marsal
# Time Detail

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 3/1/10 | 5 | Worked on Graysonview and Chancellor Place issues - operator problem. | 1.00 | $ 450 | 450.00 |
| PBR | 3/2/10 | 5 | Call with brokers on waterfield and coopervilla | 0.50 | $ 450 | 225.00 |
| PBR | 3/2/10 | 5 | Reviewed divestco exhibits for Clyde Hamstreet per Jason Muth | 1.50 | $ 450 | 675.00 |
| PBR | 3/3/10 | 5 | Calls with GE and Estes re Chancellor Place & Graysonview deals | 1.00 | $ 450 | 450.00 |
| PBR | 3/4/10 | 5 | Call with GE re Chancellor & Graysonview issues | 1.00 | $ 450 | 450.00 |
| PBR | 3/5/10 | 5 | Call with GE re Legacy closing issues | 1.00 | $ 450 | 450.00 |
| PBR | 3/8/10 | 5 | Worked on $200K Graysonview operator issue, including analysis and speaking to GE, broker, buyer and Brad Hollinger | 2.00 | $ 450 | 900.00 |
| PBR | 3/9/10 | 5 | Calls with GE and broker re Canyon Crest and Graysonview | 1.00 | $ 450 | 450.00 |
| PBR | 3/10/10 | 5 | Spoke to Crosby and Ben re Graysonview | 1.00 | $ 450 | 450.00 |
| PBR | 3/11/10 | 5 | Spoke to Pardoll about Weatherly and Coopervilla and spoke to buyer on Graysonview | 1.00 | $ 450 | 450.00 |
| PBR | 3/12/10 | 5 | Spoke to brokers on Coopervilla and Canyon Crest re process to obtain new buyers | 1.00 | $ 450 | 450.00 |
| PBR | 3/15/10 | 5 | Worked on Graysonview termination fee issue with Brad Hollinger | 2.00 | $ 450 | 900.00 |
| PBR | 3/16/10 | 5 | Worked on offers from buyer on Canyon Crest - discussions with broker and lender | 1.00 | $ 450 | 450.00 |
| PBR | 3/17/10 | 5 | Worked on asset sales issues including offer history requested by Tom B | 1.00 | $ 450 | 450.00 |
| PBR | 3/18/10 | 5 | Worked on weatherly closing and graysonview issues | 1.00 | $ 450 | 450.00 |
| PBR | 3/22/10 | 5 | Analyzed divestco issue requested by Muth and Tom B | 1.00 | $ 450 | 450.00 |
| PBR | 3/23/10 | 5 | Worked on Graysonview divesture issues | 1.00 | $ 450 | 450.00 |
| PBR | 3/24/10 | 5 | Call with GE and updated Sunwest and GE on GE's divestco properties | 1.00 | $ 450 | 450.00 |
| PBR | 3/25/10 | 5 | Worked on divesture issues with graysonview and canyon crest | 1.00 | $ 450 | 450.00 |
| PBR | 3/26/10 | 5 | Worked on add'l divestures - willow creek and others | 1.00 | $ 450 | 450.00 |
| PBR | 3/30/10 | 5 | Worked on Graysonview and Chancellor Place issues - operator and licensing issues | 1.00 | $ 450 | 450.00 |
| PBR | 3/31/10 | 5 | Worked with Muth and Mahoney re assets in disposition process and their status | 2.00 | $ 450 | 900.00 |
| VMM | 3/1/10 | 15 | Reviewed projections | 0.20 | $ 450 | 90.00 |
| VMM | 3/1/10 | 15 | Review of Moelis transactions comparison and valuation | 1.50 | $ 450 | 675.00 |
| VMM | 3/1/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 2.50 | $ 450 | 1,125.00 |
| VMM | 3/2/10 | 15 | Various discussions and preparation with AEW | 3.30 | $ 450 | 1,485.00 |
| VMM | 3/2/10 | 15 | Various calls/discussions with Moelis re: AEW/BX comparison | 2.50 | $ 450 | 1,125.00 |
| VMM | 3/2/10 | 15 | Reviewed PFA and schedules | 1.10 | $ 450 | 495.00 |
| VMM | 3/2/10 | 15 | Worked on deal comparison report | 3.50 | $ 450 | 1,575.00 |
| VMM | 3/3/10 | 28 | Meeting with CAH re: process | 1.30 | $ 450 | 585.00 |
