May 12, 2010

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
April 01, 2010 - April 30, 2010

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 33.00 | 450.00 | $ 14,850.00 |
| Matt Marcos | Senior Director | 187.90 | 450.00 | 84,555.00 |
| Jeff Yim | Senior Associate | 90.10 | 375.00 | 33,787.50 |
| **Total** | | **311.00** | | **$ 133,192.50** |

| | |
|---|---|
| Total Fees | $ 133,192.50 |
| Out-of-Pocket Expenses | 13,416.18 |
| **Total Fees and Out-of-Pocket Expenses** | **$ 146,608.68** |

**Wire Instructions:**

| | |
|---|---|
| Bank: | J.P. Morgan Chase |
| ABA: | 021000021 |
| Account Name: | Alvarez & Marsal, LLC |
| Account Number: | 9 5 7 3 4 7 8 4 7 |
| Project Number: | 83009 |



1

**Alvarez & Marsal Healthcare Industry Group, LLC**

# Expense Summary

### April 01, 2010 - April 30, 2010

| Employee | Expense Type | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Meals | Hotel | |
| Paul Rundell | $ 683.40 | $ 524.43 | $ 20.00 | $ 93.00 | $ 44.85 | $ 128.00 | $ 443.48 | $ 1,937.16 |
| Matthew Marcos | 3,383.60 | 47.30 | 812.74 | - | 144.12 | 895.21 | 4,173.97 | 9,456.94 |
| Jeff Yim | 1,063.38 | - | 100.00 | 13.00 | 64.30 | 92.90 | 688.50 | 2,022.08 |
| | $ 5,130.38 | $ 571.73 | $ 932.74 | $ 106.00 | $ 253.27 | $ 1,116.11 | $ 5,305.95 | $ 13,416.18 |

# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |
| 37 | Loan Modification Work |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|---|---|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

