July 10, 2010

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
June 01, 2010 - June 30, 2010

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 60.00 | 450.00 | $ 27,000.00 |
| Matt Marcos | Senior Director | 219.60 | 450.00 | 98,820.00 |
| Jeff Yim | Senior Associate | 33.00 | 375.00 | 12,375.00 |
| **Total** | | **312.60** | | **$ 138,195.00** |
| Total Fees | | | | $ 138,195.00 |
| Out-of-Pocket Expenses | | | | 10,031.26 |
| **Total Fees and Out-of-Pocket Expenses** | | | | **$ 148,226.26** |

**Wire Instructions:**
Bank:               J.P. Morgan Chase
ABA:                021000021
Account Name:       Alvarez & Marsal, LLC
Account Number:     9 5 7 3 4 7 8 4 7
Project Number:     83009



**Alvarez & Marsal Healthcare Industry Group, LLC**

## Expense Summary

**June 01, 2010 - June 30, 2010**

|  | Expense Type | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | **Airfare** | **Car Rental** | **Trans** | **Parking** | **Misc** | **Meals** | **Hotel** | **Grand Total** |
| Paul Rundell | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Matthew Marcos | 4,439.90 | 730.08 | 835.00 | 10.00 | 29.95 | 546.04 | 3,440.29 | 10,031.26 |
| Jeff Yim | - | - | - | - | - | - | - | - |
|  | $ 4,439.90 | $ 730.08 | $ 835.00 | $ 10.00 | $ 29.95 | $ 546.04 | $ 3,440.29 | $ 10,031.26 |

# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---:|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |
| 37 | Loan Modification Work |

