# LUCE FORWARD
**ATTORNEYS AT LAW • FOUNDED 1873**
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE  : JUNE 30, 2010
CLIENT NUMBER : 38062
MATTER NUMBER : 00002
RESP. ATTORNEY:( DZS  )

RE:  Clyde Hamstreet & Associates
     Sunwest
     FILE NUMBER:38062
              00002
     -----------------------------------------

     TOTAL FOR INVOICE # 6651341      :           80,567.70

     PRIOR A/R BALANCE FOR THIS MATTER:          542,193.70
                                                 ------------------
     TOTAL DUE FOR THIS MATTER        :     $    622,761.40

            (THIS PAGE TO BE REMITTED WITH PAYMENT)

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

## CLIENT COPY

Carmel Valley/Del Mar  ·  Los Angeles  ·  San Diego  ·  San Francisco  ·  Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE    : JUNE 30, 2010
CLIENT NUMBER   : 38062
MATTER NUMBER   : 00002
PAGE NUMBER     :      2
INVOICE NUMBER:   6651341
RESP. ATTORNEY: ( DZS )

RE: Sunwest
    FILE NUMBER:38062
              00002
------------------------------------

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| 6/01/10 | DZS | 3.30 | 1,485.00 | Conference call; review documents; |
| 6/01/10 | LMF | 1.50 | 382.50 | Research law regarding liquidating trusts in bankruptcy cases, including tax aspects; |
| 6/02/10 | DZS | 8.80 | 3,960.00 | Work on Divestco; work on memo to Clyde; work on HFG memo; conference call; investigate law re management committee; |
| 6/02/10 | LMF | 4.50 | 1,147.50 | Research law regarding anti-abuse rules and fair market value of property contributed to a limited partnership; |
| 6/03/10 | DZS | 3.50 | 1,575.00 | Review documents; conference calls; |
| 6/03/10 | MLM | .30 | 135.00 | Conference with Attorney Steinhause re: tax issues; |
| 6/03/10 | AQG | 1.50 | 517.50 | Conference call; work on structure issues; |
| 6/03/10 | LMF | 4.80 | 1,224.00 | Research law regarding directly deeding real property to ultimate owner entity to avoid multiple transfer taxes; |
| 6/04/10 | DZS | 2.30 | 1,035.00 | Work on documents; |
| 6/04/10 | AQG | .80 | 276.00 | Conference call; |
| 6/05/10 | DZS | 1.50 | 675.00 | Work on 40 reg issues; work on documents; |
| 6/06/10 | DZS | 3.50 | 1,575.00 | Work on settlement documents; merger committee issues; |

BALANCES ARE DUE AND PAYABLE ON PRESENTATION.

WE NOW ACCEPT CREDIT CARDS!

CLIENT COPY

Carmel Valley/Del Mar  •  Los Angeles  •  San Diego  •  San Francisco  •  Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE   : JUNE 30, 2010
CLIENT NUMBER  : 38062
MATTER NUMBER  : 00002
PAGE NUMBER    :      3
INVOICE NUMBER : 6651341
RESP. ATTORNEY : ( DZS )

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| 6/06/10 | AQG | 3.50 | 1,207.50 | Work on settlement issues; work on agreements; |
| 6/07/10 | DZS | 2.50 | 1,125.00 | Conference call; review documents; |
| 6/07/10 | AQG | 3.00 | 1,035.00 | Work on Trustco and settlement issues; conference calls; |
| 6/08/10 | DZS | 4.00 | 1,800.00 | Conference call re feeder agreement; conference call re structure; |
| 6/08/10 | AQG | 4.00 | 1,380.00 | Work on settlement issues; work on HFG issues; conference call; |
| 6/09/10 | DZS | 3.30 | 1,485.00 | Trustco call; conference call with C. Hamstreet; |
| 6/09/10 | JAG | 2.50 | 1,125.00 | Legal research regarding tax effects of merger of LLCs; conference with D. Steinhause regarding same; |
| 6/09/10 | AQG | 3.30 | 1,138.50 | Work on Trustco issues; conference calls |
| 6/09/10 | LMF | 1.50 | 382.50 | Research law regarding the federal income tax implications associated with the receiver and whether beneficial interests in liquidating trust would require registration under the 1934 Act; |
| 6/10/10 | DZS | 3.00 | 1,350.00 | Conference call; investigate law re SEC filing; |
| 6/10/10 | AQG | 3.00 | 1,035.00 | Work on settlement and LLC issues; work on Trustco issues; |
| 6/10/10 | LMF | 1.80 | 459.00 | Research law regarding the federal income tax implications associated with the receiver and whether beneficial interests in liquidating trust would require registration under the 1934 Act; |
| 6/11/10 | DZS | 2.80 | 1,260.00 | Conference call with C. Hamstreet; |
| 6/11/10 | MLM | .30 | 135.00 | Conference with Attorney Steinhause re: guaranteed payments; |
| 6/11/10 | AQG | 2.50 | 862.50 | Work on LLC issues; conference calls; |

