**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
   Direct Dial:  (503) 802-2013
   Facsimile:   (503) 972-3713
   E-Mail:     al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
   Direct Dial:  (503) 802-2027
   Facsimile:   (503) 972-3727
   E-Mail:     tim.conway@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

FILED'10 AUG 03 16:56 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| In re | **USDC Case No. 09-cv-6082-HO** |
| **STAYTON SW ASSISTED LIVING, L.L.C.** (the Consolidated Sunwest Related Entities), | Bankruptcy Court Case No. 08-36637-tmb11 (Reference Withdrawn) |
| Debtor. | **ORDER DIRECTING RECEIVERS AND OTHER CUSTODIANS TO TURN OVER PROCEEDS FOLLOWING CLOSE OF ASSET SALE** |

This matter came before the Court on Debtor's Motion to Direct Receivers And Other Custodians to Turn Over Proceeds Following Close of Asset Sale ("Motion"). The Court having reviewed the Motion, and being otherwise fully advised; NOW, THEREFORE,

///

///

PAGE 1 - ORDER DIRECTING RECEIVERS AND OTHER CUSTODIANS TO TURN
          OVER PROCEEDS FOLLOWING CLOSE OF ASSET SALE

IT IS HEREBY ORDERED that the Motion is granted. Except as otherwise provided by a loan modification agreement between Debtor and the lender for a particular facility or by a purchase and sale agreement for a particular facility that has been approved by this Court, all receivers and other custodians in control of Debtor's facilities being sold to Acquirer (as defined in Debtor's Plan of Reorganization) shall turn over to Debtor, as soon as practicable after the closing date, any excess proceeds held by them as of the closing date, net of costs accrued as of that date. Those receivers and other custodians shall be terminated as of the closing date of the sale.

Dated this 3rd day of August, 2010.

_____
Michael R. Hogan
U.S. District Court Judge

Presented by:

TONKON TORP LLP


By    /s/ Timothy J. Conway
    Albert N. Kennedy, OSB No. 821429
      Direct Dial:    (503) 802-2013
    Timothy J. Conway, OSB No. 851752
      Direct Dial:    (503) 802-2027
    Attorneys for Debtor

PAGE 2 -  ORDER DIRECTING RECEIVERS AND OTHER CUSTODIANS TO TURN
          OVER PROCEEDS FOLLOWING CLOSE OF ASSET SALE