October 19, 2010

Sunwest Management, Inc
3723 Fairview Industrial Dr, SE
Suite 270, PO Box 3006
Salem, OR 97302-0006

Attn: Shirley Dunn

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
September 01, 2010 - September 30, 2010

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| **Financial Advisory Services** | | | | |
| Paul Rundell | Managing Director | 7.00 | 450.00 | $ 3,150.00 |
| **Total** | | **7.00** | | **$ 3,150.00** |
| Total Fees | | | | $ 3,150.00 |
| Out-of-Pocket Expenses | | | | - |
| **Total Fees and Out-of-Pocket Expenses** | | | | **$ 3,150.00** |

**Wire Instructions:**

| | |
|---|---|
| Bank: | J.P. Morgan Chase |
| ABA: | 021000021 |
| Account Name: | Alvarez & Marsal, LLC |
| Account Number: | 9 5 7 3 4 7 8 4 7 |
| Project Number | 83009 |



# Alvarez & Marsal
# Time Codes

| Code | Definition |
|---|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Investor relations |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |
| 37 | Loan Modification Work |

**Alvarez & Marsal**
**Time Detail**

| Initials | Date | Code | Task Detail | Time | Hourly Rate | Fees |
|---|---|---|---|---|---|---|
| PBR | 9/2/10 | | Analyzed loan modification issues for trustco | 1.0 | $ 450 | $ 450.00 |
| PBR | 9/3/10 | 5 | Worked on Colonial Garden asset sale - problems with buyer (lowered purchase price) - rounded down from 2.3 | 2.0 | 450 | 900.00 |
| PBR | 9/7/10 | 5 | Worked on Colonial Garden asset sale - problems with buyer (issues with PSA) - rounded down from 1.4 | 1.0 | 450 | 450.00 |
| PBR | 9/8/10 | 5 | Worked on Colonial Garden asset sale - problems with buyer (analyzing the two different buyers due to retrade by original buyer) - round down from 2.2 | 2.0 | 450 | 900.00 |
| PBR | 9/10/10 | 5 | Worked on Colonial Garden asset sale - problems with buyer (discussed with Tom W and Jason M the buyers in order to make a decision re which buyer to move to PSA) - round down from 1.1 | 1.0 | 450 | 450.00 |
| **Total** | | | | **7.0** | | **$ 3,150.00** |