# STATEMENT

LAW OFFICES

# GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

October 8, 2010

CLYDE A HAMSTREET & ASSOCIATES LLC  6622-001
ATTN CLYDE HAMSTREET
1 SW COLUMBIA ST STE 1000
PORTLAND OR 97258-2024

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT    Amount Enclosed $ _____

---

## STATEMENT FOR PERIOD THROUGH 9/30/10

LEGAL SERVICES REGARDING: Sunwest Management, Inc.

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8/10/10 | Receive and review e-mail from Clyde re final fee applications for CRO and CRO's professionals, analyze preliminary issues re Hamstreet and G&M applications and exchange of e-mails with Clyde and Maren Cohn re same (.90); Review CRO employment orders, CRO agreement and related materials (1.70); Receive and review order in Stayton SW case re final fee applications and post-confirmation professional budgets, e-mail to Clyde and Maren re same, and calendar deadlines (.30). | DAF | 2.90 | $1,232.50 |
| 8/11/10 | Telephone conference with A Kennedy re final fee application procedures/need for clarification of 8/09/10 order and series of related e-mails; Telephone conference with David Baker (Judge Hogan's clerk) re 8/09/10 final fee application order in Stayton case; E-mail to Clyde, A Kennedy, F Elsaesser and M MacLean re same/minute orders clarifying order (.50); Draft G&M's first and final application for professional compensation in SEC action (3.70). | DAF | 4.20 | $1,785.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%),
will be made on all amounts unpaid for more than 60 days after first being billed

GREENE & MARKLEY, P.C.

# STATEMENT
LAW OFFICES
# GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC   10/08/10            6622-001   PAGE   2

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT    **Amount Enclosed $**_____

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8/12/10 | Complete and edit first draft of G&M's fee application. | DAF | 2.80 | $1,190.00 |
| 8/13/10 | Telephone conference with M Cohn re Hamstreet fee applications (.60) and e-mail to M Cohn re transmittal of Hamstreet employment order in Stayton case and draft of G&M's fee application in SEC receivership with explanatory comments (.20); Compile fee/expense and payment data for G&M's fee application and revise fee application (.20). | DAF | 1.00 | $425.00 |
| 8/16/10 | Receive and review e-mail from M Cohn with draft of narrative for Hamstreet transaction fees. | DAF | .30 | $127.50 |
| 8/17/10 | Read cases on success fees to bankruptcy professionals (.60); Receive and review e-mail from A Kennedy with revised draft of narrative for Hamstreet transaction fees, revise same and e-mail to M Cohn et al re transmittal of same (.40); Exchange e-mails with M MacLean re final application procedural matters and related e-mails (.20). | DAF | 1.20 | $510.00 |
| 8/18/10 | Telephone conference with M Cohn re Hamstreet final fee application preparation issues. | DAF | .20 | $85.00 |
| 8/23/10 | Receive and review e-mail from M Cohn with draft of general narrative for Hamstreet's final fee application (.70); E-mails to Clyde, Maren, Shirley and A Kennedy re same (.20); Draft final applications for professional | DAF | 5.70 | $2,422.50 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

# GREENE & MARKLEY, P.C.

# STATEMENT

LAW OFFICES

# GREENE & MARKLEY, P.C.

1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC     10/08/10     6622-001    PAGE 3

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT    Amount Enclosed $ _____

| Date | Description | | | Amount |
|---|---|---|---|---|
| | compensation of Clyde A Hamstreet & Associates LLC as management and restructuring consultant to CRO (4.80). | | | |
| 8/24/10 | Revise and edit first drafts of Hamstreet fee applications (4.20) and e-mail to Maren et al re transmittal of drafts of fee applications with explanatory comments (.30); Telephone conference with S Dunn re same (.20). | DAF | 4.70 | $1,997.50 |
| 8/25/10 | Receive and review e-mail from M Cohn with revised draft of Hamstreet's "long form" fee application and revise and edit same and e-mail to M Cohn et al re transmittal of blacklined version. | DAF | 1.70 | $722.50 |
| 8/26/10 | Receive and review series of e-mails from M Cohn and A Kennedy re Lone Star mediation and review Deborah Williamson memorandum; E-mail to M Cohn et al and series of related e-mails. | DAF | .80 | $340.00 |
| 8/27/10 | Review files re Lone Star sale and analyze questions in Williamson memo (1.80); Exchange e-mails with M Cohn re revisions to Hamstreet's fee application and edit and revise 8/27/10 drafts (.60). | DAF | 2.40 | $1,020.00 |
| 8/30/10 | Prepare for and attend teleconference with D Zaro, D Osias, F Scollan, Clyde, et al re Lone Star mediation matters and e-mail to D Zaro re transmittal of 2/16/09 Lone Star stipulation | DAF | 2.40 | $1,020.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

