
**SEYFARTH SHAW** LLP
ATTORNEYS
131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 5, 2010

Invoice No. 1773355
4327 68911 / 68911-000002
W6S

Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
Salem, OR 97302

For legal services rendered through September 30, 2010

**Restructuring**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/29/10 | V. Steinmetz | 4.00 | Review and file documents concerning borrowers and lenders in preparation of closings. |
| 07/30/10 | V. Steinmetz | 8.00 | Review and file documents concerning borrowers and lenders in preparation of closings. |
| 09/01/10 | F. Weindling | 2.00 | Work on finalizing remaining open issues in connection with closing of 8 deferred properties. Ongoing correspondence regarding approval of Prudential documents, execution and delivery of same, finalization and approval of various balances, and execution and delivery of stipulation. Ongoing correspondence w/ I. Petrova regarding various post closing items. |
| 09/01/10 | K. Jiu | 1.40 | Conference with F. Weindling regarding post closing procedures; review closing documents |
| 09/02/10 | F. Weindling | 0.70 | Post closing wrap-up. Ongoing correspondence w/ I/ Petrova regarding finalization of various assumption documents and revision of minnetonka deed of trust medication so as to be in recordable form. |
| 09/02/10 | K. Jiu | 0.60 | Review closing documents |
BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/03/10 | G. Yates | 7.90 | Work on fee applications; discuss issues with Mr. Foraker and Mr. Kennedy. |
| 09/03/10 | K. Jiu | 2.20 | Conference with F. Weindling regarding post closing procedures; review and electronic conversion of closing documents |
| 09/08/10 | K. Jiu | 1.20 | Electronic conversion of closing documents |
| 09/09/10 | K. Jiu | 1.80 | Upload loan modification documents to client document site |
| 09/13/10 | F. Weindling | 1.50 | Work in connection with trust-co modifications. Telephone conference with J. Cohen regarding HR industrial modification and with S. McIsaacs regarding French Quarter modification. Follow up on status of delivery of remaining executory agreements. Correspondence regarding status of Plainscapital assumption agreement. |
| 09/15/10 | G. Yates | 1.90 | Respond to various inquires on loan restructurings; attend to billing matters for CRO professionals; calls from secured lenders. |
| 09/17/10 | F. Weindling | 2.00 | Work on Trustco modification. Telephone conference w/ M. Isaacs regarding French Quarter. Telephone conference w/ T. Wettlaufer regarding Sequoia Springs Cottages Loan and FDIC or Bank contact for same. Post closing wrap-up. Correspondence w/ J. Gaz and I. Petrova regarding replacement guarantor for Eldorado Heights loan. Correspondence w/ T. Biesiadecki regarding documents on the FTP site. |
| 09/17/10 | K. Jiu | 0.70 | Compile closing documents; delivery of closing documents to new Borrower and Lender |
| 09/21/10 | K. Jiu | 1.70 | Retrieve and compile loan documents |
| 09/24/10 | K. Jiu | 2.60 | Retrieve and compile loan documents |
| 09/27/10 | F. Weindling | 3.00 | Work in preparation for closing on remaining deferred properties. Telephone conference w/ S. Westfield regarding bond holder approval to Eldorado modification and documentation required to proceed,. Telephone conference w/ I. Petrova regarding same. Post closing wrap-up. Work on regarding-execution of Fannie Mae modification agreements. Telephone conference w/ S. Dunn regarding status of various deferred properties. |
| 09/27/10 | K. Jiu | 1.20 | Retrieve and compile loan documents |



Sunwest Management, Inc.

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/30/10 | F. Weindling | 4.00 | Work in connection with Eldorado Heights modification, post closing work in connection with Fannie Mae and Selco modifications. Correspondence regarding status of Heron Pointe cottages modification. |

**Total Hours** 48.40

**Total Fees** $15,850.00

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| G. Yates | - | 9.80 | hours at | $450.00 | per hour |
| F. Weindling | - | 13.20 | hours at | $365.00 | per hour |
| K. Jiu | - | 13.40 | hours at | $230.00 | per hour |
| V. Steinmetz | - | 12.00 | hours at | $295.00 | per hour |

| Disbursements | Value |
|---|---|
| Local Messenger | 7.25 |
| Courier/Messenger | 62.04 |
| Online Research | 7.76 |

**Total Disbursements** 77.05

**Total Fees And Disbursements This Statement** $15,927.05



131 SOUTH DEARBORN  
SUITE 2400  
CHICAGO, ILLINOIS 60603-5577  
(312) 460-5000  
FEDERAL ID 36-2152202  

ATLANTA  
BOSTON  
CHICAGO  
HOUSTON  
LOS ANGELES  
NEW YORK  
SACRAMENTO  
SAN FRANCISCO  
WASHINGTON, D.C.  
BRUSSELS  

October 5, 2010

Sunwest Management, Inc.  
3723 Fairview Industrial Drive SE  
Salem, OR 97302

Invoice No. 1773355  
4327 68911 / 68911-000002  
Restructuring

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $15,850.00 |
| Total Disbursements | 77.05 |
| Total Fees and Disbursements This Statement | $15,927.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 5, 2010

Sunwest Management, Inc.  4327 68911 / 68911-000002
3723 Fairview Industrial Drive SE  Restructuring
Salem, OR 97302

## ACCOUNTS RECEIVABLE SUMMARY

A review of our records reflects the following invoice(s) remain unpaid. Please remit your payment promptly.

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 07/15/10 | 1744117 | $212,546.96 | -$38,426.36 | $174,120.60 |
| 08/11/10 | 1753774 | $337,875.50 | $0.00 | $337,875.50 |
| 08/30/10 | 1760828 | $54,349.89 | $0.00 | $54,349.89 |
| 09/15/10 | 1765674 | $41,058.23 | $0.00 | $41,058.23 |

If you have any questions with regard to the amount as stated, please contact Kathy Hobbs in our Finance Department at 312-460-6046.

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
|  | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive |  |
| Chicago, IL 60693 |  |