IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

In re:                                    )
                                          )
STAYTON SW ASSISTED LIVING, L.L.C.,  )      Case No.  6:09-cv-6082-AA
                                          )
(Constituting the Sunwest Unitary    )      ORDER
Enterprise as determined by the      )
Order on October 2, 2009 in U.S.     )
District Court Case No. 09-cv-6056-  )
HO),                                      )
                                          )
          Debtor.                    )
                                          )
                                          )
                                          )
_____)

AIKEN, Chief Judge:

     On January 17, 2014, this court signed an order (#2177)

directing all interested parties to show cause, within 30 days, why

the application for fees contained in W. Holmes & Company, LLP's

Third Notice of Billing Statements should not be denied.   On

February 18, 2014, applicant Holmes responded asserting his

     1 - ORDER

understanding that the work in progress the court agreed to pay would be billed as a specific amount rather than in just one additional fee application.  Although the court's recollection is that there would be only one further fee application to be filed in or around April of 2011, there was discussion of the amount of the costs to conduct the work in progress.  Given that no objection has been filed regarding Holmes' latest fee application, the court grants the application.

CONCLUSION

W. Holmes & Company, LLP's fee application filed January 17, 2014 (#2176) is granted and Maggie Lyons, Receiver, is ordered to pay the requested fees and expenses in the amount of $103,795.85. No further fee applications from W. Holmes and Company are authorized.

DATED this _____ day of May, 2014.

_____
Ann Aiken
United States District Judge

2 - ORDER