| VMM | 3/3/10 | 15 | Worked on / calls re: updating schedules with SW | 2.50 | $ 450 | 1,125.00 |
| VMM | 3/3/10 | 21 | Calls with Plains Capital | 0.70 | $ 450 | 315.00 |
| VMM | 3/3/10 | 28 | CAH team call | 0.70 | $ 450 | 315.00 |
| VMM | 3/3/10 | 15 | Worked on transaction comparison report | 2.30 | $ 450 | 1,035.00 |
| VMM | 3/3/10 | 15 | Reviewed BX transaction analysis | 0.70 | $ 450 | 315.00 |
| VMM | 3/3/10 | 15 | Reviewed/explained closing adjustments with Moelis | 1.30 | $ 450 | 585.00 |
| VMM | 3/4/10 | 15 | Calls with BX re: deal comparison | 1.10 | $ 450 | 495.00 |
| VMM | 3/4/10 | 15 | Reviewed closing statement / revised recovery | 1.30 | $ 450 | 585.00 |
| VMM | 3/4/10 | 15 | Worked on deal comparison report | 1.90 | $ 450 | 855.00 |
| VMM | 3/4/10 | 15 | Reviewed revised claim schedule from SD | 0.90 | $ 450 | 405.00 |
| VMM | 3/4/10 | 11 | Emails with receiver re: claims | 0.40 | $ 450 | 180.00 |
| VMM | 3/4/10 | 15 | Reviewed Moelis analysis re Deal comparison | 1.20 | $ 450 | 540.00 |
| VMM | 3/4/10 | 15 | Reviewed CAH deal comparison memo | 0.80 | $ 450 | 360.00 |
| VMM | 3/4/10 | 15 | Reviewed proposed equity term sheet from MC | 1.50 | $ 450 | 675.00 |
| VMM | 3/5/10 | 15 | Reviewed Moelis analysis re Deal comparison | 1.70 | $ 450 | 765.00 |
| VMM | 3/5/10 | 15 | Worked on sources and uses for AEW | 2.20 | $ 450 | 990.00 |
| VMM | 3/5/10 | 15 | Prepared for and calls re: Moelis deal comparison | 1.30 | $ 450 | 585.00 |
| VMM | 3/5/10 | 15 | Calls with AEW counsel | 0.70 | $ 450 | 315.00 |
| VMM | 3/5/10 | 15 | Review sources and uses for AEW deal | 0.30 | $ 450 | 135.00 |
| VMM | 3/5/10 | 15 | Calls with MC advisors re: recovery analyses | 1.50 | $ 450 | 675.00 |
| VMM | 3/5/10 | 28 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 3/5/10 | 15 | Review updated projections prepared by JY | 0.60 | $ 450 | 270.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 3/5/10 | 15 | Calls with SW re: closing adjustments | 0.60 | $ 450 | 270.00 |
| VMM | 3/5/10 | 15 | Review / update with SW AEW exhibits | 0.70 | $ 450 | 315.00 |
| VMM | 3/5/10 | 15 | Review updated projections with MC/BCP | 1.10 | $ 450 | 495.00 |
| VMM | 3/5/10 | 15 | Reviewed JY prepared model to analyze BX/AEW deals quickly | 1.50 | $ 450 | 675.00 |
| VMM | 3/6/10 | 15 | Reviewed AEW sources and uses | 1.60 | $ 450 | 720.00 |
| VMM | 3/6/10 | 15 | Prepared for and calls re: AEW deal with MC | 2.30 | $ 450 | 1,035.00 |
| VMM | 3/6/10 | 15 | Reviewed and discussions re: MC deal comparison memo | 1.50 | $ 450 | 675.00 |
| VMM | 3/6/10 | 15 | Update deal comparison model | 1.80 | $ 450 | 810.00 |
| VMM | 3/6/10 | 15 | Reviewed CAH deal comparison memo | 0.90 | $ 450 | 405.00 |
| VMM | 3/6/10 | 15 | Reviewed WACC calculation | 0.20 | $ 450 | 90.00 |
| VMM | 3/6/10 | 15 | Reviewed latest closing statement | 0.40 | $ 450 | 180.00 |
| VMM | 3/7/10 | 15 | Calls with Moelis, CAH team re: balance sheets, closing adjustments | 1.20 | $ 450 | 540.00 |
| VMM | 3/7/10 | 15 | Reviewed CAH deal comparison memo | 0.50 | $ 450 | 225.00 |
| VMM | 3/7/10 | 15 | Prepared for and Call MC re: deal comparison document | 0.60 | $ 450 | 270.00 |
| VMM | 3/7/10 | 15 | Calls re: cap rates | 0.60 | $ 450 | 270.00 |