# Alvarez & Marsal
# Time Detail

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 4/1/10 | 5 | Worked on Waterfield and Willow creek issues | 1.00 | $ 450 | 450.00 |
| PBR | 4/5/10 | 5 | Worked on Waterfield and Willow creek issues | 1.00 | $ 450 | 450.00 |
| PBR | 4/6/10 | 5 | Worked on Graysonview issues with buyer | 1.00 | $ 450 | 450.00 |
| PBR | 4/7/10 | 5 | Created summary of remaining four GE deals and call with GE | 1.00 | $ 450 | 450.00 |
| PBR | 4/8/10 | 5 | Call with buyer and broker on Coopervilla re closing | 1.00 | $ 450 | 450.00 |
| PBR | 4/9/10 | 5 | Call with Yates and Hamstreet re various asset disposition issues | 1.00 | $ 450 | 450.00 |
| PBR | 4/13/10 | 5 | Worked on Graysonview - find new buyer | 1.00 | $ 450 | 450.00 |
| PBR | 4/14/10 | 5 | Prepared for and attended call with GE re asset dispositions | 1.00 | $ 450 | 450.00 |
| PBR | 4/15/10 | 37 | Reviewed debt schedule for lender negotiation project as requested by Hamstreet and Dunn | 2.00 | $ 450 | 900.00 |
| PBR | 4/19/10 | 37 | Met with Dunn, Yim, Muth and Tom W re senior housing loan restructurings and reviewed status and worked on game plan for working out the loans going forward - also reviewed detailed project worksheet and made changes (2.5 hours - did not charge time to avoid duplication of time with | - | $ 450 | - |
| PBR | 4/19/10 | 5 | Worked on Graysonview asset disposition | 1.00 | $ 450 | 450.00 |
| PBR | 4/20/10 | 37 | Worked on non senior housing loan modification project | 1.50 | $ 450 | 675.00 |
| PBR | 4/20/10 | 37 | Meeting with Clyde re non senior housing loan modification project | 2.50 | $ 450 | 1,125.00 |
| PBR | 4/20/10 | 37 | Worked on the senior housing loan modification project - 3 hours - hours allocated to Yim - did not charge my time | - | $ 450 | - |
| PBR | 4/21/10 | 37 | Worked on non senior and senior housing loan modification project | 1.60 | $ 450 | 720.00 |
| PBR | 4/21/10 | 37 | Phone calls with several lenders for loan modification project | 2.40 | $ 450 | 1,080.00 |
| PBR | 4/22/10 | 37 | Phone calls with several lenders for loan modification project | 1.00 | $ 450 | 450.00 |
| PBR | 4/22/10 | 37 | Worked on Graysonview and spoke to Co-Pac re overbidding several | 1.00 | $ 450 | 450.00 |
| PBR | 4/23/10 | 37 | Call with RBS and worked on details - (e.g., reviewed financials comparing 08 NOI to 09 NOI). | 2.00 | $ 450 | 900.00 |
| PBR | 4/26/10 | 37 | Worked on Tutera and other loan modification issues | 2.00 | $ 450 | 900.00 |