# Alvarez & Marsal
# Expense Codes

| Code | Definition |
|------|------------|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| E | Marketing/business development |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 6/1/10 | 5 | Prepared for and attended overbid auction - canyon crest | 3.10 | $ 450 | $ 1,395.00 |
| PBR | 6/1/10 | 5 | Spoke to GE on asset disposition update | 0.70 | $ 450 | 315.00 |
| PBR | 6/1/10 | 37 | Worked on loan modification issues - cottages | 1.20 | $ 450 | 540.00 |
| PBR | 6/2/10 | 5 | Worked on asset dispositions - willow creek and chancellor place | 2.40 | $ 450 | 1,080.00 |
| PBR | 6/2/10 | 37 | Worked on loan modification issues | 1.60 | $ 450 | 720.00 |
| PBR | 6/3/10 | 5 | Worked on asset dispositions - willow creek and chancellor place | 1.20 | $ 450 | 540.00 |
| PBR | 6/3/10 | 37 | Worked on loan modification issues | 1.80 | $ 450 | 810.00 |
| PBR | 6/4/10 | 32 | Calls with CRO re various issues | 2.30 | $ 450 | 1,035.00 |
| PBR | 6/4/10 | 37 | Worked on loan modification issues | 1.70 | $ 450 | 765.00 |
| PBR | 6/7/10 | 5 | Worked on Autumns sale issues | 2.30 | $ 450 | 1,035.00 |
| PBR | 6/7/10 | 32 | Call with Hamstreet and all lawyers | 0.80 | $ 450 | 360.00 |
| PBR | 6/7/10 | 5 | Worked on Cascadia Canyon | 0.90 | $ 450 | 405.00 |
| PBR | 6/8/10 | 5 | Worked on asset dispositions | 1.60 | $ 450 | 720.00 |
| PBR | 6/8/10 | 32 | Call with Hamstreet and all lawyers | 1.10 | $ 450 | 495.00 |
| PBR | 6/8/10 | 37 | Worked on loan modification issues (e.g., Cascadia Canyon) | 1.30 | $ 450 | 585.00 |
| PBR | 6/9/10 | 5 | Worked on Autumns sale issues | 0.80 | $ 450 | 360.00 |
| PBR | 6/9/10 | 32 | Call with Hamstreet and all lawyers | 1.40 | $ 450 | 630.00 |
| PBR | 6/9/10 | 37 | Worked on loan modification issues | 0.80 | $ 450 | 360.00 |
| PBR | 6/10/10 | 5 | Worked on Graysonview issues | 0.70 | $ 450 | 315.00 |
| PBR | 6/10/10 | 32 | Call with Hamstreet people, Sunwest and others | 1.20 | $ 450 | 540.00 |
| PBR | 6/10/10 | 37 | Worked on loan modification issues | 1.10 | $ 450 | 495.00 |
| PBR | 6/11/10 | 5 | Worked on Graysonview issues | 0.60 | $ 450 | 270.00 |
| PBR | 6/11/10 | 32 | Call with Hamstreet people, Sunwest and others | 0.50 | $ 450 | 225.00 |
| PBR | 6/11/10 | 37 | Worked on loan modification issues | 0.90 | $ 450 | 405.00 |
| PBR | 6/14/10 | 32 | Call with Hamstreet people, Sunwest and others | 0.90 | $ 450 | 405.00 |
| PBR | 6/14/10 | 37 | Worked on loan modification issues | 1.10 | $ 450 | 495.00 |
| PBR | 6/15/10 | 32 | Call with Hamstreet people, Sunwest and others | 0.80 | $ 450 | 360.00 |
| PBR | 6/15/10 | 37 | Worked on loan modification issues | 1.20 | $ 450 | 540.00 |
| PBR | 6/16/10 | 32 | Call with Hamstreet people, Sunwest and others | 1.10 | $ 450 | 495.00 |
| PBR | 6/16/10 | 5 | Call with Tutera on SNF issue | 0.80 | $ 450 | 360.00 |
| PBR | 6/16/10 | 37 | Loan modification negotiation - Cascadia | 1.10 | $ 450 | 495.00 |
| PBR | 6/17/10 | 5 | Worked on asset disposition issues | 2.00 | $ 450 | 900.00 |
| PBR | 6/18/10 | 32 | Call with Hamstreet people, Sunwest and others | 0.70 | $ 450 | 315.00 |
| PBR | 6/18/10 | 5 | Worked on asset disposition - including Canyon Crest closing | 1.30 | $ 450 | 585.00 |
| PBR | 6/21/10 | 5 | Worked on asset disposition - including Canyon Crest closing | 0.90 | $ 450 | 405.00 |
| PBR | 6/21/10 | 37 | Worked on loan modification issues | 1.10 | $ 450 | 495.00 |