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

```
                                       CLOSING DATE   : JUNE 30, 2010
                                       CLIENT NUMBER  : 38062
                                       MATTER NUMBER  : 00002
Hamstreet & Associates                 PAGE NUMBER    :       4
Mr. Clyde Hamstreet                    INVOICE NUMBER:  6651341
One SW Columbia, Suite 1000            RESP. ATTORNEY: ( DZS  )
Portland, OR  97258


DATE      ATTY HOURS    AMOUNT   PROFESSIONAL SERVICES RENDERED

6/11/10   LMF  2.00     510.00   Research law regarding the federal income tax
                                 implications associated with the receiver and
                                 whether beneficial interests in liquidating trust
                                 would require registration under the 1934 Act;
6/13/10   DZS   .30     135.00   Investigate law re structure;
6/13/10   AQG  1.00     345.00   Work on LLC settlement and tax issues;
6/14/10   DZS  1.30     585.00   Conference call;
6/14/10   JAG   .90     405.00   Legal research regarding liquidating trusts;
6/14/10   AQG  2.50     862.50   Work on LLC tax issues; conference calls;
6/14/10   LMF  3.70     943.50   Research law regarding the federal income tax
                                 implications associated with the receiver and
                                 whether beneficial interests in liquidating trust
                                 would require registration under the 1934 Act;
6/15/10   DZS  3.80   1,710.00   Investigate law re settlement agreement;
                                 conference call re Divestco; conference call with
                                 C. Hamstreet;
6/15/10   AQG  4.50   1,552.50   Conference call; work on Divestco TIC issues;
                                 work on LLC settlement issues;
6/15/10   LMF  2.00     510.00   Research law regarding the federal income tax
                                 implications associated with the receiver and
                                 whether beneficial interests in liquidating trust
                                 would require registration under the 1934 Act;
6/16/10   DZS  4.50   2,025.00   Investigate law re LLC agreement; conference with
                                 C. Hamstreet; 40 application;
6/16/10   AQG  5.00   1,725.00   Work on Trustco issues; investigate law regarding
                                 Section 12(g) and 12(h); work on Divestco issues;
                                 conference calls;
6/16/10   LMF  3.40     867.00   Research law regarding the federal income tax
```

BALANCES ARE DUE AND PAYABLE ON PRESENTATION.

WE NOW ACCEPT CREDIT CARDS!

CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

```
                                    CLOSING DATE  : JUNE 30, 2010
                                    CLIENT NUMBER : 38062
                                    MATTER NUMBER : 00002
Hamstreet & Associates              PAGE NUMBER   :      5
Mr. Clyde Hamstreet                 INVOICE NUMBER: 6651341
One SW Columbia, Suite 1000         RESP. ATTORNEY: ( DZS  )
Portland, OR  97258
```

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| | | | | implications associated with the receiver and whether beneficial interests in liquidating trust would require registration under the 1934 Act; |
| 6/17/10 | DZS | 2.80 | 1,260.00 | Work on agreement; work on HFG issues; |
| 6/17/10 | AQG | 3.00 | 1,035.00 | Work on Divestco issues; conference call; |
| 6/17/10 | LMF | 7.10 | 1,810.50 | Research law regarding whether beneficial interests in liquidating trust would require registration under the 1934 Act and no-action letters regarding same, including telephonic communication with the SEC; |
| 6/18/10 | DZS | 2.30 | 1,035.00 | Investigate law and conference call re structure; |
| 6/18/10 | AQG | 2.00 | 690.00 | Work on tax issues; conference call; |
| 6/18/10 | LMF | 3.60 | 918.00 | Research law regarding whether beneficial interests in liquidating trust would require registration under the 1934 Act and no-action letters regarding same; |
| 6/19/10 | DZS | .80 | 360.00 | Investigate law re HFG; |
| 6/20/10 | DZS | 2.30 | 1,035.00 | Work on subscription documents; |
| 6/20/10 | AQG | 3.00 | 1,035.00 | Work on subscription agreements; telephone calls regarding same; work on Trustco securities issues; |
| 6/21/10 | DZS | 3.00 | 1,350.00 | Investigate law and conference re subscription agreement; conference call with C. Hamstreet; review documents; |
| 6/21/10 | PLJ | 1.00 | 450.00 | Consultation with Attorney Grossman regarding treatment of nonrecourse debt; |
| 6/21/10 | JAG | 4.90 | 2,205.00 | Legal research regarding tax effects of distribution of SWP assets to investors; |

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

WE NOW ACCEPT CREDIT CARDS!