## STATEMENT
LAW OFFICES
### GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC          10/08/10                    6622-001    PAGE 4

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT     **Amount Enclosed $**_____

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | (2.30); Telephone conference with S Dunn re Hamstreet fee application issues (.10). | | | |
| 8/31/10 | Receive and review e-mail from M Cohn with further revised draft of Hamstreet's fee application and e-mail to Maren et al re same and related e-mails. | DAF | .70 | $297.50 |
| 9/01/10 | Revise Hamstreet final fee applications; Receive and review e-mails from A Kennedy re transaction fees/incentive compensation and review related materials; Exchange series of e-mails with M Cohn and A Kennedy re Hamstreet fee application issues and re notice and filing procedures (2.40); E-mail to H Schmidt re G&M's estimated budget for post 8/05/10 services (.10). | DAF | 2.50 | $1,062.50 |
| 9/02/10 | Telephone conferences with M Cohn, B Barton and G Yates re finalizing Hamstreet's fee applications and re coordination of final fee applications and post-confirmation budgets of CRO professionals and series of related e-mails; Draft Hamstreet's post-confirmation budget and finalize fee applications; Prepare drafts of e-mails to Bettina Whyte re transmittal of fee applications and budgets per 8/09/10 order. | DAF | 6.30 | $2,677.50 |
| 9/03/10 | Receive and review e-mail from G Yates re filing of Hamstreet's final pre-confirmation invoices and | DAF | .40 | $170.00 |

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

### GREENE & MARKLEY, P.C.

# STATEMENT
LAW OFFICES
## GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC     10/08/10     6622-001    PAGE 5

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT    Amount Enclosed $_____

|  |  |  |  |  |
|---|---|---|---|---|
|  | review electronic case dockets; Telephone conference with M Cohn; Arrange for filing of fee applications and notices; Send e-mails to B Whyte. |  |  |  |
| 9/15/10 | Review orders requiring professionals to provide CSV files to Bridge Associates; E-mail to Maren et al re same. | DAF | .30 | $127.50 |
| 9/16/10 | Receive and review e-mail from Maren. | DAF |  | $.00 |
| 9/22/10 | E-mail to Jeff Juszczak (Bridge Associates) re transmittal of fee application data files per Judge Hogan's 9/15/10 orders. | DAF | .20 | $85.00 |
| 9/23/10 | Receive and review e-mail from J Juszczak re acknowledgment of receipt and approval of files. | DAF |  | $.00 |

        TOTAL FEES                                                $17,297.50

COSTS AND EXPENSES
| 9/22/10 | Programming modifications to accounting software to create .CSV files | $800.00 |  |
|---|---|---|---|
| 9/30/10 | Photocopies | $21.80 |  |

        TOTAL COSTS AND EXPENSES                      $821.80

CURRENT CHARGES                                              $18,119.30

        BALANCE IN TRUST                          $54,877.50CR

PRIOR STATEMENT BALANCE                               $44,675.74

PAY THIS AMOUNT                                               $62,795.04

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%), will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.

# STATEMENT
LAW OFFICES
## GREENE & MARKLEY, P.C.
1515 S.W. FIFTH AVENUE, SUITE 600
PORTLAND, OREGON 97201
**TELEPHONE (503) 295-2668**

FED. I.D. 93-0841085

CLYDE A HAMSTREET & ASSOCIATES LLC         10/08/10              6622-001   PAGE   6

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT          **Amount Enclosed $**_____

---

TO DATE FEES BILLED           $383,984.50

TO DATE COSTS BILLED            $1,376.49

### STATEMENT OF ACCOUNT

|  Date  |      |    Amount    |
|--------|------|--------------|
| 4/10/09 | Bill | 12,458.90 |
| 5/08/09 | Bill | 10,723.60 |
| 6/05/09 | Bill |  9,719.30 |
| 7/09/09 | Bill |  2,265.70 |
| 8/10/09 | Bill |  2,431.90 |
| 9/09/09 | Bill |  2,249.30 |
| 10/07/09 | Bill |  2,315.50 |
| 11/06/09 | Bill |  1,062.40 |
| 12/08/09 | Bill |    580.84 |
| 1/13/10 | Bill |    315.40 |
| 2/09/10 | Bill |    273.90 |
| 3/09/10 | Bill |    130.20 |
| 4/08/10 | Bill |    148.80 |
| 10/08/10 | Bill | 18,119.30 |
|         |      | ---------- |
|         |      | $62,795.04 |

Any Payments Received After October 8, 2010
Will Appear on Your Next Statement

A service charge of not less than $1.00 up to 1% per month of the outstanding balance (ANNUAL PERCENTAGE RATE — 12%),
will be made on all amounts unpaid for more than 60 days after first being billed

## GREENE & MARKLEY, P.C.