| VMM | 3/8/10 | 15 | Review SW 09 performance for HoldCo | 0.30 | $ 450 | 135.00 |
| VMM | 3/8/10 | 15 | Calls with AEW | 1.60 | $ 450 | 720.00 |
| VMM | 3/8/10 | 15 | Prepared for and call with Moelis, CAH team re: deal comparison | 1.10 | $ 450 | 495.00 |
| VMM | 3/8/10 | 15 | Worked on deal comparison report | 1.40 | $ 450 | 630.00 |
| VMM | 3/8/10 | 15 | Worked on deal comparison analysis | 1.10 | $ 450 | 495.00 |
| VMM | 3/9/10 | 15 | Worked on deal comparison memo | 2.30 | $ 450 | 1,035.00 |
| VMM | 3/9/10 | 15 | Worked on deal comparison analysis | 2.20 | $ 450 | 990.00 |
| VMM | 3/9/10 | 15 | Meet with AEW re DD | 3.40 | $ 450 | 1,530.00 |
| VMM | 3/9/10 | 28 | Meeting with TICs | 2.30 | $ 450 | 1,035.00 |
| VMM | 3/9/10 | 28 | Meetings JS, BW, FE, LV | 3.50 | $ 450 | 1,575.00 |
| VMM | 3/10/10 | 15 | Hearing re: BX / AEW transactions | 1.50 | $ 450 | 675.00 |
| VMM | 3/10/10 | 15 | Meetings at USDC re: AEW, BX transactions | 4.50 | $ 450 | 2,025.00 |
| VMM | 3/10/10 | 15 | Worked with Mcrouch re: deal comparison model | 1.70 | $ 450 | 765.00 |
| VMM | 3/11/10 | 21 | Meeting with GY re: SW update, loan restructuring | 1.50 | $ 450 | 675.00 |
| VMM | 3/11/10 | 21 | Meeting with GE | 2.50 | $ 450 | 1,125.00 |
| VMM | 3/11/10 | 15 | Worked on comparison model | 1.20 | $ 450 | 540.00 |
| VMM | 3/11/10 | 28 | CRO team call | 0.80 | $ 450 | 360.00 |
| VMM | 3/12/10 | 15 | Calls with AEW re: proposal | 3.30 | $ 450 | 1,485.00 |
| VMM | 3/12/10 | 15 | Review punchlist for AEW | 0.70 | $ 450 | 315.00 |
| VMM | 3/12/10 | 15 | Call MC, CAH re: AEW POD issues | 0.60 | $ 450 | 270.00 |
| VMM | 3/12/10 | 15 | Reviewed Jan HoldCo performance | 0.50 | $ 450 | 225.00 |
| VMM | 3/13/10 | 15 | Reviewed Jan HoldCo performance | 0.50 | $ 450 | $ 225.00 |
| VMM | 3/13/10 | 15 | Various DD requests | 1.30 | $ 450 | $ 585.00 |
| VMM | 3/13/10 | 28 | Various calls with MC | 1.70 | $ 450 | $ 765.00 |
| VMM | 3/14/10 | 15 | Worked on transaction comparison model | 1.60 | $ 450 | $ 720.00 |
| VMM | 3/14/10 | 15 | Reviewed AEW projections | 0.40 | $ 450 | $ 180.00 |
| VMM | 3/14/10 | 15 | Reviewed revised BX deal | 1.40 | $ 450 | $ 630.00 |
| VMM | 3/15/10 | 15 | Meeting with BW, MC re: deal comparison | 0.90 | $ 450 | $ 405.00 |
| VMM | 3/15/10 | 15 | Negotiation session for BX / AEW | 8.50 | $ 450 | $ 3,825.00 |
| VMM | 3/15/10 | 15 | Various call re: deals | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/15/10 | 15 | Worked on comparison model | 2.50 | $ 450 | $ 1,125.00 |
| VMM | 3/16/10 | 15 | Negotiation session for BX / AEW | 12.00 | $ 450 | $ 5,400.00 |
| VMM | 3/16/10 | 15 | Worked on BW memo re deal comparison | 2.40 | $ 450 | $ 1,080.00 |
| VMM | 3/17/10 | 15 | Negotiation session for BX / AEW | 13.00 | $ 450 | $ 5,850.00 |
| VMM | 3/17/10 | 15 | Worked on evaluating BX deal | 1.80 | $ 450 | $ 810.00 |
| VMM | 3/18/10 | 15 | Various calls with BX | 2.50 | $ 450 | $ 1,125.00 |
| VMM | 3/18/10 | 15 | Various calls with MC/BCP | 1.60 | $ 450 | $ 720.00 |
| VMM | 3/18/10 | 15 | Various calls with AEW | 1.90 | $ 450 | $ 855.00 |
| VMM | 3/18/10 | 15 | Worked on recovery comparison memo | 1.10 | $ 450 | $ 495.00 |