| PBR | 4/27/10 | 37 | Worked on State of Oregon, RBS and Fannie Mae loan modification issues | 2.00 | $ 450 | 900.00 |
| PBR | 4/28/10 | 37 | Worked on loan modification with several lenders, including reviewing RBS details | 2.00 | $ 450 | 900.00 |
| PBR | 4/29/10 | 37 | Worked on loan modification with several lenders | 2.00 | $ 450 | 900.00 |
| PBR | 4/30/10 | 37 | Worked with State of Oregon on loan modification | 2.00 | $ 450 | 900.00 |
| VMM | 4/1/10 | 15 | Worked on teaser, CIM | 7.10 | $ 450 | 3,195.00 |
| VMM | 4/1/10 | 15 | Calls with potential bidders | 1.50 | $ 450 | 675.00 |
| VMM | 4/1/10 | 15 | Worked on buyers list | 0.60 | $ 450 | 270.00 |
| VMM | 4/2/10 | 25 | HFG mediation | 4.50 | $ 450 | 2,025.00 |
| VMM | 4/2/10 | 8 | Meeting re: wind down | 1.40 | $ 450 | 630.00 |
| VMM | 4/2/10 | 15 | Worked on teaser, CIM | 1.60 | $ 450 | 720.00 |
| VMM | 4/2/10 | 8 | Reviewed DivestCo, TrustCo | 0.40 | $ 450 | 180.00 |
| VMM | 4/2/10 | 15 | Calls with ESC, SW re Transition | 0.30 | $ 450 | 135.00 |
| VMM | 4/2/10 | 25 | Worked on HFG splits analysis | 0.70 | $ 450 | 315.00 |
| VMM | 4/3/10 | 17 | Worked on LLC analysis | 2.30 | $ 450 | 1,035.00 |
| VMM | 4/3/10 | 15 | Worked on CIM | 4.70 | $ 450 | 2,115.00 |
| VMM | 4/4/10 | 15 | Worked on CIM | 1.10 | $ 450 | 495.00 |
| VMM | 4/4/10 | 17 | Worked on LLC analysis | 2.20 | $ 450 | 990.00 |
| VMM | 4/5/10 | 15 | Worked on CIM | 3.20 | $ 450 | 1,440.00 |
| VMM | 4/5/10 | 15 | Calls to potential bidders | 4.30 | $ 450 | 1,935.00 |
| VMM | 4/5/10 | 15 | Meeting with ESC re: transition | 1.50 | $ 450 | 675.00 |
| VMM | 4/6/10 | 17 | LLC call | 0.50 | $ 450 | 225.00 |
| VMM | 4/6/10 | 17 | Meeting with JS, LV re: LLCs | 1.80 | $ 450 | 810.00 |
| VMM | 4/6/10 | 15 | Calls with potential bidders | 1.70 | $ 450 | 765.00 |
| VMM | 4/6/10 | 17 | Reviewed balance sheets for Hermiston, Lassen, exception ALFs | 1.30 | $ 450 | 585.00 |
| VMM | 4/6/10 | 15 | Review CIM | 6.60 | $ 450 | 2,970.00 |
| VMM | 4/7/10 | 15 | Worked on CIM | 5.30 | $ 450 | 2,385.00 |
| VMM | 4/7/10 | 17 | LLC analysis | 2.20 | $ 450 | 990.00 |
| VMM | 4/7/10 | 15 | Calls to potential bidders | 2.30 | $ 450 | 1,035.00 |
| VMM | 4/8/10 | 15 | Calls to potential bidders | 2.50 | $ 450 | 1,125.00 |
| VMM | 4/8/10 | 15 | Call re: auction process | 0.70 | $ 450 | 315.00 |
| VMM | 4/8/10 | 17 | Call re: LLC settlement | 0.60 | $ 450 | 270.00 |
| VMM | 4/8/10 | 17 | Worked on LLC analysis | 1.20 | $ 450 | 540.00 |