| PBR | 6/22/10 | 37 | Worked on loan modification issues | 2.00 | $ 450 | 900.00 |
| PBR | 6/23/10 | 37 | Worked on loan modification issues | 2.00 | $ 450 | 900.00 |
| PBR | 6/24/10 | 5 | Worked on asset dispositions | 2.00 | $ 450 | 900.00 |
| PBR | 6/25/10 | 37 | Worked on loan modification issues - non-senior care assets | 2.00 | $ 450 | 900.00 |
| PBR | 6/28/10 | 32 | Call with Hamstreet people, Sunwest and others | 1.10 | $ 450 | 495.00 |
| PBR | 6/28/10 | 37 | Worked on loan modification issues | 0.90 | $ 450 | 405.00 |
| PBR | 6/29/10 | 37 | Worked on loan modification issues - non senior deals | 1.20 | $ 450 | 540.00 |
| PBR | 6/29/10 | 5 | Worked on asset dispositions | 0.80 | $ 450 | 360.00 |
| PBR | 6/30/10 | 32 | Call with Hamstreet people, lawyers, SEC, Sunwest and others | 1.40 | $ 450 | 630.00 |
| PBR | 6/30/10 | 37 | Worked on loan modification issues - non senior deals | 1.20 | $ 450 | 540.00 |
| PBR | 6/30/10 | 5 | Worked on asset dispositions | 0.40 | $ 450 | 180.00 |
| JY | 6/1/10 | 15 | Purchase Price Allocation analysis / Options Pricing Analysis | 2.90 | $ 375 | 1,087.50 |
| JY | 6/2/10 | 15 | Sunwest Financials review - April YTD | 3.60 | $ 375 | 1,350.00 |
| JY | 6/2/10 | 21 | Pending and negotiated loan schedule review and update | 2.50 | $ 375 | 937.50 |
| JY | 6/3/10 | 21 | Pending and negotiated loan schedule review and update | 2.20 | $ 375 | 825.00 |
| JY | 6/5/10 | 15 | Pending and negotiated loan schedule review and update / Interest Rate Adj Schedule update | 3.80 | $ 375 | 1,425.00 |
| JY | 6/7/10 | 5 | Appeals Mitigation - Autumns Analysis | 2.00 | $ 375 | 750.00 |
| JY | 6/8/10 | 21 | Interest Rate Adj Schedule update | 4.00 | $ 375 | 1,500.00 |
| JY | 6/9/10 | 21 | Pending and negotiated loan schedule review and update | 3.00 | $ 375 | 1,125.00 |
| JY | 6/9/10 | 15 | PFA O-9 schedule review | 2.60 | $ 375 | 975.00 |
| JY | 6/10/10 | 5 | Kerville POR NPV analysis | 1.90 | $ 375 | 712.50 |
| JY | 6/10/10 | 21 | Pending and negotiated loan schedule review and update | 1.60 | $ 375 | 600.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| JY | 6/22/10 | 15 | Purchase Price Allocation analysis / Property equity allocation (TIC/LLC) | 2.90 | $ 375 | 1,087.50 |
| VMM | 6/1/10 | 32 | Meeting with MCC re: wind down | 2.30 | $ 450 | 1,035.00 |
| VMM | 6/1/10 | 15 | Worked on BX closing | 1.50 | $ 450 | 675.00 |
| VMM | 6/1/10 | 32 | Calls re: restructuring status | 0.70 | $ 450 | 315.00 |
| VMM | 6/2/10 | 15 | Worked on BX closing | 1.10 | $ 450 | 495.00 |
| VMM | 6/2/10 | 21 | Worked on debt status | 2.30 | $ 450 | 1,035.00 |
| VMM | 6/2/10 | 32 | Worked on Plan and Calls re: restructuring status | 3.10 | $ 450 | 1,395.00 |
| VMM | 6/2/10 | 21 | Calls re: Oakridge leases | 1.30 | $ 450 | 585.00 |
| VMM | 6/3/10 | 15 | Worked on BX closing | 1.50 | $ 450 | 675.00 |
| VMM | 6/3/10 | 21 | Calls re: debt status | 1.30 | $ 450 | 585.00 |
| VMM | 6/3/10 | 32 | Worked on Plan and Calls re: restructuring status | 3.40 | $ 450 | 1,530.00 |
| VMM | 6/3/10 | 32 | Prepared for and Calls re: LLC settlement | 2.30 | $ 450 | 1,035.00 |
| VMM | 6/3/10 | 21 | Reviewed PCB deficiency and valuations | 1.60 | $ 450 | 720.00 |
| VMM | 6/4/10 | 21 | Updated interest rate NPV | 4.10 | $ 450 | 1,845.00 |
| VMM | 6/4/10 | 15 | Worked on BX closing matters | 1.60 | $ 450 | 720.00 |
| VMM | 6/4/10 | 21 | Calls re: PCB | 1.40 | $ 450 | 630.00 |
| VMM | 6/4/10 | 21 | Reviewed Clovis and Hobbs appraisals | 1.30 | $ 450 | 585.00 |