CLIENT COPY

Carmel Valley/Del Mar · Los Angeles · San Diego · San Francisco · Irvine

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

```
                                    CLOSING DATE   : JUNE 30, 2010
                                    CLIENT NUMBER  : 38062
                                    MATTER NUMBER  : 00002
Hamstreet & Associates              PAGE NUMBER    :     6
Mr. Clyde Hamstreet                 INVOICE NUMBER : 6651341
One SW Columbia, Suite 1000         RESP. ATTORNEY : ( DZS  )
Portland, OR  97258
```

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| 6/21/10 | AQG | 3.50 | 1,207.50 | Conference calls; work on agreements; |
| 6/22/10 | DZS | .80 | 360.00 | Investigate law re Divestco; |
| 6/22/10 | AQG | 2.50 | 862.50 | Investigate law regarding Trustco issues; conference calls; |
| 6/23/10 | DZS | 2.00 | 900.00 | Investigate law and conference call re LLCs and HFG; review subscription agreement; |
| 6/23/10 | AQG | 1.00 | 345.00 | Work on closing issues; conference call; |
| 6/24/10 | DZS | 2.80 | 1,260.00 | Investigate law and conference re HFG and LLCs; investigate law re subscription; |
| 6/24/10 | AQG | 2.80 | 966.00 | Conference call; work on Trustco issues; |
| 6/25/10 | DZS | 3.30 | 1,485.00 | Work on HFG issues; conference call; |
| 6/25/10 | AQG | 3.00 | 1,035.00 | Work on HFG issues; work on Divestco issues; CRO call; |
| 6/26/10 | DZS | 3.50 | 1,575.00 | Work on HFG proposals; conference re Trustco and Divestco; conference re structure; |
| 6/26/10 | AQG | 2.00 | 690.00 | Work on liquidating trust issues; review no action letters; work on Divestco issues; |
| 6/27/10 | DZS | 2.30 | 1,035.00 | Work on HFG issues; investigate law re Perusse 1031; |
| 6/27/10 | AQG | 6.00 | 2,070.00 | Work on reverse exchange and Divestco issues; work on liquidating trust issues; telephone call; |
| 6/28/10 | DZS | 3.50 | 1,575.00 | Conference re open issues; conference re Divestco structure; conference call re HFG; |
| 6/28/10 | AQG | 6.00 | 2,070.00 | Conference call with TIC Committee regarding Divestco TICs; telephone call with CRO team; conference call with HFG attorneys; work on tax issues; |
| 6/29/10 | DZS | 8.80 | 3,960.00 | Review documents; meeting re tax issues; review |

BALANCES ARE DUE AND PAYABLE ON PRESENTATION.

WE NOW ACCEPT CREDIT CARDS!

CLIENT COPY

Carmel Valley/Del Mar  •  Los Angeles  •  San Diego  •  San Francisco  •  Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR 97258

CLOSING DATE   : JUNE 30, 2010
CLIENT NUMBER  : 38062
MATTER NUMBER  : 00002
PAGE NUMBER    :     7
INVOICE NUMBER : 6651341
RESP. ATTORNEY : ( DZS  )

| DATE | ATTY | HOURS | AMOUNT | PROFESSIONAL SERVICES RENDERED |
|---|---|---|---|---|
| | | | | tax memo; |
| 6/29/10 | AQG | 1.50 | 517.50 | Telephone call; work on liquidating trust issues; work on HFG issues; |
| 6/30/10 | DZS | 1.80 | 810.00 | Conference call; work on documents; investigate law re tax issue; |
| 6/30/10 | AQG | 1.80 | 621.00 | Conference call; work on liquidating trust issues; work on HFG issues; |
| 6/30/10 | LMF | 2.80 | 714.00 | Research law regarding whether beneficial interests in liquidating trust would require registration under the 1934 Act and no-action letters regarding same, and work on legal memorandum; |

      209.70        TOTAL HOURS

FEES FOR SERVICES RENDERED                                  79,185.00

DISBURSEMENT AND OTHER SERVICES

| | |
|---|---:|
| Travel Expenses | 761.10 |
| Corporate Fees | 418.00 |
| Computerized legal research | 35.00 |
| Photocopying | 168.60 |

TOTAL REIMBURSABLE DISBURSEMENTS                     1,382.70

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

## CLIENT COPY

Carmel Valley/Del Mar  ·  Los Angeles  ·  San Diego  ·  San Francisco  ·  Irvine

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
LUCE FORWARD HAMILTON & SCRIPPS LLP

www.luce.com

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414 - Main
619.645.5335 fax
lmoose@luce.com - 619.235.3474
asage@luce.com - 619.233.2963

TAXPAYER I.D. NO: 95-1559758

Hamstreet & Associates
Mr. Clyde Hamstreet
One SW Columbia, Suite 1000
Portland, OR  97258

CLOSING DATE   : JUNE 30, 2010
CLIENT NUMBER  : 38062
MATTER NUMBER  : 00002
PAGE NUMBER    :      8
INVOICE NUMBER:  6651341
RESP. ATTORNEY: ( DZS   )

| | |
|---|---:|
| TOTAL SERVICES | 79,185.00 |
| TOTAL COSTS | 1,382.70 |
| TOTAL FEES AND DISBURSEMENTS | 80,567.70 |

**BALANCES ARE DUE AND PAYABLE ON PRESENTATION.**

**WE NOW ACCEPT CREDIT CARDS!**

## CLIENT COPY

Carmel Valley/Del Mar   ·   Los Angeles   ·   San Diego   ·   San Francisco   ·   Irvine