| VMM | 3/18/10 | 15 | Worked on recovery comparison model | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/18/10 | 15 | Calls with BW, MC | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/18/10 | 15 | Calls re: bid rules | 1.20 | $ 450 | $ 540.00 |
| VMM | 3/18/10 | 15 | Worked on analysis re: bid rules | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/19/10 | 15 | reviewed bid rules | 1.40 | $ 450 | $ 630.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 3/19/10 | 15 | Calls re: bid rules | 1.70 | $ 450 | $ 765.00 |
| VMM | 3/19/10 | 15 | Various calls re: deal comparison | 2.30 | $ 450 | $ 1,035.00 |
| VMM | 3/19/10 | 15 | Call with BX re: sources and uses | 0.90 | $ 450 | $ 405.00 |
| VMM | 3/19/10 | 15 | Update deal comparison model | 1.10 | $ 450 | $ 495.00 |
| VMM | 3/19/10 | 15 | Update deal comparison memo | 1.50 | $ 450 | $ 675.00 |
| VMM | 3/19/10 | 15 | Create bid rules matrix | 0.80 | $ 450 | $ 360.00 |
| VMM | 3/19/10 | 15 | Reviewed updated AEW documentation | 2.30 | $ 450 | $ 1,035.00 |
| VMM | 3/20/10 | 15 | Call re: bid rule, deal comparison | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/20/10 | 15 | Call with MC re: deal comparison | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/20/10 | 15 | Call with AEW re: sources and uses | 1.40 | $ 450 | $ 630.00 |
| VMM | 3/20/10 | 15 | Update the AEW recovery model for PFA/Term sheet changes | 1.70 | $ 450 | $ 765.00 |
| VMM | 3/20/10 | 15 | Call with AEW re: tax fractions and updated economic model | 0.90 | $ 450 | $ 405.00 |
| VMM | 3/20/10 | 15 | Update deal comparison model | 1.30 | $ 450 | $ 585.00 |
| VMM | 3/20/10 | 15 | Update deal comparison memo | 1.40 | $ 450 | $ 630.00 |
| VMM | 3/21/10 | 28 | CRO call | 0.80 | $ 450 | $ 360.00 |
| VMM | 3/21/10 | 15 | Update deal comparison model | 1.10 | $ 450 | $ 495.00 |
| VMM | 3/21/10 | 15 | Call with AEW re: sources and uses | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/21/10 | 15 | Reviewed bid procedures | 0.50 | $ 450 | $ 225.00 |
| VMM | 3/22/10 | 15 | Prepared for and calls re: deal comparison | 1.70 | $ 450 | $ 765.00 |
| VMM | 3/22/10 | 15 | Reviewed Jan HoldCo performance | 0.40 | $ 450 | $ 180.00 |
| VMM | 3/22/10 | 15 | Calls re: data room set up, auction process | 0.60 | $ 450 | $ 270.00 |
| VMM | 3/22/10 | 15 | Update deal comparison model | 0.70 | $ 450 | $ 315.00 |
| VMM | 3/22/10 | 15 | Update deal comparison memo | 0.80 | $ 450 | $ 360.00 |
| VMM | 3/22/10 | 15 | Reviewed MC memo re: deal comparison | 1.20 | $ 450 | $ 540.00 |
| VMM | 3/23/10 | 15 | Worked on auction timeline | 0.90 | $ 450 | $ 405.00 |
| VMM | 3/23/10 | 15 | Update deal comparison model | 1.30 | $ 450 | $ 585.00 |
| VMM | 3/23/10 | 15 | Update deal comparison memo | 1.20 | $ 450 | $ 540.00 |
| VMM | 3/23/10 | 15 | Worked on revised schedules | 0.50 | $ 450 | $ 225.00 |
| VMM | 3/23/10 | 15 | Worked on bid procedures | 0.50 | $ 450 | $ 225.00 |
| VMM | 3/23/10 | 15 | Calls with AEW | 1.70 | $ 450 | $ 765.00 |
| VMM | 3/23/10 | 15 | Calls re: auction process, work streams | 2.30 | $ 450 | $ 1,035.00 |
| VMM | 3/24/10 | 15 | Worked on revised schedules | 0.40 | $ 450 | $ 180.00 |
| VMM | 3/24/10 | 15 | Worked on auction timeline | 0.40 | $ 450 | $ 180.00 |
| VMM | 3/24/10 | 15 | Worked on bid procedures | 0.30 | $ 450 | $ 135.00 |