# Alvarez & Marsal
# Time Detail

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 4/9/10 | 15 | Worked on CIM | 1.10 | $ 450 | 495.00 |
| VMM | 4/9/10 | 17 | Worked on LLC analysis | 2.20 | $ 450 | 990.00 |
| VMM | 4/9/10 | 15 | Calls, emails re: AEW fees | 0.80 | $ 450 | 360.00 |
| VMM | 4/10/10 | 17 | Prepared for and Calls with LLC members re: proposals | 1.50 | $ 450 | 675.00 |
| VMM | 4/10/10 | 17 | Calls re: LLC matter | 1.30 | $ 450 | 585.00 |
| VMM | 4/10/10 | 17 | Worked on analysis for LLCs | 2.10 | $ 450 | 945.00 |
| VMM | 4/10/10 | 17 | Prepared for and conf call with CRO team re: LLC analysis | 0.70 | $ 450 | 315.00 |
| VMM | 4/10/10 | 17 | Review LLC analysis | 0.60 | $ 450 | 270.00 |
| VMM | 4/10/10 | 15 | Calls, emails with potential bidders | 1.40 | $ 450 | 630.00 |
| VMM | 4/11/10 | 17 | Worked on analysis for LLCs | 2.80 | $ 450 | 1,260.00 |
| VMM | 4/11/10 | 17 | Calls re: LLC matter | 0.80 | $ 450 | 360.00 |
| VMM | 4/13/10 | 15 | Calls with potential bidders | 3.10 | $ 450 | 1,395.00 |
| VMM | 4/13/10 | 33 | Meeting re: employee tax issues | 1.50 | $ 450 | 675.00 |
| VMM | 4/13/10 | 15 | Call re: AEW, Lone Star | 0.80 | $ 450 | 360.00 |
| VMM | 4/13/10 | 15 | Auction call | 0.70 | $ 450 | 315.00 |
| VMM | 4/13/10 | 28 | CRO team call | 0.80 | $ 450 | 360.00 |
| VMM | 4/13/10 | 17 | Worked on LLC analysis | 1.80 | $ 450 | 810.00 |
| VMM | 4/14/10 | 25 | Calls 3rd party claims for bare land | 2.30 | $ 450 | 1,035.00 |
| VMM | 4/14/10 | 15 | Calls to potential bidders | 1.10 | $ 450 | 495.00 |
| VMM | 4/14/10 | 15 | Bidder due diligence | 1.20 | $ 450 | 540.00 |
| VMM | 4/14/10 | 25 | 3rd party litigation mediation | 4.30 | $ 450 | 1,935.00 |
| VMM | 4/14/10 | 28 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 4/15/10 | 15 | Bidder due diligence | 2.70 | $ 450 | 1,215.00 |
| VMM | 4/15/10 | 25 | LLC mediation | 6.30 | $ 450 | 2,835.00 |
| VMM | 4/15/10 | 33 | Calls re: tax issues | 1.40 | $ 450 | 630.00 |
| VMM | 4/16/10 | 15 | Bidder due diligence | 3.30 | $ 450 | 1,485.00 |
| VMM | 4/16/10 | 17 | Calls re: LLC matter | 1.70 | $ 450 | 765.00 |
| VMM | 4/17/10 | 33 | Worked on LLCs tax issue | 0.90 | $ 450 | 405.00 |
| VMM | 4/17/10 | 9 | Admin | 2.10 | $ 450 | 945.00 |
| VMM | 4/17/10 | 9 | Reviewed various motions | 0.30 | $ 450 | 135.00 |
| VMM | 4/17/10 | 15 | Calls/emails to Lonestar | 0.60 | $ 450 | 270.00 |
| VMM | 4/18/10 | 15 | Bidder due diligence | 2.30 | $ 450 | 1,035.00 |
| VMM | 4/19/10 | 15 | Bidder due diligence | 3.90 | $ 450 | 1,755.00 |
| VMM | 4/19/10 | 15 | Calls with potential bidders | 2.10 | $ 450 | 945.00 |
| VMM | 4/19/10 | 33 | Review LLC tax issues | 1.70 | $ 450 | 765.00 |
| VMM | 4/19/10 | 15 | Auction call | 0.80 | $ 450 | 360.00 |
| VMM | 4/20/10 | 15 | Bidder due diligence | 3.20 | $ 450 | 1,440.00 |
| VMM | 4/20/10 | 15 | Auction call | 0.90 | $ 450 | 405.00 |
| VMM | 4/20/10 | 15 | Dry run closing | 1.10 | $ 450 | 495.00 |
| VMM | 4/20/10 | 15 | Calls with potential bidders | 2.70 | $ 450 | 1,215.00 |
| VMM | 4/20/10 | 17 | LLC analysis | 0.70 | $ 450 | 315.00 |
| VMM | 4/20/10 | 28 | CRO team call | 0.80 | $ 450 | 360.00 |
| VMM | 4/21/10 | 33 | Calls re: employee tax issues | 1.50 | $ 450 | 675.00 |
| VMM | 4/21/10 | 15 | Bidder due diligence | 4.50 | $ 450 | 2,025.00 |
| VMM | 4/21/10 | 28 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 4/21/10 | 17 | LLC analysis | 3.20 | $ 450 | 1,440.00 |