| VMM | 6/5/10 | 21 | Worked on interest rate NPV calculation | 0.80 | $ 450 | 360.00 |
| VMM | 6/7/10 | 32 | Calls with investors | 4.50 | $ 450 | 2,025.00 |
| VMM | 6/8/10 | 15 | PSA call with BX | 1.10 | $ 450 | 495.00 |
| VMM | 6/8/10 | 32 | Prepared for and Calls re: LLC settlement | 2.70 | $ 450 | 1,215.00 |
| VMM | 6/8/10 | 21 | Worked on loan status | 2.10 | $ 450 | 945.00 |
| VMM | 6/8/10 | 21 | Calls re: PCB | 1.40 | $ 450 | 630.00 |
| VMM | 6/8/10 | 32 | Worked on Plan and Calls re: restructuring status | 3.10 | $ 450 | 1,395.00 |
| VMM | 6/8/10 | 32 | Prepared for and Calls re: LLC settlement | 2.70 | $ 450 | 1,215.00 |
| VMM | 6/9/10 | 32 | Worked on Plan and Calls re: restructuring status | 2.70 | $ 450 | 1,215.00 |
| VMM | 6/9/10 | 21 | Updated interest NPV calculation | 1.80 | $ 450 | 810.00 |
| VMM | 6/9/10 | 21 | Calls re: PCB | 1.10 | $ 450 | 495.00 |
| VMM | 6/9/10 | 2 | Admin | 2.50 | $ 450 | 1,125.00 |
| VMM | 6/9/10 | 32 | Prepared for and Calls re: LLC settlement | 4.20 | $ 450 | 1,890.00 |
| VMM | 6/9/10 | 32 | Calls with investors | 2.90 | $ 450 | 1,305.00 |
| VMM | 6/10/10 | 32 | Planning meeting with CH | 1.50 | $ 450 | 675.00 |
| VMM | 6/10/10 | 21 | Worked on RBS loan | 0.70 | $ 450 | 315.00 |
| VMM | 6/10/10 | 32 | Prepared for and Calls re: LLC settlement | 5.50 | $ 450 | 2,475.00 |
| VMM | 6/10/10 | 5 | Worked on post-closing assets | 1.30 | $ 450 | 585.00 |
| VMM | 6/10/10 | 32 | Worked on Plan and Calls re: restructuring status | 3.50 | $ 450 | 1,575.00 |
| VMM | 6/11/10 | 21 | Worked on Tutera settlement | 0.60 | $ 450 | 270.00 |
| VMM | 6/11/10 | 32 | Prepared for and Calls re: LLC settlement | 5.10 | $ 450 | 2,295.00 |
| VMM | 6/11/10 | 5 | Worked on post-closing assets | 1.40 | $ 450 | 630.00 |
| VMM | 6/11/10 | 32 | Worked on Plan and Calls re: restructuring status | 2.70 | $ 450 | 1,215.00 |
| VMM | 6/13/10 | 32 | Calls, emails re: LLC payments, settlement | 1.50 | $ 450 | 675.00 |
| VMM | 6/13/10 | 32 | Prepared for and Calls re: LLC settlement | 2.30 | $ 450 | 1,035.00 |
| VMM | 6/14/10 | 21 | Worked on Tutera settlement | 0.60 | $ 450 | 270.00 |
| VMM | 6/14/10 | 32 | Prepared for and Calls re: LLC settlement | 0.70 | $ 450 | 315.00 |
| VMM | 6/15/10 | 32 | Various calls, emails with MCC | 1.70 | $ 450 | 765.00 |
| VMM | 6/15/10 | 5 | Calls with SW re: sale | 2.20 | $ 450 | 990.00 |
| VMM | 6/16/10 | 21 | Worked on Tutera settlement | 0.70 | $ 450 | 315.00 |
| VMM | 6/16/10 | 21 | Reviewed loan documents | 1.60 | $ 450 | 720.00 |
| VMM | 6/16/10 | 5 | Worked on closing, transition matters with SW | 1.70 | $ 450 | 765.00 |
| VMM | 6/17/10 | 32 | Worked on mediation preparation | 4.60 | $ 450 | 2,070.00 |
| VMM | 6/17/10 | 32 | Reviewed claims analysis | 2.30 | $ 450 | 1,035.00 |
| VMM | 6/17/10 | 21 | Worked on loan modifications | 0.70 | $ 450 | 315.00 |
| VMM | 6/17/10 | 21 | Reviewed lender deficiencies | 0.40 | $ 450 | 180.00 |
| VMM | 6/17/10 | 32 | Various calls, emails re: plan | 0.80 | $ 450 | 360.00 |
| VMM | 6/18/10 | 32 | Various calls, emails re: plan | 1.30 | $ 450 | 585.00 |
| VMM | 6/18/10 | 21 | Worked on loan modifications | 0.80 | $ 450 | 360.00 |
| VMM | 6/19/10 | 32 | Falk mediation prep | 1.50 | $ 450 | 675.00 |
| VMM | 6/20/10 | 32 | Falk mediation, calls | 5.10 | $ 450 | 2,295.00 |
| VMM | 6/20/10 | 32 | MCC call | 0.60 | $ 450 | 270.00 |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| VMM | 6/21/10 | 32 | POR call | 0.70 | $ 450 | 315.00 |