| VMM | 3/24/10 | 21 | Call with GE | 1.10 | $ 450 | $ 495.00 |
| VMM | 3/24/10 | 15 | Calls with BX re: purchase prices allocation | 0.50 | $ 450 | $ 225.00 |
| VMM | 3/24/10 | 15 | Calls re: auction process | 0.50 | $ 450 | $ 225.00 |
| VMM | 3/24/10 | 15 | Worked on revised CIM outline | 2.10 | $ 450 | $ 945.00 |
| VMM | 3/25/10 | 28 | Meeting with CRO, LV, MC et al | 1.30 | $ 450 | $ 585.00 |
| VMM | 3/25/10 | 15 | Court re: stalking and related matters | 6.50 | $ 450 | $ 2,925.00 |
| VMM | 3/25/10 | 15 | Worked on CIM projections | 1.50 | $ 450 | $ 675.00 |
| VMM | 3/26/10 | 15 | Calls re: auction | 2.50 | $ 450 | $ 1,125.00 |
| VMM | 3/26/10 | 15 | Worked on CIM | 4.90 | $ 450 | $ 2,205.00 |
| VMM | 3/26/10 | 15 | Reviewed CA for auction | 0.60 | $ 450 | $ 270.00 |
| VMM | 3/26/10 | 15 | Worked on buyers list | 0.40 | $ 450 | $ 180.00 |
| VMM | 3/26/10 | 15 | Calls re: CIM, teaser, model | 2.30 | $ 450 | $ 1,035.00 |
| VMM | 3/27/10 | 15 | Worked on CIM | 6.10 | $ 450 | $ 2,745.00 |
| VMM | 3/27/10 | 15 | Calls re: CIM, teaser, model | 2.50 | $ 450 | $ 1,125.00 |
| VMM | 3/27/10 | 15 | Worked on LLC analysis | 1.10 | $ 450 | $ 495.00 |
| VMM | 3/28/10 | 15 | Reviewed auction process letter | 0.90 | $ 450 | $ 405.00 |
| VMM | 3/28/10 | 15 | Worked on CIM, teaser | 3.40 | $ 450 | $ 1,530.00 |
| VMM | 3/29/10 | 15 | Reviewed teaser, buyers list | 2.30 | $ 450 | $ 1,035.00 |
| VMM | 3/29/10 | 15 | Calls re: teaser approval | 1.60 | $ 450 | $ 720.00 |
| VMM | 3/29/10 | 15 | Worked on CIM, teaser | 3.40 | $ 450 | $ 1,530.00 |
| VMM | 3/30/10 | 15 | Worked on CIM, teaser | 4.50 | $ 450 | $ 2,025.00 |
| VMM | 3/30/10 | 21 | Calls re: debt restructuring | 0.50 | $ 450 | $ 225.00 |
| VMM | 3/31/10 | 21 | Worked on debt schedule | 0.40 | $ 450 | $ 180.00 |
| VMM | 3/31/10 | 21 | Calls re: debt restructuring | 0.40 | $ 450 | $ 180.00 |
| VMM | 3/31/10 | 15 | Worked on CIM | 3.40 | $ 450 | $ 1,530.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 3/31/10 | 15 | Various Emails / Calls re: teaser approval / projections | 1.20 | $ 450 | $ 540.00 |
| VMM | 3/31/10 | 15 | call with BX re: debt | 0.60 | $ 450 | $ 270.00 |
| VMM | 3/31/10 | 15 | Call with potential bidders | 3.30 | $ 450 | $ 1,485.00 |
| VMM | 3/31/10 | 15 | Working session to finalize teaser, update CIM, projections | 3.10 | $ 450 | $ 1,395.00 |
| JY | 3/1/10 | 15 | Financial model review and update | 3.50 | $ 375 | 1,312.50 |
| JY | 3/1/10 | 21 | Pending and negotiated loan schedule review and update | 1.50 | $ 375 | 562.50 |
| JY | 3/1/10 | 15 | Review of Moelis transactions comparison and valuation | 1.50 | $ 375 | 562.50 |
| JY | 3/1/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 2.50 | $ 375 | 937.50 |
| JY | 3/2/10 | 15 | Financial model review and update | 3.00 | $ 375 | 1,125.00 |
| JY | 3/2/10 | 21 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| JY | 3/2/10 | 15 | Review of Moelis transactions comparison and valuation | 1.20 | $ 375 | 450.00 |
| JY | 3/2/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 2.50 | $ 375 | 937.50 |
| JY | 3/2/10 | 15 | AEW Transaction analysis | 2.50 | $ 375 | 937.50 |
| JY | 3/2/10 | 15 | Closing Statement review and Analysis | 2.50 | $ 375 | 937.50 |