| VMM | 4/22/10 | 33 | Calls re: employee tax issues | 0.90 | $ 450 | 405.00 |
| VMM | 4/22/10 | 17 | LLC analysis | 1.20 | $ 450 | 540.00 |
| VMM | 4/22/10 | 15 | Bidder due diligence | 3.30 | $ 450 | 1,485.00 |
| VMM | 4/22/10 | 28 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 4/23/10 | 15 | Auction call | 0.80 | $ 450 | 360.00 |
| VMM | 4/23/10 | 15 | Bidder due diligence | 3.40 | $ 450 | 1,530.00 |
| VMM | 4/23/10 | 28 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 4/24/10 | 8 | Meeting with FE re: LLC and wind down | 1.80 | $ 450 | 810.00 |
| VMM | 4/24/10 | 21 | Call re: RBS loan | 0.20 | $ 450 | 90.00 |
| VMM | 4/25/10 | 15 | Call re: AEW expenses | 0.60 | $ 450 | 270.00 |
| VMM | 4/25/10 | 21 | Reviewed Plains Capital loan | 0.90 | $ 450 | 405.00 |
| VMM | 4/26/10 | 33 | Tax call | 3.40 | $ 450 | 1,530.00 |
| VMM | 4/26/10 | 15 | Meeting with potential bidder | 2.20 | $ 450 | 990.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 4/26/10 | 17 | LLC analysis | 1.80 | $ 450 | 810.00 |
| VMM | 4/26/10 | 15 | auction call | 0.80 | $ 450 | 360.00 |
| VMM | 4/27/10 | 17 | LLC analysis | 2.20 | $ 450 | 990.00 |
| VMM | 4/27/10 | 28 | CRO team call | 0.80 | $ 450 | 360.00 |
| VMM | 4/27/10 | 33 | Employee tax issues | 0.50 | $ 450 | 225.00 |
| VMM | 4/28/10 | 28 | CRO team call | 0.80 | $ 450 | 360.00 |
| VMM | 4/28/10 | 33 | Employee tax issues | 1.20 | $ 450 | 540.00 |
| VMM | 4/28/10 | 15 | Auction call | 1.10 | $ 450 | 495.00 |
| VMM | 4/28/10 | 8 | MC meeting re: wind down | 3.10 | $ 450 | 1,395.00 |
| VMM | 4/28/10 | 28 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 4/29/10 | 17 | LLC analysis | 1.50 | $ 450 | 675.00 |
| VMM | 4/29/10 | 15 | Calls with potential bidders | 3.70 | $ 450 | 1,665.00 |
| VMM | 4/29/10 | 28 | CRO team call | 0.70 | $ 450 | 315.00 |
| VMM | 4/30/10 | 11 | Calls re: claim election | 0.50 | $ 450 | 225.00 |
| VMM | 4/30/10 | 5 | Review smart park 1 | 1.30 | $ 450 | 585.00 |
| JY | 4/1/10 | 15 | Buyers list preparation and update | 1.50 | $ 375 | 562.50 |
| JY | 4/1/10 | 15 | Financial model review and update | 3.00 | $ 375 | 1,125.00 |
| JY | 4/1/10 | 21 | Pending and negotiated loan schedule review and update | 0.50 | $ 375 | 187.50 |
| JY | 4/1/10 | 15 | CIM preparation and review | 5.00 | $ 375 | 1,875.00 |
| JY | 4/2/10 | 15 | CIM preparation and review | 3.80 | $ 375 | 1,425.00 |
| JY | 4/2/10 | 15 | Preparation and call with BCP and MetCap re: buyers list / CIM | 0.50 | $ 375 | 187.50 |
| JY | 4/3/10 | 15 | Preparation and call with BCP and MetCap re: buyers list / CIM | 0.50 | $ 375 | 187.50 |
| JY | 4/3/10 | 15 | CIM preparation and review | 4.50 | $ 375 | 1,687.50 |
| JY | 4/4/10 | 15 | Preparation and call with BCP and MetCap re: buyers list / CIM | 1.00 | $ 375 | 375.00 |
| JY | 4/4/10 | 15 | CIM preparation and review | 4.00 | $ 375 | 1,500.00 |
| JY | 4/4/10 | 15 | Buyers list preparation and update | 1.00 | $ 375 | 375.00 |
| JY | 4/5/10 | 15 | CIM preparation and review | 4.50 | $ 375 | 1,687.50 |
| JY | 4/5/10 | 15 | Buyers list preparation and update | 1.50 | $ 375 | 562.50 |
| JY | 4/5/10 | 15 | Calls to perspective buyers | 2.00 | $ 375 | 750.00 |
| JY | 4/6/10 | 15 | Purchase Price Allocation analysis / Property equity allocation (TIC/LLC) | 3.00 | $ 375 | 1,125.00 |
| JY | 4/6/10 | 15 | CIM preparation and review | 4.50 | $ 375 | 1,687.50 |