| VMM | 6/21/10 | 21 | Lender status call with GY | 0.60 | $ 450 | 270.00 |
| VMM | 6/21/10 | 32 | Call with SW | 0.80 | $ 450 | 360.00 |
| VMM | 6/21/10 | 21 | Worked on interest rate NPV calculation | 1.10 | $ 450 | 495.00 |
| VMM | 6/21/10 | 32 | EJ/LRS mediation prep | 3.30 | $ 450 | 1,485.00 |
| VMM | 6/21/10 | 32 | Review tutera claims, lease NPV | 2.70 | $ 450 | 1,215.00 |
| VMM | 6/21/10 | 32 | Case planning, calls | 1.90 | $ 450 | 855.00 |
| VMM | 6/22/10 | 32 | Review tutera claims, lease NPV | 1.70 | $ 450 | 765.00 |
| VMM | 6/22/10 | 32 | Mediation re: LRS, Dunn, Falk | 11.10 | $ 450 | 4,995.00 |
| VMM | 6/22/10 | 32 | Working session re: plan, mediations | 2.10 | $ 450 | 945.00 |
| VMM | 6/23/10 | 32 | Mediation re: LRS, Dunn, LLC settlement | 5.70 | $ 450 | 2,565.00 |
| VMM | 6/23/10 | 32 | Case planning, calls | 1.80 | $ 450 | 810.00 |
| VMM | 6/23/10 | 32 | Worked on plan with SW | 3.70 | $ 450 | 1,665.00 |
| VMM | 6/24/10 | 32 | Various calls with TICC and worked on requests from TICCs re: POR | 3.40 | $ 450 | 1,530.00 |
| VMM | 6/24/10 | 21 | Worked on and Calls re: Briarwood, Century Fields deposition | 2.70 | $ 450 | 1,215.00 |
| VMM | 6/24/10 | 32 | Case planning, calls | 1.70 | $ 450 | 765.00 |
| VMM | 6/24/10 | 11 | Claims review | 1.90 | $ 450 | 855.00 |
| VMM | 6/24/10 | 11 | Worked on Tutera settlement | 2.30 | $ 450 | 1,035.00 |
| VMM | 6/25/10 | 21 | Worked on Oakridge lease | 2.10 | $ 450 | 945.00 |
| VMM | 6/25/10 | 32 | Worked on Tutera settlement | 1.50 | $ 450 | 675.00 |
| VMM | 6/25/10 | 32 | TICC investor calls and analysis | 3.90 | $ 450 | 1,755.00 |
| VMM | 6/25/10 | 32 | Case planning, calls | 2.70 | $ 450 | 1,215.00 |
| VMM | 6/26/10 | 32 | Worked on HFG settlement, calls | 1.10 | $ 450 | 495.00 |
| VMM | 6/27/10 | 32 | Worked on recovery analysis | 3.20 | $ 450 | 1,440.00 |
| VMM | 6/27/10 | 15 | Worked on closing proceeds | 1.70 | $ 450 | 765.00 |
| VMM | 6/27/10 | 32 | Worked on 3rd party claims | 3.30 | $ 450 | 1,485.00 |
| VMM | 6/27/10 | 11 | Worked on Tutera settlement | 2.90 | $ 450 | 1,305.00 |
| VMM | 6/28/10 | 32 | Worked on recovery analysis | 1.30 | $ 450 | 585.00 |
| VMM | 6/28/10 | 15 | Worked on closing proceeds | 1.70 | $ 450 | 765.00 |
| VMM | 6/28/10 | 32 | Worked on 3rd party claims | 5.30 | $ 450 | 2,385.00 |
| VMM | 6/28/10 | 27 | Calls with SW re: POR | 0.70 | $ 450 | 315.00 |
| VMM | 6/28/10 | 21 | Calls with lenders re: BX sale | 0.60 | $ 450 | 270.00 |
| VMM | 6/29/10 | 32 | HFG settlement meeting | 3.50 | $ 450 | 1,575.00 |
| VMM | 6/29/10 | 32 | Prepared for and Calls re: LLC settlement | 2.80 | $ 450 | 1,260.00 |
| VMM | 6/29/10 | 21 | Worked on lender matters | 1.70 | $ 450 | 765.00 |
| VMM | 6/29/10 | 11 | Worked on HFG settlement | 1.10 | $ 450 | 495.00 |
| VMM | 6/30/10 | 11 | Worked on claims estimates, calls | 2.30 | $ 450 | 1,035.00 |
| VMM | 6/30/10 | 15 | Calls with SW re: closing, transition, wind down | 0.60 | $ 450 | 270.00 |
| VMM | 6/30/10 | 27 | Deposition preparation | 5.10 | $ 450 | 2,295.00 |
| VMM | 6/30/10 | 32 | Case planning, calls | 0.90 | $ 450 | 405.00 |
| VMM | 6/30/10 | 32 | Worked on HFG settlement | 0.80 | $ 450 | 360.00 |
| VMM | 6/30/10 | 21 | Call re: Beal and FDIC loss sharing issue | 0.90 | $ 450 | 405.00 |
| VMM | 6/30/10 | 32 | Calls re: HFG settlement and LLC settlement | 0.90 | $ 450 | 405.00 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| **Total** | | | | **312.60** | | **$138,195.00** |