| JY | 3/3/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 1.80 | $ 375 | 675.00 |
| JY | 3/3/10 | 15 | AEW Transaction analysis | 2.50 | $ 375 | 937.50 |
| JY | 3/3/10 | 15 | Closing Statement review and Analysis | 2.80 | $ 375 | 1,050.00 |
| JY | 3/3/10 | 15 | Review of Moelis model | 1.20 | $ 375 | 450.00 |
| JY | 3/3/10 | 15 | WACC / Cost of Equity analysis for AEW / BX transaction comparison | 1.20 | $ 375 | 450.00 |
| JY | 3/3/10 | 21 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| JY | 3/4/10 | 11 | MIMO claims review | 1.00 | $ 375 | 375.00 |
| JY | 3/4/10 | 15 | WACC / Cost of Equity analysis for AEW / BX transaction comparison | 2.50 | $ 375 | 937.50 |
| JY | 3/4/10 | 21 | Pending and negotiated loan schedule review and update | 0.50 | $ 375 | 187.50 |
| JY | 3/4/10 | 15 | Modeled AEW and BX transaction returns | 3.50 | $ 375 | 1,312.50 |
| JY | 3/4/10 | 15 | Review of Moelis transactions comparison and valuation | 1.50 | $ 375 | 562.50 |
| JY | 3/4/10 | 15 | ALF Industry NOI growth research | 1.00 | $ 375 | 375.00 |
| JY | 3/5/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 2.50 | $ 375 | 937.50 |
| JY | 3/5/10 | 15 | Review of Moelis transactions comparison and valuation | 2.40 | $ 375 | 900.00 |
| JY | 3/5/10 | 15 | Financial model review and update | 1.00 | $ 375 | 375.00 |
| JY | 3/5/10 | 15 | Term sheet review / CS 20 | 0.20 | $ 375 | 75.00 |
| JY | 3/5/10 | 15 | Modeled AEW and BX transaction returns - update | 2.40 | $ 375 | 900.00 |
| JY | 3/6/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 2.50 | $ 375 | 937.50 |
| JY | 3/6/10 | 15 | Modeled AEW and BX transaction returns - update | 1.50 | $ 375 | 562.50 |
| JY | 3/6/10 | 15 | WACC / Cost of Equity analysis for AEW / BX transaction comparison | 1.30 | $ 375 | 487.50 |
| JY | 3/6/10 | 21 | Pending and negotiated loan schedule review and update | 1.50 | $ 375 | 562.50 |
| JY | 3/7/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 2.60 | $ 375 | 975.00 |
| JY | 3/7/10 | 15 | Review of Moelis transactions comparison and valuation | 2.40 | $ 375 | 900.00 |
| JY | 3/7/10 | 15 | Review of Moelis model | 1.40 | $ 375 | 525.00 |
| JY | 3/7/10 | 15 | WACC / Cost of Equity analysis for AEW / BX transaction comparison | 1.20 | $ 375 | 450.00 |
| JY | 3/8/10 | 15 | Review of Moelis transactions comparison and valuation | 1.60 | $ 375 | 600.00 |
| JY | 3/8/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 2.20 | $ 375 | 825.00 |
| JY | 3/8/10 | 15 | Sunwest Market and Risk analysis presentation | 2.50 | $ 375 | 937.50 |
| JY | 3/8/10 | 15 | Modeled AEW and BX transaction returns - update | 1.50 | $ 375 | 562.50 |
| JY | 3/8/10 | 15 | Call with Sunwest management regarding December performance | 1.20 | $ 375 | 450.00 |
| JY | 3/9/10 | 15 | Modeled AEW and BX transaction returns - update | 2.50 | $ 375 | 937.50 |
| JY | 3/9/10 | 15 | Sunwest Market and Risk analysis presentation | 2.50 | $ 375 | 937.50 |
| JY | 3/9/10 | 15 | Preparation and call with Moelis and Hamstreet re: Discussion of Materials for AEW / BX Proposal Analysis | 1.50 | $ 375 | 562.50 |
| JY | 3/10/10 | 15 | Working Group list preparation | 0.50 | $ 375 | 187.50 |
| JY | 3/10/10 | 15 | Blackstone research for Ken re: PSA | 1.00 | $ 375 | 375.00 |