| JY | 4/6/10 | 15 | Preparation and call with BCP and MetCap re: buyers list / CIM | 1.50 | $ 375 | 562.50 |
| JY | 4/6/10 | 15 | Preparation and call with MetCap re: CIM | 1.20 | $ 375 | 450.00 |
| JY | 4/7/10 | 15 | Sunwest Financials review -  February YTD | 2.00 | $ 375 | 750.00 |
| JY | 4/7/10 | 15 | CIM preparation and review | 4.50 | $ 375 | 1,687.50 |
| JY | 4/7/10 | 15 | Teaser preparation and review | 0.50 | $ 375 | 187.50 |
| JY | 4/7/10 | 15 | Due diligence information request - Lonestar | 0.30 | $ 375 | 112.50 |
| JY | 4/9/10 | 15 | CIM preparation and review | 3.50 | $ 375 | 1,312.50 |
| JY | 4/8/10 | 15 | Calls to perspective buyers | 1.50 | $ 375 | 562.50 |
| JY | 4/8/10 | 15 | Preparation and call with BCP and MetCap re: buyers list / CIM | 1.50 | $ 375 | 562.50 |
| JY | 4/9/10 | 15 | CIM preparation and review | 4.00 | $ 375 | 1,500.00 |
| JY | 4/9/10 | 15 | Preparation and call with MetCap re: Sunwest balance sheet | 1.00 | $ 375 | 375.00 |
| JY | 4/9/10 | 21 | Pending and negotiated loan schedule review and update | 0.50 | $ 375 | 187.50 |
| JY | 4/10/10 | 15 | CIM preparation and review | 3.50 | $ 375 | 1,312.50 |
| JY | 4/10/10 | 15 | Due diligence information request - Formation | 0.50 | $ 375 | 187.50 |
| JY | 4/12/10 | 15 | CIM preparation and review | 2.50 | $ 375 | 937.50 |
| JY | 4/12/10 | 15 | Buyers list preparation and update | 0.50 | $ 375 | 187.50 |
| JY | 4/12/10 | 15 | CIM distribution to perspective buyers | 0.50 | $ 375 | 187.50 |
| JY | 4/14/10 | 15 | CIM distribution to perspective buyers | 0.50 | $ 375 | 187.50 |
| JY | 4/14/10 | 15 | Calls to perspective buyers | 2.00 | $ 375 | 750.00 |
| JY | 4/10/10 | 15 | Due diligence information request - Lonestar | 0.50 | $ 375 | 187.50 |
| JY | 4/15/10 | 15 | Buyers list preparation and update | 0.50 | $ 375 | 187.50 |
| JY | 4/15/10 | 21 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| JY | 4/16/10 | 15 | Due diligence information request - Lonestar | 0.50 | $ 375 | 187.50 |
| JY | 4/17/10 | 15 | Financial model review and update | 1.50 | $ 375 | 562.50 |
| JY | 4/19/10 | 37 | Met with Dunn, Rundell, Muth and Tom W re senior housing loan restructurings and reviewed status and worked on game plan for working out the loans going forward - also reviewed detailed project worksheet and | 2.50 | $ 375 | 937.50 |
| JY | 4/19/10 | 15 | Preparation and call with BCP and MetCap re: buyers list | 0.80 | $ 375 | 300.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 4/20/10 | 37 | Worked on the senior housing loan modification project | 3.00 | $ 375 | 1,125.00 |
| JY | 4/20/10 | 15 | Preparation and call with BCP and MetCap re: buyers list | 1.00 | $ 375 | 375.00 |
| JY | 4/21/10 | 21 | Pending and negotiated loan schedule review and update | 0.50 | $ 375 | 187.50 |
| JY | 4/22/10 | 21 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| JY | 4/23/10 | 15 | Call re: Bid procedures and process | 1.00 | $ 375 | 375.00 |
| JY | 4/24/10 | 21 | Review of PSA schedules re: Debt modifications | 0.50 | $ 375 | 187.50 |
| JY | 4/27/10 | 15 | Preparation and call with BCP and MetCap re: buyers list | 1.00 | $ 375 | 375.00 |
| JY | 4/27/10 | 21 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| JY | 4/28/10 | 21 | Pending and negotiated loan schedule review and update | 1.00 | $ 375 | 375.00 |
| **Total** | | | | **311.00** | | **$133,192.50** |