## Alvarez & Marsal
## Expense Detail

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| VMM | 6/1/10 | A | Flight - JFK/PDX | 524.40 |
| VMM | 6/2/10 | A | Flight - PDX/JFK/PDX | 938.10 |
| VMM | 6/28/10 | A | Flight JFK/PDX | 465.40 |
| VMM | 6/16/10 | A | Flight JFK/PDX | 513.20 |
| VMM | 6/27/10 | A | Flight PDX/JFK | 860.40 |
| VMM | 6/13/10 | A | Flight PDX/JFK | 1,138.40 |
| VMM | 6/22/10 | B | Working dinner CH, AK, DZ | 236.00 |
| VMM | 6/21/10 | B | Working lunch with DC | 32.00 |
| VMM | 6/11/10 | B | Working lunch with DC | 43.25 |
| VMM | 6/24/10 | B | Working lunch with MC | 51.00 |
| VMM | 6/16/10 | B | Working lunch with MC | 38.74 |
| VMM | 6/23/10 | B | Dinner with MC | 128.50 |
| VMM | 6/9/10 | B | Snacks with GY, BB | 16.55 |
| VMM | 6/27/10 | C | Gas | 36.32 |
| VMM | 6/22/10 | C | Gas | 46.79 |
| VMM | 6/19/10 | C | Rental car | 646.97 |
| VMM | 6/22/10 | D | Hotel Eugene | 175.70 |
| VMM | 6/27/10 | D | Hotel Portland | 1,745.20 |
| VMM | 6/13/10 | D | Hotel Portland | 1,248.77 |
| VMM | 6/1/10 | D | Hotel Portland | 270.62 |
| VMM | 6/27/10 | G | Internet access | 29.95 |
| VMM | 6/23/10 | H | Parking | 10.00 |
| VMM | 6/27/10 | J | from JFK | 80.00 |
| VMM | 6/13/10 | J | from JFK | 80.00 |
| VMM | 6/2/10 | J | from JFK | 80.00 |
| VMM | 6/28/10 | J | from PDX | 40.00 |
| VMM | 6/16/10 | J | from PDX | 45.00 |
| VMM | 6/7/10 | J | from PDX | 55.00 |
| VMM | 6/28/10 | J | to JFK | 80.00 |
| VMM | 6/16/10 | J | to JFK | 80.00 |
| VMM | 6/7/10 | J | to JFK | 80.00 |
| VMM | 6/1/10 | J | to JFK | 80.00 |
| VMM | 6/27/10 | J | to PDX | 45.00 |
| VMM | 6/13/10 | J | to PDX | 45.00 |
| VMM | 6/2/10 | J | to PDX | 45.00 |

**Total**     **$ 10,031.26**