| JY | 3/11/10 | 15 | Modeled AEW and BX transaction returns - update | 1.20 | $ 375 | 450.00 |
| JY | 3/11/10 | 15 | GE properties analysis | 1.50 | $ 375 | 562.50 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 3/12/10 | 15 | Sunwest Financials review - December YTD | 1.80 | $ 375 | 675.00 |
| JY | 3/14/10 | 15 | Modeled AEW and BX transaction returns - update | 1.70 | $ 375 | 637.50 |
| JY | 3/14/10 | 15 | Blackstone Transaction comparison presentation analysis | 2.00 | $ 375 | 750.00 |
| JY | 3/14/10 | 15 | ALF Industry NOI growth research | 1.50 | $ 375 | 562.50 |
| JY | 3/15/10 | 15 | Modeled AEW and BX transaction returns - update | 2.00 | $ 375 | 750.00 |
| JY | 3/16/10 | 15 | ALF transactions research | 1.50 | $ 375 | 562.50 |
| JY | 3/20/10 | 21 | Pending and negotiated loan schedule review and update | 1.20 | $ 375 | 450.00 |
| JY | 3/22/10 | 36 | Sunwest facility level valuation | 2.50 | $ 375 | 937.50 |
| JY | 3/22/10 | 36 | AEW / BX Transaction presentation analysis | 1.50 | $ 375 | 562.50 |
| JY | 3/22/10 | 15 | Modeled AEW and BX transaction returns - update | 2.00 | $ 375 | 750.00 |
| JY | 3/23/10 | 15 | Sunwest Financials review - December YTD | 1.50 | $ 375 | 562.50 |
| JY | 3/23/10 | 31 | PSA schedule review / update | 1.00 | $ 375 | 375.00 |
| JY | 3/23/10 | 15 | Auction / Process timeline presentation | 1.20 | $ 375 | 450.00 |
| JY | 3/25/10 | 15 | Financial model review and update | 1.00 | $ 375 | 375.00 |
| JY | 3/26/10 | 15 | Auction buyers list preparation | 1.10 | $ 375 | 412.50 |
| JY | 3/26/10 | 15 | Preparation and call with BCP and MetCap re: buyers list / CIM | 1.50 | $ 375 | 562.50 |
| JY | 3/26/10 | 15 | Financial model review and update | 2.50 | $ 375 | 937.50 |
| JY | 3/26/10 | 15 | CIM preparation and review | 1.40 | $ 375 | 525.00 |
| JY | 3/27/10 | 15 | Preparation and call with MetCap re: projections model | 1.50 | $ 375 | 562.50 |
| JY | 3/27/10 | 15 | Financial model review and update | 2.00 | $ 375 | 750.00 |
| JY | 3/28/10 | 15 | Financial model review and update | 1.30 | $ 375 | 487.50 |
| JY | 3/28/10 | 15 | CIM preparation and review | 1.70 | $ 375 | 637.50 |
| JY | 3/28/10 | 15 | Preparation and call with BCP and MetCap re: buyers list / CIM | 0.30 | $ 375 | 112.50 |
| JY | 3/29/10 | 15 | Financial model review and update | 1.00 | $ 375 | 375.00 |
| JY | 3/29/10 | 15 | CIM preparation and review | 1.50 | $ 375 | 562.50 |
| JY | 3/30/10 | 15 | CIM preparation and review | 2.00 | $ 375 | 750.00 |
| JY | 3/31/10 | 21 | Preparation and call with AEW re: Pending and negotiated loan schedule | 1.00 | $ 375 | 375.00 |
| **Total** | | | | **406.80** | | **$173,610.00** |

# Alvarez & Marsal
# Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| PBR | 3/31/10 | I | Cell Phone Charges - Sunwest Allocated Portion | $ 46.51 |
| VMM | 3/2/10 | A | JFK/PDX/JFK | 760.80 |
| VMM | 3/8/10 | A | JFK/PDX/JFK | 830.80 |
| VMM | 3/17/10 | A | JFK/PDX -- canceled flight | 374.70 |
| VMM | 3/18/10 | A | JFK/LAX/PDX | 704.40 |
| VMM | 3/14/10 | B | Working dinner | 47.31 |
| VMM | 3/17/10 | B | Working dinner | 60.17 |
| VMM | 3/18/10 | B | Working Dinner | 55.33 |
| VMM | 3/26/10 | B | Working lunch | 60.75 |