# Alvarez & Marsal
# Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| PBR | 4/16/10 | A | Flight - ORD-PDX-ORD | $ 533.40 |
| PBR | 4/22/10 | A | Change Fee | 150.00 |
| PBR | 4/19/10 | B | Working Dinner | 24.00 |
| PBR | 4/20/10 | B | Working meal | 35.00 |
| PBR | 4/20/10 | B | Working meal | 21.00 |
| PBR | 4/21/10 | B | Working meal | 25.00 |
| PBR | 4/21/10 | B | Working Dinner | 23.00 |
| PBR | 4/22/10 | C | Rental Car | 524.43 |
| PBR | 4/22/10 | D | Nines | 443.48 |
| PBR | 4/22/10 | F | Mileage | 30.00 |
| PBR | 4/22/10 | H | Parking | 93.00 |
| PBR | 4/27/10 | I | Cell Phone Charges - Sunwest Allocated Portion | 14.85 |
| PBR | 4/20/10 | J | Cab - Meeting | 20.00 |
| VMM | 4/7/10 | A | Flight (issued 4/2/2010) PDX/JFK | 448.70 |
| VMM | 4/12/10 | A | Flight - JFK/PDX | 448.70 |
| VMM | 4/16/10 | A | Flight - PDX/JFK | 453.70 |
| VMM | 4/19/10 | A | Flight - JFK/PDX | 654.00 |
| VMM | 4/23/10 | A | Flight - PDX/JFK | 463.70 |
| VMM | 4/27/10 | A | Flight - JFK/PDX | 394.40 |
| VMM | 4/29/10 | A | Flight - PDX/BOS | 520.40 |
| VMM | 4/1/10 | B | Working dinner | 128.00 |
| VMM | 4/5/10 | B | Working breakfast | 10.05 |
| VMM | 4/6/10 | B | Working dinner | 101.50 |
| VMM | 4/6/10 | B | Working lunch | 44.00 |
| VMM | 4/13/10 | B | Snacks | 13.00 |
| VMM | 4/13/10 | B | Working dinner | 85.00 |
| VMM | 4/14/10 | B | Working breakfast | 5.90 |
| VMM | 4/14/10 | B | Working lunch | 20.00 |
| VMM | 4/15/10 | B | Working breakfast | 7.75 |
| VMM | 4/20/10 | B | Working Lunch | 30.05 |
| VMM | 4/21/10 | B | Working dinner with BB | 75.00 |
| VMM | 4/22/10 | B | Working dinner with MC | 90.00 |
| VMM | 4/22/10 | B | Working Lunch | 33.00 |
| VMM | 4/23/10 | B | Working breakfast | 12.48 |
| VMM | 4/24/10 | B | Working lunch with FE | 95.08 |
| VMM | 4/26/10 | B | Snacks with LS | 34.40 |
| VMM | 4/28/10 | B | Working dinner with MC | 110.00 |
| VMM | 4/5/10 | C | Rental car | 47.30 |
| VMM | 4/7/10 | D | Hotel Portland | 2,166.40 |
| VMM | 4/17/10 | D | Hotel Portland | 795.90 |
| VMM | 4/23/10 | D | Hotel Portland | 762.01 |
| VMM | 4/29/10 | D | Hotel Portland | 449.66 |
| VMM | 4/27/10 | I | Cell Phone Charges - Sunwest Allocated Portion | 144.12 |
| VMM | 4/7/10 | J | to PDX | 36.00 |
| VMM | 4/8/10 | J | from JFK | 80.00 |
| VMM | 4/12/10 | J | from PDX | 50.00 |
| VMM | 4/12/10 | J | to JFK | 80.00 |
| VMM | 4/16/10 | J | from JFK | 100.00 |
| VMM | 4/16/10 | J | to PDX | 39.00 |
| VMM | 4/19/10 | J | from PDX | 55.00 |
| VMM | 4/19/10 | J | toJFK | 80.00 |
| VMM | 4/23/10 | J | from JFK | 80.00 |
| VMM | 4/23/10 | J | from PDX | 45.00 |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| VMM | 4/24/10 | J | Taxi from lunch meeting with FE | 21.00 |
| VMM | 4/24/10 | J | Taxi to lunch meeting with FE | 15.00 |
| VMM | 4/26/10 | J | Taxi from dinner with LS | 24.74 |
| VMM | 4/26/10 | J | Taxi to dinner with LS | 17.00 |
| VMM | 4/27/10 | J | from PDX | 55.00 |
| VMM | 4/29/10 | J | to PDX | 35.00 |
| JY | 4/19/10 | A | Flight - ORD to PDX | 616.69 |
| JY | 4/21/10 | A | Flight - PDX to ORD | 446.69 |
| JY | 4/19/10 | B | Dinner (JY, PR, Sunwest team - 8) | 51.15 |
| JY | 4/20/10 | B | Working meal | 21.00 |
| JY | 4/21/10 | B | Working meal | 20.75 |
| JY | 4/21/10 | D | Hotel Costs - 4/19 - 4/21 | 688.50 |
| JY | 4/19/10 | G | Miscellaneous expense | 22.00 |
| JY | 4/21/10 | G | Miscellaneous expense | 22.00 |
| JY | 4/22/10 | H | Parking | 13.00 |
| JY | 4/27/10 | I | Cell Phone Charges - Sunwest Allocated Portion | 20.30 |
| JY | 4/19/10 | J | Taxi Fares - to ORD | 50.00 |
| JY | 4/21/10 | J | Taxi Fares - to Home from ORD | 50.00 |
| **Total** | | | | **$ 13,416.18** |