| VMM | 3/28/10 | B | working dinner | 78.00 |
| VMM | 3/2/10 | D | Portland Hotel | 682.29 |
| VMM | 3/8/10 | D | Portland Hotel | 283.88 |
| VMM | 3/9/10 | D | Hotel Eugene | 285.10 |
| VMM | 3/10/10 | D | Portland Hotel | 1,065.76 |
| VMM | 3/13/10 | D | Hotel SLC - storm delay | 122.86 |
| VMM | 3/22/10 | D | Portland Hotel | 473.75 |
| VMM | 3/24/10 | D | Hotel Portland | 473.75 |
| VMM | 3/25/10 | D | Hotel Eugene | 251.20 |
| VMM | 3/27/10 | D | Hotel Portland | 451.91 |
| VMM | 3/13/10 | G | Boingo | 4.95 |
| VMM | 3/18/10 | G | Gogo internet | 29.95 |
| VMM | 3/2/10 | J | from PDX | 50.00 |
| VMM | 3/2/10 | J | to JFK | 80.00 |
| VMM | 3/4/10 | J | from JFK | 80.00 |
| VMM | 3/4/10 | J | to PDX | 50.00 |
| VMM | 3/4/10 | J | to/from Salem | 200.00 |
| VMM | 3/8/10 | J | from PDX | 40.00 |
| VMM | 3/11/10 | J | to Sunwest | 100.00 |
| VMM | 3/13/10 | J | to PDX | 43.50 |
| VMM | 3/15/10 | J | Taxi to meeting | 12.40 |
| VMM | 3/15/10 | J | Taxi to meeting | 7.70 |
| VMM | 3/16/10 | J | Taxi to meeting | 8.10 |
| VMM | 3/16/10 | J | Taxi to meeting | 10.40 |
| VMM | 3/17/10 | J | Taxi to meeting | 8.80 |
| VMM | 3/18/10 | J | from LAX | 50.00 |
| VMM | 3/18/10 | J | Taxi to meeting | 6.90 |
| VMM | 3/18/10 | J | to JFK | 59.07 |
| VMM | 3/22/10 | J | from PDX | 40.00 |
| VMM | 3/22/10 | J | to LAX | 50.00 |
| VMM | 3/25/10 | J | from JFK | 80.00 |
| VMM | 3/25/10 | J | to PDX | 50.00 |
| JY | 3/2/10 | A | Flight - ORD to/from PDX | 697.23 |
| JY | 3/8/10 | A | Flight - ORD to PDX | 426.69 |
| JY | 3/11/10 | A | Flight - PDX to ORD | 426.69 |
| JY | 3/22/10 | A | Flight - ORD / JFK / PDX | 887.39 |
| JY | 3/25/10 | A | Flight - PDX to ORD | 441.69 |
| JY | 3/3/10 | B | Working Meal | 21.00 |
| JY | 3/4/10 | B | Working Meal | 20.00 |
| JY | 3/8/10 | B | Working Meal | 25.72 |
| JY | 3/10/10 | B | Working Meal | 21.00 |
| JY | 3/11/10 | B | Working Meal | 48.80 |
| JY | 3/22/10 | B | Working Meal | 31.70 |
| JY | 3/23/10 | B | Working Meal | 21.00 |

# Alvarez & Marsal
# Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| JY | 3/24/10 | B | Working Meal (MM, JY) | 54.35 |
| JY | 3/25/10 | B | Working Meal (MM, JY) | 59.75 |
| JY | 3/11/10 | C | Rental Car - 3/9 - 3/11 | 177.77 |
| JY | 3/25/10 | C | Rental Car - 3/24 - 3/25 | 203.85 |
| JY | 3/6/10 | D | Hotel Costs - 3/2 - 3/5 | 557.65 |
| JY | 3/9/10 | D | Hotel Costs - 3/8 | 159.53 |
| JY | 3/11/10 | D | Hotel Costs - 3/9 - 3/11 | 328.55 |
| JY | 3/25/10 | D | Hotel Costs - 3/22 - 3/25 | 773.68 |
| JY | 3/31/10 | I | Cell Phone Charges - Sunwest Allocated Portion | 12.91 |
| JY | 3/2/10 | J | Taxi Fares - to ORD | 45.00 |
| JY | 3/2/10 | J | Taxi Fares - to Hotel | 38.00 |
| JY | 3/5/10 | J | Taxi Fares - to Home from ORD | 40.00 |
| JY | 3/5/10 | J | Taxi Fares - to PDX | 40.00 |
| JY | 3/5/10 | J | Taxi Fares - to Home from ORD | 45.00 |
| JY | 3/5/10 | J | Taxi Fares - to PDX | 40.00 |
| JY | 3/8/10 | J | Taxi Fares - to ORD | 40.00 |
| JY | 3/8/10 | J | Taxi Fares - to Hotel | 40.00 |
| JY | 3/11/10 | J | Taxi Fares - to Home from ORD | 40.00 |
| JY | 3/11/10 | J | Taxi Fares - to PDX | 40.00 |
| JY | 3/22/10 | J | Taxi Fares - to JFK | 62.58 |
| JY | 3/23/10 | J | Taxi Fares - to Hotel | 40.00 |
| **Total** | | | | **$ 14,078.57** |